**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866x)
**DENISE C. MILLS,** Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel: (213) 978-7023;  Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE PETIT, an incompetent, by and through his Guardian Ad Litem, CHARLOTTE BLACKWELL,<br><br>    Plaintiff,<br>  vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No. 2:23-CV-00789 CJC (PVCx)**<br>*Hon. Carmac J. Carney; Ctrm 9B (Santa Ana)*<br>*Mag. Pedro V. Castillo; Ctrm 590 (Roybal)*<br><br>**NOTICE OF LODGING STIPULATED PROTECTIVE ORDER** |

TO THE HONORABLE COURT:

   Defendant CITY OF LOS ANGELES hereby lodges the parties Stipulated Protective Order.

DATED: July 22, 2025        HYDEE FELDSTEIN SOTO, City Attorney
                            DENISE C. MILLS, Chief Deputy City Attorney
                            KATHLEEN KENEALY, Chief Assistant City Attorney
                            CORY M. BRENTE, Senior Assistant City Attorney

                            By:   /s/ *Christian R. Bojorquez*
                            CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                            *Attorneys for Defendant* CITY OF LOS ANGELES

1