LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:  (213) 489-0028
Fax; (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER TO BRIEFLY CONTINUE THE EXPERT DISCOVERY AND MSJ DEADLINES** |

COME NOW Plaintiff ASHLYN PETIT and Defendants CITY OF LOS ANGELES, DARYL GLOVER, JR., and BRETT HAYHOE and hereby jointly hereby stipulate that GOOD CAUSE exists to modify the Scheduling Order (Dkt. No. 73) as follows, in order to accommodate the deposition of Defendant Sergeant

-1-

Brett Hayhoe, who was unable to sit for his deposition as scheduled due to him suffering a personal injury:

1. The Parties have been working together to complete discovery in this case. This includes the following: On July 3, 2025, Plaintiff noticed the depositions of Defendants Daryl Glover and Brett Hayhoe. After meeting and conferring, the Parties agreed to conduct the depositions of Defendants Daryl Glover and Brett Hayhoe on July 30, 2025. On July 22, 2025, the Parties filed a Stipulated Protective Order. (Dkt. 76). On July 30, 2025, the Parties conducted the deposition of Defendant Daryl Glover. On August 13, 2025, the Parties conducted the depositions of two civilian witnesses. On August 19, 2025, the Parties conducted the deposition of the medical examiner.

2. On July 29, 2025, counsel for Defendants Daryl Glover and Brett Hayhoe informed Plaintiff's counsel that Sergeant Brett Hayhoe had suffered a personal injury that prevented him from sitting for his deposition on July 30, 2025, as scheduled. Due to the severity of Sergeant Hayhoe's injuries, his counsel was unable to produce him for his deposition within the weeks following his injury. The Parties have confirmed that Sergeant Hayhoe's deposition will take place at 2:00 p.m. on August 28, 2025. The Parties have also confirmed the deposition of witness City of Los Angeles Police Department Officer Nelson Martines to take place at 10:00 a.m. on August 28, 2025.

3. Currently, the initial expert designation deadline is August 29, 2025 (eight weeks before the October 24, 2025, expert discovery cutoff). (Dkt. 73). The Parties jointly request a brief continuance of this deadline in order to conduct Sergeant Hayhoe's deposition and provide the transcript of his deposition to the Parties' respective experts.

4. In addition to Sergeant Hayhoe's unexpected injury providing "good

cause" for the Parties' request, Plaintiff's counsel also notes that attorney Dale K. Galipo only recently associated into this matter as counsel for the Plaintiff, on June 18, 2025.

5. Additionally, this is the Parties' first request for any continuance in this matter.
6. The continuance requested by the Parties herein will not affect the trial date.
7. Therefore, the Parties respectfully and jointly request that the expert discovery deadlines be briefly continued, as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Expert Disclosures | August 29, 2025 | September 19, 2025 |
| Rebuttal Expert Disclosures | September 19, 2025 | October 10, 2025 |
| Expert Discovery Cutoff | October 24, 2025 | October 31, 2025 |
| Deadline to File Motion for Summary Judgment | October 17, 2025 | November 7, 2025 |
| Deadline to Oppose Motion for Summary Judgment | L.R. 7-9 | November 21, 2025 *(the Parties agree that Plaintiff may have two weeks to oppose any dispositive motion)* |
| Deadline to Reply to Motion for Summary Judgment | L.R. 7-10 | December 5, 2025 *(the Parties agree that Defendants may have two weeks to reply to any dispositive motion)* |

| Deadline to Hear Motion for Summary Judgment | November 21, 2025 | December 26, 2025 |
|---|---|---|

IT IS SO STIPULATED.

DATED: August 22, 2025                LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: August 22, 2025                IVIE MCNEILL WYATT PURCELL & DIGGS,

By:   /s/ Rodney S. Diggs
Rodney S. Diggs
Attorneys for Plaintiff, Ashlyn Petit

DATED: August 22, 2025                LOS ANGELES CITY ATTORNEY'S OFFICE

_____
Christian Bojorquez
Attorney for Defendant City of Los Angeles

*Stip for Expert & Motion Deadlines*

DATED: August 22, 2025                CARPENTER, ROTHANS & DUMONT, LLP

/s/ Kimberly Sarmiento
Kimberly Sarmiento
Attorneys for Defendants Daryl Glover, Jr. and Brett Hayhoe

-4-
JOINT STIPULATION TO BRIEFLY CONTINUE THE EXPERT DISCOVERY AND MSJ DEADLINES