# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER TO BRIEFLY CONTINUE THE EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

-1-
[PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation to Modify the Scheduling Order to Briefly Continue the Expert Discovery and Dispositive Motion Deadlines, and GOOD CAUSE having been shown, namely, the unavoidable injury of Defendant Brett Hayhoe that prevented his deposition from going forward as scheduled on July 30, 2025, it is hereby ordered that the expert discovery and dispositive motion deadlines be briefly continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Initial Expert Disclosures | August 29, 2025 | September 19, 2025 |
| Rebuttal Expert Disclosures | September 19, 2025 | October 10, 2025 |
| Expert Discovery Cutoff | October 24, 2025 | October 31, 2025 |
| Deadline to File Motion for Summary Judgment | October 17, 2025 | November 7, 2025 |
| Deadline to Oppose Motion for Summary Judgment | L.R. 7-9 | November 21, 2025 *(the Parties agree that Plaintiff may have two weeks to oppose any dispositive motion)* |
| Deadline to Reply to Motion for Summary Judgment | L.R. 7-10 | December 5, 2025 *(the Parties agree that Defendants may have two weeks to reply to any dispositive motion)* |
| Deadline to Hear Motion for Summary Judgment | November 21, 2025 | December 26, 2025 |

IT IS SO ORDERED.

DATED:                                              UNITED STATES DISTRICT COURT

_____
HON. OTIS D. WRIGHT, II

-2-
[PROPOSED ORDER