**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866x)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Assistant City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ASHLYN PETIT, as Successor-in-Interest to JERMAINE PETIT, deceased,

           Plaintiff,

   vs.

CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,

           Defendants.

**Case No. 2:23-CV-00789 CJC (PVCx)**
*Hon. Carmac J. Carney; Ctrm 9B (Santa Ana)*
*Mag. Pedro V. Castillo; Ctrm 590 (Roybal)*

**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

COMES NOW Defendant CITY OF LOS ANGELES answering the Plaintiff's First Amended Complaint for Damages for itself and for no other parties, admits, denies and allege as follows:

### JURISDICTION AND VENUE

1.    Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

2.      Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## **PARTIES**

3.      Answering paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4.      Answering paragraph 4, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

5.      Answering paragraph 5, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

6.      Answering paragraph 6, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

7.      Answering paragraph 7, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

8.      Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9.      Answering paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10.     Answering paragraph 10, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

11.     Answering paragraph 11, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## **FACTS COMMON TO ALL CAUSES OF ACTION**

12.     Answering paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13.    Answering paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14.    Answering paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15.    Answering paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16.    Answering paragraph 16, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

17.    Answering paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18.    Answering paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19.    Answering paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20.    Answering paragraph 20, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21.    Answering paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

22.    Answering paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23.    Answering paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST CAUSE OF ACTION

**(By Plaintiff Against the Defendant OFFICERS for**

**Violations of Civil Rights [42 U.S.C. §1983])**

**(Based on Unreasonable Use of Excessive and Deadly Force)**

24.    Answering paragraph 24, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

25.    Answering paragraph 25, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

26.    Answering paragraph 26, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

27.    Answering paragraph 27, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

28.    Answering paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29    Answering paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30.    Answering paragraph 30, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31.     Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32.     Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33.     Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34.     Answering paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35.     Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36.     Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37.     Answering paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38.     Answering paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39.     Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

40.     Answering paragraph 40, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

41.     Answering paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42.     Answering paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43.     Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44.     Answering paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45.     Answering paragraph 45, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## SECOND CAUSE OF ACTION

**(By Plaintiff Against the Defendant CITY OF LOS ANGELES for Violations of Civil Rights [42 U.S.C. §1983])**

**(Based on Unconstitutional Policy, Practice, or Custom)**

46.     Answering paragraph 46, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

47.     Answering paragraph 47, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

48.     Answering paragraph 48, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

49.     Answering paragraph 49, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

50.     Answering paragraph 50, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51.      Answering paragraph 51, subparagraphs a-g, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52.     Answering paragraph 52, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

53.     Answering paragraph 53, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

54.     Answering paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55.     Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56.     Answering paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57.     Answering paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58.     Answering paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59.    Answering paragraph 59, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

60.    Answering paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61.    Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62.    Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63.    Answering paragraph 63, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## THIRD CAUSE OF ACTION

### (By Plaintiff Against the DEFENDANTS, Inclusive)

### DENIAL OF MEDICAL CARE (42 U.S.C. § 1988)

64.    Answering paragraph 64, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

65.    Answering paragraph 65, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

66.    Answering paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67.    Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68.    Answering paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69.    Answering paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70.    Answering paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71.    Answering paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72.    Answering paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73.    Answering paragraph 73, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74.    Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75.    Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76.    Answering paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

77.    Answering paragraph 77, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

78.    Answering paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79.    Answering paragraph 79, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80.    Answering paragraph 80, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FOURTH CAUSE OF ACTION

### (By Plaintiff Against the DEFENDANTS for Battery/Assault

### [Cal. Gov't Code §§815.2(a), 820(a); Cal. Civ. Code § 43]

81.    Answering paragraph 81, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

82.    Answering paragraph 82, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

83.    Answering paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

84.    Answering paragraph 84, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85.    Answering paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86.    Answering paragraph 86, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87.    Answering paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88.    Answering paragraph 88, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89.    Answering paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90.    Answering paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91.    Answering paragraph 91, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

92.    Answering paragraph 92, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

93.    Answering paragraph 93, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94.    Answering paragraph 94, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

95.     Answering paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

96.     Answering paragraph 96, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **FIFTH CAUSE OF ACTION**

### **(By Plaintiff Against the DEFENDANTS for Negligence**

### **[Cal. Gov't Code §§815.2(a), 820(a); Cal. Civ. Code § 43]**

97.     Answering paragraph 97, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

98.     Answering paragraph 98, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

99.     Answering paragraph 99, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100.    Answering paragraph 100, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

101.    Answering paragraph 101, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102.    Answering paragraph 102, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

. . .

103.   Answering paragraph 103, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

104.   Answering paragraph 104, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

105.   Answering paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

106.   Answering paragraph 106, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

107.   Answering paragraph 107, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

108.   Answering paragraph 108, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

109.   Answering paragraph 109, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

110.   Answering paragraph 110, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

111.   Answering paragraph 111, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

112.    Answering paragraph 112, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

113.    Answering paragraph 113, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CAUSE OF ACTION

### (By Plaintiff Against the DEFENDANTS)

### VIOLATION OF THE BANE ACT (Cal. § 52.1)

114.    Answering paragraph 114, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

115.    Answering paragraph 115, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

116.    Answering paragraph 116, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

117.    Answering paragraph 117, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

118.    Answering paragraph 118, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

119.    Answering paragraph 119, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

120.    Answering paragraph 120, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

121.   Answering paragraph 121, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## SEVENTH CAUSE OF ACTION

### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### (By PLAINTIFF against All Defendants))

122.   Answering paragraph 122, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

123.   Answering paragraph 123, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

124.   Answering paragraph 124, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

125.   Answering paragraph 125, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

126.   Answering paragraph 126, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

127.   Answering paragraph 127, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

128.   Answering paragraph 128, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

129.   Answering paragraph 129, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

130.   Answering paragraph 130, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **EIGHTH CAUSE OF ACTION**

### **(By Plaintiff Against the Defendant CITY)**

### **(Violation of the Americans With Disability Act (ADA) (TITLE II) – And Rehabilitation Act (RA) of 1990 42 U.S.C. 12101, et seq.**

131.   Answering paragraph 131, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

132.   Answering paragraph 132, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

133.   Answering paragraph 133, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

134.   Answering paragraph 134, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

135.   Answering paragraph 135, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

136.   Answering paragraph 136, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

137.   Answering paragraph 137, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

138.   Answering paragraph 138, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

139.   Answering paragraph 139, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

140.    Answering paragraph 140, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

141.    Answering paragraph 141, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

142.    Answering paragraph 142, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

143.    Answering paragraph 143, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

## THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

. . .

. . .

## FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff or others.  Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

## FIFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendant is entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed.  They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them.  Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

## SIXTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## EIGHTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

## NINTH AFFIRMATIVE DEFENSE

Defendant's actions is privileged pursuant to Civil Code, Section 47.

## TENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

. . .

. . .

## ELEVENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

## TWELFTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense/officer safety.

## THIRTEENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## FIFTEENTH AFFIRMATIVE DEFENSE

Failure to Mitigate Damages: Plaintiff has failed to take reasonable measures/ action to avoid the injuries/damages alleged in his Complaint, and thus any recovery should be reduced accordingly.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Unavoidable Detriment:  To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

. . .

. . .

## EIGHTTEENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## NINETEENTH AFFIRMATIVE DEFENSE

The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## TWENTIETH AFFIRMATIVE DEFENSE

Apportionment of Fault: If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages.

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiffs take nothing by this action;

2.      That the action be dismissed;

3.      That Defendant be awarded costs of suit;

. . .

1         4.     That Defendant be awarded other and further relief as the Court may

2 deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

3

4 DATED: September 18, 2025     HYDEE FELDSTEIN SOTO, City Attorney
                                     DENISE C. MILLS, Chief Deputy City Attorney

5                                      KATHLEEN KANEALLY, Chief Assist. City Attorney

6

7                                 By: _____ /s/ *Christian R. Bojorquez*

8                                 CHRISTIAN R. BOJORQUEZ, Assistant City Attorney
                                *Attorneys for Defendant* CITY OF LOS ANGELES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28