**STEVEN J. ROTHANS** – State Bar No. 106579
**KIMBERLY SARMIENTO** – State Bar No. 345641
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>  Plaintiff,<br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**STIPULATION TO DISMISS ADA/REHABILITATION ACT CLAIM** |

   IT IS HEREBY STIPULATED, by Plaintiff Ashlyn Petit, and Defendants City of Los Angeles, Sgt. Brett Hayhoe, and Officer Daryl Glover, Jr., as follows:

   1.   The parties met and conferred on October 24, 2025, in accordance with Local Rule 7-3 concerning Defendants' anticipated Motions for Summary Judgment, or in the alternative, Summary Adjudication.

   2.   As a result of the parties' meet and confer efforts, Plaintiff hereby agrees to dismiss with prejudice her eighth claim for Violation of 42 U.S.C. §

12101 et seq., entitled Violation of the Americans with Disability Act (ADA) and Rehabilitation Act of 1990, as set forth in the operative First Amended Complaint (Dkt. 62).

**IT IS SO STIPULATED.**

DATED: October 30, 2025          LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: October 28, 2025          IVIE McNEIL WYATT PURCELL & DIGGS

By: /s/ Rodney S. Diggs
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit

DATED: October 28, 2025          HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assist City Atty

By: [signature]
Christian Bojorquez, Deputy City Attorney
*Attorneys for Defendant,* City of Los Angeles

DATED: October 27, 2025          CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Kimberly Sarmiento
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Darryl Glover, Jr., public employees