**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ADA/REHABILITATION ACT CLAIM** |

1    IT IS HEREBY ORDERED, following the stipulation of counsel, that Plaintiff Ashlyn Petit's eighth claim for Violation of 42 U.S.C. § 12101 et seq., entitled Violation of the Americans with Disability Act (ADA) and Rehabilitation Act of 1990, as set forth in the operative First Amended Complaint (Dkt. 62), is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 3, 2025

_____
Honorable Otis D. Wright II
United States District Judge