**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**DEFENDANTS SERGEANT BRETT HAYHOE AND OFFICER DARYL GLOVER, JR.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS**<br><br>[Filed concurrently with the Memorandum of Points and Authorities]<br><br>Date: November 24, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5D |

After consideration of the papers in support of and in opposition to the Motion for Summary Judgment filed on behalf of Defendants Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, the Court determines that the following facts have been established as uncontroverted:

///

- 1 -
SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. At approximately 7:22 p.m. on July 18, 2022, the Los Angeles Police Department ("LAPD") dispatch received a 911 call from Witness Tod Tramel, who reported that a dark-skinned black male with dreadlocks pulled out a black handgun after Tramel told him to leave the area. Mr. Tramel further described that the subject was wearing black pants and a green long-sleeved shirt and informed dispatch that his address, where the interaction occurred, was 4135 Edgehill Drive in Los Angeles. | Ex. "A," CAD at p. 1; Ex. "B," Tramel Call at 00:00-02:28; Ex. "C," - Tramel Depo. at 23:11-26:4. |
| 2. About a few minutes later, dispatch received a call from Witness Hanna Mark, who reported concerns about a man walking around her neighborhood and burning items in the middle of the street. She reported the man's location as 41st and Edgehill, one block from Audubon Middle School. Ms. Mark described him as a tall, thin black man with dreads and said he had a few items in his hands. | Ex. "A," CAD at p. 2; Ex. "D," Mark Call 1 at 0:10-1:15; Ex. "E," Mark Depo. at 8:13-25, 10:1-9. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 3. The dispatcher asked whether the man was wearing a long-sleeved shirt, and when Ms. Mark confirmed that he was, the dispatcher informed her that someone else called 911 earlier about the same person. The dispatcher said first caller reported that the man had a gun and asked Ms. Mark if she saw the man holding a gun. She said at first she thought she saw a gun in his hand but now could not see him well enough to confirm. | Ex. "D," Mark Call 1 at 1:16-2:22;<br>Ex. "E," Mark Depo. at 13:21-16:3. |
| 4. Dispatch broadcasted a call over the radio to LAPD's Southwest Station for an Assault with a Deadly Weapon ("ADW") suspect described as a transient male black with dreadlocks wearing black pants and green long-sleeved shirt. The call also stated that the subject threatened a reporting party with a black handgun. Dispatch later relayed the information from Mark's call reporting that the ADW suspect was walking on 41st Street towards Audubon Middle School and that it was unknown if he had a handgun but he | Ex. "F," Glover Depo. at 20:1-21:21;<br>Ex. "G," Hayhoe Depo. at 14:13-15:6;<br>Ex. "H," Dispatch at 2:20-2:55, 5:12-24, 6:04-40;<br>Ex. "I," Martinez Depo. at 37:17-38:8;<br>Glover Decl. at ¶ 4-5. |

- 3 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| was holding a stick and lighting trash on fire. | |
| 5. At approximately 7:27 p.m., Officers E. Gonzales and D. Gonzalez arrived in the area and began looking for Petit. About five minutes later, Witness Hanna Mark flagged down Officer Gonzales in his patrol vehicle. Ms. Mark confirmed that she had called 911 earlier and reiterated that she thought she may have seen the man with a gun but was not sure. | Ex. "E," Mark Depo. at 25:23-28:4;<br>Ex. "J," Gonzales BWC at 0:00-0:34. |
| 6. Ms. Mark called 911 again and reported that the man was walking on Degnan Boulevard, north of Martin Luther King Blvd, to update them about Petit's location. Ms. Mark reiterated that he may have been holding a small gun in his right hand. | Ex. "E," Mark Depo. at 20:25-22:22;<br>Ex. "K," Mark Call 2 at 0:00-2:24. |
| 7. Shortly thereafter, Sergeant Brett Hayhoe, Officer Daryl Glover, Jr., and Officer Nelson Martinez responded to the scene to assist with locating the suspect. Sgt. Hayhoe eventually found a man matching the description, later identified as Jermaine | Ex. "A," CAD at p. 2;<br>Ex. "G," Hayhoe Depo. at 15:15-16:16;<br>Ex. "H," Dispatch at 13:17-13:44;<br>Ex. "I," Martinez Depo. at 39:4- |

- 4 -
SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| | UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| | Petit, walking south on Degnan Boulevard north of Martin Luther King Boulevard. Sgt. Hayhoe continued driving on Martin Luther King Boulevard and observed Officers Glover and Martinez approaching in their patrol vehicles. Sgt. Hayhoe parked his patrol car and alerted Officers Glover and Martinez of Petit's location. | 12, 44:3-22. |
| 8. | Officers Glover and Martinez drove in the direction of Petit, who was walking west on Martin Luther King Boulevard towards Bronson Avenue. | Ex. "F," Glover Depo. at 22:25-24:6. |
| 9. | At approximately 7:33 p.m., Officer Martinez exited his patrol vehicle and approached Petit with his gun drawn in the low-ready and commanded him to "come here." Petit ignored him and continued walking westbound. Officer Martinez followed and ordered Petit multiple times to get his hands out of his pockets because he perceived that Petit was repeatedly moving his right hand near his waistband and in and out of his pocket. | Ex. "F," Glover Depo. at 25:10-11; Ex. "I," Martinez Depo. at 42:20-43:8, 49:16-53:5, 74:10-11, 75:10-12; Ex. "L," Martinez BWC at 1:40-2:01. |

- 5 -
SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 10. While Officer Martinez was attempting to engage Petit, Officer Glover did not see anything in Petit's hands. However, Officer Glover observed that Petit did not appear to be complying with Officer Martinez's commands, so Officer Glover repositioned his vehicle in an attempt to block Petit's path and order him against a fence to initiate a detention and investigation into his possible involvement in the calls for service. | Ex. "F," Glover Depo. at 24:22-26:15; Ex. "G," Martinez BWC at 1:50-1:57; Ex. "M," Glover BWC at 1:46-1:55; Glover Decl. at ¶ 7. |
| 11. Officer Glover parked, exited his vehicle, and approached Petit with his gun drawn and ordered Petit to get up against the wall. Officer Glover then noticed that Petit held a black object in his hand. He asked Petit what was in his hand. Petit mumbled, "Come and get it. Come and get it." However, Officer Glover could not understand what Petit said. | Ex. "F," Glover Depo. at 26:16-29:14; Ex. "I," Martinez BWC at 1:57-2:06; Ex. "M," Glover BWC at 1:41-2:06. |
| 12. Petit continued walking while turning his body to face Officer Glover, pointing the object in his right hand in Officer Glover's direction. | Ex. "F," Glover Depo. at 36:1-24, 49:11-17; Ex. "L," Martinez BWC at 2:04-2:13. |

- 6 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 13. Officer Glover perceived that the object resembled a black handgun and repeated his command for Petit to identify what was in his hand.  However, Petit continued walking.  Officer Glover did not take cover because there were no immediate objects near him that he believed could be used as cover. | Ex. "F," Glover Depo. at 49:4-7, 61:6-14; Ex. "M," Glover BWC at 2:03-2:07. |
| 14. Officer Martinez saw a black object in Petit's right hand and was unsure of whether it was a gun.  He questioned himself aloud about whether it was a gun. | Ex. "I," Martinez Depo. at 52:5-54:20. |
| 15. Although Officer Martinez stated that the object was not a gun, Officer Glover still perceived that the object could be a handgun, based on his training and experience and inability to confirm.  Officer Glover attempted to clarify with Officer Martinez why he thought the object might not be a gun.  Sgt. Hayhoe did not hear Officer Martinez's statement. | Ex. "F," Glover Depo. at 31:4-32:4, 40:19-41:16; Ex. "G," Hayhoe Depo. at 36:15-21; Glover Decl. at ¶ 8. |
| 16. In his experience as a peace officer, Officer Glover has made numerous arrests of persons armed with guns, including | Glover Decl. at ¶ 8. |

- 7 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| unconventional or "street" guns, including in the area where we were responding to the call for service. These unconventional firearms are sometimes made from different materials and sometimes do not completely resemble traditional firearms. Once such firearm that he has observed during an arrest was made out of a cell phone but was fully functional and capable of firing bullets. | |
| 17. Officer Glover perceived that Petit could pose a threat of harm to bystanders in the area, particularly because he had yet to determine whether Petit was armed. He and Officer Martinez followed after Petit to detain him, whom Officer Glover believed was attempting to evade the officers. | Glover Decl. at ¶ 9. |
| 18. Also concerned about the safety of those in the residential area, Sgt. Hayhoe began driving alongside Petit at a slow speed, with the overhead lights of his marked black and white police vehicle activated, intending to block his path of travel to | Ex. "G," Hayhoe Depo. at 23:10-17, 24:11-25:24, 41:7-10; Ex. "M," Glover BWC at 2:05-2:14; Ex. "N," Hayhoe BWC at 1:16-1:25; |

- 8 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| prevent him from fleeing from the officers. Children were playing just on the other side of the street of where officers were attempting to detain Petit. | Ex. "O," Ring Video at 0:00-0:45;<br>Hayhoe Decl. at ¶¶ 5-6. |
| 19. Sgt. Hayhoe was very familiar with the area and concluded Petit posed a potential threat of harm to others because: (1) Petit was on a busy street in a residential area; (2) there was a school on the opposite side of the street of where Petit was traveling; and (3) there was a large shopping mall two blocks north in the direction Petit was fleeing. Sgt. Hayhoe believed that the incident could escalate if Petit were to travel to the shopping mall or school, especially since the call for service reported that Petit brandished a gun at one of the 911 callers. | Ex. "G," Hayhoe Depo. at 39:21-41:10;<br>Hayhoe Decl. at ¶ 6. |
| 20. Prior to driving his vehicle alongside Petit, Sgt. Hayhoe looked but could not see anything in Petit's hands. It was Sgt. Hayhoe's belief that Petit was resisting the officers' efforts to detain him. | Ex. "G," Hayhoe Depo. at 18:18-24, 22:22-23, 25:16-24, 27:1-17, 33:12-15. |

- 9 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 21. After Sgt. Hayhoe's patrol vehicle appeared near Petit, Petit began moving more quickly. Officer Glover and Martinez continued to pursue him on foot. Officer Martinez yelled at Petit to "drop it!" | Ex. "G," Hayhoe Depo. at 33:20-23, 49:24-25; Ex. "L," Martinez BWC at 2:13-2:16; Ex. "M," Glover BWC at 2:05-2:14; Ex. "O," Ring Video at 0:45-0:50. |
| 22. As Sgt. Hayhoe got closer, he observed that Petit's hands were near his waistband/midsection area and that Petit was intermittently turning towards him (Sgt. Hayhoe). He then observed Petit turn to face him in what he perceived to be a shooting stance. Although he had yet to see an object in Petit's hands, Sgt. Hayhoe perceived that Petit might be armed based on his body positioning and issued multiple commands for Petit to "drop it" through the open passenger side window. | Ex. "G," Hayhoe Depo. at 29:13-20, 35:3-18; Ex. I," Martinez Depo. at 59:8-22; Ex. "M," Glover BWC at 2:15-2:17; Ex. "N," Hayhoe BWC at 1:25-1:36; Ex. "O," Ring Video at 0:50-1:06. |
| 23. Shortly thereafter, Sgt. Hayhoe saw a dark-colored object, including what appeared to be the barrel of a handgun, in | Ex. "G," Hayhoe Depo. at 50:19-51:11; Ex. "M," Glover BWC at 2:15- |

- 10 -
SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| Petit's hand. He concluded that Petit was pointing a semiautomatic handgun at him in a shooting position. Sgt. Hayhoe gave Petit multiple commands to drop the item. Perceiving that Petit was getting ready to shoot at him, Sgt. Hayhoe discharged his duty weapon at Petit. | 2:17;<br>Ex, "N," Hayhoe BWC at 1:25-1:36;<br>Ex. "O," Ring Video at 0:50-1:06;<br>Hayhoe Decl. at ¶ 6. |
| 24. After the first shot, Sgt. Hayhoe observed that Petit was still holding the object, which he believed to be a handgun and perceived that Petit still had the ability to shoot at him. | Ex. "G," Hayhoe Depo. at 43:10-13;<br>Hayhoe Decl. at ¶ 6. |
| 25. After seeing Petit turn his body in the direction of the patrol vehicle and hearing the shots fired, Officer Glover perceived that Petit and the officer inside the patrol vehicle exchanged fire. This furthered Officer Glover's suspicion that the object Petit was holding in his hand was a handgun. Perceiving that Petit might try to fire at the officer in the vehicle again, Officer Glover fired his duty weapon once at Petit. | Ex. "F," Glover Depo. at 37:22-38:14, 42:10-14, 54:10-56:5;<br>Ex. "M," Glover BWC at 2:13-2:16;<br>Ex. "O," Ring Video at 0:50-1:06;<br>Glover Decl. at ¶ 10. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 26. As Officers Glover and Martinez approached Petit, Petit began moving his left arm. They ordered Petit to stop moving and to "stop reaching for it." Officer Glover still perceived that the object Petit was holding, and now on the ground next to him, was a firearm. Sgt. Hayhoe, who could not see the object he believed was a gun, instructed the officers to take cover. Sgt. Hayhoe asked if anyone could see the gun. | Ex. "F," Glover Depo. at 38:25-39:2, 59:21-60:24, 63:3-4; Ex. "G," Hayhoe Depo. at 55:5-25; Ex. "I," Martinez BWC at 2:26-2:42; Ex. "M," Glover BWC at 2:16-2:38. |
| 27. Officer Glover and Sgt. Hayhoe still perceived that the item was a gun even after they saw the object when they approached Petit. The officers only learned that the object was not a gun during the department's subsequent investigation. | Ex. "G," Hayhoe Depo. at 57:1-12; Glover Decl. at ¶ 11. |
| 28. At approximately 7:37 p.m., Officer Martinez radioed "shots fired." To safely approach Petit, unsure of whether he had any other weapons on his person or whether he would reach for the object they still perceived to be a firearm, the officers | Ex. "A," CAD at p. 3; Ex. "H," Dispatch at 13:56-14:22; Ex. "L," Martinez BWC at 2:42-4:52; Ex. "M," Glover BWC at 3:27- |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| developed a tactical plan to approach him and take him into custody. | 4:59;<br>Ex. "N," Hayhoe BWC at 1:50-3:17;<br>Glover Decl. at ¶ 10;<br>Hayhoe Decl. at ¶ 7. |
| 29. Once backup arrived, officers approached Petit with a ballistic shield. Officer Glover instructed another officer on scene to get a trauma kit. Officer Anthony Gomez began to administer chest compressions to Petit. | Ex. "H," Dispatch at 15:08-15:19;<br>Ex. "I," Martinez BWC at 4:52-6:38;<br>Ex. "M," Glover BWC at 4:59-6:05;<br>Ex. "N," Hayhoe BWC at 3:17-5:56. |
| 30. At approximately 7:38 p.m., Officer Martinez, who was standing next to Officer Glover, radioed for a rescue ambulance. Los Angeles Fire Department ("LAFD") firefighters and paramedics responded to the scene and transported Petit to the hospital. | Ex. "A," CAD at p. 3, 12;<br>Ex. H," Dispatch at 17:35-17:50. |
| 31. As a result of the incident, the Los Angeles City Attorney's Office filed the following criminal charges against Petit: two counts each for violation of Penal | RJN. |

- 13 -

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| Code section 417.4 (brandishing an imitation firearm in a threatening manner) and Penal Code section 148(a)(1) (resisting arrest). | |

DATED: _____
Honorable Otis D. Wright II
United States District Judge

SEPARATE STATEMENT OF UNCONTROVERTED FACTS