1 | **STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
2 | **CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
3 | **Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
4 | srothans@crdlaw.com / ksarmiento@crdlaw.com

5 | Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, | Case No. 2:23-cv-00789-ODW (PVCx) |
|---|---|
| Plaintiff, | **DEFENDANTS SERGEANT BRETT HAYHOE AND OFFICER DARYL GLOVER, JR.'S INDEX OF EVIDENCE** |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

COME NOW Defendants Sgt. Brett Hayhoe and Officer Daryl Glover, Jr., public employees, and hereby files the following index of exhibits in support of her Motion for Summary Judgment, or in the alternative, Summary Adjudication.

///

///

///

///

- 1 -
INDEX OF EVIDENCE

**INDEX OF SUPPORTING EVIDENCE**

Computer Assisted Dispatch ("CAD") Report........................................ Exhibit "A"
Recorded 911 Phone Call of Todd Tramel................................................Exhibit "B"
Relevant Portions of the Deposition of Todd Tramel... ...........................Exhibit "C"
Recorded 911 Phone Call of Hanna Mark 1.......................................... Exhibit "D"
Relevant Portions of the Deposition of Hanna Mark... ...........................Exhibit "E"
Relevant Portions of the Deposition of Officer Daryl Glover, Jr............. Exhibit "F"
Relevant Portions of the Deposition of Sgt. Brett Hayhoe... .................. Exhibit "G"
Dispatch Recording... ............................................................................. Exhibit "H"
Relevant Portions of the Deposition of Officer Nelson Martinez............ Exhibit "I"
Body Worn Camera Recording of Officer Gonzalez.. .............................Exhibit "J"
Recorded 911 Phone Call of Hanna Mark 2............................................ Exhibit "K"
Body Worn Camera Recording of Officer Nelson Martinez... ................Exhibit "L"
Body Worn Camera Recording of Officer Daryl Glover, Jr... ................Exhibit "M"
Body Worn Camera Recording of Sgt. Brett Hayhoe............................. Exhibit "N"
Ring Doorbell Recording........................................................................ Exhibit "O"
Declaration of Officer Daryl Glover, Jr. ................................................. Exhibit "P"
Declaration of Sergeant Brett Hayhoe.................................................... Exhibit "Q"
Declaration of Captain Jess Falk .............................................................Exhibit "R"

DATED: November 7, 2025    CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Kimberly Sarmiento
_____
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl
Glover, Jr., public employees