**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com** / **ksarmiento@crdlaw.com**

Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00789-ODW (PVCx) <br><br> **DECLARATION OF KIMBERLY SARMIENTO** |

I, Kimberly Sarmiento, declare that:

1.    I am an attorney, duly licensed to practice law in the State of California, and an associate at the law firm of Carpenter, Rothans & Dumont, attorneys of record for the defendants in this matter.

2.    This declaration is made in connection with the Motion for Summary Judgment, or in the alternative, Summary Adjudication, filed by Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., in the above-entitled matter.

- 1 -

1    3.    The following facts are stated from my personal knowledge, except

2    those facts stated on information and belief which I believe to be true, and if called

3    as a witness I could and would so competently testify thereto under oath.

4    4.    Attached to the Index of Evidence filed concurrently herewith as

5    Exhibit "C" is a true and correct copy of the relevant portions of the transcript of

6    the deposition of Witness Todd Tramel, which was conducted on August 13, 2025,

7    in connection with this matter.

8    5.    Attached to the Index of Evidence filed concurrently herewith as

9    Exhibit "E" is a true and correct copy of the relevant portions of the transcript of

10   the deposition of Witness Hanna Mark which was conducted on August 13, 2025,

11   in connection with this matter.

12   6.    Attached to the Index of Evidence filed concurrently herewith as

13   Exhibit "F" is a true and correct copy of the relevant portions of the transcript of

14   the deposition of Officer Daryl Glover, Jr., which was conducted on July 30, 2025,

15   in connection with this matter.

16   7.    Attached to the Index of Evidence filed concurrently herewith as

17   Exhibit "G" is a true and correct copy of the relevant portions of the transcript of

18   the deposition of Sergeant Brett Hayhoe, which was conducted on August 28,

19   2025, in connection with this matter.

20   8.    Attached to the Index of Evidence filed concurrently herewith as

21   Exhibit "I" is a true and correct copy of the relevant portions of the transcript of

22   the deposition of Officer Nelson Martinez, which was conducted on August 28,

23   2025, in connection with this matter.

24

25   ///

26   ///

27   ///

28   ///

- 2 -

DECLARATION OF KIMBERLY SARMIENTO

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 7th day of November 2025 at Los Angeles, California.

3

4

5                                        /s/ Kimberly Sarmiento

6                              _____

7                                        Kimberly Sarmiento

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

DECLARATION OF KIMBERLY SARMIENTO