# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00789-ODW (PVCx)<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY ORDERED that, following the hearing on the Motion for Summary Judgment in the above-entitled matter filed by Defendants Sgt. Brett Hayhoe and Officer Daryl Glover, Jr., public employees, and consideration of the papers filed in connection therewith, the Motion is granted in its entirety, and this action is hereby dismissed, in its entirety, with prejudice. Judgment shall be entered in favor of defendants and against plaintiff.

///

///

///

IT IS SO ORDERED.

DATED: _____
Honorable Otis D. Wright, II
United States District Court Judge