# EXHIBIT "A"

```
                      SUPERIOR COURT OF CALIFORNIA
                         COUNTY OF LOS ANGELES
NO. 2CJ07926                                      PAGE NO.   1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.     CURRENT DATE 10/06/23
DEFENDANT 01:  JERMAINE   PETIT
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - MARINA DEL REY STATION

BAIL: APPEARANCE   AMOUNT     DATE     RECEIPT OR   SURETY COMPANY     REGISTER
        DATE       OF BAIL    POSTED   BOND NO.                        NUMBER

CASE FILED ON 09/20/22.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 07/18/22 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 417.4 PC MISD
    COUNT 02: 417.4 PC MISD
    COUNT 03: 148(A)(1) PC MISD
    COUNT 04: 148(A)(1) PC MISD
  CUSTODY OMO
  TRANSIENT
NEXT SCHEDULED EVENT:
  09/20/22   830 AM   ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 040



ON 09/20/22 AT  830 AM   IN CRIM JUSTICE CTR (LAC) DEPT 040

CASE CALLED FOR ARRAIGNMENT
PARTIES: KIM NGUYEN (JUDGE)   ANTHONY RUIZ   (CLERK)
              ELECTRONIC RECORDING          (REP)  HENRICO T. BAUTISTA   (CA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  PEOPLE'S REQUEST FOR DEFENDANT TO BE ORDERED OUT FOR ARRAIGNMENT
  ON THE DATE AND TIME INDICATED BELOW.
  .
  REMAND/REMOVAL ORDER ISSUED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  09/22/22   830 AM   ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 040



ON 09/22/22 AT  830 AM   IN CRIM JUSTICE CTR (LAC) DEPT 040

CASE CALLED FOR ARRAIGNMENT
PARTIES: KIM NGUYEN (JUDGE)   PAMELA FLEMMING   (CLERK)
              ELECTRONIC RECORDING          (REP)  HENRICO T. BAUTISTA   (CA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND NOT
  REPRESENTED BY COUNSEL
BAIL SET AT $30,000
  DEFENDANT IS A CUSTODY MISS OUT.
  .
  THE COURT FINDS GOOD CAUSE TO SET THE ARRAIGNMENT AS INDICATED
  BELOW.
  .
  BAIL SET AT $30,000.00.
  .
  REMAND/REMOVAL ORDER ISSUED.
```

```
CASE NO. 2CJ07926                                    PAGE NO.   2
DEF NO.  01                                          DATE PRINTED 10/06/23

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   09/26/22   830 AM  ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 040

CUSTODY STATUS: DEFENDANT REMANDED


ON 09/26/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 040

CASE CALLED FOR ARRAIGNMENT
PARTIES: KIM NGUYEN (JUDGE)  PAMELA FLEMMING  (CLERK)
                  ELECTRONIC RECORDING       (REP)  HENRICO T. BAUTISTA  (CA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND NOT
   REPRESENTED BY COUNSEL
BAIL SET AT $30,000
   DEFENDANT IS A MISS OUT.
   THE COURT FINDS GOOD CAUSE TO SET THE ARRAIGNMENT AS INDICATED

   BELOW.
   BAIL TO STAND.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   09/27/22   830 AM  ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 040

CUSTODY STATUS: DEFENDANT REMANDED


ON 09/27/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 040

CASE CALLED FOR ARRAIGNMENT
PARTIES: KIM NGUYEN (JUDGE)  PAMELA FLEMMING  (CLERK)
                  ELECTRONIC RECORDING       (REP)  HENRICO T. BAUTISTA  (CA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND NOT
   REPRESENTED BY COUNSEL
BAIL SET AT $30,000
   DEFENDANT IS A NEDICAL MISS OUT.
   THE COURT FINDS GOOD CAUSE TO SET THE ARRAIGNMENT AS INDICATED
   BELOW.

   BAIL TO STAND.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   10/05/22   830 AM  ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 040

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/05/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 040

CASE CALLED FOR ARRAIGNMENT
PARTIES: KIM NGUYEN (JUDGE)  ANTHONY RUIZ  (CLERK)
                  ELECTRONIC RECORDING (REP)     HENRICO T. BAUTISTA  (CA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  GREGORY BUHL - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY GREGORY BUHL DEPUTY PUBLIC
   DEFENDER
```

```
CASE NO. 2CJ07926                                    PAGE NO.    3
DEF NO.  01                                          DATE PRINTED 10/06/23
```

A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT'S FINANCIAL STATEMENT FILED.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 417.4 PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 417.4 PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 03, 148(A)(1) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 04, 148(A)(1) PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORALLY ADVISED DEFENDANT:
     THEY HAVE THE RIGHT AND OBLIGATION TO BE PERSONALLY PRESENT IN
     COURT;
     THE TRIAL/PRELIMINARY HEARING/OTHER PROCEEDING WILL PROCEED
     WITHOUT THEM IF THEY REFUSE TO BE PERSONALLY PRESENT;
     THEY HAVE THE RIGHT TO REMAIN SILENT DURING THE TRIAL/
     PRELIMINARY HEARING/OTHER PROCEEDING;
     THEIR ABSENCE FROM THE TRIAL/PRELIMINARY HEARING/OTHER
     PROCEEDING WILL CONSTITUTE A VOLUNTARY WAIVER OF ANY

     CONSTITUTIONAL OR STATUTORY RIGHTS TO CONFRONT WITNESSES AND
     TO TESTIFY;
     THEIR COUNSEL WILL BE PRESENT FOR THE TRIAL/PRELIMINARY HEARING/
     OTHER PROCEEDING.

   -DEFENDANT WAIVES ADVISEMENT OF MILITARY RIGHTS PURSUANT TO PENAL
     CODE SECTION 858.

   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   DEFENDANT WAIVES FORMAL READING OF THE COMPLAINT, ADVISEMENT
   OF RIGHTS. DENIES ANY SPECIAL ALLEGATIONS AND ENTERS A PLEA OF
   NOT GUILTY.
   .
   PRETRIAL HEARING IS SET ON OCTOBER 19, 2022, AT 8:30 A.M. IN
   DEPARTMENT 54, AS DAY 14 OF 30.
   .
   LAST DAY FOR JURY TRIAL IS NOVEMBER 4, 2022.
   .
   BAIL IS SET AT $5,000.00. REMAND ORDER ISSUED.
   .
BAIL SET AT $5,000.

NO STATUTORY TIME WAIVED.
NEXT SCHEDULED EVENT:
10/19/22   830 AM   PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 14 OF 30

CUSTODY STATUS: REMANDED TO CUSTODY


ON 10/19/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: ANNE HWANG (JUDGE)  MIRI IM   (CLERK)
              ELECTRONIC RECORDING        (REP)  MINA M. SAMI  (CA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND
   REPRESENTED BY ALEX KIRKPATRICK DEPUTY PUBLIC DEFENDER
BAIL SET AT $5,000
   THE DEFENDANT IS IN ANOTHER COURTHOUSE.
   .
   THE MATTER IS TRAILED FOR PRETRIAL HEARING ON OCTOBER 20, 2022,

```
CASE NO. 2CJ07926                                    PAGE NO.    4
DEF NO.  01                                          DATE PRINTED 10/06/23
```

   AT 8:30 A.M., IN THIS DEPARTMENT AS DAY 15 OF 30.
NEXT SCHEDULED EVENT:
   10/20/22   830 AM   PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 15 OF 30

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/20/22 AT   830 AM   IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: ARMENUI A. ASHVANIAN (JUDGE)  MIRI IM  (CLERK)
                    ELECTRONIC RECORDING        (REP)  DIANA S. LUNA  (CA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND
   REPRESENTED BY MARY DOLMADJIAN DEPUTY PUBLIC DEFENDER
BAIL SET AT $5,000
   THE MATTER IS TRAILED FOR PRETRIAL HEARING ON OCTOBER 24, 2022,
   AT 8:30 A.M., IN THIS DEPARTMENT AS DAY 18 OF 30.

NEXT SCHEDULED EVENT:
   10/24/22   830 AM   PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 18 OF 30

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/24/22 AT   830 AM   IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: ANNE HWANG (JUDGE)  MIRI IM  (CLERK)
                    ELECTRONIC RECORDING        (REP)  ALEXANDRA B PISULA  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY GEGAM P. PETROSYAN DEPUTY
   PUBLIC DEFENDER
BAIL SET AT $5,000
   UPON DEFENSE COUNSEL'S REQUEST, THE MATTER IS CONTINUED FOR
   PRETRIAL HEARING ON OCTOBER 27, 2022, AT 8:30 A.M., IN THIS
   DEPARTMENT AS DAY 0 OF 15 TRAILING FELONY CASE NUMBERS BA497174
   AND MA080839.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:

   10/27/22   830 AM   PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 15

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/27/22 AT   830 AM   IN CRIM JUSTICE CTR (LAC) DEPT 054

   NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
   IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
   MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE. ALL OTHER ORDERS ARE
   TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRETRIAL HEARING
PARTIES: ANNE HWANG (JUDGE)  MIRI IM  (CLERK)
                    ELECTRONIC RECORDING        (REP)  GISELLE M. FERNANDEZ  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY GEGAM P. PETROSYAN DEPUTY
   PUBLIC DEFENDER
   DEPUTY CITY ATTORNEY DIANA PARDO STANDS IN FOR THE PEOPLE.
   .

```
CASE NO. 2CJ07926                                    PAGE NO.    5
DEF NO.  01                                          DATE PRINTED 10/06/23
```

   THE DEFENSE'S ORAL MOTION FOR THE DEFENDANT TO BE RELEASED ON
   HIS OWN RECOGNIZANCE IS HEARD, ARGUED, AND GRANTED.
.
   UPON DEFENSE COUNSEL'S REQUEST, THE MATTER IS CONTINUED FOR
   PRETRIAL HEARING ON DECEMBER 15, 2022, AT 8:30 A.M., IN THIS
   DEPARTMENT AS DAY 0 OF 30.
.
   DEFENDANT IS RELEASED; RELEASE NUMBER AN094637 IS ISSUED
   FORTHWITH.
   COURT ORDERS AND FINDINGS:
   -DO NOT USE OR THREATEN TO USE FORCE OR VIOLENCE ON ANY PERSON.
     DO NOT ANNOY, HARASS OR MOLEST ANY PERSON OR WITNESS INVOLVED IN
     THIS CASE.
   -NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
     INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

   -COMPLY WITH TERMS OF VETERANS DIVERSION IN FELONY CASES.
   -OBEY ALL LAWS AND ORDERS OF THE COURT.

   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   12/15/22    830 AM  PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 12/15/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: MICHAEL D. ABZUG (JUDGE)  ANTHONY RUIZ  (CLERK)
                  ELECTRONIC RECORDING         (REP)  ALEXANDRA B PISULA  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY MARY DOLMADJIAN DEPUTY
   PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
   MARY DOLMADJIAN DEPUTY PUBLIC DEFENDER
   THE MATTER IS HEARD IN DEPARTMENT 55.
.
   DEFENSE COUNSEL INDICATES SHE DOES NOT KNOW THE DEFENDANT'S

   WHEREABOUTS.
.
   DEFENDANT CURRENTLY ON MILITARY DIVERSION.
.
   PRETRIAL HEARING IS TRAILED TO DECEMBER 29, 2023, AT 8:30 A.M.
   IN DEPARTMENT 54, AS DAY 14 OF 30.
.
   ENTRY BY K. SMITH
NEXT SCHEDULED EVENT:
   12/29/23    830 AM  PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 14 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 01/05/23 AT 1130 AM :

   PRETRIAL HEARING IS RESET TO JANUARY 9, 2023, AT 8:30 A.M. IN
   DEPARTMENT 54, AS DAY 25 OF 30.

```
CASE NO. 2CJ07926                                    PAGE NO.    6
DEF NO.  01                                          DATE PRINTED 10/06/23


  THE MATTER WAS CALENDARED IN ERROR FOR 12-29-2023 AND THAT
  DATE IS ADVANCED AND VACATED.

NO STATUTORY TIME WAIVED.
NEXT SCHEDULED EVENT:
  01/09/23   830 AM  PRETRIAL HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 25 OF 30



ON 01/09/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: ANNE HWANG (JUDGE)  ANTHONY RUIZ  (CLERK)
                ELECTRONIC RECORDING       (REP)  BRADLEY ROTHENBERG  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY MARY DOLMADJIAN DEPUTY
  PUBLIC DEFENDER

DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  MARY DOLMADJIAN DEPUTY PUBLIC DEFENDER
BAIL SET AT $20,000
  AT THE REQUEST OF DEFENSE COUNSEL, PRETRIAL HEARING AND MENTAL
  HEALTH DIVERSION MOTION IS CONTINUED TO FEBRUARY 21, 2023, AT
  8:30 A.M. IN DEPARTMENT 54, AS DAY 0 OF 30.

  BAIL IS SET AT $20,000.00 (TWENTY THOUSAND DOLLARS), REMAND
  ORDER ISSUED.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  02/21/23   830 AM  PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMANDED


ON 02/21/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054


CASE CALLED FOR PRETRIAL AND MOTION
PARTIES: ANNE HWANG (JUDGE)   HELEN TOLEDO  (CLERK)
                ELECTRONIC RECORDING       (REP)  ALEXANDRA B PISULA  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY EMMANUEL GARCIA DEPUTY
  PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  EMMANUEL GARCIA DEPUTY PUBLIC DEFENDER
BAIL SET AT $20,000
  AT THE REQUEST OF DEFENSE COUNSEL, PRETRIAL HEARING AND MENTAL
  HEALTH DIVERSION MOTION IS CONTINUED TO APRIL 5, 2023,
  AT 8:30 A.M., IN DEPARTMENT 54, AS DAY 0 OF 30.

  BAIL REMAINS AS SET. DEFENDANT IS ORDERED OUT FOR THE NEXT COURT
  DATE.
```

```
CASE NO. 2CJ07926                                        PAGE NO.    7
DEF NO.  01                                              DATE PRINTED 10/06/23

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  04/05/23   830 AM  PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMANDED


ON 04/05/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL AND MOTION
PARTIES: ANNE HWANG (JUDGE)  ANTHONY RUIZ  (CLERK)
                 ELECTRONIC RECORDING       (REP) GISELLE M. FERNANDEZ  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY EMMANUEL GARCIA DEPUTY
  PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  EMMANUEL GARCIA DEPUTY PUBLIC DEFENDER
BAIL SET AT $20,000

  THE PRETRIAL HEARING IS CONTINUED TO APRIL 28, 2023, AT
  8:30 A.M. IN DEPARTMENT 54, AS DAY 0 OF 30 FOR A POSSIBLE
  VETERAN'S DIVERSION MOTION. 977(A) IS AUTHORIZED.
  .
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  04/28/23   830 AM  PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMANDED


ON 04/07/23 AT  900 AM :

  AT THE REQUEST OF DEFENSE COUNSEL, THE MATTER IS PLACED ON
  CALENDAR FOR THE TIME AND DATE INDICATED BELOW.
  .
NEXT SCHEDULED EVENT:
  04/11/23   830 AM  FURTHER PROCEEDINGS   DIST CRIM JUSTICE CTR (LAC) DEPT 054



ON 04/11/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: ANNE HWANG (JUDGE)  ANTHONY RUIZ  (CLERK)
                 ELECTRONIC RECORDING       (REP) GISELLE M. FERNANDEZ  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY EMMANUEL GARCIA DEPUTY
  PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  EMMANUEL GARCIA DEPUTY PUBLIC DEFENDER
  DEFENSE COUNSEL'S ORAL REQUEST FOR RELEASE ON OWN RECOGNIZANCE
  IS GRANTED WITH THE FOLLOWING CONDITIONS:
  -THE DEFENDANT MUST ABIDE BY RULES AND REQUIREMENTS OF VETERAN'S
  AFFAIRS AND THE TERMS SET FORTH IN CASE NUMBER BA497174.
  .
  SUPERIOR COURT ORDER FOR RELEASE #AN098657 IS ISSUED.
  .
```

```
CASE NO. 2CJ07926                                          PAGE NO.    8
DEF NO.  01                                                DATE PRINTED 10/06/23
```

   THE PRETRIAL HEARING IS CONTINUED TO MAY 16, 2023, AT 8:30 A.M.
   IN DEPARTMENT 54, AS DAY 0 OF 30 FOR A POSSIBLE VETERAN'S
   DIVERSION MOTION.
 .
   977(A) IS AUTHORIZED.
 .
 WAIVES STATUTORY TIME.
 NEXT SCHEDULED EVENT:
   05/16/23   830 AM   PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
 DAY 00 OF 30

 CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


 ON 05/16/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

 CASE CALLED FOR PRETRIAL AND MOTION
 PARTIES: ANNE HWANG (JUDGE)  ANTHONY RUIZ   (CLERK)

                 ELECTRONIC RECORDING         (REP)  DIANA S. LUNA   (CA)
 DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY EMMANUEL GARCIA DEPUTY
   PUBLIC DEFENDER
 DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
   EMMANUEL GARCIA DEPUTY PUBLIC DEFENDER
   AT THE REQUEST OF DEFENSE COUNSEL, THE PRETRIAL HEARING IS
   CONTINUED TO JUNE 21, 2023, AT 8:30 A.M. IN DEPARTMENT 54, AS
   DAY 0 OF 30 FOR A POSSIBLE VETERAN'S DIVERSION MOTION.
 .
   THE DEFENDANT IS ORDERED TO APPEAR IF THE MOTION WILL BE HEARD.
 .
 WAIVES STATUTORY TIME.
 NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
   06/21/23   830 AM   PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
 DAY 00 OF 30

 CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


 ON 06/21/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054


 CASE CALLED FOR PRETRIAL AND MOTION
 PARTIES: ANNE HWANG (JUDGE)  ANTHONY RUIZ   (CLERK)
                 ELECTRONIC RECORDING         (REP)  GISELLE M. FERNANDEZ   (CA)
 DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY JAMES H CURLS-SCOTT
   DEPUTY PUBLIC DEFENDER
 DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
   JAMES H CURLS-SCOTT DEPUTY PUBLIC DEFENDER
   THE PRETRIAL HEARING IS CONTINUED TO JULY 18, 2023, AT
   8:30 A.M. IN DEPARTMENT 54, AS DAY 0 OF 30 FOR A POSSIBLE
   VETERAN'S DIVERSION MOTION.
 .
   THE DEFENDANT IS ORDERED TO APPEAR.
 .
 WAIVES STATUTORY TIME.
 NEXT SCHEDULED EVENT:

```
CASE NO. 2CJ07926                                    PAGE NO.   9
DEF NO.  01                                          DATE PRINTED 10/06/23

 UPON MOTION OF DEFENDANT
  07/18/23   830 AM   PRETRIAL AND MOTION   DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 07/18/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL AND MOTION
PARTIES: ADAN MONTALBAN (JUDGE)  ANTHONY RUIZ   (CLERK)
                  ELECTRONIC RECORDING         (REP)  JENNIFER A CORTEZ   (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY JAMES H CURLS-SCOTT
  DEPUTY PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  JAMES H CURLS-SCOTT DEPUTY PUBLIC DEFENDER
  AT THE REQUEST OF DEFENSE COUNSEL, THE PRETRIAL HEARING IS
  CONTINUED TO AUGUST 23, 2023, AT 8:30 A.M. IN DEPARTMENT 54, AS

  DAY 0 OF 30 FOR A POSSIBLE VETERAN'S DIVERSION MOTION.
 .
  THE DEFENDANT IS ORDERED TO APPEAR.
 .
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  08/23/23   830 AM   PRETRIAL HEARING    DIST CRIM JUSTICE CTR (LAC) DEPT 054
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 08/23/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR PRETRIAL HEARING
PARTIES: KEVIN S. ROSENBERG (JUDGE)  ANTHONY RUIZ   (CLERK)
                  ELECTRONIC RECORDING         (REP)  JENNIFER A CORTEZ   (CA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND REPRESENTED BY
  ONDINA LIPNEY DEPUTY PUBLIC DEFENDER
  THE DEFENDANT FAILS TO APPEAR IN COURT BY 11:42 A.M. AND DEFENSE

  MAKES AN ORAL REQUEST FOR A BENCH WARRANT HOLD.
 .
  THE COURT ORDERS A BENCH WARRANT ISSUED AND HELD TO
  AUGUST 30, 2023, AT 8:30 A.M. IN DEPARTMENT 54. THE DEFENDANT IS
  ORDERED TO APPEAR.
 .
NEXT SCHEDULED EVENT:
  08/30/23   830 AM   BENCH WARRANT HOLD   DIST CRIM JUSTICE CTR (LAC) DEPT 054


ON 08/30/23 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 054

CASE CALLED FOR BENCH WARRANT HOLD
PARTIES: KEVIN S. ROSENBERG (JUDGE)  ANTHONY RUIZ   (CLERK)
                  ELECTRONIC RECORDING         (REP)  JENNIFER A CORTEZ   (CA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND REPRESENTED BY
  ONDINA LIPNEY DEPUTY PUBLIC DEFENDER
  THE DEFENDANT FAILS TO APPEAR IN COURT BY 9:55 A.M. AND DEFENSE
```

```
CASE NO. 2CJ07926                                    PAGE NO.  10
DEF NO.  01                                          DATE PRINTED 10/06/23
```

HAS NO CONTACT.

THE COURT ORDERS A BENCH WARRANT ISSUED IN THE AMOUNT OF $10,000.00.

NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

08/30/23 BENCH WARRANT IN THE AMOUNT OF $10,000.00 BY ORDER OF JUDGE KEVIN S. ROSENBERG ORDERED/ISSUED. (08/30/23).


10/06/23

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
DAVID W. SLAYTON, EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
BY _____ E. Villalobos _____, DEPUTY

