**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com** / **ksarmiento@crdlaw.com**

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**NOTICE OF ERRATA RE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMARY ADJUDICATION** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendants Sgt. Brett Hayhoe and Officer Daryl Glover, Jr., public employees, inadvertently filed their Motion for Summary Judgment, or in the alternative, Summary Adjudication with the wrong hearing date.  The correct Motion hearing date is December 22, 2025, at 1:30 p.m. in Courtroom 5D of the United States District Court, Central District, located at 350 W. 1st Street, Los Angeles, California 90012.

1 | DATED: November 7, 2025     CARPENTER, ROTHANS & DUMONT LLP

2

3 | By:    /s/ Kimberly Sarmiento
              _____

4 | Steven J. Rothans
Kimberly Sarmiento

5 | Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl

6 | Glover, Jr., public employees