RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Exhibits; Plaintiff's Memorandum of Points and Authorities; Plaintiff's Responsive Separate Statement; Declaration of Richard Bryce; Evidentiary Objections*]<br><br>Date: December 22, 2025<br>Time: 1:30 p.m.<br>Place: Ctrm. 5D |

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Ashlyn Petit. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. The following exhibits are being manually filed concurrently herewith:

   a. Exhibit 1: Body-worn camera video of Defendant Daryl Glover, Jr.
   b. Exhibit 2: Body-worn camera video of Defendant Brett Hayhoe.
   c. Exhibit 3: Body-worn camera video of Nelson Martinez.

3. The following exhibits are attached hereto and filed concurrently herewith:

   a. Exhibit 4: a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendant Daryl Glover, Jr., taken on July 30, 2025.
   b. Exhibit 5: a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendant Brett Hayhoe, taken on August 28, 2025.
   c. Exhibit 6: a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Nelson Martinez, taken on August 28, 2025.
   d. Exhibit 7: a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Hanna Mark, taken on August 13, 2025.
   e. Exhibit 8: a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Philip Sanchez.

   f. Exhibit 9: Still photos from the body-worn camera video of Daryl Glover, Jr. (grouped sequentially).

4. The following exhibits are submitted concurrently with Plaintiff's Application for Under Seal Filing:

   a. Exhibit 10: Relevant portions of the LAPD Force Investigation Division ("FID") Statement of Daryl Glover, dated July 19, 2022.

   b. Exhibit 11: Relevant portions of the LAPD FID Statement of Daryl Glover, dated July 26, 2022.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on this 21st day of November, 2025.

      */s/ Renee V. Masongsong*
      Renee V. Masongsong