# EXHIBIT 7

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ASHLYN PETIT,

 5        Plaintiff,

 6     vs.                      No. 2:23-cv-00789-ODW (PVCx)

 7   CITY OF LOS ANGELES, a

 8   municipal entity; et al.,

 9        Defendants.
     _____
10

11

12            VIDEOTAPED DEPOSITION OF HANNA MARK

13         Reported Remotely through Videoconference

14                      August 13, 2025

15

16

17

18

19

20

21

22

23   Reported by:
     Margaret A. Smith
24   RPR, CRR, CSR No. 9733

25   Job No.:  10169435
```

```
 1   APPEARANCES (via videoconference):
 2
 3   For Plaintiff Jermaine Petit:
 4        THE LAW OFFICES OF DALE K. GALIPO
 5        BY:  RENEE MASONGSONG, ESQUIRE
 6        21800 Burbank Boulevard, Suite 310
 7        Woodland Hills, California  91367
 8        818.347.3333
 9        rvalentine@galipolaw.com
10
11   For Defendants Sergeant Brett Hayhoe and Officer Darryl
12   Glover, Jr., public employees:
13        CARPENTER, ROTHANS & DUMONT LLP
14        BY:  KIMBERLY SARMIENTO, ESQUIRE
15        500 S. Grand Avenue, 19th Floor
16        Los Angeles, California  90071
17        213.228.0400
18        ksarmiento@crdlaw.com
19
20   Also present:
21        Onaje Ferguson, Aptus videographer
22        Alice Williams
23        Andy Chang
24
25
```

```
 1      Q     Okay.  And what street was that, Ms. Mark?
 2      A     Yeah.  I said in the thing it was Edgehill.  I
 3   observed him -- I observed him -- I was -- I think I was
 4   on Stocker when I saw him.  So he would have been just
 5   like half a block -- or less than half a block from me
 6   on Edgehill.
 7      Q     And could you see what items he was lighting on
 8   fire?
 9      A     I could not, no.
10      Q     Prior to that date, have you ever seen this man
11   before?
12      A     To that date?  No.
13      Q     And I believe we heard you tell the
14   dispatcher -- and I may have missed it -- were you
15   concerned when you observed this man lighting items on
16   fire in the middle of the street?
17      A     Yes, I was, a little --
18      Q     And -- sorry.  Were you done with your
19   response, Ms. Mark?
20      A     No.  I mean, I was a little concerned because
21   that was not -- I mean, that was not the first behavior
22   I saw that was concerning to me.  But it was the
23   behavior that made me feel like I was ready to call.
24      Q     Okay.  And can you please explain what other
25   behavior did you observe that was concerning to you.
```

1    A    The initial thing I saw was he was walking I
2 believe -- I believe this is what it was.  He was
3 walking towards oncoming traffic in the street on
4 Stocker.  And he -- he looked like he was maybe having a
5 mental health crisis or he wasn't con -- necessarily
6 totally in touch with reality in that moment.  That was
7 my concern, that I didn't -- yeah.  That he wasn't
8 acting in a safe way.  I can stop there or I can keep
9 explaining.
10   Q    Sure.
11        Did you relay to the dispatcher that you
12 thought he might be suffering from a mental health
13 crisis?
14   A    I don't remember what I said.  So you would
15 have to check the transcript.  I think I -- you know,
16 you heard me say that I was a little concerned with his
17 behavior.  I'm not -- yeah, I don't know exactly what I
18 said, but that was my assessment.  And I am a social
19 worker by training.  So I think that was -- I was trying
20 to be -- yeah, maybe I should have been more careful
21 with how I said it.
22   Q    And no one is making any critique of -- of your
23 involvement in this case, Ms. Mark.  I just want to make
24 that very clear.  Just asking questions to ascertain
25 what you --

```
 1      A    No, that's my own assessment.  Like, if I
 2   didn't say it, I should have clarified.  That's my own
 3   assessment of myself.  Yeah.
 4      Q    Understood.
 5           And you mentioned that he was on the corner of
 6   41st and Edgehill, which you mentioned to the dispatcher
 7   was near Audubon Middle School.  Correct?
 8      A    Mm-hmm.
 9      Q    And was the proximity to the middle school
10   something that factored into your concern about this
11   man's behavior?
12      A    No.  But I live a half a block from the middle
13   school.  So my concern was probably more primarily with
14   the fact that I knew my very young child and husband
15   were home at the time.  And, unfortunately, you know, I
16   did not say in my initial -- in that initial moment that
17   I thought he had a gun because I wasn't sure.  But --
18   and I was trying to be very careful in not saying that.
19   But I had seen something in his hand as I was driving by
20   that made me feel like I needed more information.
21      Q    And the object that you observed in the man's
22   hand, did it look to you like there was a possibility it
23   could be a gun?
24      A    It did look to me like there was a possibility
25   it could be a gun, but, yeah, it seemed like -- I don't
```

1   know anything about guns.  It seemed more like kind of
2   how I picture, like a dueling rifle from, like, the, you
3   know, 18th Century or 19th Century or something.
4        Q    Got it.
5             And can you describe, like, the color, sort of
6   the shape of what this object looked like and -- and why
7   you thought there was a possibility it could have been a
8   gun.
9        A    I could see something that looked like metal in
10  his hand kind of how maybe somebody would hold a gun.
11  Like not like he was ready to shoot but that he had a
12  gun in his hand and he was -- did not look like he
13  was -- like I said, it looked like he wasn't totally in
14  touch with reality.  So that made me feel like maybe he
15  wasn't making safe choices for himself.  And, you know,
16  unfortunately just not so long before this, I was aware
17  of an incident very close to where my brother lives in
18  Pasadena where a child was shot by a stray bullet
19  living -- sitting in their house.
20            So, like I said, I think at that moment, I
21  wasn't sure.  I very much did not want to call and say
22  there was a gun without knowing that there was a gun.
23  But it crossed my mind.  And I felt, like I said, that I
24  needed more -- I wanted more information.
25       Q    So is it fair to say that you felt you could

```
 1   saw him lighting fires, you know, by greenery and things
 2   that could -- could start a larger fire.  And so that's
 3   when I chose to call.
 4   BY MS. SARMIENTO:
 5       Q    Understood.
 6            So I'm going to play a little bit more of this
 7   recording of your 911 call.  I forgot to mention earlier
 8   we can relieve the court reporter of having to
 9   transcribe any of the recording.
10            All right.  So I'm starting it at one minute
11   and three seconds.
12            (Audio played)
13   BY MS. SARMIENTO:
14       Q    So I'm just going to stop that at two minutes
15   and 30 seconds.
16            So, Ms. Mark, this seems to be what you were
17   just explaining to us, correct, about observing an
18   object, you weren't quite sure if it was a gun but you
19   couldn't recall out that possibility either it seems.
20   Correct?
21       A    Yeah.  When I called, I wasn't sure.  I
22   definitely -- I also -- I also do remember quite
23   distinctly that when that 911 operator offered that to
24   me, I started to have a bit of a, like, confirmation
25   bias experience where I was, like, okay, well, somebody
```

1  else saw it, and I started to feel like -- yeah, a
2  little bit more afraid in that moment.  But -- but I
3  think that -- that was very influenced by the 911
4  operator telling me that somebody else had also said the
5  same thing.
6          THE REPORTER:  For the reporter, may I clarify
7  in the answer by the witness the word -- was it a little
8  bit more afraid in that moment?
9          THE WITNESS:  Afraid.  Afraid.  I felt a little
10 bit more afraid that actually the man was carrying a
11 gun, you know, basically a block from my home where my
12 family was still hanging out in front of a glass window.
13 BY MS. SARMIENTO:
14     Q   Okay.  Well, Ms. Mark, you mentioned that you
15 had some other neighbors who saw the gentleman but also
16 were unsure of whether or not he was carrying a gun.  Is
17 that correct?
18     A   Yeah.  I didn't remember -- I wouldn't have
19 remembered that until I heard it on the call just now.
20 But, yes, I now remember that I -- I asked somebody who
21 was standing on the street, like, did you also see this?
22     Q   And when you said "Did you also see this," did
23 you ask about whether or not they had observed the man
24 holding a gun?
25     A   I don't remember -- I don't remember that

```
 1    interaction.  I remember now that it happened.  But I
 2    don't remember, like, what was said.
 3         Q    Okay.  And, Ms. Mark, so it seems to me that
 4    the dispatcher indicated to you that there were other
 5    911 callers other than yourself.  Correct?
 6         A    Correct.
 7         Q    And you've never heard their calls to 911.
 8    Correct?
 9         A    No.
10         Q    Okay.  And just to clarify, you were talking
11    about this object that you were unsure whether or not it
12    was a gun, and you said he appeared to be holding it,
13    not pointing it but holding it as if it was a gun.
14    Correct?
15         A    Yeah.  Not -- not like he was ready to shoot
16    but that he had it in his hand, yeah.
17         Q    Okay.  And do you recall what hand you saw him
18    holding it in?
19         A    No.  But I mean, I -- I feel like his left.
20    But, no, I don't remember.
21         Q    Okay.  And do you recall, Ms. Mark, whether or
22    not he was, like, holding it down at his side or by his,
23    you know, waist?
24         A    Like more around, like, hip area maybe is the
25    best I can recall.
```

```
 1   was in that moment that you were speaking to the
 2   dispatcher?
 3        A    I think he was directly across the street.  But
 4   to clarify, this was not like a time when school was in
 5   session I don't think.  I don't -- it's not like there
 6   were children around.
 7        Q    Okay.  Are you aware of whether or not Audubon
 8   Middle School has maybe some after school activities
 9   that some students might participate in?
10        A    I don't know.  It's a -- it's a deeply, like,
11   under-enrolled school.  So, in general, there are less
12   schools around than I'm used to or my middle school
13   experience was.  But I don't know what their
14   after-school activities are.  And it was in July you
15   said.  So it was summer.
16        Q    Are you aware of whether or not Audubon Middle
17   School has some summer activities for some students to
18   participate in?
19        A    I don't know.  You know, I mean, I walk -- I
20   walk by Audubon regularly.  I have a dog.  So I'm -- I
21   walk this neighborhood all the time.  It was not a
22   populated time of day.  I wasn't -- if -- if your
23   question -- I mean, you didn't ask this question.  So
24   never mind.
25        Q    Okay.  And you mentioned that you called
```

Case 2:23-cv-00789-ODW-PVC   Document 87-8   Filed 11/21/25   Page 12 of 17   Page ID #:952

Hanna Mark                                                      Ashlyn Petit vs.
                                                          City of Los Angeles

```
 1              Did you hear that?
 2       A      I still couldn't really hear it, but that's in
 3   line with everything I've said so far and what I was
 4   thinking and feeling.  So that sounds probably correct.
 5       Q      Okay.  Is it fair to say at that point you
 6   still were unsure whether or not that object that you
 7   saw him with earlier was a gun or not?
 8       A      Yeah.  I mean, at no point was I in any
 9   position to be sure that there was a gun, you know.
10   So --
11       Q      Okay.
12       A      -- I don't know if I would have been 100
13   percent sure.
14       Q      Well, the question is:  At that point when you
15   were interacting with this officer, were you sure about
16   whether or not this man was armed with a gun?
17       A      No.
18       Q      Okay.  Did you at any point during this
19   incident observe any of the officers' interactions with
20   this man once they did locate him?
21       A      No.
22       Q      Okay.  Did you know of anyone else, like
23   neighbors who may have called 911 --
24       A      No.
25       Q      -- or the emergency desk line?
```

```
 1   carrying something that was or wasn't a gun to make
 2   other people, you know, feel intimidated.  There was for
 3   me a sense that that was what was happening.  And so
 4   when you say "help," like, obviously -- obviously,
 5   everybody deserves help.  But there's a point when
 6   somebody is agitated enough that the only thing you can
 7   do is de-escalate.
 8           So I don't know if I was assessing, like, what
 9   the best intervention would be for him at that moment.
10   If you're asking if I think people with serious mental
11   illness need help, the answer is yes, unless they're
12   stable and thriving and doing great.
13           But in that moment, I don't think I was
14   assessing -- like, I think I was more thinking about
15   needing a deescalation.
16   BY MS. MASONGSONG:
17       Q   Okay.  Thank you.
18           Did you ever hear this person say anything?
19       A   I had no interaction with this person.  I was
20   in my car the whole time.
21       Q   Okay.  So I take it from your answer you never
22   heard anyone verbally threaten anybody.
23           Would that be correct?
24       A   Yes, that's absolutely correct.
25       Q   And I understand that you didn't hear this
```

```
 1  person say anything, but did you make any observations
 2  that appeared to you that he was speaking to anyone?
 3       A    No.
 4       Q    At any point did you see this person engage
 5  with anyone?
 6       A    No.
 7       Q    And you mentioned that at some point you
 8  observed some people at a crosswalk and a person
 9  jogging.  Is that correct?
10       A    Just one person, yes.
11       Q    And in your opinion, did any of these people
12  peer to be afraid of this person?
13            MS. SARMIENTO:  Calls for speculation.
14            You can answer.
15            THE WITNESS:  What I saw it, that person didn't
16  know that he was behind him.  I saw him walking toward,
17  approaching the person.  And then I left.
18  BY MS. MASONGSONG:
19       Q    Okay.  At any point when you observed this
20  person, did it look to you like he was in the process of
21  trying to kill anyone?
22       A    No.
23       Q    At any point, did you ever see this person
24  physically harm or injure anyone?
25       A    No.
```

1    Q    At any point, did you ever see this person
2  point the object at anyone?
3    A    Whatever object he was holding was -- you mean
4  directly at a person or just, like, he was walking
5  around with the way in which it was pointed.
6    Q    Like directly pointing at a specific person?
7    A    No.
8    Q    And do you, yourself, have any background or
9  experience in distinguishing firearms from other
10 objects?
11   A    As I have said multiple times, no.
12   Q    And would it be fair to say that you know very
13 little about guns?
14   A    100 percent, that would be fair to say.
15   Q    And I apologize if some of this is repetitive.
16        But did you ever get a clear look at this
17 object to ascertain whether or not it was a firearm?
18   A    No.
19   Q    And so I take it from your answer that you
20 never made any specific opinions about what type of
21 firearm you thought it might be?
22   A    Correct.
23   Q    And I take it from your answer, you never
24 specifically identified a barrel on this object?
25   A    Correct.

```
 1        Q    And when you made your observations of this
 2   object, you were driving.  Correct?
 3        A    Yes.
 4        Q    And approximately how far from this person were
 5   you when you first observed the object in his hand?
 6        A    I don't know.  I don't know close enough to see
 7   something.  But that's -- but I am in a car, and he's on
 8   the street.
 9        Q    Okay.  Are you able to provide any estimate?
10   For example, do you believe you were a car length from
11   this person or something else?
12        A    I don't -- I don't know.
13        Q    Okay.  And I take it when you called 911, you
14   were not calling because you wanted this person to be
15   shot.  Correct?
16             MS. SARMIENTO:  Argumentative.
17             You can answer.
18             THE WITNESS:  Absolutely correct.
19   BY MS. MASONGSONG:
20        Q    And you gave an interview to detectives after
21   the shooting.  Is that correct?
22        A    Yes.
23        Q    And you stated earlier that you observed a fire
24   in relation to this incident.  Correct?
25        A    That's right.
```

Case 2:23-cv-00789-ODW-PVC   Document 87-8   Filed 11/21/25   Page 17 of 17   Page ID #:957

Hanna Mark                                                    Ashlyn Petit vs.
                                                           City of Los Angeles

```
 1         Q    Okay.  And then going on to line 3, page 23,
 2   you say "I mean, you would want -- we would want a
 3   perfect society where we could figure out a way to
 4   de-escalate the situation where everyone can feel safe."
 5   And the detective says "Right."
 6              And you say "I don't think we know how to do
 7   that very well, unfortunately."
 8              Is that something that you told investigators?
 9         A    Again, I don't remember, like, specifically
10   saying this.  But, again, this sounds like something I
11   would say.
12              MS. MASONGSONG:  Oh, okay.  I don't believe I
13   have any other questions for you.  So I'll turn it back
14   over to Ms. Sarmiento if she has any follow-up
15   questions.
16              MS. SARMIENTO:  I don't.  Thank you so much,
17   Ms. Mark.  I appreciate your patience in answering our
18   questions today.  And, again, I deeply apologize for the
19   delay in getting started.
20              THE REPORTER:  Before going off the record,
21   asking Plaintiff's counsel if you are ordering a copy of
22   the transcript, a rough, or an expedite.
23              MS. MASONGSONG:  Not at the moment.  But thank
24   you for asking.
25              THE REPORTER:  We are okay to go off the record
```