# EXHIBIT 9



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Ashlyn Petit v. City of Los Angeles, et al.
USDC Case No. CV23-00789-ODW (PVCx)







CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Ashlyn Petit v. City of Los Angeles, et al.
USDC Case No. CV23-00789-ODW (PVCx)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Ashlyn Petit v. City of Los Angeles, et al.
USDC Case No. CV23-00789-ODW (PVCx)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Ashlyn Petit v. City of Los Angeles, et al.
USDC Case No. CV23-00789-ODW (PVCx)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Ashlyn Petit v. City of Los Angeles, et al.
USDC Case No. CV23-00789-ODW (PVCx)