Renee V. Masongsong (SBN 281819)
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ASHLYN PETIT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-00789-ODW-PVC |
| v. | |
| CITY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: **(List Documents)**

Exhibit 1 - Video File "CITY 0182 CONFIDENTIAL - Glover, Daryl BWV - WM"
Exhibit 2 - Video File "CITY 0183 CONFIDENTIAL - Martinez, Nelson BWV - WM"
Exhibit 3 - Video File "CITY 0181 CONFIDENTIAL - Hayhoe, Brett BWV - WM"

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 21, 2025
Date

/s/ Renee V. Masongsong
Attorney Name

Plaintiff, Ashlyn Petit
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING