LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax;   (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW-PVC<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**JOINT APPLICATION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARYL GLOVER JR.'S AND BRETT HAYHOE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>[[Proposed] Order and Declaration of Renee V. Masongsong *filed concurrently herewith*]<br><br>Date:   December 22, 2025<br>Time:  1:30 p.m.<br>Place:  Ctrm. 5D |

-1-

JOINT APPLICATION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARYL GLOVER JR.'S AND BRETT HAYHOE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

1  STEVEN J. ROTHANS – State Bar No. 106579
2  KIMBERLY SARMIENTO – State Bar No. 345641
   CARPENTER, ROTHANS & DUMONT, LLP
3  500 S. Grand Avenue, 19th Floor
4  Los Angeles, CA 90071
   (213) 228-0400 / (213) 228-0401 [Fax]
5  srothans@crdlaw.com / ksarmiento@crdlaw.com
6  Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Darly Glover, Jr., public employees

8  **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866x)
9  **DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
10 **KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
   **CHRISTIAN R. BOJORQUEZ,** Assistant City Attorney (SBN 192872)
11 200 N. Main Street, 6th Floor, City Hall East
12 Los Angeles, California 90012
   Tel: (213) 978-7023; Fax: (213) 978-8785
13 Email: christian.bojorquez@lacity.org

JOINT APPLICATION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARYL GLOVER JR.'S AND BRETT HAYHOE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 79-5.2.2(b) and the Court's Standing Minute Order Re: New Cases, Plaintiff Ashlyn Petit, and Defendants City of Los Angeles, Daryl Glover, Jr. and Brett Hayhoe (the Parties) hereby respectfully submit this Joint Application for Leave to File Under Seal the following exhibits in support of Plaintiff's Opposition to Defendants Daryl Glover Jr.'s and Brett Hayhoe' Motion for Summary Judgment:

- ➢ Exhibit 10: Relevant portions of the Force Investigation Division (FID) Statement of Daryl Glover, Jr., dated July 19, 2022.
- ➢ Exhibit 11: Relevant portions of the FID Statement of Daryl Glover, Jr., dated July 26, 2022.

These exhibits were designated by Defendant City of Los Angeles ("Defendant City") as confidential pursuant to the Protective Order (Dkt. 77) and Defendant City of Los Angeles does not agree that Plaintiff may file the exhibits *not* under seal.

The Parties met and conferred regarding this issue on November 18, 2025. Plaintiff's counsel Renee V. Masongsong informed all defendants' counsel of the exhibits Plaintiff intends to attach in support of Plaintiff's opposition to the Motion for Summary Judgment filed by Defendants, Daryl Glover, Jr. and Brett Hayhoe. Declaration of Renee V. Masongsong (Masongsong Decl.) at ¶2. Counsel for Defendant City responded that of the eleven exhibits Plaintiff intends to use, Defendant City only requests that Plaintiff's proposed Exhibits 10 and 11, the FID Statements of Defendants Daryl Glover, Jr., be filed under seal, as they have been designated confidential. Masongsong Decl. at ¶3. Therefore, based on Defendant City's request and the Parties' Stipulated Protective Order (Dkt. 77), the Parties bring the instant Joint Application.

Defendant City contends that good cause exists to overcome the strong presumption of public access in civil case for the reasons listed in the Good Cause Statement of the Parties' Stipulated Protective Order (Dkt. 77). Specifically, the exhibits are documents that were generated during the Los Angeles Police

1  Department's Force Investigation Division's investigation of the subject incident. The
2  Force Investigation Division of the Los Angeles Police Department and the Internal
3  Affairs and/or Complaint Investigators conduct internal administrative investigations
4  of categorical officer-involved uses of force and internal complaints and external
5  citizen complaints of police misconduct. In this above-captioned matter, the FID of
6  the Los Angeles Police Department conducted an internal administrative investigation
7  into the events of this underlying incident. Such information is obtained through the
8  administrative investigation of this incident and are maintained as confidential peace
9  officer personnel records and utilized for administrative issues for any involved
10 Officers.

11       Once completed, an FID report and/or Personnel Complaint Investigation is
12 prepared. Such reports are reviewed by appropriate command officers in the
13 Department and by the Board of Police Commissioners. This review has several
14 purposes: (1) to determine whether the involved officers violated any Department
15 policies or procedures; (2) to determine whether administrative discipline and/or
16 retraining of the involved officers is necessary; (3) to ascertain if police policies and
17 procedures in such areas as supervision, training, tactics, policies, etc.; should be
18 modified. In sum, FID reports and/or Personnel Complaint Investigations are an
19 essential aid to providing critical self-evaluation of Department officers and policies
20 and to determine the most effective way to serve the citizens of Los Angeles.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Based on the foregoing, the Parties respectfully request that the Court grant this application to file the above-referenced documents under seal.

DATED: November 20, 2025   HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KANEALLY, Chief Assist. City Atty.

By: _____
CHRISTIAN R. BOJORQUEZ, Asst. City Attorney
Attorneys for Defendant CITY OF LOS ANGELES

DATED: November 20, 2025   CARPENTER, ROTHANS & DUMONT LLP

By: /S/ Kimberly Sarmiento
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl Glover, Jr.,

DATED: November 20, 2025   IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation

By: /S/ Rodney S. Diggs
Rodney S. Diggs
Attorneys for Plaintiff,
Ashlyn Petit

DATED: November 20, 2025   LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff,
Ashlyn Petit