LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax;   (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW-PVC<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**DECLARATION OF RENEE V. MASONGSONG RE: JOINT APPLICATION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARYL GLOVER JR.'S AND BRETT HAYHOE' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>[Application and [Proposed] Order *filed concurrently herewith*]<br><br>Date:   December 22, 2025<br>Time:   1:30 p.m.<br>Place:  Ctrm. 5D |

**DECLARATION OF RENEE V. MASONGSONG**

I, Renee V. Masongsong, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Ashlyn Petit. I make this declaration in support of the Parties' Joint Application for Leave to File Exhibits in Support of Plaintiff's Opposition to Defendants Daryl Glover, Jr.'s and Brett Hayhoe's Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.  On November 18, 2025, I met and conferred with counsel for Defendant City of Los Angeles (attorney Christian Bojorquez), and counsel for Defendants Daryl Glover, Jr. and Brett Hayhoe, (attorney Kimberly Sarmiento), regarding the exhibits Plaintiff intends to attach in support of Plaintiff's opposition to the Motion for Summary Judgment filed by Defendants, Daryl Glover, Jr. and Brett Hayhoe. I previously emailed all counsel regarding Plaintiff's intent to present certain exhibits to the Court in conjunction with Plaintiff's opposition to the Motion for Summary Judgment that were produced pursuant to the protective order and marked as confidential on November 10, 2025, to provide counsel time to consider which of Plaintiff's proposed exhibits Defendants' counsel may contend should be filed under seal.

3.  Out of the eleven exhibits Plaintiff intends to use, including portions of depositions that were marked as "sealed" during the depositions, BWC videos, and still shots from the BWC videos, counsel for Defendant City of Los Angeles, Christian Bojorquez, advised that Defendant City takes the position that only Plaintiff's proposed Exhibits 10 and 11, which are the Los Angeles Police Department Force Investigation Division ("FID") interviews/statements of Defendants Daryl Glover, Jr., should be filed under seal. Counsel for the individual officers defers to Defendant City as the party who produced the FID interviews at issue and does not

1  object to the interviews being filed under seal. The Parties were unable to find a way
2  to redact the FID interviews in a manner that would satisfy Defendant City's
3  confidentiality concerns.
4      I declare under penalty of perjury under that the foregoing that the foregoing is
5  true and correct. Executed on this 21st day of November, 2025.

*[signature]*
Renee V. Masongsong