**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW-PVC<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARYL GLOVER JR.'S AND BRETT HAYHOE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having reviewed the Parties' Joint Application for Leave to File Exhibits in Support of Plaintiff's Opposition to Defendants Daryl Glover, Jr. and Brett Hayhoe's Motion for Summary Judgment Under Seal, and finding good cause therein, it is hereby ordered that Plaintiff shall file Exhibits 10 and 11 to the Declaration of Renee V. Masongsong under seal.

Dated: _____                    _____
                                                                                   Honorable Otis D. Wright, II