RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552
Attorneys for Plaintiff, STEFFON BARBER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**NOTICE OF ERRATA; EXHIBIT 1 TO DECLARATION OF RICHARD BRYCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 87-3)**<br><br>Date: December 22, 2025<br>Time: 1:30 p.m.<br>Place: Ctrm. 5D |

TO THIS HONORABLE COURT and all Parties and their attorneys of record: On November 21, 2025, Plaintiff filed her Opposition to Defendants' Motion for Summary Judgment and supporting documents, including the

Declaration of Richard Bryce.  (Dkt. 87-3).  Richard Bryce's curriculum vitae is "Exhibit 1" to his declaration.  The "Exhibit 1" was inadvertently not filed with the declaration. Accordingly, Plaintiff hereby files this notice of errata attaching Richard Bryce's curriculum vitae as "Exhibit 1" to his declaration.

DATED: November 22, 2025

IVIE MCNEILL WYATT PURCELL & DIGGS

By: *Rodney S. Diggs*
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit