# EXHIBIT 1 TO DECLARATION OF RICHARD BRYCE

Richard S. Bryce

Criminal Justice Consulting

## QUALIFICATIONS:

I am currently self-employed as a criminal justice consultant and enter private engagements with criminal justice agencies to perform a wide range of services, including audits and inspections, review of policy and procedure, administrative investigations, audits of practices and processes, development and delivery of training courses, original research, surveys, draft policies and procedures, staff development, meeting and conference facilitation, and expert testimony in court and before governing bodies.

I have over 33 years of continuous and escalating experience in law enforcement. My initial experience was as a patrol deputy with the Ventura County Sheriff's Department assigned to the contract city of Camarillo. I performed routine patrol, traffic investigation and criminal investigation. I was later assigned to a special enforcement patrol unit in the unincorporated area of Ventura County. I performed surveillance of known criminals, gang activity, and special events along with assisting routine patrol deputies with their responsibilities.

In October of 1968, I was promoted to Senior Deputy and assigned as a training officer at the Ventura County Sheriff's Academy.

From April 1972, until December 1976, I was assigned to the Criminal Investigation Division. During that period of time I worked burglary investigation, undercover fencing and property crime investigation, undercover vice investigation, undercover narcotics investigation and undercover criminal intelligence investigation.

In December of 1976, I was promoted to sergeant and assigned to the Custody Division. I began my custody experience as a shift sergeant assigned to the Branch Jail Honor Farm and was later assigned as the administrative sergeant of that facility. I was responsible for budget, scheduling of personnel and development of operational policy.

In May of 1978, I was transferred to the Court Services Division.  I was the supervisor of all bailiff's and court security deputies servicing the Ventura County Superior Court.

In January of 1979, I was promoted to Lieutenant and assigned to the Custody Division as the Facility Manager of the Oxnard Branch Jail.  I also had collateral management responsibilities for the Sheriff's Inmate Transportation Unit and the Court Holding Facilities.

In November of 1979, I was transferred to the Support Services Division as the Court Services Bureau Commander.  I was responsible for the management of all court services and civil process service.  I was also given the responsibility of justification, preparation, presentation and implementation of a merger of the Ventura County Marshall's Department into the Sheriff's Court Services Division.

In December of 1980, I was transferred to the Special Services Division as the Special Investigations Bureau Commander.  I was responsible for the management and operation of the Sheriff's Narcotics, Vice, and Criminal Intelligence Units.

In October of 1982, I was promoted to Commander and assigned as the Commander of the Special Services Division.  I was responsible for the overall operation and administration of the Special Services Division, which included; major criminal investigation, narcotics investigation, vice and intelligence investigation, criminalistics laboratory, Sheriff's Air Unit and other special investigation functions.

In February of 1983, I was assigned as the Commander of the Custody Division. My responsibilities in that assignment included the operation and administration of 5 custodial facilities, 339 employees and the supervision of over 1500 inmates.

In March of 1986, I was appointed Assistant Sheriff.  I was responsible for the administration and direction of 4 of the 8 major divisions within the Sheriff's Department.  My primary responsibilities included; providing administrative direction to the Custody Division and its 5 facilities, giving administrative oversight to the Project Development Division with the design, development and construction of a new 2000 bed jail, providing administrative control over the entire Department's operational budget, giving primary approval for most disciplinary actions within the Department, presenting budget requests and other Department related matter to the Board of Supervisors, and representing the Sheriff in public forums.

In June of 1993, I was appointed Undersheriff and served in that position until my retirement in August of 1999. As Undersheriff, I was responsible for the administration of the entire Sheriff's Department under the direction of the Sheriff. At the time of my appointment the Sheriff's Department was reorganized into 4 major divisions each headed by a Chief Deputy. Each Chief Deputy reported directly to me. The 4 divisions of the Sheriff's Department were comprised of the Detention Services Division, East Valley Police Services Division, West County Police Services Division, and Support Services Division. The police services divisions included police service for the 5 contract cities of Thousand Oaks, Camarillo, Moorpark, Ojai and Fillmore. The Sheriff's Department employed 1355 individuals with an operational budget in excess of $140,000,000.00.

FORMAL EDUCATION:

1985        Master of Public Administration
            University of La Verne

1982        Bachelor of Science: Criminal Justice
            University of La Verne

PROFESSIONAL CERTIFICATES:

P.O.S.T.  Management Certificate

P.O.S.T.  Supervisory Certificate

P.O.S.T.  Advanced Certificate

P.O.S.T.  Intermediate Certificate

P.O.S.T.  Basic Certificate

California Community College Teaching Credential (life)

PROFESSIONAL MEMBERSHIPS Past and Present:

American Correctional Association

American Jail Association

California State Sheriff's Association

California Peace Officer's Association

California Narcotic Officer's Association

National Sheriff's Association

Southern California Jail Manager's Association

Ventura County Deputy Sheriff's Association

**PREVIOUS CASES:**

Santa Clara County, California
    Leal v. Officer Siegal et al. – Sep 06 D
    Garcia et al. v. County of Santa Clara – Dec 06 D
    Richard Carrasco v. County of Santa Clara – Jan 07 D
    Marino v. County of Santa Clara – Mar 07 D

Fresno, California
    Eliseo Renteria v. Tulare County – Sep 03 P
    Cindy Staunton v. City of Clovis – Jun 01 P
    Brock v. County of Fresno – Jul 21 P
    Flores v. County of Fresno – Nov 22 P

City of Houston, Texas
    Claudia Navarro Pineda, et al. v. City of Houston – Dec 00 D

Riverside County, California
    Zaragoza v. Riverside County – Feb 24 P

City of Bakersfield, California
    Perry v. City of Bakersfield – Sep 20 P

Pasadena, Texas
    Moises Delao v. The City of Pasadena, Texas – Dec 96 D

Calaveras County, California

       Payne v. Calaveras County – Jan 20 P

Palm Springs, California
       Sandra Lee Denham v. City of Palm Springs – Nov 99 P

San Joaquin County, California
       Friends v. San Joaquin County – Mar 19 P

Harris County, Texas
       Alberti, v. Harris County – Apr 92 D
       Laura Sherrard v. Harris County – Nov 93 D
       Robert Earl McMullen III v. Harris County – Sep 94 D
       Jason Aguillard v. Joseph McGowen – Feb 96 D
       Alphonso Robinson v. Constable A. B. Chambers – May 98 D
       Brad Allen Mathes v. Harris County – Jun 99 D

Liberty County, Texas
       Womack v. Liberty County – Nov 93 D

Orleans Parish, Louisiana
       Hamilton v. Morial – Jun 93 D

Warren, Michigan
       Sondey v. Woloweic et al – Feb 16 P

Yuba County, California
       Court Appointed Monitor -- Present

Cass County, Michigan
       Nash v. Sheriff Underwood, Jr., et al. – Feb 16 P

Bexar County, Texas, Texas Attorney General
       DeVonish v. Lopez – Oct 93 D

Mendocino County, California
       Neuroth, et al. v. Mendocino County, et al. – Oct 17 D

San Bernardino County, California
       Mendoza v. San Bernardino County – Feb 21 P
       Person-Lynn v. San Bernardino County – Jul 23 P

Mary Brown v. San Bernardino County – May 23 P

Kern County, California
McClure v. PTS – Dec 19 D

Monterey County, California
Thomas Dewey v. Monterey County, et al. – June 15 D
Claypole v. County of Monterey, et al. – Sep 15 D
Villerreal v. County of Monterey – May 17 D
Hernandez v. County of Monterey Court appointed monitor Present

Chino, California
Brown v. City of Chino – July 21 P

San Mateo County, California
Doe v. San Mateo County, et al. – Sep 17 P

Los Angeles County, California
Dion Starr v. County of Los Angeles et al. --  09 D
William Russell v. County of Los Angeles et al. – Jul 09 D
Justin Henderson, et al. v. County of Los Angeles – Sep 10 D
Ronald Johnson v. County of Los Angeles – Nov 10 D
Kevin King v. County of Los Angeles – May 11 D
Mariano Duvall v. Richard Torres et al. – Aug 12 D
XYZ Distributors Inc. v. County of Los Angeles – Oct 12 D
Christopher Brown v. County of Los Angeles – Jan 13 D
Timothy Smith v. County of Los Angeles – May 13 D
Mancilla v. County of Los Angeles – May 13 D
Tyler Willis v. County of Los Angeles – Jun 13 D
Frank Martinez v. County of Los Angeles – Jan 15 D
Helen Jones v. County of Los Angeles – Jun 15 D
Jaime A. Moreno v. County of Los Angeles – Aug 15 D
Dilley v. PTS – Aug 21 P

Mesa, Arizona

Spencer v. City of Mesa – Mar 25 P

City of Santa Monica, California
Gonzales v. City of Santa Monica – Sep 21P

City of Huntington Beach, California
      Shay v. City of Huntington Beach – 18 P

City of Long Beach, California
      Pream v. City of Long Beach – May 18 P
      Eugene Martindale v. City of Long Beach – Jun 22 P
      Jessica Rudolph v. City of Long Beach – Jan 23 P

City of Los Angeles, California
      Kathleen Washington v. City of Los Angeles – Apr 12 D
      Murillo v. City of Los Angeles – Aug 23 P
      Noel Gautier v. City of Los Angeles – Nov 23 P
      Peralta v. City of Los Angeles – Mar 25 P
      Petit v. City of Los Angeles – Jul 25 P

United States Department of Justice
      Doe v. Johnson – Jan 16 D
      Lion v. ICE – Feb 16 D

Utah County, Utah
      Garcia v. Utah Department of Corrections – Jul 23 D

Respectfully submitted,

Richard S. Bryce