UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-00789-ODW (PVCx) | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Ashlyn Petit v. City of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**             **In Chambers**

    The Court has reviewed the Parties' Joint Application to File Exhibits Under Seal. (Appl. Seal, Dkt. No. 88.) Specifically, the Parties seek to file Exhibits 10 and 11 in support of Plaintiff's Opposition to Defendants Daryl Glover Jr. and Brett Hayhoe's Motion for Summary Judgment. (*Id.* at 3.) Pursuant to Local Rule 79-5.2.2(a)(iv) and (b), Plaintiff is **DIRECTED** to file the following **within three court days** of this order:

> (iv) An **unredacted** version of the document(s) proposed to be filed under seal, conspicuously labeled "UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," with any proposed redactions **highlighted**.

C.D. Cal. L.R. 79-5.2.2(a)(iv); *see id.* 79-5.2.2(b) ("If the document cannot be suitably redacted by agreement, the Filing Party may file an Application pursuant to subsection (a)."). Plaintiff is directed to file the unredacted version of the documents under seal, solely for the purposes of completing the pending application. Failure to comply with this order will result in the Court denying the Application and precluding Plaintiff from relying on Exhibits 10 and 11 in support of her Opposition brief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-00789-ODW (PVCx) | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Ashlyn Petit v. City of Los Angeles et al.* | | |

Additionally, pursuant to Local Rule 79-5.2.2(b)(i), Defendants, as the Designating Parties, are **DIRECTED** to file the following **within three court days** of this order:

(i) A declaration establishing that the material designated as confidential is sealable by showing good cause or compelling reasons why the strong presumption of public access should be overcome, with citations to the applicable legal standard.

C.D. Cal. L.R. 79-5.2.2(b)(i) ("If the Designating Party maintains that only part of the designated material is sealable, the Designating Party must file with its declaration a copy of the relevant material with proposed redactions highlighted."). If Defendants fail to comply with this order, the Court may deny the Application and allow Plaintiff to file the documents unsealed. *See* C.D. Cal. L.R. 79-5.2.2(b)(ii).

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE