UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-00789-ODW (PVCx) | Date | December 10, 2025 |
|---|---|---|---|
| Title | *Jermaine Petit v. City of Los Angeles et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     **In Chambers**

   Having considered the Parties' Joint Application to file Exhibits 10 and 11 under seal in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, the Court **GRANTS** the Application and directs Plaintiff to file Exhibits 10 and 11 under seal pursuant to Local Rule 79-5.2.2(c).  (Dkt. No. 88.)

   **IT IS SO ORDERED**.

                                                                                                    :   00
                                                              Initials of Preparer    SE