# EXHIBIT A

## SAINT JOHNS PHYSICIAN PARTNERS OBGYN

| ANGELA NISHIO, M.D | JACQUELINE TREJO, M.D |

|PAULA SHULMAN, MD| CANTY WANG, MD | DR. LOREN CASTELLON, MD / KAILYN QUASH, NP

1301 20TH ST. STE 270 SANTA MONICA, CA 90404

TEL: (310) 828-8585 | FAX: (310) 453-4844

December 17, 2025

To whom it may concern,

    This letter is to certify that Kimberly Sarmiento is under my medical care. Ms. Kimberly Sarmiento will not be able to attend the 7-day trial starting 02/17/25 as she will not be medically cleared during that time.

If you have any questions or concerns, feel free to contact me at my office.

Sincerely,

Angela Nishio, M.D.