# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL AND PRETRIAL FILING DATES** |

IT IS HEREBY ORDERED, that DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL AND PRETRIAL FILING DATES is granted.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　Honorable Otis D. Wright II
　　　　　　　　　　　　　　　United States District Judge