RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:  (213) 489-0552
Attorneys for Plaintiff, ASHLYN PETIT

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

Attorneys for Plaintiff, ASHLYN PETIT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMOTE MEET AND CONFER** |

**TO THE HONORABLE COURT:**

The parties hereby stipulate and agree as follows:

The parties are required to meet and confer in person regarding motions in limine prior to the hearing on such motions. Due to the holiday season and counsel being out of the office, the parties stipulate and request that the Court approve a remote videoconference via Zoom on December 26, 2025, at a mutually agreed upon time, to satisfy the in-person meet and confer requirement.

The parties respectfully request that the Court order that this remote videoconference shall constitute full compliance with any court order or rule requiring an in-person meet and confer regarding motions *in limine* in this matter.

DATED: December 22, 2025        IVIE MCNEILL WYATT PURCELL & DIGGS

By: /s/ Rodney S. Diggs
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit

DATED: December 22, 2025        LAW OFFICES OF DALE K. GALIPO

By: /S/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: December 22, 2025        HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assist. City Attorney

By: [signature]
Christian Bojorquez, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES

DATED: December 22, 2025        CARPENTER, ROTHANS & DUMONT LLP

By: /S/ Kimberly Sarmiento
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Darryl Glover, Jr., public employees