UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-00789-ODW (PVCx) | Date | December 23, 2025 |
|---|---|---|---|
| Title | *Ashlyn Petit v. City of Los Angeles et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:
Not present                                                   Not present

**Proceedings:**         **Amended Order In Chambers**

    On December 18, 2025, Defendants Sergeant Brett Hayhoe and Officer Daryl Glover, Jr. filed an Ex Parte Application to continue trial and related dates based on defense counsel's anticipated maternity leave. (Ex Parte Appl. ("Appl."), Dkt. No. 98.) Plaintiff opposes ex parte relief on the grounds that Defendants fail to meet their burden to justify ex parte relief. (Opp'n, Dkt. No. 99.)

    In *Mission Power Engineering Co. v. Continental Cas. Co.*, the Court provided the requirements a party must meet in order to obtain ex parte relief. 883 F. Supp. 488, 492 (C.D. Cal. 1995). Notably, the party seeking ex parte relief must establish why a motion cannot be calendared in a regular manner; that they will be irreparably prejudiced if motion is heard in accord with regular procedures; and that the requesting party is without fault in creating the crisis that requires ex parte relief or that the crisis was due to excusable neglect. *Id*.

    Having reviewed the parties' submissions, the Court finds Defendants fall short of satisfying their burden under *Mission Power Engineering*. Although defense counsel Kimberley Sarmiento will be on scheduled maternity leave on the date that has long been set for this trial, Defendants' lead trial attorney Steve Rothans remains on the matter. Further, Defendants' retained firm of Carpenter, Rothans & Dumont, LLP, will no doubt be able to assign another attorney to assist lead trial counsel and second chair the trial. Finally, the requested continuance of 120 days is impossible, as the earliest available date for a continued trial is currently in 2027, which would unduly prejudice Plaintiff.

    Accordingly, Defendants' Ex Parte Application is **DENIED.**

                                                                                                :   00

Initials of Preparer    SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-00789-ODW (PVCx) | Date | December 23, 2025 |
|---|---|---|---|
| Title | *Ashlyn Petit v. City of Los Angeles et al* | | |