# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-in-Interest to JERMAINE PETIT, deceased,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | CASE NO.: 2:23−cv−00789-ODW(PVCx)<br><br>**ORDER FOR REMOTE MEET AND CONFER** |

**ORDER**

The foregoing Stipulation is approved. The parties' meet and confer via Zoom videoconference on December 26, 2025, shall satisfy the in-person meet and confer requirement regarding motions in limine in this matter.

**IT IS SO ORDERED.**

DATED: December 30, 2025

_____
**HONORABLE OTIS D. WRIGHT II**
**UNITED STATES DISTRICT JUDGE**