**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, <br><br> Plaintiff, <br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00789-ODW (PVCx) <br><br> **JOINT STATEMENT RE: SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

ATTORNEYS OF RECORD:

Defendants, City of Los Angeles, a public entity, and Sergeant Brett

Hayhoe and Officer Daryl Glover, Jr., public employees, and Plaintiff Ashlyn

Petit, hereby submit the following Joint Statement regarding Settlement:

///

///

- 1 -

1         The parties participated in mediation on November 24, 2025, with mediator

2    Rick Copeland.  The mediation did not result in a settlement.

3

4    Dated: December 30, 2025     LAW OFFICES OF DALE K. GALIPO

5

6                        By:    /s/ Renee V. Masongsong
                        Dale K. Galipo

7                            Renee V. Masongsong
                        Attorneys for Plaintiff, Ashlyn Petit

8

9    Dated: December 30, 2025     IVIE McNEIL WYATT PURCELL & DIGGS

10

11                       By:    /s/ Rodney S. Diggs
                        Rodney S. Diggs

12                           Attorney for Plaintiff, Ashlyn Petit

13

14   Dated: December 30, 2025     CARPENTER, ROTHANS & DUMONT LLP

15

16                       By:    /s/ Kimberly Sarmiento
                        Steven J. Rothans

17                           Kimberly Sarmiento
                        Attorneys for Defendants,

18                           Sergeant Brett Hayhoe and Officer Daryl
                        Glover, Jr., public employees

19

20   Dated:  December 30, 2025    HYDEE FELDSTEIN SOTO, City Attorney

21                         DENISE C. MILLS, Chief Deputy City Attorney
                      KATHLEEN KENEALY, Chief Assist City Atty

22

23                       By:

24                         CHRISTIAN BOJORQUEZ
                      *Attorneys for Defendant*, CITY OF LOS
                      ANGELES

25

26

27

28

JOINT STATEMENT RE: SETTLEMENT