1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **KIMBERLY SARMIENTO – State Bar No. 345641**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   **500 S. Grand Avenue, 19th Floor**
3  **Los Angeles, CA  90071**
   **(213) 228-0400 / (213) 228-0401 [Fax]**
4  srothans@crdlaw.com / ksarmiento@crdlaw.com

5  Attorneys for Defendants, Sergeant Brett Hayhoe
   and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>           Plaintiff,<br>     v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**STIPULATION TO EXCLUDE EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, that the parties shall not introduce any evidence, testimony or argument at the trial of this matter of, or pertaining to the Court's denial of all or any part of Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication, if any, unless Defendants open the door to this information.

/ / /

- 1 -

STIPULATION TO EXCLUDE EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT

IT IS SO STIPULATED.

DATED: January 12, 2025            LAW OFFICES OF DALE K. GALIPO

                                                   By:   /s/ Renee V. Masongsong
                                                         Dale K. Galipo
                                                         Renee V. Masongsong
                                                         Attorneys for Plaintiff, Ashlyn Petit

DATED: January 12, 2025            IVIE McNEIL WYATT PURCELL & DIGGS

                                                 By:   /s/ Rodney S. Diggs
                                                         Rodney S. Diggs
                                                         Attorney for Plaintiff, Ashlyn Petit

DATED:  January 5, 2026            CARPENTER, ROTHANS & DUMONT LLP

                                                        /s/  Kimberly Sarmiento
                                                By:_____
                                                         Steven J. Rothans
                                                         Kimberly Sarmiento
                                                         Attorneys for Defendants,
                                                         Sergeant Brett Hayhoe and Officer Daryl
                                                         Glover, Jr., public employees

Dated:  January 5, 2026            Respectfully submitted,

                                                 **HYDEE FELDSTEIN SOTO**, City Attorney
                                                 **DENISE C. MILLS**, Chief Deputy City Attorney
                                                 **SCOTT MARCUS**, Chief Asst. City Attorney

                                                       /s/ Christian Bojorquez
                                                By:_____
                                                CHRISTIAN BOJORQUEZ
                                                *Attorneys for Defendant*, **CITY OF LOS ANGELES**

STIPULATION TO EXCLUDE EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT