# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the parties shall not introduce any evidence, testimony or argument at the trial of this matter of, or pertaining to the Court's denial of all or any part of Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication, if any, unless Defendants open the door to this information.

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE
EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT

1        IT IS SO ORDERED.

3   DATED: _____
            Honorable Otis D. Wright, II
            United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28