UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE THAT IS SUBSTANTIALLY MORE PREJUDICIAL THAN PROBATIVE** |

IT IS HEREBY ORDERED THAT, at the trial of this matter, the parties shall be precluded from presenting any testimony that is more prejudicial than probative, including (1) media coverage of other police misconduct incidents; (2) reports concerning LAPD use of force incidents; (3) other litigation, settlements, incidents, complaints, and investigations of other LAPD for incidents involving excessive force allegations; and (4) gory and/or gruesome photos of Mr. Petit's injuries.

1
2          IT IS SO ORDERED.
3
4     DATED:                              _____
5                                         Honorable Otis D. Wright II
                                          United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 1