# EXHIBIT A

Case 2:23-cv-00789-ODW-PVC   Document 109-2   Filed 01/14/26   Page 2 of 7   Page ID #:1233

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JERMAINE PETIT, an incompetent        )
     person, by and through his Guardian   )
 5   Ad Litem, CHARLOTTE BLACKWELL,        )
                                           )
 6              Plaintiff,                 )
                                           )
 7         vs.                             ) Case No.: 2:23-cv-00789-ODW(PVCx)
                                           )
 8   CITY OF LOS ANGELES, a municipal      )
     entity; OFFICER DARYL GLOVER, JR.;    )
 9   SERGEANT BRETT HAYHOE; and DOES 1     )
     through 10, inclusive,                )
10                                         )
                Defendants.                )
11   _____)

12

13

14

15

16            VIDEO-RECORDED DEPOSITION OF

17                     ASHLYN PETIT

18      REMOTELY HELD VIA VIDEOCONFERENCE TECHNOLOGY

19                    JUNE 9, 2025

20

21
     REPORTED BY:
22   LYNETTE MARIE NELSON,
     CA CSR No. 11585, OR CSR No. 250121,
23   TN LCR No. 896, RPR, CRR, CCRR, CRG,
     REALTIME SYSTEMS ADMIN.
24

25   JOB NO. 10165041
```

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JERMAINE PETIT, an incompetent       )
     person, by and through his Guardian  )
 5   Ad Litem, CHARLOTTE BLACKWELL,       )
                                          )
 6              Plaintiff,                )
                                          )
 7         vs.                            ) Case No.: 2:23-cv-00789-ODW(PVCx)
                                          )
 8   CITY OF LOS ANGELES, a municipal     )
     entity; OFFICER DARYL GLOVER, JR.;   )
 9   SERGEANT BRETT HAYHOE; and DOES 1    )
     through 10, inclusive,               )
10                                        )
                Defendants.               )
11   _____)

12

13

14

15

16

17            DEPOSITION OF ASHLYN PETIT,

18   taken by the Defendants, commencing at the hour of

19   9:34 a.m. on Monday, June 9, 2025, held remotely via

20   videoconference, before Lynette Marie Nelson,

21   Certified Shorthand Reporter in and for the State of

22   California, Oregon, and Tennessee.

23

24

25
```

Case 2:23-cv-00789-ODW-PVC   Document 109-2   Filed 01/14/26   Page 4 of 7   Page ID #:1235

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1   APPEARANCES:

 2
        For the Plaintiff:
 3          IVIE McNEILL WYATT PURCELL & DIGGS
            BY:  RODNEY S. DIGGS, ESQ.
 4          444 South Flower Street, Suite 1800
            Los Angeles, California  90071
 5          rdiggs@imwlaw.com

 6      For the Defendants, Sergeant Brett Hayhoe and
        Officer Daryl Glover, Jr., public employees:
 7          CARPENTER, ROTHANS & DUMONT, LLP
            BY:  KIMBERLY SARMIENTO, ESQ.
 8          500 S. Grance Avenue, 19th Floor
            Los Angeles, California  90071
 9          (213)228-0400
            kmorosi@crdlaw.com
10
        For the Defendant City of Los Angeles,
11      a public entity:

12          HYDEE ROSE FELDSTEIN SOTO
            BY:  CHRISTIAN BOJORQUEZ, ESQ.
13          LOS ANGELES CITY ATTORNEYS OFFICE
            City Hall East Police Litigation
14          200 N. Main Street, 6th Floor
            Los Angeles, California  90012
15          hydee.feldsteinsoto@lacity.org

16

17      Also present:  Olivia Burnett, law clerk

18                     Spencer Benveniste, videographer

19

20

21

22

23

24

25
```

Case 2:23-cv-00789-ODW-PVC   Document 109-2   Filed 01/14/26   Page 5 of 7   Page ID #:1236

Ashlyn Petit                                          Jermaine Petit, et al. vs.
                                                      City of Los Angeles, et al.

```
 1      A.   I -- I'm sure that I asked my mom about it,
 2   but she never gave me specifics because, again, I
 3   was a child, and I don't think she wanted me to
 4   worry about those things.
 5      Q.   And was it your mother who informed you
 6   that your dad had been arrested?
 7      A.   Yes.
 8      Q.   Did it surprise you to learn that your
 9   father had been arrested on those occasions?
10      A.   No.
11      Q.   Why not?
12      A.   Well, I don't know how many times or what
13   he has been -- was arrested for.  But I know
14   previously that he had spoken to him before while he
15   was in jail.  So I know that he -- it wasn't -- he
16   had been there before.  And that for people who look
17   like him, who are black men, that statistically,
18   those are the people that the police usually keep an
19   extra eye on.
20      Q.   Did you have any belief that your father's
21   mental health diagnoses played a role in his arrest?
22      A.   Yes.
23      Q.   Why?
24      A.   Because in our society, I think that
25   people, especially police officers, have a hard time
```

Case 2:23-cv-00789-ODW-PVC   Document 109-2   Filed 01/14/26   Page 6 of 7   Page ID #:1237

Ashlyn Petit | Jermaine Petit, et al. vs. City of Los Angeles, et al.

1  dealing with people who have mental illness and
2  don't know how to regulate the situation without
3  escalating it.
4       Q.   Okay.  Are you aware of any other mental
5  health diagnoses that your dad had other than PTSD?
6       A.   I believe he was diagnosed with
7  schizophrenia.
8       Q.   Do you know when he was diagnosed with
9  schizophrenia?
10      A.   Did you say "when"?
11      Q.   Yes.
12      A.   No, I don't know when.
13      Q.   Had you ever observed your father when he
14 was experiencing a mental health episode?
15      A.   No.
16      Q.   Okay.  Had you ever spoken to your
17 grandmother about your dad's schizophrenia?
18      A.   I knew it was something that he struggled
19 with, but I didn't ask for specifics.  And, again,
20 was shielded from knowing too many details about
21 things because that's not something that a child
22 should have to worry about.
23      Q.   Were you ever informed that there was an
24 incident where your father tried to set fire to your
25 mother's home -- or your grandmother's home?

Case 2:23-cv-00789-ODW-PVC    Document 109-2    Filed 01/14/26    Page 7 of 7    Page ID #:1238

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1                    REPORTER'S CERTIFICATE

 2


 3                    I, Lynette Marie Nelson,
     Certified Shorthand Reporter, in and for the State
 4   of California, Certificate No. 11585, do hereby
     certify:
 5
                      That the witness in the
 6   foregoing  deposition was by me first duly sworn to
     testify to the truth, the whole truth, and nothing
 7   but the truth in the foregoing cause; that the
     deposition was then reported by me in shorthand and
 8   transcribed, through computer-aided transcription,
     under my direction; and that the above and foregoing
 9   transcript, is a true record of the testimony
     elicited and proceedings had at said deposition.
10
                      I do further certify that I am a
11   disinterested person and am in no way interested in
     the outcome of this action or connection with or
12   related to any of the parties in this action or to
     their respective counsel.
13

14                    In witness whereof, I have
     hereunto set my hand this 24 day of June 2025.
15

16

17            _____

18            Lynette Marie Nelson, CA CSR No. 11585,
              OR CSR No. 250121, TN LCR No. 896, RPR
19            CRR, CCRR, CRG, REALTIME SYSTEMS ADMIN

20

21

22

23

24

25
```