# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                         --oOo--

 4

 5   ASHLYN PETIT, as successor-in
     interest to JERMAINE PETIT, deceased,
 6
              Plaintiff,
 7
     v.                                    Case No.
 8                                         2:23-cv-00789-CJC (PVCx)

 9   CITY OF LOS ANGELES, a municipal
     entity; OFFICER DARYL GLOVER, JR.;
10   SERGEANT BRETT HAYHOE;
     and DOES 1 through 10, inclusive,
11
              Defendants.
12   _____/

13

14
                STENOGRAPHIC REPORTER'S TRANSCRIPT OF
15
            REMOTE VIDEO DEPOSITION OF DARYL GLOVER, JR.
16
                    WEDNESDAY, JULY 30, 2025
17
                      **UNSEALED PORTION**
18

19   Reported Stenographically by:

20   KIMBERLY D'URSO, CSR 11372, RPR

21   Job No.  18705

22

23

24

25
```

```
 1                  APPEARANCES (Remote)

 2   FOR THE PLAINTIFFS:

 3            LAW OFFICES OF DALE K. GALIPO
              BY:  DALE K. GALIPO, ESQ.
 4                 RENEE MASONGSONG, ESQ.
              21800 Burbank Boulevard, Suite 310
 5            Woodland Hills, California 91367
              818.347.3333
 6            dalekgalipo@yahoo.com
              rvalentine@galipolaw.com
 7
              IVIE MCNEILL WYATT PURCELL & DIGGS
 8            BY:  RODNEY S. DIGGS, ESQ.
              444 S. Flower Street, Suite 3200
 9            Los Angeles, CA 90071
              213.489.0028
10            rdiggs@imwlaw.com

11
     FOR THE DEFENDANTS BRETT HAYHOE and DARYL GLOVER, JR.
12
              CARPENTER ROTHANS & DUMONT, LLP
13            BY:  KIMBERLY SARMIENTO, ESQ.
              500 S. Grand Avenue, 19th Floor
14            Los Angeles, CA 90071
              213.228.0400
15            ksarmiento@crdlaw.com

16   FOR THE DEFENDANT CITY OF LOS ANGELES:

17            OFFICE OF THE CITY ATTORNEY OF LOS ANGELES
              BY:  CHRISTIAN R. BOJORQUEZ, ESQ.
18            200 N. Main Street, 6th Floor, City Hall East
              Los Angeles, CA 90012
19            christian.bojorquez@lacity.org

20   ALSO PRESENT:  Dennis Saelee, Videographer

21                  Danie Williams, paralegal

22                  Olivia Burnett, law clerk

23                      --oOo--

24

25
```

```
 1        Q.   Did you realize that at some point before you
 2   left the scene?
 3        A.   No, sir.  When I left the scene, I was still
 4   under the impression that that was a firearm.
 5        Q.   At some point, did you approach Mr. Petit,
 6   after the shooting?
 7        A.   Yes, sir.
 8        Q.   And at some point, do you recall him moving
 9   from being chest down to laying on his back?
10        A.   I believe so.
11        Q.   And when you got within 15 feet, that's when
12   you saw the object?
13        A.   Yes, sir.
14        Q.   Did you have the impression that Mr. Petit was
15   injured?
16        A.   Yes, sir.
17        Q.   What did you see or hear that gave you that
18   impression?
19        A.   I seen blood and heard moaning.
20        Q.   And where did you see blood?
21        A.   On the pavement and on Mr. Petit.
22        Q.   Do you recall where you saw blood on him?
23        A.   On his face.
24        Q.   Anywhere else?
25        A.   No, sir.
```

```
 1  STATE OF CALIFORNIA)
                       ) ss:
 2  COUNTY OF BUTTE    )

 3
              I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5            That the witness named in the foregoing

 6  deposition was present remotely and duly sworn to testify

 7  to the truth in the within-entitled action on the day and

 8  date and at the time and place therein specified;

 9            That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12            That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15            Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19            That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21            IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 13th day of August, 2025.

23  _____

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```