# EXHIBIT C

```
           UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA

                     --oOo--



ASHLYN PETIT, as successor-in
interest to JERMAINE PETIT, deceased,

          Plaintiff,

v.                                Case No.
                                  2:23-cv-00789-CJC (PVCx)

CITY OF LOS ANGELES, a municipal
entity; OFFICER DARYL GLOVER, JR.;
SERGEANT BRETT HAYHOE;
and DOES 1 through 10, inclusive,

          Defendants.
_____/



          STENOGRAPHIC REPORTER'S TRANSCRIPT OF

          REMOTE VIDEO DEPOSITION OF BRETT HAYHOE

                 THURSDAY, AUGUST 28, 2025

                    **UNSEALED PORTION**


Reported Stenographically by:

KIMBERLY D'URSO, CSR 11372, RPR

Job No.  19685
```

```
 1                  APPEARANCES (Remote)

 2   FOR THE PLAINTIFFS:

 3           LAW OFFICES OF DALE K. GALIPO
             BY:  DALE K. GALIPO, ESQ.
 4                RENEE MASONGSONG, ESQ.
             21800 Burbank Boulevard, Suite 310
 5           Woodland Hills, California 91367
             818.347.3333
 6           dalekgalipo@yahoo.com
             rvalentine@galipolaw.com
 7
             IVIE MCNEILL WYATT PURCELL & DIGGS
 8           BY:  RODNEY S. DIGGS, ESQ.
             444 S. Flower Street, Suite 3200
 9           Los Angeles, CA 90071
             213.489.0028
10           rdiggs@imwlaw.com

11
     FOR THE DEFENDANTS BRETT HAYHOE and DARYL GLOVER, JR.
12
             CARPENTER ROTHANS & DUMONT, LLP
13           BY:  KIMBERLY SARMIENTO, ESQ.
             500 S. Grand Avenue, 19th Floor
14           Los Angeles, CA 90071
             213.228.0400
15           ksarmiento@crdlaw.com

16   FOR THE DEFENDANT CITY OF LOS ANGELES:

17           OFFICE OF THE CITY ATTORNEY OF LOS ANGELES
             BY:  CHRISTIAN R. BOJORQUEZ, ESQ.
18           200 N. Main Street, 6th Floor, City Hall East
             Los Angeles, CA 90012
19           christian.bojorquez@lacity.org

20   ALSO PRESENT:  Karen Torres-Corona, Videographer

21                  Danie Williams, Paralegal

22                  Aria Beizi, Law Clerk

23
                          --oOo--
24

25
```

1     Q.   Are you aware that when he had turned himself
2  on his back, that this object that he had was near his
3  right shoulder on the ground?
4     A.   No.  I don't recall at what point I saw that,
5  sir.
6     Q.   At some point, was he approached?
7     A.   Yes.
8     Q.   And did you also approach him at some point?
9     A.   Yes.
10    Q.   Could you tell whether he was struck by any
11 shots when you approached him?
12    A.   It appeared that he was injured, based on the
13 shots.
14    Q.   Could you tell where he was struck?
15    A.   No, I could not determine.  I was not sure at
16 that time.
17    Q.   Did you see some blood?
18    A.   Yes.
19    Q.   Did you hear any moaning or groaning coming
20 from him?
21    A.   Yes.
22    Q.   At some point, did you see the object again?
23    A.   I -- yes.  When -- at some point, I do remember
24 seeing it, but it wasn't until we had approached the
25 individual.

```
STATE OF CALIFORNIA )
                    ) ss:
COUNTY OF BUTTE     )
```

I, KIMBERLY E. D'URSO, do hereby certify:

That the witness named in the foregoing deposition was present remotely and duly sworn to testify to the truth in the within-entitled action on the day and date and at the time and place therein specified;

That the testimony of said witness was reported by me in shorthand and was thereafter transcribed through computer-aided transcription;

That the foregoing constitutes a full, true and correct transcript of said deposition and of the proceedings which took place;

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

That I am a certified stenographic reporter and a disinterested person to the said action;

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 2nd day of September, 2025.

_____

KIMBERLY D'URSO, CSR NO. 11372, RPR