# EXHIBIT D

1                   UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3

4   ASHLYN PETIT, as successor-in- )
    interest to JERMAINE PETIT,     )
5   deceased,                       )
                                    )
6            Plaintiff,             )
                                    )
7   v.                              )
                                    )
8                                   )
    CITY OF LOS ANGELES, a          ) Case No.
9   municipal entity; OFFICER DARYL) 2:23-cv-00789-CJC(PVCx)
    GLOVER, JR.; SERGEANT BRETT     )
10  HAYHOE; and DOES 1 through      )
    10, inclusive,                  )
11                                  )
             Defendants.            )
12  _____)

13

14

15                 VIDEOTAPED DEPOSITION OF:

16                 OFFICER NELSON MARTINEZ,

17                 THURSDAY, AUGUST 28, 2025

18

19

20

21

22

23

24

25   Reported Stenographically By:

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3


4    ASHLYN PETIT, as successor-in- )
     interest to JERMAINE PETIT,    )
5    deceased,                      )
                                    )
6              Plaintiff,           )
                                    )
7    v.                             )
                                    )
8                                   )
     CITY OF LOS ANGELES, a         ) Case No.
9    municipal entity; OFFICER DARYL) 2:23-cv-00789-CJC(PVCx)
     GLOVER, JR.; SERGEANT BRETT    )
10   HAYHOE; and DOES 1 through     )
     10, inclusive,                 )
11                                  )
               Defendants.          )
12   _____)

13

14        The deposition of OFFICER NELSON MARTINEZ, taken

15   on behalf of Defendants, before Angelica R. Gutierrez,

16   Certified Shorthand Reporter 13292, for the State of

17   California, commencing at 10:08 a.m., Thursday, August

18   28, 2025, taken remotely from San Ramon, California.

19

20

21

22

23

24

25

```
1    APPEARANCES (ALL APPEARING REMOTELY VIA ZOOM):

2

3

4            For Plaintiff:

5                IVIE MCNEILL WYATT PURCELL & DIGGS
                 BY: Rodney S. Diggs,
6                    ATTORNEY AT LAW
                 444 South Flower Street
7                Suite 3200
                 Los Angeles, California 90071
8                (213) 489-0028

9

10

11           For Plaintiff:

12               LAW OFFICES OF DALE K. GALIPO
                 BY: Renee V. Masongsong,
13                   ATTORNEY AT LAW
                 21800 Burbank Boulevard
14               Suite 310
                 Woodland Hills, California 91367
15               (818) 347-3333

16

17

18

19

20

21

22

23

24

25
```

1    Mr. Petit when he was on the ground after he was shot?

2        A.    We already had a designated arrest team, so

3    the arrest team were the ones that made focus -- or had

4    focus on Mr. Petit.  I didn't really get a chance to

5    look at him because of the officers that are already in

6    charge of taking him into custody and then start, you

7    know, rendering some sort of aid.

8        Q.    Okay.  Did you observe any blood on Mr. Petit?

9        A.    I didn't observe blood on him.  I know after

10   everything was rendered safe and done, I did observe

11   some blood on the floor -- on the ground, but I didn't

12   observe -- I didn't look at his person.

13       Q.    Do you recall in your investigation, the

14   interview, that you stated that you observed blood on

15   the suspect's abdomen area?

16       A.    I -- in a statement, I do recall that, but as

17   I said, this -- this could have been either when he was

18   putting -- getting put on the ambulance -- this is all

19   after everything was rendered safe, if -- when the

20   gurney showed up, they put him on.  I looked over and

21   saw blood.

22            But after we took him into custody, I did not

23   look at Mr. Petit.  I was -- that was -- every officer

24   had their role in that moment, so my responsibility was

25   not to be where Mr. Petit was.

1                        CERTIFICATE

2                            OF

3              CERTIFIED SHORTHAND REPORTER

4                     *    *    *    *

5


6            The undersigned Certified Shorthand Reporter

7   of the State of California does hereby certify:

8            That the foregoing Proceeding was taken before

9   me at the time and place therein set forth,

10           That the testimony and all objections made at

11  the time of the Proceeding were recorded

12  stenographically by me and were thereafter transcribed,

13  said transcript being a true and correct copy of the

14  proceedings thereof.

15           In witness whereof, I have subscribed my name,

16  this date:    September 12, 2025.

17

18  _____

    ANGELICA R. GUTIERREZ, CSR No. 13292
19

20

21

22

23

24

25