**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE RELATING TO SUBSEQUENT REMEDIAL MEASURES/AFTER-ACQUIRED INFORMATION** |

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 2

1  IT IS HEREBY ORDERED THAT, at the trial of this matter, the parties
2  shall be precluded from presenting any testimony, argument, or evidence of
3  subsequent remedial measures, including but not limited to the LAPD
4  investigations, <u>including the after-acquired information that the object Mr. Petit
5  held in his hand at the time of his encounter with the defendant officers</u>, its
6  findings, recommendations, and/or discipline imposed relative to this investigation.

7
8  IT IS SO ORDERED.

10  DATED: _____
       Honorable Otis D. Wright II
       United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 2