1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **KIMBERLY SARMIENTO – State Bar No. 345641**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   **500 S. Grand Avenue, 19th Floor**
3  **Los Angeles, CA  90071**
   **(213) 228-0400 / (213) 228-0401 [Fax]**
4  srothans@crdlaw.com / ksarmiento@crdlaw.com

5  Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE RELATING TO IMPROPER OPINIONS** |

1      IT IS HEREBY ORDERED THAT, at the trial of this matter, the parties
2 shall be precluded from presenting any testimony, argument, or evidence relating
3 to improper opinions, including: (1) Plaintiff, another family member, or lay
4 person offering improper expert opinions pertaining to diagnosis, prognosis, or
5 medical causation of Mr. Petit's mental health condition(s); and (2) any improper
6 "Golden Rule" or similar types of arguments to value damages.

8      IT IS SO ORDERED.

10 DATED: _____
11                                                         Honorable Otis D. Wright II
                                                        United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 3