



# COUNTY OF LOS ANGELES

## DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

*"Enriching Lives"*

**Odey C. Ukpo, M.D., M.S.**
**Chief Medical Examiner**

Dear Sir or Madam,

Enclosed you will find the document(s) requested. Should you have any questions or need additional information, please contact the Records Section at (323) 343-0695.

Should you wish to speak to the Deputy Medical Examiner who conducted the examination, please call (323) 343-0518 to schedule an appointment.

Sincerely,
Public Services- Records Section
County of Los Angeles
Department of Medical Examiner

On behalf of

Vanessa Gastelum
Chief, Public Services Division
County of Los Angeles
Department of Medical Examiner

---

**Accreditations:**

*National Association of Medical Examiners (Provisional)*
*Laboratories*
*California Medical Association-Continuing Medical Education*
*Certified Accreditation Council for Graduate Medical Education*

*ANAB ISO/IEC 17025:2017 Forensic Science Testing*

*Peace Officer Standards and Training*



# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA  90033

"Enriching Lives"



Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

| **19** | STATE OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br>IN THE MATTER OF THE DEATH OF | CC#2024-12394<br><br>PETIT, JERMAINE CLODOR |
|---|---|---|

The Medical Examiner of the County of Los Angeles Certifies:

That on the 6th day of  August, 2024, in accordance with the law, he inquired into the circumstances surrounding the death of the above-mentioned person, caused an examination and identification to be made of the body and found that the deceased was named:

**PETIT, JERMAINE CLODOR**

A MALE, AGE ABOUT 41 YEARS; THAT HE CAME TO HIS DEATH ON THE 4th DAY OF AUGUST, 2024 AT:

RESIDENCE

1726 SIERRA VIEW AVENUE

LANCASTER, CALIFORNIA 93535

LOS ANGELES COUNTY, CALIFORNIA; AND THAT WAS CAUSED BY:

UNDETERMINED (SKELETONIZED REMAINS)

MODE: UNDETERMINED

Given under my hand this 30th of October 2024

By:    Bocanegra, Guadalupe
_____
Deputy Medical Examiner, Please Print

_____
Signature, Please Sign

This is a true certified copy of the record if it bears the seal of the Department of Medical Examiner imprinted in purple ink.

CHIEF MEDICAL EXAMINER
DEPARTMENT OF MEDICAL EXAMINER
LOS ANGELES COUNTY, CALIFORNIA





## COUNTY OF LOS ANGELES
## DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

### DEATH INVESTIGATION SUMMARY

**Medical Examiner Case Number:** 2024-12394
**Decedent Name:** PETIT, JERMAINE CLODOR
**Date of Birth:** 08/20/1982
**Pronounced date/time:** 08/04/2024 1:50:00 PM
**Date of examination:** 08/06/2024
**Deputy Medical Examiner:** Dr. Young, Kevin
**Forensic Technician:** Morris, Ted

---

**CAUSE OF DEATH A:** UNDETERMINED (SKELETONIZED REMAINS)
**OTHER SIGNIFICANT CONDITIONS:** HISTORY OF SUBSTANCE USE DISORDER, ALCOHOL USE, POST-TRAUMATIC STRESS DISORDER, SCHIZOPHRENIA
**MANNER OF DEATH:** UNDETERMINED
**HOW INJURY OCCURRED:** UNKNOWN. NO EVIDENCE OF FOUL PLAY.

---

Dr. Young, Kevin
Deputy Medical Examiner
Completed On: 08/07/2024 11:15 PM

Please call (323) 343-0518 should you have any questions after reviewing this material.

**Case Num:** 2024-12394          **Decedent Name:** PETIT, JERMAINE CLODOR          **Age:** 41 y

---

## Medical Report Summary

1. Full examination of skeletonized human remains.
   a. Appears complete and intact in about 5 layers of clothes
   b. No soft tissue/organs present
   c. No antemortem trauma seen
2. Metal hardware plate on left mandible
3. Old mushroomed large caliber bullet with thick green crusty corrosion partially protruding from the inner surface of the left posterior 1st rib, submitted to evidence.

## Summary and Opinion Narrative

Cause and manner of death are undetermined due to skeletonization.
No evidence of foul play.

THE DECEDENT HAS A presumed HX OF SCHIZOPHRENIA, PTSD, AND SUBSTANCE ABUSE. HE WAS SHOT IN JULY 2022 IN AN OFFICER INVOLVED SHOOTING, ON HIS SHOULDER, (POSS THE LEFT) AND RECEIVED TREATMENT AT CEDARS SINAI MC. HIS USUAL DOCTOR IS AT THE VA. HE'S AN AIRFORCE VETERAN. THE DECEDENT WAS LAST KNOWN ALIVE IN OCTOBER/NOVEMBER 2023. HE WAS FOUND INSIDE HIS OWN RESIDENCE. THE HOME HAD NO FURNITURE. THE DECEDENT WAS SEEN LYING SUPINE IN ONE OF THE BEDROOMS. THERE WERE EMPTY WINE BOTTLES EVERYWHERE AS WELL AS BUTANE LIGHTERS. THE DECEDENT IS SKELETONIZED AND FULLY DRESSED IN MULTIPLE LAYERS OF CLOTHING.

## Decedent Identification

- Two unique patient identifiers reviewed
  - Same As Decedent Name
    - Decedent Name: PETIT, JERMAINE CLODOR
  - Case Num: 2024-12394

**Phenotypic Sex**
- Male

**Type of examination**
- Partial
  - Other

**Form Sections**
- Decedent Identification
- Prior Postmortem Procedures
- External Examination
- Evidence Of Traumatic Injury
- Internal Examination
- Male Reproductive Tract
- Musculoskeletal System
- Examination Procedures And Ancillary Testing

- **Exam Start:** 08/06/2024 12:15

**Case Num:** 2024-12394          **Decedent Name:** PETIT, JERMAINE CLODOR          **Age:** 41 y

## Prior Postmortem Procedures

- Radiology Reviewed: Yes
  - X-ray

  Interpretation: Shows deformed bullet.

- Organ/Tissue Donation  No

- Mortuary Preparation: No

## External Examination

**General**

  Other: Skeletonized

**Race**

  Other: Skeletonized

**Phenotypic Sex**

- Male

**Body Weight and Height**

- Weight: 34 lb
- Height: 72 in
- BMI: 4.6 lb/in2

**Extremities**

  Other Extremities: Skeletonized

**Skin**

  Other Skin Findings: Skeletonized

- Scars

  Other Scars Description: Skeletonized

**Tattoos**

  Other tattoos findings: Skeletonized

**Hair**

- Long

**Facial hair**

- Beard

**Hair color**

- Brown

**Eye Color**

- Other

  Description: Skeletonized

**Sclerae**

- Other

  Description: Skeletonized

**Conjunctival Petechiae**

- Other
    Description: Skeletonized

**Facial petechiae (i.e. non-conjunctival)**

  Other: Skeletonized

**Ears**

  Other: Skeletonized

**Nose**

- Other
    Description: Skeletonized

**Oral cavity**

- Dentition: Good Dentition
- Frenulae and Mucosae: Other
    Description: Skeletonized

**Neck**

- Normal
  Other: Skeletonized

**Chest**

- Normal
  Other: Skeletonized

**Abdomen**

- Normal
  Other: Skeletonized

**Back**

- Unremarkable
  Other: Skeletonized

**External genitalia**

- Male

**Evidence of medical intervention/therapy at examination**

- None

**Postmortem Changes**

- Livor mortis: Indiscernible
- Rigor mortis: Absent

  **External decomposition changes**

    Other External Decomp Changes: Skeletonized

  **Internal Organs and Tissue**

    Other Internal Organs and Tissue  Skeletonized

---

## Evidence of traumatic injury

**None**

**Case Num:** 2024-12394          **Decedent Name:** PETIT, JERMAINE CLODOR          **Age:** 41 y

## Internal Examination

**Body Cavities**

   Other: Skeletonized

## Male Reproductive Tract

**Prostate**

   Other: Skeletonized

**Testes**

   Other: scrotum present

**Breast Tissue**

   Other: Skeletonized

## Musculoskeletal System

**Bony Framework**

- Normal

**Vertebral column and Ribs**

- Normal Curvature

**Ribs**

- Absent of Abnormalities

**Vertebral Bodies**

- No Fractures

## Examination Procedures and Ancillary Testing

**Photography Taken**

- Yes
  - Photos taken prior to the examination

**Special Dissection**

- None

**Clothing Reviewed by DME**

- Yes

   Description: about 5 layers of clothing

**Tissue retention**

   Other: Skeletonized

**Histology Key**

- Not Applicable

**Case Num:** 2024-12394          **Decedent Name:** PETIT, JERMAINE CLODOR          **Age:** 41 y

**Additional Samples Taken**

- Hair

**Ancillary testing**

- Radiology

*Please see Prior Postmortem Procedures Radiology section for details.*

$\mathcal{X}$

Dr. Young, Kevin
Deputy Medical Examiner
Completed On: 08/07/2024 11:15 PM

.

**COUNTY OF LOS ANGELES**

**DEPARTMENT OF MEDICAL EXAMINER**

## 27

Decedent: PETIT, JERMAINE CLODOR

Case Number: 2024-12394

Skeletonized male

Dreddlocks

Beard

old bullet recovered

24-12394

-12394

Doc, und357

Date: 08/06/2024 12:15:00 PM



Dr. Young, Kevin
Medical Examiner

(REV. 9/23)



# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Case Number: **2024-12394** - Decedent's Name: **PETIT, JERMAINE CLODOR**



Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

| COUNTY OF LOS ANGELES | INVESTIGATIVE SUMMARY REPORT | DEPARTMENT OF MEDICAL EXAMINER |
|---|---|---|

| 1 | APPARENT MODE | Undetermined | CASE NO 2024-12394 |
|---|---|---|---|
| | SPECIAL CIRCUMSTANCES None | | CRYPT G-380 |

| LAST, FIRST MIDDLE PETIT, JERMAINE CLODOR | | | | AKA | | | # 2024-357 | |
|---|---|---|---|---|---|---|---|---|

| ADDRESS 1726 Sierra View Avenue | | | | | CITY Lancaster | | STATE California | ZIP 93535 |
|---|---|---|---|---|---|---|---|---|

| SEX | RACE APPEARS | DOB | AGE | HGT | WGT | EYES | HAIR | TEETH | FACIAL HAIR | ID VIEW | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | Black | 8/20/1982 | 41 y | 72 in | 34 lb | unknown | Black | Natural | No | No | SKELETONIZED |

| MARK TYPE | MARK LOCATION | MARK DESCRIPTION |
|---|---|---|
| | | |

| RELATIONSHIP Daughter | | PENDING BY | DATE 8/7/2024 | TIME 15:20:00 |
|---|---|---|---|---|

| ID METHOD Body X-rays | | | | | |
|---|---|---|---|---|---|

| L.A. # | MAIN # | CII # | FBI # | MILITARY # | POB |
|---|---|---|---|---|---|
| | | | | | |

| IDENTIFIED BY NAME(PRINT) Desantis, Mark | RELATIONSHIP | PHONE | DATE 8/7/2024 | TIME 12:45:00 |
|---|---|---|---|---|

| PLACE OF DEATH/PLACE FOUND Residence | ADDRESS OR LOCATION 1726 Sierra View Avenue | | CITY Lancaster | ZIP 93535 |
|---|---|---|---|---|

| PLACE OF INJURY | AT WORK No | DATE | TIME | LOCATION OR ADDRESS | ZIP |
|---|---|---|---|---|---|

| DOD 8/4/2024 | TIME 13:50:00 | FOUND OR PRONOUNCED BY LACFD ENG 117, DIAZ, |
|---|---|---|

| OTHER AGENCY INV OFFICER LASD LANCASTER | PHONE 661-948-8466 | REPORT No 024-12132-1135-491 |
|---|---|---|

| TRANSPORTED BY Miranda, Dustin | DATE 8/4/2024 | TIME 20:04:00 |
|---|---|---|

| FINGERPRINTS? No | CLOTHING Yes | PA RPT No | MORTUARY |
|---|---|---|---|
| MED EV No | INVEST PHOTOS# 59 | SEAL TYPE | HOSP RPT No |
| PHYS EV Yes | | PROPERTY? Yes | HOSP CHART No |
| SUICIDE NOTE No | | | PF NO |

SYNOPSIS

THE DECEDENT IS BELIEVED TO BE: JERMAINE CLODOR PETIT, 08/20/1982, WHO RESIDES ALONE AT THIS RESIDENCE. HE HAS A HISTORY OF SCHIZOPHRENIA, POST TRAUMATIC STRESS DISORDER, AND SUBSTANCE ABUSE. HE WAS SHOT IN JULY 2022 IN AN OFFICER INVOLVED SHOOTING, ON HIS SHOULDER, (POSS THE LEFT) AND RECEIVED TREATMENT AT CEDARS SINAI MEDICAL CENTER. HIS USUAL DOCTOR IS AT THE VA. HE'S AN AIRFORCE VETERAN. THE DECEDENT WAS LAST KNOWN ALIVE IN OCTOBER/NOVEMBER 2023. HE WAS FOUND INSIDE HIS OWN RESIDENCE. THE HOME HAD NO FURNITURE. THERE WERE SPIDERWEBS AND SPIDERS EVERYWHERE THROUGHOUT THE RESIDENCE. THE DECEDENT WAS SEEN LYING SUPINE IN ONE OF THE BEDROOMS. THERE WERE EMPTY WINE BOTTLES AND BUTANE LIGHTERS SEEN THROUGHOUT THE HOME. THE DECEDENT IS SKELETONIZED AND FULLY DRESSED IN MULTIPLE LAYERS OF CLOTHING. HE WAS WEARING A BEANIE. EYE COLOR IS UNABLE TO BE DETERMINED DUE TO SKELETALIZATION. HE HAD DREADLOCKS. NO OBVIOUS TRAUMA WAS SEEN.

Generated by: Benavidez-Parraz, Ryan at 8/30/2024 1:09:26 AM                    Page 1 of 4



# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Case Number: **2024-12394** - Decedent's Name: **PETIT, JERMAINE CLODOR**



Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner



# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Case Number: **2024-12394** - Decedent's Name: **PETIT, JERMAINE CLODOR**



Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

| COUNTY OF LOS ANGELES | Investigator's Narrative | DEPARTMENT OF MEDICAL EXAMINER |
|---|---|---|

**Information Sources:**

Deputy Torres #679947: Los Angeles County Sheriff's Department Lancaster, 661-948-8466

███████ Cousin, ███████

On scene investigation

**Investigation:**

This death was reported to our office on 08/04/2024 at 1442 hours.
I was assigned the call at 1502 hours by Investigator Benavidez-Parraz.
I arrived to the scene at 1652 hours and cleared the call at 1805 hours.
The decedent was transported to the Forensic Science Center by Forensic Attendant Miranda.
Criminalist callout criteria was reviewed and not met for this case.
The decedent is believed to be: Jermaine Clodor Petit, date of birth: 08/20/1982, sole resident of this residence.

**Location:**

Location of Death: 1726 Sierra View Avenue, Lancaster, California 93535    County Los Angeles

**Informant/Witness Statements:**

Deputy Torres gave me the following information: The decedent is believed to be Jermaine Clodor Petit, date of birth: 08/20/1982, California identification number: ███████ Mr. Petit is the owner of this home and is believed to live alone. He is an Air Force veteran. Mr. Petit had not been seen or heard from since October 2023. Today, 08/04, Mr. Petit's cousin and mother decided to come check on him. They entered the residence via the unlocked front door and found him dead in one of the bedrooms. 911 was called; deputies from the Los Angeles County Sheriff's Department Lancaster station as well as paramedics from the Los Angeles County Fire Department Engine 117 were dispatched to the scene. Death was determined at 1350 hours. Mr. Petit had a history of alcoholism and substance abuse.

███████ gave me the following information: Mr. Petit has a history of Post Traumatic Stress Disorder, schizophrenia, and substance abuse. He often would disappear for periods of time and then reappear when he was ready. This residence is his; he lives alone. Mr. Petit was shot by the police in July 2022. He was reportedly shot in the back and hospitalized. The decedent recovered, was in jail, and then released to a program at the VA. He was last known alive in October 2023. His phone went dead in November 2023. ███████ and the decedent's mother decided to come check on him today. They had reportedly requested welfare checks, but Mr. Petit was never found.

**Scene Description:**

The residence was in poor condition. There was no furniture in any of the rooms. There was trash littered throughout the home including numerous wine bottles, lighters, food, and clothing. The walls were written on. There were spiderwebs and spiders found throughout the home. The floors were grimy.

The decedent was found in the only bedroom downstairs. He was lying supine near the back of the door. He was close to the back of the door, but far enough that it was able to be opened to allow for entry. His head was pointing in an easterly direction and his feet were pointing west. His arms were bent at the elbows and his hands were resting on his chest. His legs were extended straight.

The residence was locked and secured at the completion of this field investigation.

**Body Examination:**

The decedent is skeletonized. He had black dreadlocks. There was no tissue present. He was wearing multiple layers of clothing: four t-shirts, one sweatshirt, two socks, two shoes, four pairs of pants, one hat, and two belts. No obvious evidence of trauma was seen.

**Identification:**

The decedent was initially unidentifiable and was issued Undetermined Doe #357. He was later positively identified by X-ray comparison analysis as Jermaine Clodor Petit, date of birth: 08/20/1982.

Generated by: Benavidez-Parraz, Ryan at 8/30/2024 1:09:26 AM

Page 3 of 4



# COUNTY OF LOS ANGELES
# DEPARTMENT OF MEDICAL EXAMINER

1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033

Case Number: **2024-12394** - Decedent's Name: **PETIT, JERMAINE CLODOR**

"Enriching Lives"



Odey C. Ukpo, M.D., M.S.
Chief Medical Examiner

**Next of Kin Notification:**

The decedent's daughter, ██████████ was formerly notified of the death once he was positively identified.

**Tissue Donation:**

The decedent is not a viable candidate due to the time lapsed since death.

**Autopsy Notification:**

No autopsy requests.

**Evidence:**

Projectile collected on 2024-08-07, at approximately 12:55:00 hours - Deputy Medical Examiner - Dr. Young, Kevin

Investigator: Navarro, Marleen
Inv. Report Date/Time: 8/28/2024 at 14:23:00

Reviewed By: Benavidez-Parraz, Ryan
Reviewed Date/Time: 8/30/2024 at 01:09:00