# EXHIBIT D

Case 2:23-cv-00789-ODW-PVC   Document 112-4   Filed 01/14/26   Page 2 of 7   Page ID #:1363

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4    JERMAINE PETIT, an incompetent       )
      person, by and through his Guardian  )
 5    Ad Litem, CHARLOTTE BLACKWELL,       )
                                           )
 6              Plaintiff,                 )
                                           )
 7         vs.                             ) Case No.: 2:23-cv-00789-ODW(PVCx)
                                           )
 8    CITY OF LOS ANGELES, a municipal     )
      entity; OFFICER DARYL GLOVER, JR.;   )
 9    SERGEANT BRETT HAYHOE; and DOES 1    )
      through 10, inclusive,               )
10                                         )
                Defendants.                )
11    _____)

12

13

14

15

16            VIDEO-RECORDED DEPOSITION OF

17                     ASHLYN PETIT

18     REMOTELY HELD VIA VIDEOCONFERENCE TECHNOLOGY

19                    JUNE 9, 2025

20

21
      REPORTED BY:
22    LYNETTE MARIE NELSON,
      CA CSR No. 11585, OR CSR No. 250121,
23    TN LCR No. 896, RPR, CRR, CCRR, CRG,
      REALTIME SYSTEMS ADMIN.
24

25    JOB NO. 10165041
```

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JERMAINE PETIT, an incompetent       )
     person, by and through his Guardian  )
 5   Ad Litem, CHARLOTTE BLACKWELL,       )
                                          )
 6             Plaintiff,                 )
                                          )
 7        vs.                             ) Case No.: 2:23-cv-00789-ODW(PVCx)
                                          )
 8   CITY OF LOS ANGELES, a municipal     )
     entity; OFFICER DARYL GLOVER, JR.;   )
 9   SERGEANT BRETT HAYHOE; and DOES 1    )
     through 10, inclusive,               )
10                                        )
               Defendants.                )
11   _____)

12

13

14

15

16

17            DEPOSITION OF ASHLYN PETIT,

18   taken by the Defendants, commencing at the hour of

19   9:34 a.m. on Monday, June 9, 2025, held remotely via

20   videoconference, before Lynette Marie Nelson,

21   Certified Shorthand Reporter in and for the State of

22   California, Oregon, and Tennessee.

23

24

25
```

Case 2:23-cv-00789-ODW-PVC   Document 112-4   Filed 01/14/26   Page 4 of 7   Page ID #:1365

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1   APPEARANCES:

 2
        For the Plaintiff:
 3          IVIE McNEILL WYATT PURCELL & DIGGS
            BY:  RODNEY S. DIGGS, ESQ.
 4          444 South Flower Street, Suite 1800
            Los Angeles, California  90071
 5          rdiggs@imwlaw.com

 6      For the Defendants, Sergeant Brett Hayhoe and
        Officer Daryl Glover, Jr., public employees:
 7          CARPENTER, ROTHANS & DUMONT, LLP
            BY:  KIMBERLY SARMIENTO, ESQ.
 8          500 S. Grance Avenue, 19th Floor
            Los Angeles, California  90071
 9          (213)228-0400
            kmorosi@crdlaw.com
10
        For the Defendant City of Los Angeles,
11      a public entity:

12          HYDEE ROSE FELDSTEIN SOTO
            BY:  CHRISTIAN BOJORQUEZ, ESQ.
13          LOS ANGELES CITY ATTORNEYS OFFICE
            City Hall East Police Litigation
14          200 N. Main Street, 6th Floor
            Los Angeles, California  90012
15          hydee.feldsteinsoto@lacity.org

16


17      Also present:  Olivia Burnett, law clerk

18                     Spencer Benveniste, videographer

19

20

21

22

23

24

25
```

Case 2:23-cv-00789-ODW-PVC   Document 112-4   Filed 01/14/26   Page 5 of 7   Page ID #:1366

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1  about what you mean by that?
 2  BY MS. SARMIENTO:
 3      Q.   Sure.  Do you have an estimate as to the
 4  longest period of time that you went without hearing
 5  from your father?
 6      A.   When we -- or I believed that he had passed
 7  away.
 8      Q.   Okay.  So when your dad passed away in
 9  2024, how long had it been from the last time you
10  had heard from him?
11      A.   It had been 11 months.
12      Q.   Is that the longest you have gone without
13  hearing from your father?
14      A.   Yes.
15      Q.   Did you think it was strange that you had
16  gone that long without hearing from him?
17      A.   Yes.
18      Q.   Do you know during that time frame whether
19  he had been in contact with any other family
20  members?
21      A.   No.  He was not in contact.
22      Q.   Was it unusual for there to be periods of
23  time where your dad wouldn't have contact with you
24  or other family members?
25      A.   Yes, it was unusual.
```

Case 2:23-cv-00789-ODW-PVC   Document 112-4   Filed 01/14/26   Page 6 of 7   Page ID #:1367

Ashlyn Petit | Jermaine Petit, et al. vs. City of Los Angeles, et al.

```
 1   grandmother already, I assumed, talked to him about
 2   the situation.
 3            And again, I didn't want to feel like I was
 4   burdening anybody.
 5       Q.   So who was it that ultimately told you that
 6   your father passed away?
 7       A.   My mom.
 8       Q.   And was it that same day that you found
 9   out?
10       A.   Yes.
11       Q.   Had you ever looked at the corner's report
12   for your father?
13       A.   I don't have the report.  But I have a
14   death certificate, which tells me what they
15   believed.
16       Q.   And what was your understanding in terms of
17   what they found in terms of how he passed away?
18       A.   The cause of death is undetermined.
19       Q.   Do you yourself have any belief as to how
20   your father passed away?
21       A.   No.
22       Q.   Did you have any concerns about his health
23   prior to that time learning that he had passed away?
24            MR. DIGGS:  Objection.  Vague.
25            THE WITNESS:  Can you be more specific
```

Case 2:23-cv-00789-ODW-PVC   Document 112-4   Filed 01/14/26   Page 7 of 7   Page ID #:1368

Ashlyn Petit

Jermaine Petit, et al. vs.
City of Los Angeles, et al.

```
 1                  REPORTER'S CERTIFICATE

 2

 3                  I, Lynette Marie Nelson,
     Certified Shorthand Reporter, in and for the State
 4   of California, Certificate No. 11585, do hereby
     certify:
 5
                    That the witness in the
 6   foregoing  deposition was by me first duly sworn to
     testify to the truth, the whole truth, and nothing
 7   but the truth in the foregoing cause; that the
     deposition was then reported by me in shorthand and
 8   transcribed, through computer-aided transcription,
     under my direction; and that the above and foregoing
 9   transcript, is a true record of the testimony
     elicited and proceedings had at said deposition.
10
                    I do further certify that I am a
11   disinterested person and am in no way interested in
     the outcome of this action or connection with or
12   related to any of the parties in this action or to
     their respective counsel.
13

14                  In witness whereof, I have
     hereunto set my hand this 24 day of June 2025.
15

16                  [signature]

17          _____

18          Lynette Marie Nelson, CA CSR No. 11585,
            OR CSR No. 250121, TN LCR No. 896, RPR
19          CRR, CCRR, CRG, REALTIME SYSTEMS ADMIN

20

21

22

23

24

25
```