# EXHIBIT E

1

2                    UNITED STATES DISTRICT COURT

3                   CENTRAL DISTRICT OF CALIFORNIA

4

5   ASHLYN PETIT,                          )
                                           )
6                      Plaintiff,          )
                                           )
7              vs.                         )  Case No.
                                           )  2:23-cv-00789-ODW
8   CITY OF LOS ANGELES, a                 )  (PVCx)
    municipal entity; OFFICER DARYL        )
9   GLOVER, JR.; SERGEANT BRETT            )
    HAYHOE; and DOES 1 through 10,         )
10  inclusive,                             )
                                           )
11                     Defendants.         )
    _____)

12

13

14

15

16

17

18              REMOTE VIDEO DEPOSITION OF

19                   KEVIN YOUNG, M.D.

20                Tuesday, August 19, 2025

21

22

23  Stenographically Reported By:
    Vesna Walter, CSR, RPR, CCRR
24  CSR No. 11989
    Job No. 10170911

25

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3
     ASHLYN PETIT,                        )
 4                                        )
                   Plaintiff,             )
 5                                        )
              vs.                         )  Case No.
 6                                        )  2:23-cv-00789-ODW
     CITY OF LOS ANGELES, a               )  (PVCx)
 7   municipal entity; OFFICER DARYL      )
     GLOVER, JR.; SERGEANT BRETT          )
 8   HAYHOE; and DOES 1 through 10,       )
     inclusive,                           )
 9                                        )
                   Defendants.            )
10   _____)

11

12

13

14

15

16

17

18

19         Deposition of KEVIN YOUNG, M.D., taken on behalf

20   of Defendants, with all parties appearing remotely,

21   beginning at 10:04 a.m. and ending at 10:29 a.m. Pacific

22   time, on Tuesday, August 19, 2025, before VESNA WALTER,

23   Certified Shorthand Reporter No. 11989.

24

25
```

Page 2

Case 2:23-cv-00789-ODW-PVC   Document 112-5   Filed 01/14/26   Page 4 of 7   Page ID #:1372

Kevin Young, M.D. | Ashlyn Petit vs. City of Los Angeles

```
 1          APPEARANCES (All parties appearing remotely)

 2
     For the Plaintiff:
 3
                LAW OFFICES OF DALE K. GALIPO
 4              By:  RENEE MASONGSONG
                Attorney at Law
 5              21800 Burbank Boulevard
                Suite 310
 6              Woodland Hills, California  91367
                (818) 347-3333
 7              Rvalentine@galipolaw.com

 8   For Defendants SERGEANT BRETT HAYHOE and OFFICER DARYL
     GLOVER JR.:
 9
                CARPENTER, ROTHANS & DUMONT, LLP
10              By:  KIMBERLY SARMIENTO
                Attorney at Law
11              500 South Grand Avenue
                19th Floor
12              Los Angeles, California  90071
                (213) 228-0400
13              Ksarmiento@crdlaw.com

14   For Defendant CITY OF LOS ANGELES:

15              LOS ANGELES CITY ATTORNEYS OFFICE
                By:  CHRISTIAN R. BOJORQUEZ
16              Attorney at Law
                200 North Main Street
17              6th Floor
                Los Angeles, California 90012
18              (213) 978-8100
                Christian.bojorquez@lacity.org
19
     VIDEOGRAPHER:
20
                RALNA RAMSE
21

22

23

24

25
```

Case 2:23-cv-00789-ODW-PVC    Document 112-5    Filed 01/14/26    Page 5 of 7    Page ID #:1373

Kevin Young, M.D.                                              Ashlyn Petit vs.
                                                          City of Los Angeles

1         A    Most likely, yes.
2         Q    Okay.  And in your experience -- or strike
3    that.
4              Have there been occasions where you've
5    examined remains of a decedent -- skeletonized
6    remains of a decedent where the skeletonized remains
7    were found outside, exposed to the elements?
8         A    Yes.
9         Q    In your experience examining those types of
10   skeletonized remains, is it a fair statement to say
11   that it takes longer for human remains to decompose
12   and become skeletonized indoors as opposed to
13   outside, exposed to the elements?
14        A    I don't know for sure.
15        Q    Okay.  And, Dr. Young, when you're examining
16   skeletonized remains, are there typical signs, for
17   lack of a better term, that you look at to assess a
18   possible time frame of when the decedent might have
19   passed?
20        A    I personally don't.  We have -- we have
21   anthropologists who we contract with, and they
22   sometimes do that.
23        Q    Was an anthropologist consulted with for
24   your examination of Mr. Petit's remains?
25        A    I would need to review my records here.

Case 2:23-cv-00789-ODW-PVC   Document 112-5   Filed 01/14/26   Page 6 of 7   Page ID #:1374

Kevin Young, M.D.                                    Ashlyn Petit vs.
                                                  City of Los Angeles

```
 1              It doesn't appear so.
 2         Q    Okay.  And whose decision is it to consult
 3   with an anthropologist when you have an examination
 4   of remains such as the ones in the condition that you
 5   examined here?
 6         A    It's a combination of the need for
 7   identification -- that's probably the main purpose.
 8   So we have an identification team, and they'll let me
 9   know if they need one.  The medical examiner also has
10   input into that, I think depending on if we want to
11   evaluate for trauma.  Those are the main situations,
12   decision points.
13         Q    Understood.
14              And to assist you in attempting to assess an
15   approximate time frame of when Mr. Petit's death
16   occurred, did you consider any outside information
17   reported to you such as when family members may have
18   last had contact with the decedent?
19         A    For what purpose?
20         Q    For ascertaining possible time frame of
21   death.
22         A    Oh, I see.
23              I do note that, but that isn't really a
24   primary goal of my exam.
25         Q    Understood.
```

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken before
 4   me at the time and date herein set forth; that any
 5   witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand, which
 8   was thereafter transcribed under my direction; that the
 9   foregoing transcript is a true record of the testimony
10   given.
11            Further, that if the foregoing pertains to the
12   original transcript of a deposition in a federal case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [ X ] was not requested.
15
16            I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date subscribed
20   my name.
21
22   Dated: 9/3/2025
23
24                           _____
                             Vesna Walter
25                           RPR, CCRR, CSR No. 11989
```