# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 4 TO ADMIT EVIDENCE OF JERMAINE PETIT'S DEATH, BUT LIMITING PLAINTIFF FROM PRESENTING EVIDENCE SUGGESTING HE DIED AS A REUSLT OF THE SUBJECT INCIDENT** |

　　　IT IS HEREBY ORDERED THAT, at the trial of this matter, evidence of Jermaine Petit's death shall be admitted.  However, the parties shall be precluded from presenting any testimony that is more prejudicial than probative, including (1) any testimony, argument, or evidence that Mr. Petit's death was related and/or caused by the July 18, 2022, shooting incident or otherwise referring to this litigation as a "wrongful death" case; and (2) Plaintiff from offering any evidence concerning her own emotional distress.

1       IT IS SO ORDERED.

3   DATED:

———————————————
Honorable Otis D. Wright II
United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 4