# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO TRIFURCATE** |

　　　IT IS HEREBY ORDERED THAT the trial in this matter shall be trifurcated into three phases: (1) individual liability; (2) municipal liability; and (3) damages.

　　　IT IS SO ORDERED.

DATED:　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Otis D. Wright II
　　　　　　　　　　　　　　　　　　United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO TRIFURCATE