# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OR REFERENCES TO JERMAINE PETIT'S CRIMINAL HISTORY**<br><br><u>Motion in Limine Hearing</u><br>Date: 2/2/2026<br>Time: 1:30 p.m.<br><br><u>Trial</u><br>Date: 2/17/2026<br>Time: 9:00 a.m. |

## **[PROPOSED] ORDER**

Having reviewed Plaintiff's Motion in Limine No. 1 to Exclude Evidence of or References to Jermaine Petit's Criminal History, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding Mr. Barber's criminal record at trial, including but not limited to the following: (1) contacts with law enforcement, arrests, charges, convictions, probation status, and periods of incarceration occurring prior to this incident; (2) criminal charges filed against Mr. Petit arising from this incident.

**IT IS SO ORDERED**.

Dated: _____

                                                Honorable Otis D. Wright
                                              United States District Judge