UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE THE DISTRICT ATTORNEY'S CONCLUSIONS AND THE CITY OF LOS ANGELES' FINDINGS**<br><br>Motion in Limine Hearing<br>Date: 2/2/2026<br>Time: 1:30 p.m.<br><br>Trial<br>Date: 2/17/2026<br>Time: 9:00 a.m. |

1

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 2 to Exclude Evidence of or References to the Los Angeles County District Attorney's Office Conclusions and the City of Los Angeles' Findings, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding the District Attorney's conclusions and the city of Los Angeles' findings, including but not limited to the following: (1) Any evidence, testimony, argument, or reference at trial to the District Attorney's conclusion that Officer Daryl Glover's and Sergeant Brett Hayhoe's use of deadly force against Jermaine Petit was justified, reasonable, and/or not criminal; (2) Any evidence, testimony, argument, or reference at trial to the District Attorney's decision not to press charges against Officer Daryl Glover and Sergeant Brett Hayhoe's, including any reference (whether implicit or explicit) to the fact that the District Attorney reviewed the shooting incident; (3) Any evidence, testimony, argument, or reference at trial to any findings by the City of Los Angeles that Officer Daryl Glover's and Sergeant Brett Hayhoe's use of deadly force against Mr. Petit was reasonable, justified, within policy, and/or did not require any discipline or retraining.

**IT IS SO ORDERED**.

Dated: _____

Honorable Otis D. Wright
United States District Judge