# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF OR REFERENCES TO JERMAINE PETIT'S DRUG AND ALCOHOL USE**<br><br><u>Motion in Limine Hearing</u><br>Date: 2/2/2026<br>Time: 1:30 p.m.<br><br><u>Trial</u><br>Date: 2/17/2026<br>Time: 9:00 a.m. |

1

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 3 to Exclude Evidence of or References to Jermaine Petit's Drug and Alcohol Use, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding Mr. Barber's criminal record at trial, including but not limited to the following: (1) any testimony by any witness, including but not limited to Defendants' retained expert Phillip Sanchez, as well as medical examiner Kevin Young; (2) any information that Mr. Petit was under the influence at the time of the July 18, 2022 shooting; (3) any information that Mr. Petit had a history of substance abuse; (4) any information that Mr. Petit received treatment or was hospitalized for substance abuse disorder; (5) any hearsay statements regarding Mr. Petit's drug and/or alcohol use contained in any medical records or police reports; (6) any information regarding empty alcohol bottles and butane lighters or other drug/alcohol paraphernalia found in Mr. Petit's residence with his skeletal remains; (7) the glass pipe with methamphetamine residue and broken pipes recovered from the scene after Mr. Petit was shot.

**IT IS SO ORDERED**.

Dated: _____    _____
Honorable Otis D. Wright
United States District Judge