# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF AFTER-ACQUIRED INFORMATION CONCERNING JERMAINE PETIT**<br><br>Motion in Limine Hearing<br>Date: 2/2/2026<br>Time: 1:30 p.m.<br><br>Trial<br>Date: 2/17/2026<br>Time: 9:00 a.m. |

1

**[PROPOSED] ORDER**

Having reviewed Plaintiff's Motion in Limine No. 4 to exclude evidence of after-acquired information concerning Jermaine Petit, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding (1) Mr. Petit's criminal history and other bad acts allegedly attributed to Mr. Petit, including any charges filed against Mr. Petit after the shooting incident (See Plaintiff's MIL No. 1); (2) Mr. Petit's history of drug and alcohol use (See Plaintiff's MIL No. 3); (3) any 911 calls not heard by Defendant Officers prior to the shooting; (4) items found inside Mr. Petit's backpack after the shooting; (5) the circumstances of Mr. Petit's death, including his skeleton remain, photographs of items found in his house when his remains were located; (6) other information about Mr. Petit which was not known to the Defendant Officers at the time of the shooting incident.

**IT IS SO ORDERED**.

Dated: _____     _____
                                    Honorable Otis D. Wright
                                    United States District Judge