1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**ORDER GRANTING STIPULATION TO EXCLUDE EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXCLUDE
EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT

1    IT IS HEREBY ORDERED, following stipulation of counsel, that the

2 parties shall not introduce any evidence, testimony or argument at the trial of this

3 matter of, or pertaining to the Court's denial of all or any part of Defendants'

4 Motion for Summary Judgment, or in the alternative, Summary Adjudication, if

5 any, unless Defendants open the door to this information.

6

7    IT IS SO ORDERED.

8

9 DATED:  January 16, 2026    _____

Honorable Otis D. Wright, II

10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE
EVIDENCE OF DENIAL OF MOTION FOR SUMMARY JUDGMENT