**STEVEN J. ROTHANS** – State Bar No. 106579
**KIMBERLY SARMIENTO** – State Bar No. 345641
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**DEFENDANTS' PROPOSED VOIR DIRE FOR THE COURT** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, hereby submit Defendants' Proposed Voir Dire for the Court to ask of prospective jurors:

///

///

Crime:

1. Have you ever been, or do you know someone who has been, the victim of a violent crime, including an assault, armed robbery, sexual assault, murder?

    a. Please explain.

Law Enforcement Experiences and Knowledge:

2. Have you, or have any of your friends or family members, ever participated in any type of a march, vigil, or protest against law enforcement, a police department, or a police officer at any time? Please describe circumstances?

3. Have you, or have any of your friends or family members, ever blogged about police brutality or read websites or blogs that expose or focus on police brutality?

4. Who has any special knowledge or insight into the field of law enforcement? If yes, then please briefly describe this knowledge and explain how you came to acquire it.

5. Who has had a negative experience with law enforcement or knows someone who has? Details?

6. Who has ever called a law enforcement agency requesting assistance?

    a. Describe the nature of the problem and the year of its occurrence?

    b. How do you feel about the way you were treated by the officers?

    c. How do and about how the issue was handled?

    d. Do you have any criticism of the officers in any way?

7. Have you, or has a close friend or family member, ever been personally detained or arrested by a police officer? If yes, please answer the following questions:

    a. Who was detained or arrested?

        b.    Do you feel the officer was reasonable or unreasonable?

        c.    How did you feel about the experience?

8.    Have you ever been interviewed by law enforcement officials? If so, please describe the encounter.

9.    Who here has ever believed you were harassed, unfairly targeted, or treated unreasonably by police, or who has a friend or family member that believes he or she was harassed or unfairly targeted by the police? Details?

10.    Who here believes that you, or someone you know, has ever been treated differently by police officers because of your or that person's race, ethnicity, or appearance?

11.    Who here has, or who knows someone who has, witnessed a police officer being dishonest or doing something illegal or unethical?

12.    Have you or any members of your family ever filed a formal written citizen's complaint with any law enforcement agency? If so what happened?

13.    Have you, or has a friend or family member ever been involved in any type of altercation or struggle with law enforcement officers at any time? If so, please provide details.

14.    Who has ever been unfairly accused of something by law enforcement, or who knows someone who has been unfairly accused of something by law enforcement?

15.    Have you, or has a friend or family member, ever been terminated by a law enforcement agency? If so, please tell us the reasons for such termination.

<u>Law Enforcement Attitudes:</u>

16.    Do you have any opinions about police officer-involved shootings in the United States generally, that might in some way affect your ability to be fair and impartial in this officer-involved shooting case? What are those opinions, and why do you think it might affect your ability to be fair and impartial?

17.    Who tends to have a negative view of law enforcement in general?

DEFENDANTS' PROPOSED VOIR DIRE

1  18. Who has a negative opinion of the Los Angeles Police Department?

2  19. Who believes that corruption and/or excessive force is a serious problem facing this country today?

4  20. Who feels that police officers receive more favorable treatment in the court system than the average person?

6  21. Who here is less likely to believe a police officer who is being sued than other witnesses?

8  22. Who feels that many police officers today are not honest?

9  23. Who is more suspicious of police officers today than you were in the past?

11  24. Who feels that officers today tend to shoot first and ask questions later?

Law Enforcement – Anything else:

25. Have you, or has a close friend or family member, ever been personally convicted of a criminal offense? If yes, please answer the following questions:

    a. Who was convicted?

    b. Was the conviction for a misdemeanor or felony offense?

    c. Do you feel the trial was fair?

    d. How did you feel about the experience?

26. Is there anything you think the court or the attorneys should know regarding your attitudes about law enforcement officers that may affect your ability to be a fair and impartial juror in this case?

Legal Experiences:

27. Have you or any member of your household or family, or any close friends ever sued anyone? If so, what was the type and nature of the civil case? How was the case resolved?

28. Have you or any member of your household or family, or any close friends ever been sued? If so, what was the type and nature of the civil case? How was the case resolved?

29. Do you have any knowledge, training, or education in the field of law, or do you have a close friend or family member who does? Please describe.

<u>Drug/Mental Health:</u>

30. Have you, or has a close friend or family member, ever engaged in illicit drug use?

31. Have you, or has a close friend or family member, ever experienced drug addiction?

32. Have you, or has anyone close to you, ever suffered from schizophrenia or other mental health disorders?

    a. What happened, and how did you or they feel?

33. Have you, or has a close friend or family member, ever suffered from any other mental health issue?

    a. How did that impact you?

<u>Gun Ownership:</u>

34. Who here would describe himself or herself as being familiar with guns?

<u>Damages:</u>

35. Who feels that lawsuits are an important way to hold police officers and/or police departments accountable for a police officer's actions?

    a. Who feels that monetary damages awarded by jurors today tend to be too low?

///

///

- 5 -

DEFENDANTS' PROPOSED VOIR DIRE

| | | |
|---|---|---|
| 1 | DATED: January 16, 2026 | CARPENTER, ROTHANS & DUMONT LLP |
| 2 | | /s/ Kimberly Sarmiento |
| 3 | | By: _____ |
| 4 | | Steven J. Rothans |
| | | Kimberly Sarmiento |
| 5 | | Attorneys for Defendants, |
| 6 | | Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees |

Dated:  January 16, 2026         Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Asst. City Attorney

By:   /s/ Christian Bojorquez
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, **CITY OF LOS ANGELES**