1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **KIMBERLY SARMIENTO – State Bar No. 345641**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA  90071
   (213) 228-0400 / (213) 228-0401 [Fax]
4  srothans@crdlaw.com / ksarmiento@crdlaw.com

5  Attorneys for Defendants, Sergeant Brett Hayhoe
   and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**DEFENDANTS' PROPOSED VERDICT FORM (LIABILITY)** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

　　Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, hereby submit Defendants' Proposed Verdict Form – Liability.

///

///

DEFENDANTS' PROPOSED VERDICT FORM (LIABILITY)

We, the jury, answer the questions submitted to us as follows:

    **1.**    **Did Plaintiff prove by a preponderance of the evidence that Sergeant Brett Hayhoe and/or Officer Daryl Glover, Jr. used excessive force against Jermaine Petit?**

| | | |
|---|---|---|
| Sergeant Hayhoe | ☐ Yes | ☐ No |
| Officer Glover | ☐ Yes | ☐ No |

Proceed to the next question.

    **2.**    **Did Plaintiff prove by a preponderance of the evidence that Sergeant Brett Hayhoe and/or Officer Daryl Glover, Jr. denied Jermaine Petit of necessary medical attention?**

| | | |
|---|---|---|
| Sergeant Hayhoe | ☐ Yes | ☐ No |
| Officer Glover | ☐ Yes | ☐ No |

If you answered yes to either of the officers in response to questions 1 or 2 proceed to the next question. If you answered no for both Sergeant Hayhoe and Officer Glover in questions 1 or 2, skip to question 4.

    **3.**    **Did Plaintiff prove by preponderance of the evidence that the City of Los Angeles maintains customs, polices, and practices that caused the Petit's injury?**

☐ Yes    ☐ No

Proceed to the next question.

///
///
///
///

**4.     Did Plaintiff prove by preponderance of the evidence that Sergeant Brett Hayhoe and/or Officer Daryl Glover, Jr. acted with the specific intent to violate Petit's right to be free from excessive force?**

    Sergeant Hayhoe    ☐ Yes    ☐ No

    Officer Glover    ☐ Yes    ☐ No

Proceed to the next question.

**5.     Did Defendants prove by preponderance of the evidence that a reasonable officer in Sergeant Brett Hayhoe's and/or Officer Daryl Glover, Jr.'s position would have known that their use of force violated Jermaine Petit's right to be free of excessive force on July 18, 2022?**

    Sergeant Hayhoe    ☐ Yes    ☐ No

    Officer Glover    ☐ Yes    ☐ No

Proceed to the next question.

**6.     Did Plaintiff prove by preponderance of the evidence that Sergeant Brett Hayhoe's and/or Officer Daryl Glover, Jr.'s conduct was negligent on July 18, 2022?**

    Sergeant Hayhoe    ☐ Yes    ☐ No

    Officer Glover    ☐ Yes    ☐ No

Proceed to the next question.

If you answered no to question 6, proceed to question 9.  If you answered yes to question 7, proceed to the next question.

**7.     Was Petit's conduct negligent on July 18, 2022?**

    ☐ Yes    ☐ No

If you answered no to question 7, proceed to question 9.  If you answered yes to question 7, proceed to the next question.

**8.** **What percentage of responsibility for Petit's harm do you attribute to the following persons?**

    Jermaine Petit: _____

    Sergeant Brett Hayhoe: _____

    Officer Daryl Glover, Jr.: _____

    TOTAL = 100 %

**9.** **Did Plaintiff prove by <u>clear and convincing evidence</u> that Sergeant Brett Hayhoe's and/or Officer Daryl Glover, Jr.'s conduct was malicious, oppressive, or in reckless disregard of Petit's rights?**

| | | |
|---|---|---|
| Sergeant Hayhoe | ☐ Yes | ☐ No |
| Officer Glover | ☐ Yes | ☐ No |

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED: _____  Date: _____
        Presiding Juror

DATED: January 16, 2026    CARPENTER, ROTHANS & DUMONT LLP

                      /s/ Kimberly Sarmiento
              By: _____
                Steven J. Rothans
                Kimberly Sarmiento
                Attorneys for Defendants,
                Sergeant Brett Hayhoe and Officer Daryl
                Glover, Jr., public employees

DEFENDANTS' PROPOSED VERDICT FORM (LIABILITY)

Dated: January 16, 2026          Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Asst. City Attorney

By: _/s/ Christian Bojorquez_
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, **CITY OF LOS ANGELES**