1 **STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
2 **CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
3 **Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
4 **srothans@crdlaw.com** / **ksarmiento@crdlaw.com**

5 Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12 ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,

13

14                  Plaintiff,

    v.

15 CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL
16 GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10,
17 inclusive,

18

                 Defendants.

19

20

21

| | |
|---|---|
| ) Case No. 2:23-cv-00789-ODW (PVCx) | |
| ) | |
| ) **DEFENDANTS' PROPOSED** | |
| ) **VERDICT FORM (DAMAGES)** | |

22      TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

23 ATTORNEYS OF RECORD:

24       Defendants, City of Los Angeles, a public entity, and Sergeant Brett

25 Hayhoe and Officer Daryl Glover, Jr., public employees, hereby submit

26 Defendants' Proposed Verdict Form – Damages.

27 ///

28 ///

- 1 -

DEFENDANTS' PROPOSED VERDICT FORM (DAMAGES)

1  We, the jury, answer the questions submitted to us as follows:

2

3  **1.      What are Plaintiff Ashlyn Petit's economic damages?**

4           $_____

5      Proceed to the next question.

6

7  **2.      What are the Plaintiff Ashlyn Petit's noneconomic damages?**

8           $_____

9

10     When you have finished, sign and date this form and return it to the Court

11  Clerk.

12  SIGNED:    _____     Date: _____
             Presiding Juror
13

14  DATED:  January 16, 2026          CARPENTER, ROTHANS & DUMONT LLP

15                                          /s/  Kimberly Sarmiento

16                                  By:  _____
                                         Steven J. Rothans
17                                       Kimberly Sarmiento
                                         Attorneys for Defendants,
18                                       Sergeant Brett Hayhoe and Officer Daryl
                                         Glover, Jr., public employees
19

20

21  Dated:  January 14, 2026          Respectfully submitted,

22                                    **HYDEE FELDSTEIN SOTO**, City Attorney
23                                    **DENISE C. MILLS**, Chief Deputy City Attorney
                                      **SCOTT MARCUS**, Chief Asst. City Attorney
24

25                                    By:   /s/ Christian Bojorquez_____
                                          CHRISTIAN BOJORQUEZ
26                                        *Attorneys for Defendant*, **CITY OF LOS
                                          ANGELES**
27

28

- 2 -

DEFENDANTS' PROPOSED VERDICT FORM (DAMAGES)