STEVEN J. ROTHANS – State Bar No. 106579
KIMBERLY SARMIENTO – State Bar No. 345641
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　Plaintiff,<br>　v.<br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**DEFENDANTS' PROPOSED JOINT STATEMENT OF THE CASE** |

　　TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

　　Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, hereby submit the following proposed Joint Statement of the Case:

///

///

- 1 -
DEFENDANTS' PROPOSED JOINT STATEMENT OF THE CASE

## JOINT STATEMENT OF THE CASE

Plaintiff Ashlyn Petit brings this civil lawsuit against Defendants, City of Los Angeles, Sergeant Brett Hayhoe, and Officer Daryl Glover, Jr.

On July 18, 2022, officers with the Los Angeles Police Department ("LAPD") responded to calls for service to the area near 41st Street and Degnan Avenue in the City of Los Angeles, with one caller reporting that the man brandished a handgun at him. LAPD dispatch broadcasted a call over the radio to LAPD's Southwest Station for Assault with a Deadly Weapon ("ADW") suspect.

Officers attempted to detain Jermaine Petit in order to investigate whether he was the subject involved in the 911 calls for service. There is a factual dispute as to whether Mr. Petit complied with the officers commands. During the encounter, the officers shot Mr. Petit, who survived his injuries.

Ms. Petit, Mr. Petit's daughter, alleges that the officers used unreasonable force on Mr. Petit and failed to summon medical care for him. She further alleges that these alleged constitutional violations occurred because the City has a pattern and practice of officers using excessive force and that the LAPD fails to adequately train its officers regarding encounters with people who are mentally ill.

Defendants deny these allegations and assert that Sergeant Hayhoe and Officer Glover had the lawful right to detain Mr. Petit, had probable cause to arrest him, and that Mr. Petit's conduct during the encounter necessitated the officers' use of force. Defendants further deny that there is evidence of any unconstitutional custom, pattern, or practice or failure to train on the part of the City.

///

///

///

- 2 -

DEFENDANTS' PROPOSED JOINT STATEMENT OF THE CASE

| | |
|---|---|
| DATED: January 16, 2026 | CARPENTER, ROTHANS & DUMONT LLP |

                                          /s/  Kimberly Sarmiento

By: _____
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

Dated:  January 16, 2026          Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Asst. City Attorney

By:   /s/ Christian Bojorquez
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, **CITY OF LOS ANGELES**

- 3 -

DEFENDANTS' PROPOSED JOINT STATEMENT OF THE CASE