**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br><u>Final Pretrial Conference</u><br>Date: 1/28/2026<br>Time: 10:00 a.m.<br><br><u>Trial</u><br>Date: 2/17/2026<br>Time: 9:00 a.m. |

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-5 and this Court's Civil Trial Scheduling Order, Plaintiff Ashlyn Petit hereby submits her proposed special verdict form.

| | |
|---|---|
| Dated: January 16, 2026 | IVIE MCNEILL WYATT PURCELL & DIGGS |
| | By: *s/ Rodney S. Diggs* <br> Rodney S. Diggs <br> Attorney for Plaintiff |
| Dated: January 16, 2026 | LAW OFFICES OF DALE K. GALIPO |
| | By: *s/ Dale Galipo* <br> Dale K. Galipo <br> Renee V. Masongsong <br> Attorneys for Plaintiff |

# PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Brett Hayhoe and/or Daryl Glover use excessive force against Jermaine Petit?

       Brett Hayhoe  _____ YES  _____ NO
       Daryl Glover  _____ YES  _____ NO

*If you answered "yes" to Question 1, please answer question 2. If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive force against Jermaine Petit by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

       Brett Hayhoe  _____ YES  _____ NO
       Daryl Glover  _____ YES  _____ NO

*Please proceed to the next Question.*

# FOURTH AMENDMENT DENIAL OF MEDICAL CARE CLAIM

**QUESTION 3:** Did Brett Hayhoe and/or Daryl Glover delay, deny, or obstruct the provision of medical care to Jermaine Petit?

        Brett Hayhoe      _____ YES      _____ NO

        Daryl Glover      _____ YES      _____ NO

*If you answered "yes" to Question 3, please answer question 4. If you answered "no" to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the denial, delay, or obstruction of medical care by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

        Brett Hayhoe      _____ YES      _____ NO

        Daryl Glover      _____ YES      _____ NO

*Please proceed to the next Question.*

# BATTERY CLAIM

**QUESTION 5:** Did Brett Hayhoe and/or Daryl Glover use unreasonable deadly force against Jermaine Petit?

          Brett Hayhoe    _____ YES     _____ NO

          Daryl Glover    _____ YES     _____ NO

*If you answered "yes" to Question 5, please answer question 6. If you answered "no" to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the use of unreasonable deadly force by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

          Brett Hayhoe    _____ YES     _____ NO

          Daryl Glover    _____ YES     _____ NO

*Please proceed to the next Question.*

# NEGLIGENCE CLAIM

**QUESTION 7:** Were Brett Hayhoe and/or Daryl Glover negligent toward Jermaine Petit?

        Brett Hayhoe    _____ YES    _____ NO

        Daryl Glover    _____ YES    _____ NO

*If you answered "yes" to Question 7, please proceed to Question 8. If you answered "no" to Question 7, please proceed to Question 9.*

**QUESTION 8:** Was the negligence of Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

        Brett Hayhoe    _____ YES    _____ NO

        Daryl Glover    _____ YES    _____ NO

*Please proceed to the next question.*

**QUESTION 9:** Did Brett Hayhoe and/or Daryl Glover violate the Bane Act when they used deadly force against Jermaine Petit?

        Brett Hayhoe    _____ YES    _____ NO

        Daryl Glover    _____ YES    _____ NO

*Please proceed to the next Question.*

**QUESTION 10:** Did Brett Hayhoe and/or Daryl Glover intentionally cause Jermaine Petit emotional distress when they used deadly force against him, which can be shown by Brett Hayhoe and/or Daryl Glover acting with reckless disregard of the probability that Jermaine Petit would suffer emotional distress?

|              |           |          |
|--------------|-----------|----------|
| Brett Hayhoe | _____ YES | _____ NO |
| Daryl Glover | _____ YES | _____ NO |

*Please proceed to the next Question.*

**QUESTION 11:** Did the City of Los Angeles maintain an unconstitutional custom, policy, and/or practice, including a failure to train, with respect to the use of force?

_____ YES       _____ NO

*If you answered "Yes" to both Questions 1 and 11, please answer Question 12. If you answered "No" to either Question 1 or Question 11, please proceed to Question 13.*

**QUESTION 12:** Was the City of Los Angeles' maintenance of an unconstitutional custom, policy, and/or practice, including a failure to train, with respect to the use of force a moving force behind the injury, damage, or harm to Jermaine Petit?

_____ YES       _____ NO

*Please proceed to the next Question.*

-6-
PLAINTIFF'S PROPOSED VERDICT FORM

**QUESTION 13:** What are Jermaine Petit's damages?

Physical injuries, disfigurement, and physical pre-death pain and suffering

$_____

Mental and emotional pre-death pain and suffering, distress, grief, humiliation, and inconvenience

$_____

Value of medical treatment received

$_____

*Please proceed to the next Question.*

**QUESTION 14:** Did Brett Hayhoe and/or Daryl Glover act with malice, oppression or in reckless disregard for Jermaine Petit's constitutional right to be free from excessive force?

| | | |
|---|---|---|
| Brett Hayhoe | _____ YES | _____ NO |
| Daryl Glover | _____ YES | _____ NO |

*Please sign and date the verdict form and return it to the Court*

| | | |
|---|---|---|
| 1 | Dated: _____ | _____ |
| 2 | | Jury Foreperson |