LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax;   (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**PLAINTIFF'S STATEMENT OF THE CASE**<br><br><u>Final Pretrial Conference</u><br>Date: January 28, 2026<br>Time: 10:00 a.m.<br>Place: Zoom<br><br><u>Trial Date</u>: February 17, 2026 |

**PLAINTIFF'S STATEMENT OF THE CASE**

This case arises from the shooting of Jermaine Petit by Los Angeles Police Department Sergeant Brett Hayhoe and Officer Daryl Glover on July 18, 2022. The Plaintiff in this case is Ashlyn Petit, who is Jermaine Petit's daughter. The Defendants are the City of Los Angeles, Brett Hayhoe, and Daryl Glover. Plaintiff contends that Brett Hayhoe and Daryl Glover used excessive and unreasonable force, were negligent in their conduct with Mr. Petit, and acted with reckless disregard for Mr. Petit's constitutional right to be free from excessive force. Plaintiff seeks damages to the extent permitted by law.

The defendants deny these claims and contend that the use of force by Brett Hayhoe and Daryl Glover was reasonable under the circumstances.

DATED: January 16, 2026           IVIE MCNEILL WYATT PURCELL & DIGGS,

                                  By: /s/ Rodney S. Diggs
                                      Rodney S. Diggs
                                      Attorneys for Plaintiff, Ashlyn Petit

Dated: January 16, 2026           LAW OFFICES OF DALE K. GALIPO

                                  By: s/ Dale K. Galipo
                                      Dale K. Galipo
                                      Renee V. Masongsong
                                      Attorneys for Plaintiff