**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>                Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br><u>Final Pretrial Conference</u><br>Date: January 28, 2026<br>Time: 10:00 a.m.<br>Place: Zoom<br><br><u>Trial Date</u>: February 17, 2026 |

**PLEASE TAKE NOTICE** that the Parties hereby lodge the following [Proposed] Final Pretrial Conference Order.

Respectfully submitted,

Dated: January 16, 2026                    IVIE MCNEILL WYATT
                                           PURCELL & DIGGS

                              By:  *s/ Rodney S. Diggs*
                                   Rodney S. Diggs
                                   Attorney for Plaintiff

Dated: January 16, 2026                    LAW OFFICES OF DALE K. GALIPO

                              By:  *s/ Dale K. Galipo*
                                   Dale K. Galipo
                                   Renee V. Masongsong
                                   Attorneys for Plaintiff

DATED:  January 16, 2026          CARPENTER, ROTHANS & DUMONT LLP

                                      */s/ Kimberly Sarmiento*
                              By:  _____
                                      Steven J. Rothans
                                      Kimberly Sarmiento
                                      Attorneys for Defendants, Sergeant
                                   Brett Hayhoe and Officer Daryl Glover, Jr.,
                                   public employees