1 | **STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
2 | **CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
3 | **Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
4 | srothans@crdlaw.com / ksarmiento@crdlaw.com

5 | Attorneys for Defendants, Sergeant Brett Hayhoe
and Officer Daryl Glover, Jr., public employees

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, | Case No. 2:23-cv-00789-ODW (PVCx) |
| Plaintiff, | Assigned to: |
| v. | Hon. District Judge Otis D. Wright, II |
| | Hon. Magistrate Judge Pedro V. Castillo |
| CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, | **JOINT WITNESS LIST** |
| | Trial |
| | Date: 2/17/2026 |
| Defendants. | Time: 9:00 a.m. |

COME NOW Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, along with Plaintiff, Ashlyn Petit, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following list of witnesses they intend to call at the trial of the above-entitled matter.  The Parties reserve the right to amend and/or supplement this list.

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | Alas, Dr. Renee – VA Hospital | Testimony regarding treatment and clinical assessment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: .05 Hrs | 0.5 hours | |
| 2. | Alban, Dr. Rodrigo – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs  Plaintiff: 0.5 hrs. | 0.5 hours | |
| 3. | Amrami, Dr. Binyamin – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours  City: .05 Hrs | 0.5 hours | |
| 4. | Barrios, Manuel – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting and AWOL from VA program/facility | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 5. | Batbold, Dr. Boldbaatar | Testimony regarding treatment and surgery of | 0.5 hours | Ind. Defts: 0.5 | |

- 2 -
JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | Jermaine Petit at Cedars Sinai Medical Center following shooting incident |  | Hours<br><br>*City: .05 Hrs |  |
| 6. | Bloom, Dr. Matthew – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours<br>*City: .03 Hrs.<br><br>Plaintiff: 0.5 hrs. | 0.5 hours |  |
| 7. | Bryce, Richard (Plaintiff's police practices expert) | Testimony regarding police training and POST standards; the officers' conduct, tactics, and use of force during the subject incident; opinions made in his Rule 26 report and at the time of his deposition | 1-1.5 hours | Ind. Defts: 1.5 hours<br><br>City: 1-1.5 Hour |  |
| 8. | Chernoblysky, Dr. David | Testimony regarding treatment and surgery of Jermaine Petit at Cedars Sinai Medical Center following shooting | 0.5 hours | Ind. Defts: 0.5 hours<br><br>City: .05 Hrs. |  |

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | incident |  |  |  |
| 9. | Chung, Dr. Rex – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. Plaintiff: 0.5 hrs. | 0.3 hours |  |
| 10. | Cohen, Dr. Marc | Testimony regarding Mr. Petit's psychiatric treatment in support of his rebuttal expert report | Ind. Defts: 0.5 hours *City: .05 Hrs. | 1hour |  |
| 11. | Fishkin, Dr. James – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. laintiff: 0.5 hrs. | 0.5 hours |  |
| 12. | Gabrielian, Dr. Sonya – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital | Ind. Defts: | 0.5 hours |  |

- 4 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | following shooting | 0.5 hours *City: .05 Hrs. | | |
| 13. | Gastelum, Vanessa or other custodian of records – Los Angeles County Coroner's Office | Testimony regarding authentication of records, including photographs, pertaining to Jermaine Petit's skeletonized remains and medical examination thereof | Ind. Defts: 0.5 hours | 0.5 hours | |
| 14. | Glover, Jr., Officer Daryl (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | Plaintiff: 2.0 hrs. Ind. Defts: 2.0 hours *City: 1.0 Hrs. | 2.0 hours | |
| 15. | Gonzalez, Officer Desiree (LAPD) | Testimony regarding response to calls for service and search for suspect | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 16. | Gonzalez, Officer Eduardo (LAPD) | Testimony regarding response | Ind. Defts: | 0.5 hours | |

- 5 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | to calls for service and search for suspect | 0.5 hours<br>*City: .05 Hrs. | | |
| 17. | Hayhoe, Sergeant Brett (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | Plaintiff: 2.0 hrs.<br>Ind. Defts: 2.0 hours<br>*City: 1.0 Hrs. | 2.0 hours | |
| 18. | Hedge, Dr. Thomas | Testimony regarding Mr. Petit's medical treatment following the shooting incident and thereafter in support of his rebuttal expert report | Ind. Defts: 0.75 hours<br>*City: .05 Hrs. | 1.0 hours | |
| 19. | Hermoso, R.N. Nicole – Cedars Sinai Medical Center | Testimony regarding medical clearance of Jermaine Petit for discharge to LAPD custody from Cedars Sinai Medical Center | Ind. Defts: 0.5 hours<br>*City: .05 Hrs. | 0.5 hours | |
| 20. | Hernandez, Kyle (LAFD) | Testimony regarding Mr. Petit's medical condition upon LAFD arrival to the | 0.5 hours | Ind. Defts: .05 Hours | |

- 6 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | scene; Mr. Petit's injuries and pain and suffering; the medical care provided to Mr. Petit at the scene and on route to Cedars Sinai; reasonableness and necessity of medical treatment | | *City: .05 Hrs. | |
| 21. | Kirby, Detective Joseph (LAPD) | Testimony regarding investigation of use of force incident involving Jermaine Petit | 0.5 hours | 0.3 hours | |
| 22. | Kramer-Sarrett, M. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours  City: .05 Hrs. | 0.5 hours | |
| 23. | Learch, Dr. Thomas | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center for his injuries from | 0.5 hours | Ind. Defts: 0.5 hours *City: | |

- 7 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | the |  | .05 Hrs |  |
| 24. | Ledesma, Detective Christina (LAPD) | Testimony regarding investigation of use of force incident involving Jermaine Petit | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 25. | Lee, Dr. Jay Kun – Los Angeles Center for Oral and Maxillofacial Surgery | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 26. | Magnusson, Dr. Amy (Plaintiff's medical expert) | Testimony regarding Mr. Petit's injuries, treatment, damages, pain and suffering; opinions made in her Rule 26 report and at the time of her deposition | 1-1.5 hours | Ind. Defts: 1.0 hours *City: 1.0 Hrs. |  |
| 27. | Marecek, Dr. Geoffrey – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 28. | Mark, Hanna | Testimony regarding 911 call | Ind. | 0.5 hours |  |

- 8 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | for assistance | Defts: 0.5 hours *City: .05 Hrs. |  |  |
| 29. | Martinez, Officer Nelson (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | Plaintiff: 1 hour  Ind. Defts: 0.5 hours City: 1.0 Hrs. | 0.5 hours |  |
| 30. | Mehta, Dr. Pratik – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 31. | Montez, Eddie (LAFD) | Testimony regarding Mr. Petit's medical condition upon LAFD arrival to the scene; Mr. Petit's injuries and pain and suffering; the medical care provided to Mr. Petit at the scene and on route to | 0.5 hours | Ind. Defts: 0.5 hours *City: .05 Hrs. |  |

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | Cedars Sinai; reasonableness and necessity of medical treatment | | | |
| 32. | Omalu, Dr. Bennet (Plaintiff's medical expert) | Testimony regarding trajectory of the gunshots; Mr. Petit's injuries, damages, treatment, pain and suffering; opinions made in his Rule 26 report and at the time of his deposition. | 1-1.5 hours | Ind. Defts: 1.0 Hrs City: 1.0 Hrs. | |
| 33. | Park, D. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 34. | Petit, Ashlyn (Plaintiff) | Testimony regarding Mr. Petit's life, injuries, and damages; Plaintiff's relationship with Mr. Petit | Plaintiff: 0.75 hrs. Ind. Defts: 1.5 hours *City: .05 Hrs. | 0.75 hours | |

- 10 -
JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 35. | Pollio, Officer Dominic (LAPD) | Testimony regarding response to call for service/back up call for use of force incident involving Jermaine Petit and medical aid provided to Mr. Petit | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.3 hours | |
| 36. | Pro, Nestor LMSW – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 37. | Robers, Dr. Joshua – VA Hospital | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 38. | Rocco, K. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 39. | Sanchez, (Ret.) Chief Phillip | Testimony regarding police | Ind. | 1.5 hours | |

- 11 -
JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | (Pasadena PD) | practices in support of his expert report | Defts: 1-1.5 hours *City: 1.5 Hrs. |  |  |
| 40. | Tramel, Todd | Testimony regarding 911 call for assistance and encounter with Jermaine Petit | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 41. | Tuchman, Dr. Alexander – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours |  |
| 42. | Vilke, Dr. Gary | Testimony regarding Mr. Petit's medical treatment following the shooting incident and thereafter in support of his rebuttal expert report | Ind. Defts: 0.75-1.0 hours *City: 1 Hrs. | 1.0 hours |  |
| 43. | Walline, Dr. Benjamin – Los Angeles Center for Oral and | Testimony regarding treatment of Jermaine Petit at Cedars Sinai | Ind. Defts: | 0.5hours |  |

- 12 -

JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | Maxillofacial Surgery | Medical Center following shooting incident | 0.5 hours *City: .05 Hrs. | | |
| 44. | Wang, Dr. Johnny – Cedars Sinai Medical Center | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | Plaintiff: 0.5 hrs. Ind. Defts: 0.5 hours *City: .05 Hrs. | 0.5 hours | |
| 45. | Wang, Dr. Andrew Siao | Testimony regarding treatment and surgery of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | .5 hrs. | Ind. Defts: 0.5 hours *City: .05 Hrs. | |
| 46. | Young, Dr. Kevin – Los Angeles County Coroner's Office | Testimony regarding medical examination of Jermaine Petit's skeletonized remains and inability to determine cause of death | Ind. Defts: 0.5-.75 hours *City: .05 Hrs. | 0.5 hrs. | |

- 13 -

JOINT WITNESS LIST

| | | |
|---|---|---|
| DATED: January 16, 2026 | | LAW OFFICES OF DALE K. GALIPO |

By: /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: January 16, 2026    IVIE McNEIL WYATT PURCELL & DIGGS

By: /s/ Rodney S. Diggs
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit

DATED:  January 16, 2026    CARPENTER, ROTHANS & DUMONT LLP

By: /s/  Kimberly Sarmiento
Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

DATED:  January 16, 2026    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALLY, Chief Asst. City Atty

By: /S/ *Christian Bojorquez*
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, CITY OF LOS ANGELES

- 14 -
JOINT WITNESS LIST