**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com** / **ksarmiento@crdlaw.com**

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>***AMENDED*** **JOINT EXHIBIT LIST**<br><br><u>Trial</u><br>Date: 2/17/2026<br>Time: 9:00 a.m. |

COME NOW Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, along with Plaintiff, Ashlyn Petit, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following list of exhibits the parties intend to use at the trial of this matter:

- 1 -
*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | **PLAINTIFF'S EXHIBITS** | | | | |
| 1. | Sergeant Brett Hayhoe's BWC Video (7/18/2022) | Sergeant Brett Hayhoe | | | |
| 2. | Screen Stills from Sergeant Brett Hayhoe's BWC Video | Sergeant Brett Hayhoe | | | |
| 3. | Officer Daryl Glover, Jr.'s BWC Video (7/18/2022) | Officer Daryl Glover, Jr. | | | |
| 4. | Screen Stills from Officer Daryl Glover, Jr.'s BWC Video | Officer Daryl Glover, Jr. | | | |
| 5. | Officer Nelson Martinez's BWC Video (7/18/2022) | Officer Nelson Martinez | | | |
| 6. | Screen Stills from Officer Nelson Martinez's BWC Video | Officer Nelson Martinez | | | |
| 7. | Relevant Scene Photos Taken by LAPD (subject to Plaintiff's motions in limine) | Detective Christina Ledesma / Detective Joseph Kirby | | | |
| 8. | Charting photographs of Brett Hayhoe | Brett Hayhoe | | | |
| 9. | Charting photographs of | Daryl Glover | | | |

- 2 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Daryl Glover |  |  |  |  |
| 10. | Interview of Brett Hayhoe<br>a. Audio<br>b. Transcript | Brett Hayhoe |  |  |  |
| 11. | Interview of Daryl Glover, Jr.<br>a. Audio<br>b. Transcript | Daryl Glover, Jr. |  |  |  |
| 12. | LAFD Patient Care Report | Eddie Montez/<br>Kyle Hernandez |  |  |  |
| 13. | Photographs of Plaintiff and Mr. Petit | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4 |  |  |
| 14. | Cards from Mr. Petit to Plaintiff | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4 |  |  |
| 15. | Obituary of Mr. Petit | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4 |  |  |
| 16. | Relevant portions of Mr. Petit's medical records related to the shooting (Cedars | Stip. as to authenticity |  |  |  |

- 3 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Sinai) | | | | |
| 17. | Exhibits Relating to Plaintiff's *Monell* Claim:<br><br>17-1: Materials From *Margarito Lopez, et al. v. City of Los Angeles, et al.*, Case No. 2:22-cv-07534 (2024 settlement)<br><br>17-2: Materials From *Paola French, et al. v. City of Los Angeles, et al.,* Case No. 5:20-cv-00416-JGB-SP (2021 verdict)<br><br>17-3: Materials From *Tammy Murillo v. City of Los Angeles, et al.*, Case No. 2:21-cv-08738 (2023 verdict)<br><br>17-4: Materials From *Nicole Zelaya v. City of Los Angeles, et al.*, Case No. 2:20-cv-08382 (2023 verdict)<br><br>17-5: Materials From *Valencia v. City of Los Angeles, et al.*, Case No. 2:21-cv-01889 (2022 | | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 1 | | |

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | verdict) | | | | |
| | 17-6: Materials From *L.D. v. City of Los Angeles, et al.*, Case No. 2:16-cv-04626-PSG (2019 verdict) | | | | |
| | 17-7: Materials From *Hernandez v. City of Los Angeles, et al.*, Case No. 16-cv-02689-AB (2018 verdict) | | | | |
| | 17-8: Materials From *Wysocki v. City of Los Angeles, et al.*, Case No. 15-08441-JAK (Consolidated w/ Case No. CV 15-09586 JAK) (2017 verdict) | | | | |
| | 17-9: Materials From *Contreras v. City of Los Angeles, et al.*, Case No. 2:11-cv-01480-SVW (2012 verdict) | | | | |
| | 17-10: Materials From *P.C., et al. v. City of Los Angeles, et al.*, Case No. 2:07-cv-3413-PLA (2012 verdict) | | | | |
| | 17-11: Materials | | | | |

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | From *Medina v. City of Los Angeles, et al.*, Case No. 2:06-cv-4926-CBM (2008 verdict) | | | | |
| | **18-200 reserved** | | | | |
| | | | | | |
| | | | | | |
| DEFENDANTS' EXHIBITS ||||||
| 201. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. 7AR12353 (12/11/2017) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114) | | |
| 202. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. BA471724 (12/18/2019) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114) | | |
| 203. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. MA080839 (3/15/2021) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114) | | |
| 204. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine</u> <u>Petit</u>, Case No. | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL | | |

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 2AN00213 (2/17/2022) | | No. 1 (Dkt. 114) | | |
| 205. | Certified Copy of Jermaine Petit's Criminal Conviction, People v. Jermaine Petit, Case No. SA107215 (10/20/2022) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114) | | |
| 206. | Jermaine Petit's Medical Records from Department of Veterans Affairs Hospital (2013-8/2023) (2669 pages) | Custodian of Records | Not produced during discovery; Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 207. | Sergeant Brett Hayhoe's BWC Video (7/18/2022) | Sergeant Brett Hayhoe | | | |
| 208. | Officer Daryl Glover, Jr.'s BWC Video (7/18/2022) | Officer Daryl Glover, Jr. | | | |
| 209. | Screen Stills from Officer Daryl Glover, Jr.'s BWC Video | Officer Daryl Glover, Jr. | | | |
| 210. | Officer Nelson Martinez's BWC Video (7/18/2022) | Officer Nelson Martinez | | | |
| 211. | Screen Stills from Officer Nelson Martinez's BWC Video | Officer Nelson Martinez | | | |
| 212. | LAPD CAD Incident Recall (7/19/2022) (40 pages) | Sergeant Brett Hayhoe / | Fed. R. Evid. 801, 802 | | |

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Officer Daryl Glover, Jr. | | | |
| 213. | Todd Tramel 911 Phone Call (7/18/2022) | Todd Tramel | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117) | | |
| 214. | Hanna Mark 911 Phone Call No. 1 (7/18/2022) | Hanna Mark | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117) | | |
| 215. | Hanna Mark 911 Phone Call No. 2 (7/18/2022) | Hanna Mark | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117) | | |
| 216. | LAPD Dispatch Radio Traffic (7/18/2022) | Sergeant Brett Hayhoe / Officer Daryl Glover, Jr. | Fed. R. Evid. 801, 802 | | |
| 217. | Officer Eduardo Gonzalez BWC Video (7/18/2022) | Officer Eduardo Gonzalez | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117) | | |
| 218. | Ring Video (7/18/2022) | Sergeant Brett Hayhoe | P's MIL No. 4 (Dkt. 117) | | |
| 219. | LAPD Recorded Interview with Hanna Mark (7/18/2022) | Hanna Mark / Detective Ubaldo Zesati | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 | | |

- 8 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | (Dkt. 117) | | |
| 220. | Scene Photos Taken by LAPD (7/18/2022) (203 photographs) | Detective Christina Ledesma / Detective Joseph Kirby | As to evidence addressed in P's MIL Nos. 1, 3, 4: Fed. R. Evid. 401, 402, 403; | | |
| 221. | Jermaine Petit's Medical Records from Cedars Sinai Medical Center (7/18/2022-8/8/2022) (2853 pages) | Stip. as to authenticity | Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 222. | LAPD Recorded Interview with Todd Tramel (7/27/2022) | Todd Tramel / Detective Christina Ledesma | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 223. | LAPD Recorded Interview with Jermaine Petit (8/8/2022) | Detective Joseph Kirby / Detective Christina Ledesma | Fed. R. Evid. 403, 801, 802 | | |
| 224. | LAPD Forensic Science Division – Toxicology Confirmation Amphetamine (8/24/2022) (2 pages) | D. Park | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 3 (Dkt. 116) | | |
| 225. | Photograph of Object Held by | Sergeant Brett | Fed. R. Evid. 403 | | |

- 9 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Jermaine Petit during Subject Incident (3/13/2023) | Hayhoe / Officer Daryl Glover, Jr. / Detective Joseph Kirby / Detective Christina Ledesma |  |  |  |
| 226. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (8/18/2023) (26 pages) | Ashlyn Petit |  |  |  |
| 227. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (9/18/2023) (18 pages) | Ashlyn Petit |  |  |  |
| 228. | Transcription of Todd Tramel 911 Phone Call No. 2 (9/27/2023) (11 pages) | Todd Tramel | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) |  |  |
| 229. | Transcription of Hanna Mark 911 Phone Call No. 2 (9/27/2023) (7 pages) | Hanna Mark | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) |  |  |

- 10 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 230. | Transcription of Interview with Jermaine Petit (9/27/2023) (27 pages) | Detective Christina Ledesma / Detective Joseph Kirby | Fed. R. Evid. 403, 801, 802 | | |
| 231. | Jermaine Petit's Death Certificate (9/13/2024) (1 page) | Ashlyn Petit | Fed. R. Evid. 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 232. | Los Angeles County Coroner's Report (10/30/2024) (12 pages) | Dr. Kevin Young | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 233. | Los Angeles County Coroner's Photographs (116 photos) | Dr. Kevin Young | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 234. | Plaintiff Ashlyn Petit's First Amended Complaint (12/6/2024) (34 pages) | Ashlyn Petit | | | |
| 235. | Plaintiff Ashlyn Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (4/15/2025) (17 pages) | Ashlyn Petit | Fed. R. Evid. 403 | | |
| 236. | Plaintiff Ashlyn Petit's Responses to | Ashlyn Petit | Fed. R. Evid. 403 | | |

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (4/15/2025) (23 pages) | | | | |
| 237. | Plaintiff Ashlyn Petit's Production of Documents (PLTF 0001-000291) (4/15/2025) (291 pages) | Ashlyn Petit | | | |
| 238. | Plaintiff Ashlyn Petit's Verifications for Responses to Interrogatories and Request for Production of Documents (Set One) (4/16/2025) (2 pages) | Ashlyn Petit | Fed. R. Evid. 403 | | |
| 239. | Declaration of Sergeant Brett Hayhoe in support of Defendants' Motion for Summary Judgment (10/22/2025) (4 pages) | Sergeant Brett Hayhoe | Fed. R. Evid. 403 | | |
| 240. | Declaration of Officer Daryl Glover, Jr. in support of Defendants' Motion for Summary Judgment (10/25/2025) (4 pages) | Officer Daryl Glover, Jr. | Fed. R. Evid. 403 | | |

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 241. | Object Petit Held at Time of Incident | Sergeant Brett Hayhoe / Officer Daryl Glover, Jr. / Detective Joseph Kirby / Detective Christina Ledesma | Fed. R. Evid. 403 | | |

Dated: January 16, 2026            Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALLY**, Chief Asst. City Atty

By: _____
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, **CITY OF LOS ANGELES**

DATED: January 16, 2026            LAW OFFICES OF DALE K. GALIPO

By:   __/s/ Renee V. Masongsong_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

- 13 -
*AMENDED* JOINT EXHIBIT LIST

| | | |
|---|---|---|
| 1 | DATED: January 16, 2026 | IVIE McNEIL WYATT PURCELL & DIGGS |
| 2 | | |
| 3 | | By:   /s/ Rodney S. Diggs |
| 4 | | Rodney S. Diggs<br>Attorney for Plaintiff, Ashlyn Petit |
| 5 | | |
| 6 | | |
| 7 | DATED: January 16, 2026 | CARPENTER, ROTHANS & DUMONT LLP |
| 8 | | /s/ Kimberly Sarmiento |
| 9 | | By: _____ |
| 10 | | Steven J. Rothans |
| 11 | | Kimberly Sarmiento<br>Attorneys for Defendants, |
| 12 | | Sergeant Brett Hayhoe and Officer Daryl<br>Glover, Jr., public employees |

- 2 -

*AMENDED* JOINT EXHIBIT LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
TABLE OF AUTHORITIES