# EXHIBIT E

This minute order is not an official copy unless Court certification is affixed.

```
                              MINUTE ORDER
             SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 12/14/17

-------------------------------------------------------------------
CASE NO. 7AR12353

THE PEOPLE OF THE STATE OF CALIFORNIA
                            VS.
DEFENDANT 01:  JERMAINE CLODOR PETIT

-------------------------------------------------------------------



BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY  REGISTER
       DATE       OF BAIL   POSTED   BOND NO.                    NUMBER

CASE FILED ON 12/01/17.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 11/29/17 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
 OF:

COUNT 01: 148(A)(1) PC MISD


ON 12/11/17 AT  830 AM  IN AIRPORT COURTHOUSE DEPT W71

CASE CALLED FOR ARRAIGNMENT

PARTIES: UPINDER S. KALRA (JUDGE)  KENNETH JOHNSON  (CLERK)
         DIANA WHITESEL  (REP)     FREDERICK E. ENGELL  (DA)

DEFENDANT DEMANDS COUNSEL.

COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.

PUBLIC DEFENDER APPOINTED.  ERICA PINES - P.D.

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ERICA PINES DEPUTY PUBLIC
DEFENDER

DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
CONSTITUTIONAL AND STATUTORY RIGHTS.

DEFENDANT WAIVES FURTHER ARRAIGNMENT.

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

TRIAL BY COURT AND TRIAL BY JURY

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
                                              ARRAIGNMENT
                    PAGE NO.   1        HEARING DATE: 12/11/17
```

This minute order is not an official copy unless Court certification is affixed.

CASE NO. 7AR12353
DEF NO.  01                                               DATE PRINTED 12/14/17

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
 MADE;

THE DEFENDANT WITH THE COURTS APPROVAL, PLEADS NOLO CONTENDERE TO COUNT 01 A
VIOLATION OF SECTION 148(A)(1) PC.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
ACCEPTS PLEA.

DEFENDANT ACCEPTS PEOPLE'S OFFER AND ORAL WAIVERS ARE TAKEN
PURSUANT TO PEOPLE VS. WEST.


WAIVES TIME FOR SENTENCE.

NEXT SCHEDULED EVENT:
SENTENCING

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT   (01):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON SUMMARY PROBATION

FOR A PERIOD OF 036 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 240 DAYS IN LOS ANGELES COUNTY JAIL

                                         ARRAIGNMENT
                      PAGE NO.    2      HEARING DATE: 12/11/17

This minute order is not an official copy unless Court certification is affixed.

CASE NO. 7AR12353
DEF NO. 01                                                      DATE PRINTED 12/14/17

LESS CREDIT FOR 25 DAYS

DEFENDANT GIVEN TOTAL CREDIT FOR 25 DAYS IN CUSTODY 13 DAYS ACTUAL CUSTODY AND 12 DAYS GOOD TIME/WORK TIME

FORTHWITH

PLUS $15.00 WARRANT ASSESSMENT (40508.5(A)V.C./853.7A(A)P.C.)

$30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)

$40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)

COMMITMENT ISSUED

DEFENDANT SHALL PAY A RESTITUTION FINE IN THE AMOUNT OF $150.00 TO THE COURT

TOTAL DUE: $235.00

IN ADDITION:

-DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF $ 150.00. THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION OF PROBATION.

COURT ORDERS AND FINDINGS:

-DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND DEFENDANT AGREES TO ABIDE BY SAME.

OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.

ANY MANDATORY AND NON-PUNITIVE FEES OR ASSESSMENTS ORDERED IN THIS CASE ARE NOT CONDITIONS OF PROBATION

COUNT (01): DISPOSITION: CONVICTED

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
12/11/18   900 AM   FINES/FEES   DIST AIRPORT COURTHOUSE DEPT CLK

CUSTODY STATUS: ON PROBATION/REMANDED

                                             ARRAIGNMENT
                        PAGE NO.   3         HEARING DATE: 12/11/17

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 2 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/14/26 By: _____, Deputy