1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **KIMBERLY SARMIENTO – State Bar No. 345641**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   **500 S. Grand Avenue, 19th Floor**
3  **Los Angeles, CA  90071**
   **(213) 228-0400 / (213) 228-0401 [Fax]**
4  **srothans@crdlaw.com** / **ksarmiento@crdlaw.com**

5  Attorneys for Defendants, Sergeant Brett Hayhoe
   and Officer Daryl Glover, Jr., public employees

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11
   ASHLYN PETIT, as Successor-In-        )  Case No. 2:23-cv-00789-ODW (PVCx)
12 Interest to JERMAINE PETIT,           )
   deceased,                             )  **OFFICER DARYL GLOVER, JR.'S**
13                                        )  **AND SERGEANT BRETT**
                 Plaintiff,              )  **HAYHOE'S REQUEST FOR**
14        v.                             )  **JUDICIAL NOTICE OF**
                                          )  **CERTIFIED CRIMINAL**
15 CITY OF LOS ANGELES, a                )  **CONVICTIONS OF JERMAINE**
   municipal entity; OFFICER DARYL       )  **PETIT; DECLARATION OF**
16 GLOVER, JR.; SERGEANT BRETT           )  **KIMBERLY SARMIENTO**
   HAYHOE; and DOES 1 through 10,        )
17 inclusive,                            )
                                          )
18               Defendants.             )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21 _____      )

22        COME NOW Defendants, Officer Daryl Glover, Jr. and Sgt. Brett Hayhoe,

23 public employees, pursuant to Federal Rule of Evidence 201, respectfully request

24 that the Court take judicial notice of the following facts and documents:

25 ///

26 ///

27 ///

28 ///

- 1 -

REQUEST FOR JUDICIAL NOTICE

**I.    FACTS AND DOCUMENTS**

- Exhibit "A" – October 20, 2022 – <u>People v. Jermaine Petit</u>, Los Angeles Superior Court Case No. SA107215.  Convicted of one felony count of California Penal Code Section 21310 (carrying a concealed "dirk" or "dagger");

- Exhibit "B" – February 17, 2022 – <u>People v. Jermaine Petit</u>, Los Angeles Superior Court Case No. 2AN00213.  Convicted of one misdemeanor count of California Penal Code Section 148(a)(1) (resisting, delaying, or obstructing a peace officer);

- Exhibit "C" – March 15, 2021 – <u>People v. Jermaine Petit</u>, Los Angeles Superior Court Case No. MA080839.  Convicted of one felony count of California Penal Code Section 69 (resisting an executive officer);

- Exhibit "D" – September 26, 2019 – <u>People v. Jermaine Petit</u>, Los Angeles Superior Court Case No. BA471724.  Convicted of one felony count of California Penal Code Section 21310 (carrying a concealed "dirk" or "dagger") and one misdemeanor count of Section 148(a)(1) (resisting, delaying, or obstructing a peace officer); and

- Exhibit "E" – December 11, 2017 – <u>People v. Jermaine Petit</u>, Los Angeles Superior Court Case No. 7AR12353.  Convicted of one misdemeanor count of California Penal Code Section 148(a)(1) (resisting, delaying, or obstructing a peace officer).

**II.    LEGAL AUTHORITY**

Federal Rule of Evidence 201 provides that this Court may take judicial notice of adjudicative facts "not subject to reasonable dispute" because they are either: (1) "generally known within the trial court's territorial jurisdiction"; or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  It is well-established that, under this provision, the Court may take judicial notice of each of the documents

REQUEST FOR JUDICIAL NOTICE

1  attached to this request for judicial notice, as they are all from a state court

2  proceeding.

3       The document pertaining to the state court criminal convictions

4  against Jermaine Petit – which are public records – may be judicially noticed.  See

5  Headwaters Inc. v. U.S. Forest Service, 399 F.3d 1047 (9th Cir. 2005) (taking

6  judicial notice of court docket sheet in another matter); Santos v. County of Los

7  Angeles Department of Children and Family Services, 299 F.Supp.2d 1070 (C.D.

8  Cal., Jan. 6, 2004), aff'd 200 Fed.Appx. 681, 2006 WL 2521553 (taking judicial

9  notice of court records from state court custody action); Burbank-Glendale-

10  Pasadena Airport Auth. v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998)

11  (taking judicial notice of court filings and other matters of public record); see also

12  Mangiafico v. Blumenthal, 471 F.3d 391 (2d Cir. 2006) (taking judicial notice of

13  court docket sheet, which was a public record); Davis v. Cotov, 214 F.Supp.2d 310

14  (E.D.N.Y. 2002) (taking judicial notice of fact that parolee pled guilty to parole

15  violation, in §1983 action by parolee, alleging procedural due process claims

16  against parole officers, because fact was capable of accurate and ready

17  determination, was from a source whose accuracy could not reasonably be

18  questioned, and was a public record); Lee v. City of Los Angeles, 250 F.3d 668,

19  688 (9th Cir. 2001).

20  **III.   CONCLUSION**

21       Accordingly, Defendants respectfully request to this Court to take judicial

22  notice of the aforementioned documents in conjunction with Defendants'

23  Opposition to Plaintiff's Motion in Limine No. 1 to exclude evidence of Mr. Petit's

24  criminal history.

25  ///

26  ///

27  ///

28  ///

REQUEST FOR JUDICIAL NOTICE

DATED:  January 21, 2026          CARPENTER, ROTHANS & DUMONT LLP

/s/  Kimberly Sarmiento

By: _____

Steven J. Rothans
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl
Glover, Jr., public employees

REQUEST FOR JUDICIAL NOTICE

**DECLARATION OF KIMBERLY SARMIENTO**

I, Kimberly Sarmiento, declare as follows:

1.      I am an attorney, duly licensed to practice law before all of the courts in the State of California, and an associate at the law firm of Carpenter, Rothans & Dumont, attorneys of record for the defendants.

2.      This declaration is made in connection with Defendants' Opposition to Plaintiff's Motion in Limine No. 1 to exclude evidence of Jermaine Petit's criminal history.

3.      I state the following facts from my personal knowledge, except those facts stated on information and belief which I believe to be true, and if called as a witness I could and would so competently testify thereto under oath.

4.      Attached hereto as Exhibit "A" is a true and correct copy of the electronic docket on file in the Los Angeles Superior Court, Case No. SA107215, entitled People v. Jermaine Petit reflecting the conviction against him, entered on October 20, 2022, for one felony count of California Penal Code Section 21310 (carrying a concealed "dirk" or "dagger").

5.      Attached hereto as Exhibit "B" is a true and correct copy of the electronic docket on file in the Los Angeles Superior Court, Case No. 2AN00213, entitled People v. Jermaine Petit reflecting the conviction against him, entered on February 17, 2022, for one misdemeanor count of California Penal Code Section 148(a)(1) (resisting, delaying, or obstructing a peace officer).

6.      Attached hereto as Exhibit "C" is a true and correct copy of the electronic docket on file in the Los Angeles Superior Court, Case No. MA080839, entitled People v. Jermaine Petit reflecting the conviction against him, entered on March 15, 2021, for one felony count of California Penal Code Section 69 (resisting an executive officer).

7.      Attached hereto as Exhibit "D" is a true and correct copy of the electronic docket on file in the Los Angeles Superior Court, Case No. BA471724, entitled People v. Jermaine Petit reflecting the conviction against him, entered on

- 1 -

DECLARATION OF KIMBERLY SARMIENTO

1 September 26, 2019, for one felony count of California Penal Code Section

2 21310 (carrying a concealed "dirk" or "dagger") and one misdemeanor count of

3 Section 148(a)(1) (resisting, delaying, or obstructing a peace officer).

4       8.     Attached hereto as Exhibit "E" is a true and correct copy of the

5 electronic docket on file in the Los Angeles Superior Court, Case No. 7AR12353,

6 entitled <u>People v. Jermaine Petit</u> reflecting the conviction against him, entered on

7 December 11, 2017, for one misdemeanor count of California Penal Code Section

8 148(a)(1) (resisting, delaying, or obstructing a peace officer).

9

10      I declare under penalty of perjury under the laws of the State of California

11 that the foregoing is true and correct.  Executed on the 21st of January

12 2026, at Los Angeles, California.

13

14                     /s/ Kimberly Sarmiento
                    Kimberly Sarmiento - Declarant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF KIMBERLY SARMIENTO