# EXHIBIT A

This minute order is not an official copy unless Court certification is affixed.

```
                            MINUTE ORDER
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 10/20/22

------------------------------------------------------------------------
CASE NO. SA107215

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  JERMAINE  PETIT

------------------------------------------------------------------------



BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR  SURETY COMPANY   REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                     NUMBER

CASE FILED ON 09/20/22.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 09/16/22 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 21310 PC FEL


ON 10/20/22 AT  830 AM  IN AIRPORT COURTHOUSE DEPT W31

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: CATHRYN F. BROUGHAM (JUDGE)  LINDA ACRIE  (CLERK)
         CELESTE POPPE  (REP)    EMMA NICOLE LEVEY  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANGELO TARALLO DEPUTY PUBLIC
DEFENDER

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS

                                              PRELIM SETTING/RESETTING
                            PAGE NO.    1     HEARING DATE: 10/20/22
```

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. SA107215
DEF NO.  01                                     DATE PRINTED 10/20/22
```

AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 21310 PC IN COUNT 01. THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

THE COURT ORDERS PROBATION TO PREPARE A FIREARMS PROHIBITION AND RELINQUISHMENT REPORT PURSUANT TO PENAL CODE SECTION 29810.

COURT ORDERS AND FINDINGS:

-DEFENDANT IS INSTRUCTED BY THE COURT THAT HE/SHE IS PROHIBITED FROM OWNING, PURCHASING, RECEIVING, POSSESSING OR HAVING, UNDER HIS/HER CUSTODY OR CONTROL, ANY FIREARMS, AMMUNITION, AND AMMUNITION FEEDING DEVICES INCLUDING, BUT NOT LIMITED TO, MAGAZINES. DEFENDANT IS ORDERED TO RELINQUISH ALL FIREARMS IN THE MANNER PROVIDED IN PENAL CODE SECTION 29810. DEFENDANT IS PROVIDED WITH A PROHIBITED PERSONS RELINQUISHMENT FORM.

DEFENDANT IS ADVISED OF HIS RIGHT TO A SPEEDY TRIAL AND WAIVES STATUTORY TIME FOR TRIAL.

COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT ACCEPTS PLEA.

ORAL WAIVERS TAKEN.

WAIVES TIME FOR SENTENCE.

NEXT SCHEDULED EVENT:
SENTENCING

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING JUDGMENT:

AS TO COUNT (01):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON FORMAL PROBATION

```
                                              PRELIM SETTING/RESETTING
               PAGE NO.    2                  HEARING DATE: 10/20/22
```

This minute order is not an official copy unless Court certification is affixed.

CASE NO. SA107215
DEF NO.  01                                                        DATE PRINTED 10/20/22

FOR A PERIOD OF 002 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 070 DAYS IN LOS ANGELES COUNTY JAIL

  DEFENDANT GIVEN TOTAL CREDIT FOR 70 DAYS IN CUSTODY 35 DAYS ACTUAL CUSTODY AND
  35 DAYS GOOD TIME/WORK TIME

IN ADDITION:

-SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY
TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER
PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR

REASONABLE SUSPICION.

-NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

-THE COURT FINDS THAT THERE ARE COMPELLING AND EXTRAORDINARY
REASONS WHY A RESTITUTION FINE SHOULD BE WAIVED AS PROVIDED IN
SECTION 1202.4 PENAL CODE AND SO ORDERS.

-DEFENDANT ACKNOWLEDGES THAT HE/SHE UNDERSTANDS AND ACCEPTS EACH
TERM AND CONDITION OF PROBATION.

COURT ORDERS AND FINDINGS:

-PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
IDENTIFICATION.

OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.

****** DEFENDANT PLACED ON UNSUPERVISED FORMAL PROBATION ******
..
COURT FEES ARE WAIVED BASED ON DEFENDANT'S INABILITY TO PAY.
..
PROHIBITED PERSONS RELINQUISHMENT FORM FINDINGS/NON APPEARANCE
IS SET FOR NOVEMBER 3, 2022 AT 8:30 AM IN DEPARTMENT W70.
..
RELEASE NO. AB102185 ISSUED.

COUNT (01): DISPOSITION: CONVICTED

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
11/03/22    830 AM   PPRF RPT - NON APPEARANCE    DIST AIRPORT COURTHOUSE DEPT W70

                                              PRELIM SETTING/RESETTING
                     PAGE NO.    3            HEARING DATE: 10/20/22

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. SA107215
DEF NO.  01                                          DATE PRINTED 10/20/22

CUSTODY STATUS: ON PROBATION
```

```
                                          PRELIM SETTING/RESETTING
                    PAGE NO.   4          HEARING DATE: 10/20/22
```

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 4 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/14/26  By: A. L. _____, Deputy