# EXHIBIT B

This minute order is not an official copy unless Court certification is affixed.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 02/17/22

------------------------------------------------------------------------

CASE NO. 2AN00213

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  JERMAINE CLODOR PETIT

------------------------------------------------------------------------

BAIL: APPEARANCE   AMOUNT    DATE      RECEIPT OR   SURETY COMPANY   REGISTER
      DATE         OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 02/01/22.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED, ON OR ABOUT 01/28/22 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S) OF:

COUNT 01: 148(A)(1) PC MISD
COUNT 02: 148(A)(1) PC MISD


ON 02/17/22 AT  830 AM  IN ANTELOPE VALLEY CTHOUSE DEPT A05

CASE CALLED FOR ADVANCEMENT

PARTIES: LEONARD TORREALBA (JUDGE)  MERCEDES ZELAYA  (CLERK)
         ELECTRONIC RECORDING  (REP)     EDWARD DRU HODGE  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MAGGIE MENDEZ DEPUTY PUBLIC DEFENDER

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE HEREIN

TRIAL BY COURT AND TRIAL BY JURY

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
                                                    ADVANCEMENT
            PAGE NO.   1          HEARING DATE: 02/17/22

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. 2AN00213
DEF NO.  01                                          DATE PRINTED 02/17/22
```

COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.


COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
 MADE;

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
148(A)(1) PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

COURT ACCEPTS PLEA

THE DATED OF 2/23/22 IS ADVANCED TO THIS DATE AND VACATED.
.
STATEMENT OF RIGHTS IS SIGNED AND FILED.

WAIVES TIME FOR SENTENCE.

NEXT SCHEDULED EVENT:

SENTENCING

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT  (01):

COURT ORDERS PROBATION DENIED.

SERVE 41 DAYS IN LOS ANGELES COUNTY JAIL

 DEFENDANT GIVEN TOTAL CREDIT FOR 41 DAYS IN CUSTODY 21 DAYS ACTUAL CUSTODY AND
 20 DAYS GOOD TIME/WORK TIME

THE COURT FINDS GOOD CAUSE TO ORDER THE MANDATORY FINE/FEES
WAIVED.
.
ORDER FOR RELEASE# AX104068 IS ISSUED THIS DATE.

```
                              ADVANCEMENT
              PAGE NO.    2   HEARING DATE: 02/17/22
```

This minute order is not an official copy unless Court certification is affixed.

CASE NO. 2AN00213
DEF NO. 01

DATE PRINTED 02/17/22

COUNT (01): DISPOSITION: CONVICTED

REMAINING COUNTS DISMISSED:

    COUNT (02): DISMISSED DUE TO PLEA NEGOTIATION

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting 3 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/14/26   By: _____, Deputy

R. Wright