# EXHIBIT C

This minute order is not an official copy unless Court certification is affixed.

```
                              MINUTE ORDER
              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 03/15/21

-----------------------------------------------------------------------
CASE NO. MA080839

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  JERMAINE CLODOR PETIT

-----------------------------------------------------------------------

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE TO
 REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.

COUNT 01: 69 PC FEL
COUNT 02: 69 PC FEL
COUNT 03: 602(M) PC MISD



ON 03/15/21 AT   830 AM   IN NORTH DISTRICT DEPT A18

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: CMR. LISA STRASSNER (JUDGE)  MICAH ARTIS  (CLERK)
         TROYETTE SCOTT  (REP)       THOMAS HILTON  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DONALD A. BUDDLE DEPUTY
PUBLIC DEFENDER

DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.


DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE
HEREIN

JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
                                              PRELIM SETTING/RESETTING
                      PAGE NO.    1          HEARING DATE: 03/15/21
```

This minute order is not an official copy unless Court certification is affixed.

CASE NO. MA080839
DEF NO. 01                                                    DATE PRINTED 03/15/21

MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
 MADE;

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 69 PC
IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

THE COURT ORDERS PROBATION TO PREPARE A FIREARMS PROHIBITION AND RELINQUISHMENT
 REPORT PURSUANT TO PENAL CODE SECTION 29810.

COURT ORDERS AND FINDINGS:

-TAHL WAIVER IS ORDERED FILED.

-DEFENDANT IS INSTRUCTED BY THE COURT THAT HE/SHE IS PROHIBITED
FROM OWNING, PURCHASING, RECEIVING, POSSESSING OR HAVING,UNDER
HIS/HER CUSTODY OR CONTROL, ANY FIREARMS, AMMUNITION, AND
AMMUNITION FEEDING DEVICES INCLUDING, BUT NOT LIMITED TO,
MAGAZINES. DEFENDANT IS ORDERED TO RELINQUISH ALL FIREARMS IN
THE MANNER PROVIDED IN PENAL CODE SECTION 29810.  DEFENDANT IS

PROVIDED WITH A PROHIBITED PERSONS RELINQUISHMENT FORM.


-THE COURT FINDS THAT THE DEFENDANT HAS FAILED TO COMPLETE THE
PROHIBITED PERSONS RELINQUISHMENT FORM AS REQUIRED PURSUANT TO
PENAL CODE SECTION 29810.


-NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.


-COPY OF THE PROHIBITED PERSONS NOTICE AND POWER OF ATTORNEY FOR
FIREARMS RELINQUISHMENT, SALE OR DISPOSAL FORM ISSUED TO
DEFENDANT PURSUANT TO PENAL CODE SECTION 29800.


COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
ACCEPTS PLEA.

                                              PRELIM SETTING/RESETTING
                      PAGE NO.    2           HEARING DATE: 03/15/21

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. MA080839
DEF NO.  01                                          DATE PRINTED 03/15/21
```

STIPULATION FOR THE APPOINTMENT OF COURT COMMISSIIONER AS
TEMPORARY JUDGE TO HEAR AND DECIDE ALL PRESENT AND FUTURE
MATTTERS IN THIS CASE AS TO COMMISSIONER STASSNER IS FILED.

THE DEFENDANT STATES TRUE NAME AND DATE OF BIRTH ON THE
RECORD.

COMPLAINT IS INTERLINEATED TO CHANGE THE DEFENDANT'S BIRTH
DATE TO 08-20-1982.

WAIVES TIME FOR SENTENCE.

NEXT SCHEDULED EVENT:
SENTENCING

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT  (01):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON FORMAL PROBATION

FOR A PERIOD OF 002 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 041 DAYS IN LOS ANGELES COUNTY JAIL

  DEFENDANT GIVEN TOTAL CREDIT FOR 41 DAYS IN CUSTODY 21 DAYS ACTUAL CUSTODY AND
  20 DAYS GOOD TIME/WORK TIME

PLUS $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)

$30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)

DEFENDANT SHALL PAY FINE THROUGH THE PROBATION OFFICER

PERFORM 15 DAYS OF COMMUNITY LABOR

TOTAL DUE: $70.00

IN ADDITION:

-THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
1202.4(B) PENAL CODE IN THE AMOUNT OF $ 300.00

-DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION
FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF
$  300.00 THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION
OF PROBATION.

-OBEY ALL LAWS AND ORDERS OF THE COURT.

-OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.

```
                                          PRELIM SETTING/RESETTING
                    PAGE NO.   3          HEARING DATE: 03/15/21
```

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. MA080839
DEF NO.  01                                          DATE PRINTED 03/15/21
```

-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN 48 HOURS
AFTER RELEASE FROM CUSTODY.

-MAKE RESTITUTION TO VICTIM PURSUANT TO PC SECTION 1202.4(F)
PER HEARING.

-MAKE RESTITUTION TO THE VICTIM THROUGH THE PROBATION OFFICER IN
SUCH AMOUNT AND MANNER AS OFFICER SHALL PRESCRIBE, THE TOTAL
AMOUNT TO INCLUDE A 2% CHARGE AS AUTHORIZED BY SECTION 279 WIC.

-SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED

BY THE PROBATION OFFICER.

-MAINTAIN RESIDENCE AS APPROVED BY THE PROBATION OFFICER.

-KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND
HOME TELEPHONE NUMBERS AT ALL TIMES.

-SUPPORT DEPENDENTS AS DIRECTED BY THE PROBATION OFFICER.

-SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY
TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER
PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR
REASONABLE SUSPICION.

-NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

-DO NOT USE OR THREATEN TO USE FORCE OR VIOLENCE ON ANY PERSON.
DO NOT ANNOY, HARASS OR MOLEST ANY PERSON OR WITNESS INVOLVED IN
THIS CASE.

-STAY 100 YARDS AWAY FROM 1726 SIERRA VIEW AVENUE, LANCASTER CA

COURT ORDERS AND FINDINGS:

-PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
IDENTIFICATION.

-DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND
DEFENDANT AGREES TO ABIDE BY SAME.

THE COURT HAS READ AND CONSIDERED THE PROBATION REPORT
AND ACCEPTS THE AGREEMENT BETWEEN PARTIES.
.
THE DEFENDANT IS TO COMPLETE A MINIMUM OF 3 DAYS PER MONTH

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. MA080839
DEF NO.  01                                          DATE PRINTED 03/15/21

 OF COMMUNITY LABOR.

CREDIT FOR TIME SERVED. RELEASE NUMBER AX101148 IS ISSUED.

COUNT (01): DISPOSITION: CONVICTED

REMAINING COUNTS DISMISSED:

   COUNT  (02): DISMISSED DUE TO PLEA NEGOTIATION
   COUNT  (03): DISMISSED DUE TO PLEA NEGOTIATION

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
03/29/21   830 AM  PPRF RPT - NON APPEARANCE   DIST NORTH DISTRICT DEPT A17

CUSTODY STATUS: ON PROBATION
```

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 5 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/14/26  By: _____, Deputy

R. Wright