# EXHIBIT D

This minute order is not an official copy unless Court certification is affixed.

```
                            MINUTE ORDER
             SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 12/18/19

-------------------------------------------------------------------------
CASE NO. BA471724

THE PEOPLE OF THE STATE OF CALIFORNIA
                           VS.
DEFENDANT 01:  JERMAINE   PETIT

-------------------------------------------------------------------------



BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR  SURETY COMPANY  REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                    NUMBER

      09/26/19    $20,000.00 09/12/19 FS1002005150 FINAN CAS & SUR INC

CASE FILED ON 09/27/18.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 09/13/18 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 21310 PC FEL
COUNT 02: 148(A)(1) PC MISD



ON 12/18/19 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: JOSE I SANDOVAL (JUDGE)  MIRIAM GONZALEZ  (CLERK)
         CHERYLE LEWIS  (REP)     DENNIS POEY  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY M. LESLIE STEARNS DEPUTY
PUBLIC DEFENDER

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

                                             PRELIM SETTING/RESETTING
                          PAGE NO.   1       HEARING DATE: 12/18/19
```

This minute order is not an official copy unless Court certification is affixed.

CASE NO. BA471724
DEF NO. 01                                                      DATE PRINTED 12/18/19

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
 MADE;

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 21310
PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 02 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
148(A)(1) PC IN COUNT 02.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (02) : DISPOSITION: CONVICTED

THE COURT ORDERS PROBATION TO PREPARE A FIREARMS PROHIBITION AND RELINQUISHMENT
 REPORT PURSUANT TO PENAL CODE SECTION 29810.

THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.

COURT ORDERS AND FINDINGS:

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

-DEFENDANT IS INSTRUCTED BY THE COURT THAT HE/SHE IS PROHIBITED
FROM OWNING, PURCHASING, RECEIVING, POSSESSING OR HAVING,UNDER
HIS/HER CUSTODY OR CONTROL, ANY FIREARMS, AMMUNITION, AND
AMMUNITION FEEDING DEVICES INCLUDING, BUT NOT LIMITED TO,
MAGAZINES. DEFENDANT IS ORDERED TO RELINQUISH ALL FIREARMS IN
THE MANNER PROVIDED IN PENAL CODE SECTION 29810.  DEFENDANT IS
PROVIDED WITH A PROHIBITED PERSONS RELINQUISHMENT FORM.


COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
 ACCEPTS PLEA.

ARBUCKLE WAIVER IS TAKEN.
.
THE DEFENDANT REFUSED TO SIGN THE PROHIBITED PERSONS
RELINQUISHMENT FORM CITING 5TH AMENDMENT.

                                            PRELIM SETTING/RESETTING
                    PAGE NO.    2           HEARING DATE: 12/18/19

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. BA471724
DEF NO.  01                                      DATE PRINTED 12/18/19
```

MATTER IS SET FOR NON APPEARANCE HEARING FOR SUBMISSION OF
PPRF REPORT ON 01-02-20 AT 8:30 A.M. IN DEPARTMENT 42 FOR
VA COURT.

PROBATION AND SENTENCING HEARING IS CONTINUED TO 12-30-19
AT 8:30 A.M. IN DEPARTMENT 50.

BAIL SET AT NO BAIL.

NEXT SCHEDULED EVENT:
01/02/20   830 AM   PPRF RPT - NON APPEARANCE   DIST CRIM JUSTICE CTR (LAC) DEPT

 050

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT :
12/30/19   830 AM   PROBATION AND SENTENCE HEARING   DIST CRIM JUSTICE CTR (LAC)
 DEPT 042

12/18/19 BAIL TO STAND, # FS1002005150

CUSTODY STATUS: BAIL TO STAND.
CUSTODY STATUS: REMANDED TO CUSTODY

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 3 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/14/26  By: _____ Deputy