**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**RODNEY S. DIGGS, ESQ. (SBN 274459)**
RDiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, successor in interest to JERMAINE PETIT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE,<br><br>Defendants. | CASE NO.: 2:23-CV-00789-ODW-PVC<br><br>**PLAINTIFF'S REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT MOTIONS IN LIMINE HEARING OR IN THE ALTERNATIVE, TO ADVANCE THE HEARING TO THE TIME OF THE PRETRIAL CONFERENCE ON JANUARY 28, 2026 AT 10:00 A.M.**<br><br>Date: February 2, 2026<br>Time: 1:30pm<br>Courtroom: 5D |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby respectfully requests that Renee Masongsong, who is an attorney of record for Plaintiff but is not lead trial counsel, be permitted to appear at the upcoming hearing on the Motions *in Limine* in this action in lieu of Plaintiff's lead trial counsels, Dale K. Galipo and Rodney S. Diggs. The hearing on the Motions *in Limine* is currently scheduled for February 2, 2026, at 1:30 p.m. Plaintiff makes this request because both Mr. Galipo and Mr. Diggs are scheduled to be in trial on February 2, 2026, in the Central District case *Steffon Barber v. County of San Bernardino, et al.*, case no. 5:22cv00625-KK-DBT. As such, Mr. Galipo and Mr. Diggs will be unable to appear at the hearing on the Motions *in Limine* on February 2, 2026.

In the alternative, Plaintiff respectfully requests that this Court advance the hearing on the Motions *in Limine* hearing to January 28, 2026, at 10:00 a.m., which is the date and time of the pretrial conference in this matter, when Mr. Galipo and Mr. Diggs will be available to participate.

Last, Plaintiff's counsels, Mr. Galipo and Mr. Diggs will both be ready for trial scheduled for February 17, 2026.

Dated: January 26, 2026    **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Dale K. Galipo*
Dale K. Galipo
Renee Masongsong

Dated: January 26, 2026    **IVIE McNEILL WYATT PURCELL & DIGGS**

By: /s/ *Rodney Diggs*
Rodney Diggs

2