# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] ORDER**<br><br>　Date: February 2, 2026<br>　Time: 1:30pm<br>　Courtroom: 5D |

## [PROPOSED] ORDER

Having reviewed Plaintiff's Request to Allow Appearance of Non-Lead Trial Counsel at the Motions in Limine Hearing, Or, in the Alternative, to Advance the Hearing to the Time of the Pretrial Conference on January 28, 2026, at 10:00 a.m., IT IS HEREBY ORDERED AS FOLLOWS:

___ The hearing on the Motions in limine is advanced to the time of the pretrial conference on January 28, 2026, at 10:00 a.m.

___ Plaintiff's counsel Renee Masonsong, may appear at the Motions in Limine Hearing on February 2, 2026, in lieu of lead trial counsel.

**IT IS SO ORDERED.**

Dated:_____

                Honorable Otis D. Wright
                United States District Judge