LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax;  (213) 489-0552

Attorneys for Plaintiff, Ashlyn Petit

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S MONELL CLAIM (CLAIM 2)**<br><br>Trial: 2/17/2026 |

COME NOW Plaintiff ASHLYN PETIT and Defendants CITY OF LOS ANGELES, DARYL GLOVER, JR., and BRETT HAYHOE and hereby jointly hereby stipulate as follows: Plaintiff's *Monell* claim (Claim 2 in the First Amended Complaint) is hereby dismissed with prejudice. All Parties shall bear their own fees and costs with respect to this claim.

IT IS SO STIPULATED.

DATED: February 9, 2026          LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Renee V. Masongsong*
Attorneys for Plaintiff, Ashlyn Petit

DATED: February 9, 2026          IVIE MCNEILL WYATT PURCELL & DIGGS,

By: ____/s/ Rodney S. Diggs____
Rodney S. Diggs
Attorneys for Plaintiff, Ashlyn Petit

DATED: February 9, 2026          LOS ANGELES CITY ATTORNEY'S OFFICE

_____
Christian Bojorquez
Attorney for Defendant City of Los Angeles

| | | |
|---|---|---|
| 1 | DATED: February 9, 2026 | CARPENTER, ROTHANS & DUMONT, LLP |

                                                                                                                      */s/ Steven J. Rothans*
Steven J. Rothans
Attorneys for Defendants Daryl Glover, Jr. and Brett Hayhoe

\*Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.