# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S MONELL CLAIM (CLAIM 2)**<br><br>Trial: 2/17/2026 |

1    Having reviewed the Parties' Joint Stipulation, IT IS HEREBY ORDERED as
2  follows: Plaintiff's *Monell* claim (Claim 2 in the First Amended Complaint) is
3  hereby dismissed with prejudice. All Parties shall bear their own fees and costs with
4  respect to this claim.

6  IT IS SO ORDERED.

9  DATED: February 10, 2026

_____
HON. OTIS D. WRIGHT, II