UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-00789-ODW(PVC) | Date | February 10, 2026 |
|---|---|---|---|
| Title | Jermaine Petit v. City of Los Angeles et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English- zoom | Jennifer Coulthard-zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rodney S. Diggs-zoom<br>Renee V Masongsong-zoom | Christian R Bojorquez-zoom<br>Aria Beizai-zoom<br>Steven J Rothans-zoom |

**Proceedings:**   **PRETRIAL CONFERENCE/ MOTIONS IN LIMINE**

Case called, ZOOM appearances made. The Court and counsel conferred re the motions in limine as stated on the record. The Court discussed trial issues with counsel, including scheduling and conduct. The Court advised counsel to streamline the disputed jury instructions and prepare to present them on the first day of trial or reach an agreement by the close of business. The Court rules on the following MILs:

**Plaintiff MILs:**
   -MOTION IN LIMINE (4): to Exclude Evidence of After-Acquired Info[**117**]- **GRANTED** re 911 calls and backpack. **DENIED** re fact of death and condition of remains. **GRANTED** (exclude) re death scene photos.
   - MOTION IN LIMINE (3): to Exclude Evidence of Drug and Alcohol Use [**116**]- **GRANTED**: as to historic drug use, **DENIED**- without prejudice as to drug use at the time of the shooting.
   -MOTION IN LIMINE (2): to Exclude District Attorneys Conclusions and City's findings[**115**]- **GRANTED.**
   -MOTION IN LIMINE (1): to Exclude CRIMINAL HISTORY[**114**]- **DEFER**

**Defendant MILs:**
   -MOTION for Order for TRIFURCATING TRIAL[**113**]- **DENIED**- trifurcate as moot. **DEFER**- re bifurcate punitive damages.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-00789-ODW(PVC) | Date | February 10, 2026 |
|---|---|---|---|
| Title | Jermaine Petit v. City of Los Angeles et al | | |

-<u>MOTION</u> <u>IN</u> <u>LIMINE</u> #4: to Admit EVIDENCE OF JERMAINE PETIT'S SUBSEQUENT DEATH [**112**]- **GRANT**- Admit fact of death and condition of remains **DENIED** - Exclude death scene photos.

-<u>MOTION</u> <u>IN</u> <u>LIMINE</u> #3: to Exclude EVIDENCE RELATING TO IMPROPER OPINIONS [**111**]- **DENIED** - Plaintiff can testify to her own perceptions.

-<u>MOTION</u> <u>IN</u> <u>LIMINE</u> #2: to Exclude EVIDENCE RELATING TO SUBSEQUENT REMEDIAL MEASURES/AFTER-ACQUIRED INFORMATION [**110**]- **GRANTED**-re subsequent investigations. **DENIED**- re fact that object was not a gun.

-<u>MOTION</u> <u>IN</u> <u>LIMINE</u> #1: to Exclude EVIDENCE THAT IS SUBSTANTIALLY MORE PREJUDICIAL THAN PROBATIVE [**109**] - **GRANTED**- re media reports of other cases not involving LAPD. **DENIED**- as moot re other LAPD cases. **DENIED**-re photos of shooting scene, just a few photos to be admitted.

|  | 1 | : | 56 |
|---|---|---|---|
| Initials of Preparer | | se | |