**STEVEN J. ROTHANS – State Bar No. 106579**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
srothans@crdlaw.com / abeizai@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**PRETRIAL EXHIBIT STIPULATION**<br><br><u>Trial</u><br>Date: 2/17/2026<br>Time: 12:30 p.m. |

　　COME NOW Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, along with Plaintiff, Ashlyn Petit, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following Pretrial Exhibit Stipulation.

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS** | | |
| 1. | Sergeant Brett Hayhoe's BWC Video (7/18/2022) | | |
| 2. | Screen Stills from Sergeant Brett Hayhoe's BWC Video | | |
| 3. | Officer Daryl Glover, Jr.'s BWC Video (7/18/2022) | | |
| 4. | Screen Stills from Officer Daryl Glover, Jr.'s BWC Video | | |
| 5. | Officer Nelson Martinez's BWC Video (7/18/2022) | | |
| 6. | Screen Stills from Officer Nelson Martinez's BWC Video | | |
| 7. | Officer Travis Liggett's BWC Video (7/18/2022) | | |
| 8. | Screen Stills from Officer Travis Liggett's BWC Video | | |
| 9. | Relevant Scene Photos Taken by LAPD | Objection to more than 2-3 photos of scene with blood | Plaintiff will not seek to offer cumulative or unnecessarily gory photographs |
| 10. | Charting photographs of Brett | | |

- 2 -

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | Hayhoe and firearm | | |
| 11. | Charting photographs of Daryl Glover and firearm | | |
| 12. | Interview of Brett Hayhoe<br>a.  Audio<br>b.  Transcript | | |
| 13. | Interviews of Daryl Glover, Jr.<br>a.  Audio<br>    a-1: July 19, 2022<br>    a-2: July 26, 2022<br>b.  Transcripts<br>    b-1: July 19, 2022<br>    b-2: July 26, 2022 | | |
| 14. | LAFD Patient Care Report | | |
| 15. | Photographs of Plaintiff and Mr. Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4; Objection as to relevancy on the basis that Plaintiff has no Standing, other than as a successor to the estate of Plaintiff Decedent Petit | Relevant to Mr. Petit's survival damages; includes photographs of Mr. Petit to be used during Plaintiff's opening statement |
| 16. | Photographs of Mr. Petit (prior to his death) | Objections as to Fed. Rule of Evidence, 401, 402, 403, as they would not be relevant unless they depict some | Relevant to Mr. Petit's survival damages; Plaintiff may seek to use during opening statement |

- 3 -

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | evidence related to Plaintiff decedent's damages related the injuries he sustained | |
| 17. | Cards from Mr. Petit to Plaintiff | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4; Objection as to relevancy on the basis that Plaintiff has no Standing, other than as a successor to the estate of Plaintiff Decedent Petit | Relevant to Mr. Petit's survival damages |
| 18. | Obituary of Mr. Petit | Fed. R. Evid. 401, 402, 403; Fed R. Evid. 802; Subject to Defendants' MIL No. 4; Objection as to the relevancy of an issue in this matter, as there is no relationship between Plaintiff decedent's death and the shooting. Offer of proof as to any relevancy to Plaintiff decedent's survival damages. | Relevant to Mr. Petit's survival damages; includes photographs of Mr. Petit to be used during Plaintiff's opening statement |
| 19. | Relevant portions of Mr. Petit's medical records related to the shooting (Cedars Sinai) | | |
| | | | |

- 4 -

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  | **20-200 reserved** |  |  |
|  | **DEFENDANTS' EXHIBITS** | | |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| 201. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. 7AR12353 (12/11/2017) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 155) of Plaintiff's MIL #1. |
| 202. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. BA471724 (12/18/2019) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 155) of Plaintiff's MIL #1. |
| 203. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. MA080839 (3/15/2021) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 155) of Plaintiff's MIL #1. |
| 204. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. 2AN00213 (2/17/2022) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 155) of Plaintiff's MIL #1. |
| 205. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine</u> | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); | Moot as excluded by Court's grant (Dkt. 155) of Plaintiff's MIL #1. |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | Petit, Case No. SA107215 (10/20/2022) | Court's Order at Dkt. 154 | |
| 206. | Jermaine Petit's Medical Records from Department of Veterans Affairs Hospital (2013-8/2023) (2669 pages) | Not produced during discovery; Fed. R. Evid. 401, 402, 403, 801, 802 | Defendant identified VA in initial disclosure; Plaintiff identified VA in discovery responses to interrogatories; Plaintiff received notice; Impeachment Evidence; Defendant's three rebuttal experts – Dr. Vilke, Dr. Cohen, and Dr. Hedge – all have these medical records in their files, however, Plaintiff did not depose any of these experts. |
| 207. | Sergeant Brett Hayhoe's BWC Video (7/18/2022) | | |
| 208. | Transcript of Sergeant Brett Hayhoe's BWC Video 07/18/22 (7 pages) | | |
| 209. | Officer Daryl Glover, Jr.'s BWC Video (7/18/2022) | | |
| 210. | Transcript of Officer Daryl Glover Jr.'s BWC Video 07/18/22 (7 pages) | | |
| 211. | Screen Stills from Officer Daryl | | |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  | Glover, Jr.'s BWC Video |  |  |
| 212. | Officer Nelson Martinez's BWC Video (7/18/2022) |  |  |
| 213. | Transcript of Officer Nelson Martinez's BWC Video 07/18/22 (6 pages) |  |  |
| 214. | Screen Stills from Officer Nelson Martinez's BWC Video |  |  |
| 215. | LAPD Recorded Interview with Police Officer Nelson Martinez II 07/19/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 216. | Transcript of LAPD Recorded Interview with Police Officer Nelson Martinez II 07/19/22 (50 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 217. | FID Image CITY 000855 (1 page) |  |  |
| 218. | LAPD CAD Incident Recall (7/19/2022) (40 pages) | Fed. R. Evid. 801, 802 | Defendant's officers received this information via computer vehicle pre-OIS. |
| 219. | Todd Tramel 911 Phone Call (7/18/2022) | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 220. | Transcript of Todd | Fed. R. Evid. 401, | Moot as excluded by |

- 7 -

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  | Tramel's 911 Phone Call 07/18/22 (11 pages) | 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 221. | Hanna Mark 911 Phone Call No. 1 (7/18/2022) | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 222. | Transcript of Hanna Mark's 911 Phone Call No. 1 07/18/22 | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 223. | Hanna Mark 911 Phone Call No. 2 (7/18/2022) | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 224. | Transcript of Hanna Mark's 911 Phone Call No. 2 07/18/22 (7 pages) | Fed. R. Evid. 401, 402, 403; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 225. | LAPD Dispatch Radio Traffic (7/18/2022) | Fed. R. Evid. 801, 802 | Defendant officers heard these dispatch transmissions before OIS. |
| 226. | Transcript of LAPD Dispatch Radio Traffic 07/18/22 | Fed. R. Evid. 801, 802 | Defendant officers heard these dispatch transmissions before OIS. |
| 227. | Officer Eduardo Gonzalez BWC Video (7/18/2022) | Fed. R. Evid. 401, 402, 403 | Relevant as to perception that Mr. Petit was armed with a gun at the time of the OIS. |
| 228. | Transcript of Officer Eduardo Gonzalez | Fed. R. Evid. 401, 402, 403 | Relevant as to perception that Mr. |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | BWC Video 07/18/22 | | Petit was armed with a gun at the time of the OIS. |
| 229. | Ring Video (7/18/2022) | Fed. R. Evid. 401, 402, 403 | Video and audio depict Defendant Hayhoe's commands to Mr. Petit; Simply another evidentiary document which provides a real time visual of the incident and presents no prejudicial impact. |
| 230. | LAPD Recorded Interview with Hanna Mark (7/18/2022) | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 231. | Transcript of LAPD Recorded Interview with Hanna Mark 07/18/22 (30 pages) | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 232. | Scene Photos Taken by LAPD (7/18/2022) (203 photographs) | Objection as to any photos violating court's Order at Dkt. 154 re: items in Mr. Petit's backpack | Only a few items depict objectionable items. |
| 233. | Jermaine Petit's Medical Records from Cedars Sinai Medical Center (7/18/2022-8/8/2022) (2853 pages) | Fed. R. Evid. 403, 801, 802 | Relevant to Mr. Petit's pain and suffering post-OIS. Directly relevant to damage claims post shooting; Exceptions to hearsay include Fed R. Evid. 803(3), 803(4), 803(6), 804(b)(2). |
| 234. | LAPD Recorded Interview with Todd Tramel (7/27/2022) | Fed. R. Evid. 401, 402, 403, 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |

- 9 -

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| 235. | Transcript of LAPD Recorded Interview with Todd Tramel 07/18/22 (18 pages) | Fed. R. Evid. 401, 402, 403, 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 236. | LAPD Recorded Interview with Jermaine Petit (8/8/2022) | Fed. R. Evid. 801, 802 | Relevant as party admission. Fed R. Evid. 801(d)(2), 803(2), 803(3), 803(5), 804(b)(3). |
| 237. | Transcript of LAPD Recorded Interview with Jermaine Petit 08/08/22 (17 pages) | Fed. R. Evid. 801, 802 | Relevant as party admission. Fed R. Evid. 801(d)(2), 803(2), 803(3), 803(5), 804(b)(3). |
| 238. | LAPD Recorded Interview with Witness Adrienne Datrice 07/20/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 239. | Transcript of LAPD Recorded Interview with Witness Adrienne Datrice 07/20/22 (33 Pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 240. | LAPD Recorded Interview with Witness Maury Sumlin 07/20/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 241. | Transcript of LAPD Recorded Interview with Witness Maury Sumlin 07/20/22 (24 pages) | Fed. R. Evid. 403, 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 242. | LAPD Recorded Interview with | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  | Witness Andrew Skomra 07/18/22 |  | 154) of Plaintiff's MIL #2. |
| 243. | Transcript of LAPD Interview with Witness Andrew Skomra 07/18/22 (18 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 244. | LAPD Recorded Interview with Witness Taiyyeba Skomra 07/18/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 245. | Transcript of LAPD Recorded Interview with Taiyyeba Skomra 07/18/22 (19 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 246. | LAPD Recorded Interview with Police Officer II Anthony Gonzalez 08/02/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 247. | Transcript of LAPD Recorded Interview with Police Officer II Anthony Gonzalez 08/02/22 (23 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 248. | LAPD Recorded Interview with Police Officer II Evelyn Benitez 08/02/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 249. | Transcript of LAPD Recorded Interview | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  | with Police Officer II Evelyn Benitez 08/02/22 (29 pages) |  | 154) of Plaintiff's MIL #2. |
| 250. | LAPD Recorded Interview with Police Officer III Eduardo Gonzalez 08/02/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 251. | Transcript of LAPD Recorded Interview with Police Officer III Eduardo Gonzalez 08/02/22 (33 Pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 252. | LAPD Recorded Interview with Police Officer I Desiree Gonzalez 07/19/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 253. | Transcript of LAPD Recorded Interview with Police Officer I Desiree Gonzalez 07/19/22 (30 Pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 254. | LAPD Recorded Interview with Police Officer II Dominic Pollio 07/19/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 255. | Transcript of LAPD Recorded Interview with Police Officer II Dominic Pollio 07/19/22 (33 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 256. | LAPD Recorded | Fed. R. Evid. 801, | Moot as excluded by |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
|  | Interview with Police Officer II Nelson Martinez 07/19/22 | 802 | Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 257. | Transcript of LAPD Recorded Interview with Police Officer II Nelson Martinez 07/19/22 (48 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 258. | LAPD Recorded Interview with Police Officer II Travis Liggett 07/19/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 259. | Transcript of LAPD Recorded Interview with Police Officer II Travis Liggett 07/19/22 (25 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 260. | LAPD Recorded Interview with Sgt. I Jose Campos 08/02/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 261. | Transcript of LAPD Recorded Interview with Sgt. I Jose Campos 08/02/22 (28 pages) | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 262. | LAPD Recorded Interview with SGT. I Juan Chavez 07/28/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 263. | Transcript of LAPD Recorded Interview with Sgt. I Juan Chavez | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | 07/28/22 (19 pages) | | |
| 264. | LAPD Recorded Interview with Sgt. I Travis Ward 07/19/22 | Fed. R. Evid. 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 265. | Transcript of LAPD Recorded Interview with Sgt. I Travis Ward 07/19/22 (15 pages) | Fed. R. Evid. 403, 801, 802 | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #2. |
| 266. | LAPD Forensic Science Division – Toxicology Confirmation Amphetamine (8/24/2022) (2 pages) | Fed. R. Evid. 401, 402, 403, 801, 802 | Court deemed admissible (Dkt. 154) per ruling on Plaintiff's MIL #3. |
| 267. | Photograph of Object Held by Jermaine Petit during Subject Incident (3/13/2023) | Fed. R. Evid. 403 | Court ruled object admissible and relevant. |
| 268. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (8/18/2023) (26 pages) | Fed. R. Evid. 403, 801, 802 | Relevant as party admission. Fed R. Evid. 801(d)(2), 803(2), 803(3), 803(5), 804(b)(3). |
| 269. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (9/18/2023) (18 pages | Fed. R. Evid. 403, 801, 802 | Relevant as party admission. Fed R. Evid. 801(d)(2), 803(2), 803(3), 803(5), 804(b)(3). |

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| 270. | Transcription of Todd Tramel 911 Phone Call No. 2 (9/27/2023) (11 pages) | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154. | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 271. | Transcription of Hanna Mark 911 Phone Call No. 2 (9/27/2023) (7 pages) | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154. | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 272. | Transcription of Interview with Jermaine Petit (9/27/2023) (27 pages) | Fed. R. Evid. 403, 801, 802 | Relevant as party admission. Fed R. Evid. 801(d)(2), 803(2), 803(3), 803(5), 804(b)(3). |
| 273. | Jermaine Petit's Death Certificate (9/13/2024) (1 page) | | |
| 274. | Los Angeles County Coroner's Report (10/30/2024) (12 pages) | Fed. R. Evid. 401, 402, 403, 801, 802 | Circumstances of death ruled admissible by Court. |
| 275. | Los Angeles County Coroner's Photographs (116 photos) | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154. | Moot as excluded by Court's grant (Dkt. 154) of Plaintiff's MIL #4. |
| 276. | Plaintiff Ashlyn Petit's First Amended Complaint (12/6/2024) (34 pages) | | |
| 277. | Plaintiff Ashlyn Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (4/15/2025) (17 pages) | | |

PRETRIAL EXHIBIT STIPULATION

| No. | Description | Objection | Response to Objection |
|---|---|---|---|
| 278. | Plaintiff Ashlyn Petit's Responses to Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (4/15/2025) (23 pages) | | |
| 279. | Plaintiff Ashlyn Petit's Production of Documents (PLTF 0001-000291) (4/15/2025) (291 pages) | | |
| 280. | Plaintiff Ashlyn Petit's Verifications for Responses to Interrogatories and Request for Production of Documents (Set One) (4/16/2025) (2 pages) | | |
| 281. | Object Petit Held at Time of Incident | Fed. R. Evid. 403 | Court ruled admissible and relevant. |

DATED: February 12, 2026            LAW OFFICES OF DALE K. GALIPO


                                    By:   /s/ Renee V. Masongsong
                                          Dale K. Galipo
                                          Renee V. Masongsong
                                          Attorneys for Plaintiff, Ashlyn Petit


DATED: February 12, 2026            IVIE McNEIL WYATT PURCELL & DIGGS

PRETRIAL EXHIBIT STIPULATION

|   |   |
|---|---|
| | By:    */s/ Rodney S. Diggs* |
| | Rodney S. Diggs |
| | Attorney for Plaintiff, Ashlyn Petit |

DATED: February 12, 2026     CARPENTER, ROTHANS & DUMONT LLP

                                            */s/ Aria J. Beizai*
By: _____
    Steven J. Rothans
    Aria Beizai
    Kimberly Sarmiento
    Attorneys for Defendants,
    Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

Dated: February 12, 2026     Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney

By:    */s/ Christian Bojorquez*
    CHRISTIAN BOJORQUEZ
    *Attorneys for Defendant*, **CITY OF LOS ANGELES**

PRETRIAL EXHIBIT STIPULATION