**STEVEN J. ROTHANS – State Bar No. 106579**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com** / **abeizai@crdlaw.com**

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>           Plaintiff,<br>      v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**AMENDED JOINT WITNESS LIST**<br><br>Trial<br>Date: 2/17/2026<br>Time: 12:30 p.m. |

COME NOW Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, along with Plaintiff, Ashlyn Petit, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following list of witnesses they intend to call at the trial of the above-entitled matter.  The Parties reserve the right to amend and/or supplement this list.

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | PLAINTIFF'S WITNESSES |  |  |  |  |
| 1. | Glover, Jr., Officer Daryl (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | 1.5 - 2.0 hours | Ind. Defts: 2.0 hours  *City: 1.0 hours |  |
| 2. | Hayhoe, Sergeant Brett (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | 1.5 – 2.0 hours | Ind. Defts: 2.0 hours  *City: 1.0 hours |  |
| 3. | Bryce, Richard (Plaintiff's police practices expert) | Testimony regarding police training and POST standards; the officers' conduct, tactics, and use of force during the subject incident; opinions made in his Rule 26 report and at the time of his deposition | 1-1.5 hours | Ind. Defts: 1.5 hours  *City: 1-1.5 hours |  |
| 4. | Petit, Ashlyn (Plaintiff) | Testimony regarding Mr. Petit's life, injuries, and damages; Plaintiff's relationship with | 0.75 hours | Ind. Defts: 1.5 hours  *City: 0.5 |  |

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | Mr. Petit |  | hours. |  |
| 5. | Omalu, Dr. Bennet (Plaintiff's medical expert) | Testimony regarding trajectory of the gunshots; Mr. Petit's injuries, damages, treatment, pain and suffering; opinions made in his Rule 26 report and at the time of his deposition. | 1-1.5 hours | Ind. Defts: 1.0 hours<br>City: 1.0 hours |  |
| 6. | Magnusson, Dr. Amy (Plaintiff's medical expert) | Testimony regarding Mr. Petit's injuries, treatment, damages, pain and suffering; opinions made in her Rule 26 report and at the time of her deposition | 1-1.5 hours | Ind. Defts: 1.0 hours<br>*City: 1.0 hours. |  |
| 7. | Martinez, Officer Nelson (LAPD)** | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | 0.5 hours | Ind. Defts: 0.5 hours<br>City: 1.0 hours |  |
| 8. | Batbold, Dr. Boldbaatar** | Testimony regarding treatment and surgery of Jermaine Petit at | 0.5 hours | Ind. Defts: 0.5 |  |

- 3 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | Cedars Sinai Medical Center following shooting incident |  | hours<br><br>*City: .05 hours |  |
| 9. | Chernoblysky, Dr. David** | Testimony regarding treatment and surgery of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | 0.5 hours | Ind. Defts: 0.5 hours<br><br>*City: 0.5 hours |  |
| 9. | Hernandez, Kyle (LAFD)** | Testimony regarding Mr. Petit's medical condition upon LAFD arrival to the scene; Mr. Petit's injuries and pain and suffering; the medical care provided to Mr. Petit at the scene and on route to Cedars Sinai; reasonableness and necessity of medical treatment | 0.5 hours | Ind. Defts: 0.5 hours<br><br>*City: 0.5 hours |  |
| 10. | Kirby, Detective Joseph | Testimony regarding | 0.5 hours | Ind. Defts: |  |

- 4 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | (LAPD)** | investigation of use of force incident involving Jermaine Petit |  | 0.3 hours<br><br>*City: 0.3 hours |  |
| 11. | Learch, Dr. Thomas** | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center for his injuries from the | 0.5 hours | Ind. Defts: 0.5 hours<br>*City: 0.5 hours |  |
| 12. | Montez, Eddie (LAFD)** | Testimony regarding Mr. Petit's medical condition upon LAFD arrival to the scene; Mr. Petit's injuries and pain and suffering; the medical care provided to Mr. Petit at the scene and on route to Cedars Sinai; reasonableness and necessity of medical treatment | 0.5 hours | Ind. Defts: 0.5 hours<br><br>City: 0.5 hours |  |
| 13. | Bloom, Dr. Matthew – Cedars Sinai Medical Center** | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center | 0.5 hours | Ind. Defts: 0.5 hours |  |

- 5 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  |  | following shooting incident |  | City: .03 Hrs. |  |
| 14. | Fishkin, Dr. James – Cedars Sinai Medical Center** | Testimony regarding treatment of Jermaine Petit at Cedars Sinai Medical Center following shooting incident | 0.5 hours | Ind. Defts: 0.5 hours *City: 0.5 Hrs. |  |
| ** Indicates Plaintiff will call the witness only if necessary. |||||||
|  | DEFENDANT'S WITNESSES |  |  |  |  |
| 1. | Glover, Jr., Officer Daryl (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | Ind. Defts: 2.0 hours *City: 1.0 hours | 2.0 hours |  |
| 2. | Hayhoe, Sergeant Brett (LAPD) | Testimony regarding response to calls for service and use of force incident with Jermaine Petit | Ind. Defts: 2.0 hours *City: 1.0 hours | 2.0 hours |  |
| 3. | Vilke, Dr. Gary | Testimony regarding Mr. Petit's medical treatment following the shooting incident and thereafter in support of his | Ind. Defts: 0.75-1.0 hours *City: 1 hours | 1.0 hours |  |

- 6 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | rebuttal expert report | | | |
| 4. | Sanchez, (Ret.) Chief Phillip (Pasadena PD) | Testimony regarding police practices in support of his expert report | Ind. Defts: 1-1.5 hours *City: 1.5 hours | 1.5 hours | |
| 5. | Hedge, Dr. Thomas | Testimony regarding Mr. Petit's medical treatment following the shooting incident and thereafter in support of his rebuttal expert report. (Defense expert) | Ind. Defts: 0.75 hours *City: 0.5 hours | 1.0 hours | |
| 6. | Cohen, Dr. Marc | Testimony regarding Mr. Petit's psychiatric treatment in support of his rebuttal expert report (Defense Expert) | Ind. Defts: 0.5 hours *City: 0.5 hours | 1.5 hours | |
| 7. | Young, Dr. Kevin – Los Angeles County Coroner's Office** | Testimony regarding medical examination of Jermaine Petit's skeletonized remains and inability to | Ind. Defts: 0.5-.75 hours *City: | 1.0 hours | |

- 7 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | determine cause of death | 0.5 hours | | |
| 8. | Kramer-Sarrett, M. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours City: 0.5 hours | 0.5 hours | |
| 9. | Park, D. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.3 hours | |
| 10. | Rocco, K. – LAPD Forensic Science Division | Testimony regarding analysis of level of methamphetamine, amphetamine, etc. found in Jermaine Petit's system following shooting incident | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.3 hours | |
| 11. | Martinez, Officer Nelson (LAPD)** | Testimony regarding response to calls for service and use of force | Ind. Defts: 0.5 hours City: 1.0 | 0.3 hours | |

- 8 -

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | incident with Jermaine Petit | hours | | |
| 12. | Alas, Dr. Renee – VA Hospital** | Testimony regarding treatment and clinical assessment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.5 hours | |
| 13. | Amrami, Dr. Binyamin – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours City: 0.5 hours | 0.5 hours | |
| 14. | Barrios, Manuel – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting and AWOL from VA program/facility | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.3 hours | |
| 15. | Gabrielian, Dr. Sonya – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.5 hours | |
| 16. | Mehta, Dr. Pratik – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital | Ind. Defts: 0.5 hours | 0.5 hours | |

AMENDED JOINT WITNESS LIST

| No. | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | following shooting | *City: 0.5 hours | | |
| 17. | Pro, Nestor LMSW – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.5 hours | |
| 18. | Robers, Dr. Joshua – VA Hospital** | Testimony regarding treatment of Jermaine Petit at VA Hospital following shooting | Ind. Defts: 0.5 hours *City: 0.5 hours | 0.5 hours | |
| | ** Indicates Defendants will call the witness only if necessary. | | | | |

DATED: February 16, 2026    LAW OFFICES OF DALE K. GALIPO

By: ___/s/ Renee V. Masongsong___
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: February 16, 2026    IVIE McNEIL WYATT PURCELL & DIGGS

By: ___/s/ Rodney S. Diggs___
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit

- 10 -
AMENDED JOINT WITNESS LIST

DATED: February 16, 2026           CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Aria Beizai
_____
Steven J. Rothans
Aria Beizai
Kimberly Sarmiento
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

DATED: February 16, 2026           HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALLY, Chief Asst. City Atty

By: /s/ Christian Bojorquez
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, CITY OF LOS ANGELES