**STEVEN J. ROTHANS – State Bar No. 106579**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / abeizai@crdlaw.com

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPT** |

PLEASE TAKE NOTICE that Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, have lodged, pursuant to LR 5-1, the following deposition transcripts for the Court's convenience in the above matter:

///

///

///

DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPTS

1. Deposition of Plaintiff Ashlyn Petit, taken on June 9, 2025
2. Deposition of Dr. Amy Magnusson, taken on November 6, 2025
3. Deposition of Dr. Kevin Young, taken on August 19, 2025
4. Deposition of Hanna Mark, taken on August 13, 2025
5. Deposition of Todd Tramel, taken on August 13, 2025
6. Deposition of Dr. Bennet Omalu, taken on December 15, 2025
7. Deposition of Richard Bryce, taken on October 23, 2025

DATED: February 17, 2026    CARPENTER, ROTHANS & DUMONT LLP

By:   /s/ Aria J. Beizai
_____
Steven J. Rothans
Aria J. Beizai
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPTS