# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | LA CV23-00789-ODW (PVCx) | Date | February 19, 2026 |
| Title: | Jermaine Petit v. City of Los Angeles et al | | |

Present: The Honorable  Otis D. Wright, II

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo/ Renee V Masongsong/ Rodney Diggs | Christian R Bojorquez/ Aria Beizai/ Steven J Rothans |

\_\_\_\_ Day Court Trial    3rd Day Jury Trial

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    X Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.    \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    February 20, 2026 at 9:00 a.m.    for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                                4 : 44
Initials of Deputy Clerk    DT

cc: