# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | LA CV23-00789-ODW (PVCx) | Date | February 20, 2026 |
| Title: | Jermaine Petit v. City of Los Angeles et al | | |

Present: The Honorable    Otis D. Wright, II

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo/ Renee V Masongsong/ Rodney Diggs | Christian R Bojorquez/ Aria Beizai/ Steven J Rothans |

Day Court Trial         4th         Day Jury Trial

_____ One day trial:    _____ Begun (1ˢᵗ day);    X Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

✓ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s).    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    February 24, 2026 at 8:00 a.m.    for further trial/further jury deliberation.

_____ Other:

2    :    44

Initials of Deputy Clerk    DT

cc: