# EXHIBIT "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

| | |
|---|---|
| JERMAINE PETIT, et al., )<br>)<br>   PLAINTIFFS, )<br>)<br>   vs. )<br>)<br>CITY OF LOS ANGELES,<br>et al., )<br>)<br>   DEFENDANTS. )<br>_____) | CASE NO.<br><br>CV 23-00789-ODW<br><br><br>VOLUME 4<br>PAGES 595 TO 716 |

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 4
FRIDAY, FEBRUARY 20, 2026
7:56 A.M.
LOS ANGELES, CALIFORNIA

_____

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

|   |   |
|---|---|
|  | 1   point I wanted to make, is that I think clearly there's issues |
|  | 2   that we have to be able to address to address the damages |
|  | 3   request as described and testified to by Omalu. |
|  | 4          THE COURT:  He brought up certain things.  Of |
| 10:54AM | 5   course you can address those things. |
|  | 6          MR. ROTHANS:  Okay.  Very well. |
|  | 7          MR. GALIPO:  Correct.  I mean, that's the whole |
|  | 8   point.  The rebuttal to Dr. Omalu so they can rebut what he |
|  | 9   testified to.  If they get into other areas, then I'll object. |
| 10:55AM | 10         MR. ROTHANS:  Very well.  Thank you, Your Honor. |
|  | 11         THE COURT:  All right.  Let's go. |
|  | 12         MR. BOJORQUEZ:  Your Honor, real quick just for |
|  | 13  the record.  Have you formally rested? |
|  | 14         MR. GALIPO:  Oh, yeah.  I'm going to rest in |
| 10:55AM | 15  front of the jury. |
|  | 16         MR. BOJORQUEZ:  Okay.  Your Honor, if he's fully |
|  | 17  resting in front of the jury, we just wanted to let the Court |
|  | 18  know we will be bringing a Rule 50 Motion, just for the record. |
|  | 19         THE COURT:  Okay. |
| 10:55AM | 20         MR. BOJORQUEZ:  We don't want to bring it out in |
|  | 21  front of the Court {sic}, though. |
|  | 22         THE COURT:  As a matter of fact, you don't have |
|  | 23  to say anything.  I will just say the Court acknowledges |
|  | 24  your -- |
| 10:55AM | 25         MR. BOJORQUEZ:  Understood.  Thank you, |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  21ST  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER