# EXHIBIT "B"

```
 1                    UNITED STATES DISTRICT COURT

 2           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3              HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5   JERMAINE PETIT, et al.,   )
                               )
 6           PLAINTIFFS,       )    CASE NO.
                               )
 7           vs.               )    CV 23-00789-ODW
                               )
 8   CITY OF LOS ANGELES,      )
     et al.,                   )    VOLUME 2
 9                             )    PAGES 112 TO 349
             DEFENDANTS.       )
10                             )

11

12

13
                         REPORTER'S TRANSCRIPT OF
14                         JURY TRIAL DAY 2
                       WEDNESDAY, FEBRUARY 18, 2026
15                             8:58 A.M.
                         LOS ANGELES, CALIFORNIA
16

17

18

19

20

21

22
     _____
23
              MIRANDA ALGORRI, CSR 12743, RPR, CRR
24             FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25             LOS ANGELES, CALIFORNIA 90012
                  MIRANDAALGORRI@GMAIL.COM
```

|        |    |   |                                                              |
|--------|----|---|--------------------------------------------------------------|
|        | 1  | A | Yes, sir.                                                    |
|        | 2  | Q | And was this P.O.S.T. training?                              |
|        | 3  | A | Yes, sir.                                                    |
|        | 4  | Q | Peace Officer Standards and Training?                        |
| 01:06PM| 5  | A | Yes, sir.                                                    |
|        | 6  | Q | And did it include training on various subjects but including the use of force and the use of deadly force? |
|        | 8  | A | Yes, sir.                                                    |
|        | 9  | Q | Before you encountered Mr. Petit on the date of this incident, based on the information you received from dispatch, did you suspect that he may -- the subject may have committed certain crimes? |
|        | 13 | A | Yes, sir.                                                    |
|        | 14 | Q | What crimes did you suspect, based on dispatch information, the subject you were looking for may have committed? |
|        | 17 | A | Assault with a deadly weapon and arson.                      |
|        | 18 | Q | Okay. Are those arrestable offenses?                         |
|        | 19 | A | Yes, sir.                                                    |
| 01:07PM| 20 | Q | And did you believe, sir, that before identifying this individual as the suspect, that you had reasonable suspicion to stop and detain him? |
|        | 23 | A | Yes, sir.                                                    |
|        | 24 | Q | And why was that?                                            |
| 01:07PM| 25 | A | Based on the crimes that were alleged and the                |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.


_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER