# EXHIBIT "C"

```
 1                    UNITED STATES DISTRICT COURT

 2           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3             HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5   JERMAINE PETIT, et al.,  )
                              )
 6           PLAINTIFFS,      )   CASE NO.
                              )
 7           vs.              )   CV 23-00789-ODW
                              )
 8   CITY OF LOS ANGELES,     )
     et al.,                  )   VOLUME 3
 9                            )   PAGES 350 TO 594
             DEFENDANTS.      )
10   _____)

11

12

13
                        REPORTER'S TRANSCRIPT OF
14                         JURY TRIAL DAY 3
                      THURSDAY, FEBRUARY 19, 2026
15                            8:04 A.M.
                       LOS ANGELES, CALIFORNIA
16

17

18

19

20

21

22

23   _____

            MIRANDA ALGORRI, CSR 12743, RPR, CRR
24            FEDERAL OFFICIAL COURT REPORTER
             350 WEST 1ST STREET, SUITE 4455
25           LOS ANGELES, CALIFORNIA 90012
                MIRANDAALGORRI@GMAIL.COM
```

|  |  |  |
|---|---|---|
|  | 1 | Did you hear that? |
|  | 2 | A    Yes. |
|  | 3 | Q    Did your training teach you that you can shoot |
|  | 4 | someone based on the color of their skin? |
| 08:41AM | 5 | A    Absolutely not. |
|  | 6 | Q    Have you ever trained any young recruit that they |
|  | 7 | may shoot someone simply based on the color of their skin? |
|  | 8 | A    Absolutely not. |
|  | 9 | Q    What if their clothing is unkempt?  What if |
| 08:41AM | 10 | there's holes in their -- |
|  | 11 | MR. GALIPO:  Your Honor, I'm going to object |
|  | 12 | under 403.  I think we all agree you can't shoot someone if |
|  | 13 | their clothing looks unkempt. |
|  | 14 | THE COURT:  I think the point is all of this |
| 08:42AM | 15 | information -- well, this information was broadcast to the |
|  | 16 | responding units.  And the import of this information on the |
|  | 17 | responding units I think is relevant. |
|  | 18 | So go ahead. |
|  | 19 | Q    BY MR. ROTHANS:  With respect to the ADW |
| 08:42AM | 20 | transmission, did you hear the suspect was suspected -- the |
|  | 21 | subject was suspected of being involved in assault with a |
|  | 22 | deadly weapon? |
|  | 23 | A    Yes. |
|  | 24 | Q    Is that significant to you in some way? |
| 08:42AM | 25 | A    Absolutely. |

08:42AM
1     Q    Why?
2     A    Because, in my mind, prior to going to that call,
3 I'm concerned that this is possibly a dangerous subject that
4 we're about to encounter. So it raises my concerns. It raises
5 my cautionary level. And we have to proceed accordingly based
6 on, you know, the information that's given to us at the time.
7 So it raises our suspicion level and our danger level a little
8 bit more than just the simple family disputes or business
9 dispute.

08:43AM
10     Q    Okay. And it raises your suspicion level of what
11 activity?
12     A    Well, it's a dangerous activity. An assault with
13 a deadly weapon is a serious call. It's a call that would
14 raise the suspicion of any officer that's responding to that

08:43AM
15 because you have the potential of dealing with a dangerous
16 subject that's already committed a dangerous -- a potentially
17 dangerous offense.
18     Q    Okay. Are you trained, Sergeant, that you may
19 shoot someone simply because they're suspected of being

08:43AM
20 involved in assault with a deadly weapon?
21     A    No. Absolutely not.
22     Q    Is that why you shot Mr. Petit that day, because
23 he was suspected of being involved with a deadly weapon?
24     A    Not at all.

08:43AM
25     Q    As you followed Mr. Petit in your patrol

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER