# EXHIBIT "D"

**A true and correct copy of the defense Trial Exhibit #225, which was an audio recording of the LAPD dispatch radio from July 18, 2022, the day of the subject incident**