# EXHIBIT "E"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

JERMAINE PETIT, et al.,       )
                              )
        PLAINTIFFS,            )   CASE NO.
                              )
        vs.                    )   CV 23-00789-ODW
                              )
CITY OF LOS ANGELES,           )
et al.,                       )   VOLUME 2
                              )   PAGES 112 TO 349
        DEFENDANTS.            )
_____)

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 2
WEDNESDAY, FEBRUARY 18, 2026
8:58 A.M.
LOS ANGELES, CALIFORNIA

_____

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

```
 1    A    Yes, sir.
 2    Q    And was this P.O.S.T. training?
 3    A    Yes, sir.
 4    Q    Peace Officer Standards and Training?
 5    A    Yes, sir.
 6    Q    And did it include training on various subjects
 7  but including the use of force and the use of deadly force?
 8    A    Yes, sir.
 9    Q    Before you encountered Mr. Petit on the date of
10  this incident, based on the information you received from
11  dispatch, did you suspect that he may -- the subject may have
12  committed certain crimes?
13    A    Yes, sir.
14    Q    What crimes did you suspect, based on dispatch
15  information, the subject you were looking for may have
16  committed?
17    A    Assault with a deadly weapon and arson.
18    Q    Okay.  Are those arrestable offenses?
19    A    Yes, sir.
20    Q    And did you believe, sir, that before identifying
21  this individual as the suspect, that you had reasonable
22  suspicion to stop and detain him?
23    A    Yes, sir.
24    Q    And why was that?
25    A    Based on the crimes that were alleged and the
```

Timestamps: 01:06PM (line 5), 01:06PM (line 10), 01:06PM (line 15), 01:07PM (line 20), 01:07PM (line 25)

|   |    |   |
|---|---|---|
| | 1 | fact that he matched the description of those crimes that were |
| | 2 | alleged. |
| | 3 | Q      Okay.  What commands do you recall specifically |
| | 4 | giving Mr. Petit, just you, nobody else, on the scene prior to |
| 01:07PM | 5 | the shooting? |
| | 6 | A      I recall telling him to drop what's in his hands. |
| | 7 | I recall telling him to get against the wall and to come here. |
| | 8 | Q      At any point in time, did Mr. Petit go against |
| | 9 | the wall? |
| 01:07PM | 10 | A      No, sir. |
| | 11 | Q      At any point in time, as he walked or proceeded |
| | 12 | along that sidewalk, did he drop any object that he had been |
| | 13 | holding onto? |
| | 14 | A      No, sir. |
| 01:07PM | 15 | Q      And did you hear commands of Officer Martinez |
| | 16 | directed at Mr. Petit at any time? |
| | 17 | A      Yes. |
| | 18 | Q      Again, what commands from Officer Martinez do you |
| | 19 | recall hearing? |
| 01:08PM | 20 | A      Officer Martinez told him to get against the |
| | 21 | wall.  To come here, meaning to go back to his direction or |
| | 22 | come to his direction and to drop what was in his hands. |
| | 23 | Q      At any time you were there on the scene prior to |
| | 24 | the shooting, did Mr. Petit comply with any of |
| 01:08PM | 25 | Officer Martinez's commands? |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER