# EXHIBIT "F"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

```
JERMAINE PETIT, et al.,    )
                           )
         PLAINTIFFS,       )    CASE NO.
                           )
         vs.               )    CV 23-00789-ODW
                           )
CITY OF LOS ANGELES,       )
et al.,                    )    VOLUME 2
                           )    PAGES 112 TO 349
         DEFENDANTS.       )
_____)
```

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 2
WEDNESDAY, FEBRUARY 18, 2026
8:58 A.M.
LOS ANGELES, CALIFORNIA

---

MIRANDA ALGORRI, CSR 12743, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

```
 1   fact that he matched the description of those crimes that were
 2   alleged.
 3          Q    Okay.  What commands do you recall specifically
 4   giving Mr. Petit, just you, nobody else, on the scene prior to
 5   the shooting?
 6          A    I recall telling him to drop what's in his hands.
 7   I recall telling him to get against the wall and to come here.
 8          Q    At any point in time, did Mr. Petit go against
 9   the wall?
10          A    No, sir.
11          Q    At any point in time, as he walked or proceeded
12   along that sidewalk, did he drop any object that he had been
13   holding onto?
14          A    No, sir.
15          Q    And did you hear commands of Officer Martinez
16   directed at Mr. Petit at any time?
17          A    Yes.
18          Q    Again, what commands from Officer Martinez do you
19   recall hearing?
20          A    Officer Martinez told him to get against the
21   wall.  To come here, meaning to go back to his direction or
22   come to his direction and to drop what was in his hands.
23          Q    At any time you were there on the scene prior to
24   the shooting, did Mr. Petit comply with any of
25   Officer Martinez's commands?
```

CERTIFICATE OF OFFICIAL REPORTER

    I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

    DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER