# EXHIBIT "G"

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3           HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5   JERMAINE PETIT, et al.,   )
                               )
 6          PLAINTIFFS,        )    CASE NO.
                               )
 7          vs.                )    CV 23-00789-ODW
                               )
 8   CITY OF LOS ANGELES,      )
     et al.,                   )    VOLUME 3
 9                             )    PAGES 350 TO 594
            DEFENDANTS.        )
10   _____)

11

12

13
                        REPORTER'S TRANSCRIPT OF
14                         JURY TRIAL DAY 3
                      THURSDAY, FEBRUARY 19, 2026
15                           8:04 A.M.
                       LOS ANGELES, CALIFORNIA
16
```

MIRANDA ALGORRI, CSR 12743, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

|  |  |  |
|---|---|---|
| | 1 | A    Yes, he was. |
| | 2 | Q    And you would agree that Mr. Petit's failure to |
| | 3 | cooperate, failure to stop when told, or drop it when told |
| | 4 | would subject him to arrest for Penal Code 148, resisting, |
| 01:24PM | 5 | delaying, and obstructing a peace officer in the discharge of |
| | 6 | his or her duties.  Isn't that true? |
| | 7 | A    Yes. |
| | 8 | Q    Is it unlawful, sir, to -- for any individual to |
| | 9 | brandish a replica or imitation firearm on a public street? |
| 01:24PM | 10 | A    Yes. |
| | 11 | Q    Is it unlawful, sir, to light something on fire |
| | 12 | in a public place? |
| | 13 | A    Yes. |
| | 14 | Q    You would agree that the officers under these |
| 01:25PM | 15 | circumstances were justified in placing Mr. Petit under arrest |
| | 16 | if the shooting had not occurred. |
| | 17 | A    Yes. |
| | 18 | Q    In fact, sir, you were not given any LAPD |
| | 19 | policies by Mr. Diggs' or Mr. Galipo's offices for your work in |
| 01:26PM | 20 | this case, were you, sir? |
| | 21 | A    The policy about firing from a moving vehicle. |
| | 22 | Q    Can you show me where that is in your report. |
| | 23 | A    I'm sorry.  What? |
| | 24 | Q    Can you show me where that policy is identified |
| 01:26PM | 25 | in your report. |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.


_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER