# EXHIBIT "H"

```
                UNITED STATES DISTRICT COURT

       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

        HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE


JERMAINE PETIT, et al.,   )
                          )
         PLAINTIFFS,      )    CASE NO.
                          )
         vs.              )    CV 23-00789-ODW
                          )
CITY OF LOS ANGELES,      )
et al.,                   )    VOLUME 3
                          )    PAGES 350 TO 594
         DEFENDANTS.      )
_____)




                REPORTER'S TRANSCRIPT OF
                    JURY TRIAL DAY 3
               THURSDAY, FEBRUARY 19, 2026
                       8:04 A.M.
                 LOS ANGELES, CALIFORNIA
```

---

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

| | | |
|---|---|---|
| | 1 | Q  In your training as a police officer, when you |
| | 2 | hear reports about a gun or an assault with a deadly weapon, |
| | 3 | are you thinking about watching or looking at the hands of a |
| | 4 | subject? |
| 08:54AM | 5 | A  Of course. |
| | 6 | Q  Why? |
| | 7 | A  Because they teach us in training from day one in |
| | 8 | the academy at LAPD, as would -- Your Honor would agree from |
| | 9 | the sheriff's academy, these credible -- you know, these |
| 08:54AM | 10 | credible agencies are going to train you from the beginning. |
| | 11 | The one thing that can kill you are somebody's hands.  That |
| | 12 | gives them the present ability and capability of doing so if |
| | 13 | they have the intent to do so.  The hands are what are going to |
| | 14 | kill you.  Not their feet.  Not their elbows.  Their hands. |
| 08:55AM | 15 | Q  Did you see where Mr. Petit's hands were in the |
| | 16 | seconds before the shots were fired? |
| | 17 | A  Yes.  They were around his waistband and |
| | 18 | midsection.  And to me, that alerts me, if I can't see |
| | 19 | somebody's hands clearly and they're manipulating or moving |
| 08:55AM | 20 | around in this midsection or anywhere close to the waistband, |
| | 21 | that raises my suspicion even further that they're armed, |
| | 22 | because in my experience of the tons and tons of foot pursuits |
| | 23 | I've been in with suspects that indeed had handguns, they were |
| | 24 | retrieved from the area of the midsection or the waistband |
| 08:55AM | 25 | area. |

CERTIFICATE OF OFFICIAL REPORTER

     I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER