# EXHIBIT "I"

Case 2:23-cv-00789-ODW-PVC   Document 165-9   Filed 02/23/26   Page 2 of 4   Page ID #:2438

112

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

JERMAINE PETIT, et al.,  )
                         )
         PLAINTIFFS,     )   CASE NO.
                         )
         vs.             )   CV 23-00789-ODW
                         )
CITY OF LOS ANGELES,     )
et al.,                  )   VOLUME 2
                         )   PAGES 112 TO 349
         DEFENDANTS.     )
_____)

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 2
WEDNESDAY, FEBRUARY 18, 2026
8:58 A.M.
LOS ANGELES, CALIFORNIA

_____

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

|        |    |   |                                                                 |
|--------|----|---|-----------------------------------------------------------------|
|        | 1  | Q | And you heard two shots; correct?                               |
|        | 2  | A | I did.                                                          |
|        | 3  | Q | And how much time do you think passed after you                 |
|        | 4  |   | heard the two shots before you fired?                           |
| 12:02PM| 5  | A | It was all shots were fired within one second of                |
|        | 6  |   | each other. So every round was, like, from the first round to   |
|        | 7  |   | the last round within one and a half seconds.                   |
|        | 8  | Q | Did you yourself, as Mr. Petit was walking away                 |
|        | 9  |   | or got into Bronson Street, ever see him in a shooting stance   |
| 12:03PM| 10 |   | yourself?                                                       |
|        | 11 | A | There's multiple unconventional shooting stances,               |
|        | 12 |   | sir.                                                            |
|        | 13 | Q | Did you ever see him in any shooting stance                     |
|        | 14 |   | yourself?                                                       |
| 12:03PM| 15 | A | Yes, sir.                                                       |
|        | 16 | Q | Even though you couldn't observe the object at                  |
|        | 17 |   | all.                                                            |
|        | 18 |   | Isn't that what you're saying?                                  |
|        | 19 | A | Because I had mentioned earlier, the close                      |
| 12:03PM| 20 |   | contact position, which is a shooting stance where, with my --  |
|        | 21 |   | with me being behind Mr. Petit, obviously I was unable to see   |
|        | 22 |   | the actual firearm. But based off of his movement, the -- I     |
|        | 23 |   | know his right arm was not dangling down. It had to be close    |
|        | 24 |   | to his stomach. And the weapon was never dropped. So            |
| 12:04PM| 25 |   | essentially that is a shooting stance, sir.                     |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.


_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER