# EXHIBIT "J"

1           **UNITED STATES DISTRICT COURT**

2       **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3          **HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE**

4

5   **JERMAINE PETIT, et al.,**        )
                                       )
6              **PLAINTIFFS,**         )    **CASE NO.**
                                       )
7              **vs.**                 )    **CV 23-00789-ODW**
                                       )
8   **CITY OF LOS ANGELES,**           )
    **et al.,**                        )    **VOLUME 2**
9                                      )    **PAGES 112 TO 349**
               **DEFENDANTS.**         )
10  _____   )

11

12

13

14                      **REPORTER'S TRANSCRIPT OF**
                          **JURY TRIAL DAY 2**
15                  **WEDNESDAY, FEBRUARY 18, 2026**
                            **8:58 A.M.**
16                    **LOS ANGELES, CALIFORNIA**

17

18

19

20

21

22

23   _____

24          **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
                **FEDERAL OFFICIAL COURT REPORTER**
25             **350 WEST 1ST STREET, SUITE 4455**
               **LOS ANGELES, CALIFORNIA 90012**
                   **MIRANDAALGORRI@GMAIL.COM**

```
 1              A        Yes, sir.

 2              Q        Before the ambulance came to the scene, did

 3     officers form some kind of a plan at the scene to approach

 4     Mr. Petit?

 5              A        Yes.

 6              Q        And why didn't you just simply walk up to him at

 7     that point?

 8              A        It was close to a gun -- or at that point we

 9     thought that he was armed with a firearm.   And we have tactical

10     ways in which we handle certain situations.   We have to render

11     the scene safe.

12              Q        And was that part of your training with the LAPD?

13              A        Yes, sir.

14              Q        What is a ballistics shield?

15              A        It's a shield that pretty much protects us

16     from -- from bullets.

17              Q        Okay.   Was a shield retrieved before the approach

18     to Mr. Petit?

19              A        Yes, it was.

20              Q        Do you recall which officer retrieved the shield?

21              A        Officer Desiree Gonzalez.

22              Q        Okay.   Female officer?

23              A        Female officer.

24              Q        How large -- could you describe for the jury how

25     large the ballistics shield was that was retrieved?
```

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13    THE UNITED STATES.

14

15              DATED THIS  19TH  DAY OF FEBRUARY, 2026.

16

17

18

19    MIRANDA ALGORRI, CSR NO. 12743, CRR
      FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```