# **EXHIBIT "K"**

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3            HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5  JERMAINE PETIT, et al.,    )
                               )
 6          PLAINTIFFS,        )    CASE NO.
                               )
 7          vs.                )    CV 23-00789-ODW
                               )
 8  CITY OF LOS ANGELES,       )
    et al.,                    )    VOLUME 2
 9                             )    PAGES 112 TO 349
            DEFENDANTS.        )
10  _____)
```

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 2
WEDNESDAY, FEBRUARY 18, 2026
8:58 A.M.
LOS ANGELES, CALIFORNIA

_____

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

```
                1     A      Yes, sir.  The parked vehicle, yes.

                2     Q      Yes.

                3            That was in a driveway.  Do I have that right?

                4     A      Correct, sir.  Yeah.

03:09PM         5     Q      I'm assuming there was a home associated with

                6   that driveway?

                7     A      Further east, that's correct.

                8     Q      Do you know -- did you yourself ever dispatch

                9   that shots were fired after you fired your shots?

03:09PM        10     A      I did not.  I don't believe I'm the one that put

               11   it out that shots were fired because Officer Nelson already had

               12   done that.

               13     Q      Did you ever, yourself, request for medical

               14   attention for Mr. Petit?

03:10PM        15     A      I did.  I directed an officer to render CPR.

               16     Q      Okay.  I'm wondering whether you ever asked for

               17   like a rescue ambulance, for example.

               18     A      I didn't have to.  Another officer did.

               19     Q      Now, I stopped your body-worn camera at this

03:10PM        20   point.  But do you know how much longer it took before any

               21   paramedics or medical professionals got to Mr. Petit?

               22     A      I think it was probably a couple minutes after

               23   the request was made.

               24     Q      When was the request made, if you know?

03:10PM        25     A      The request would have been made after we safely
```

```
 1   took him into custody and had him under control.
 2        Q    Let me ask you about that.
 3             You know someone's been shot; correct?
 4        A    Yes.
 5        Q    In this case.
 6             You knew he was shot.
 7        A    Correct.
 8        Q    And even from your position you could see blood
 9   on the asphalt next to him; correct?
10        A    Yes.
11        Q    Why not call for the paramedics then, have them
12   stage halfway down the street so that as soon as it's safe,
13   they can get him that timely care?  Why wait 3 or 4 minutes
14   until he's handcuffed before calling?
15        A    Because we're in the middle of a tactical
16   situation.  He -- we can't determine that he's a threat until
17   he's in custody.  We didn't immediately -- we didn't
18   immediately determine he was a non-threat until it was apparent
19   that he wasn't moving any longer.  So that's why -- that's why
20   the ambulance isn't -- wasn't requested right away.  We're in
21   the middle of a tactical situation.
22        Q    Right.  But you don't want to wait till the
23   person stops moving before calling an ambulance because they
24   could end up dying; right?
25        A    Well, in an ideal situation, sir, yes.  An
```

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  19TH  DAY OF FEBRUARY, 2026.

16

17

18                        _____
19                        MIRANDA ALGORRI, CSR NO. 12743, CRR
                          FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```