# EXHIBIT "L"

```
                    UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

             HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE


  JERMAINE PETIT, et al.,   )
                            )
          PLAINTIFFS,       )    CASE NO.
                            )
          vs.               )    CV 23-00789-ODW
                            )
  CITY OF LOS ANGELES,      )
  et al.,                   )    VOLUME 2
                            )    PAGES 112 TO 349
          DEFENDANTS.       )
  _____)




                      REPORTER'S TRANSCRIPT OF
                         JURY TRIAL DAY 2
                   WEDNESDAY, FEBRUARY 18, 2026
                            8:58 A.M.
                      LOS ANGELES, CALIFORNIA








         _____

              MIRANDA ALGORRI, CSR 12743, RPR, CRR
                 FEDERAL OFFICIAL COURT REPORTER
                350 WEST 1ST STREET, SUITE 4455
                 LOS ANGELES, CALIFORNIA 90012
                    MIRANDAALGORRI@GMAIL.COM
```

```
          1        A      Yes, sir.  The parked vehicle, yes.

          2        Q      Yes.

          3               That was in a driveway.  Do I have that right?

          4        A      Correct, sir.  Yeah.

03:09PM   5        Q      I'm assuming there was a home associated with

          6    that driveway?

          7        A      Further east, that's correct.

          8        Q      Do you know -- did you yourself ever dispatch

          9    that shots were fired after you fired your shots?

03:09PM  10        A      I did not.  I don't believe I'm the one that put

         11    it out that shots were fired because Officer Nelson already had

         12    done that.

         13        Q      Did you ever, yourself, request for medical

         14    attention for Mr. Petit?

03:10PM  15        A      I did.  I directed an officer to render CPR.

         16        Q      Okay.  I'm wondering whether you ever asked for

         17    like a rescue ambulance, for example.

         18        A      I didn't have to.  Another officer did.

         19        Q      Now, I stopped your body-worn camera at this

03:10PM  20    point.  But do you know how much longer it took before any

         21    paramedics or medical professionals got to Mr. Petit?

         22        A      I think it was probably a couple minutes after

         23    the request was made.

         24        Q      When was the request made, if you know?

03:10PM  25        A      The request would have been made after we safely
```

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER