# EXHIBIT "M"

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3            HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5  JERMAINE PETIT, et al.,    )
                               )
 6          PLAINTIFFS,        )    CASE NO.
                               )
 7          vs.                )    CV 23-00789-ODW
                               )
 8  CITY OF LOS ANGELES,       )
    et al.,                    )    VOLUME 3
 9                             )    PAGES 350 TO 594
            DEFENDANTS.        )
10  _____)

11

12

13
                       REPORTER'S TRANSCRIPT OF
14                        JURY TRIAL DAY 3
                     THURSDAY, FEBRUARY 19, 2026
15                          8:04 A.M.
                      LOS ANGELES, CALIFORNIA
16

17

18

19

20

21

22
    _____
23
              MIRANDA ALGORRI, CSR 12743, RPR, CRR
24           F E D E R A L   O F F I C I A L   C O U R T   R E P O R T E R
             350 WEST 1ST STREET, SUITE 4455
25           LOS ANGELES, CALIFORNIA 90012
                   MIRANDAALGORRI@GMAIL.COM
```

|   |   |   |   |
|---|---|---|---|
| | 1 | A | That's true. |
| | 2 | Q | Have you ever asked to see it? |
| | 3 | A | There wasn't any realistic way I could until I came down here. |
| 01:21PM | 5 | Q | Part of your work as an expert or consultant, you don't travel to evidence rooms or evidence lockers to look at evidence? |
| | 8 | A | Unless it's necessary, no. |
| | 9 | Q | Was it necessary in this case? |
| 01:21PM | 10 | A | No.  I had photographs of it. |
| | 11 | Q | During your work in this case and listening to the body-worn camera videos, you did not hear any of the officers actually threaten to harm Mr. Petit, did you? |
| | 14 | A | No. |
| 01:22PM | 15 | Q | And, sir, based on your background, training, and experience in law enforcement, you would agree that Mr. Petit had an obligation to comply with the commands that were given by these officers.  Agreed? |
| | 19 | A | Yes. |
| 01:22PM | 20 | Q | How many times in your review of the materials was Mr. Petit told to drop it? |
| | 22 | A | I don't recall the number.  Several times, though. |
| | 24 | Q | At any point in time before the shooting, did you -- |

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                  DATED THIS  19TH  DAY OF FEBRUARY, 2026.

16

17

18                         _____
19                         MIRANDA ALGORRI, CSR NO. 12743, CRR
                           FEDERAL OFFICIAL COURT REPORTER
20
```