# EXHIBIT "N"

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3            HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

 4

 5  JERMAINE PETIT, et al.,    )
                               )
 6          PLAINTIFFS,        )    CASE NO.
                               )
 7          vs.                )    CV 23-00789-ODW
                               )
 8  CITY OF LOS ANGELES,       )
    et al.,                    )    VOLUME 2
 9                             )    PAGES 112 TO 349
            DEFENDANTS.        )
10  _____)

11

12

13
                        REPORTER'S TRANSCRIPT OF
14                        JURY TRIAL DAY 2
                     WEDNESDAY, FEBRUARY 18, 2026
15                           8:58 A.M.
                       LOS ANGELES, CALIFORNIA
16

17

18

19

20

21

22
    _____
23
             MIRANDA ALGORRI, CSR 12743, RPR, CRR
24           FEDERAL OFFICIAL COURT REPORTER
             350 WEST 1ST STREET, SUITE 4455
25           LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM
```

```
1      Q      Okay. And you're aware that the firearms the
2   LAPD carries, the semiautomatic weapons, could fire two or
3   three shots in a second.
4             Is that fair?
5      A      Yes, sir.
6      Q      And you heard two shots very close in time
7   together.
8      A      Yes, sir.
9      Q      And from your perspective, you're saying at least
10  one of the shots came from the patrol vehicle; correct?
11     A      I assumed that, yes, sir.
12     Q      And you also assumed that one of the shots came
13  from Mr. Petit.
14     A      Yes, sir, I did.
15     Q      That's why you're saying you shot; right?
16     A      Yes, sir. I'm saying that based off of the fact
17  that -- I had asked my partner obviously if -- what he meant by
18  it's not a gun. Is it a gun? Is it a gun? And he never
19  responded. I then heard, drop it.
20            It was very fast. I then heard two shots. And
21  at that point I was under the impression that the vehicle, the
22  police vehicle that he had bladed towards and made, like, eye
23  contact with, he shot at. And then they returned fire, and
24  then I returned fire to intervene.
25     Q      Okay. And you told us before about wanting to be
```

Timestamps: 12:06PM (line 5), 12:06PM (line 10), 12:07PM (line 15), 12:07PM (line 20), 12:07PM (line 25)

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER