# EXHIBIT "O"

```
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE


JERMAINE PETIT, et al.,   )
                          )
        PLAINTIFFS,       )   CASE NO.
                          )
        vs.               )   CV 23-00789-ODW
                          )
CITY OF LOS ANGELES,      )
et al.,                   )   VOLUME 3
                          )   PAGES 350 TO 594
        DEFENDANTS.       )
_____)
```

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 3
THURSDAY, FEBRUARY 19, 2026
8:04 A.M.
LOS ANGELES, CALIFORNIA

---

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

|  |  |
|---|---|
| 08:48AM | 1  eluding the officers, which is very common with somebody that's |
|  | 2  carrying a firearm, and the body positioning that he was in, |
|  | 3  aiming the weapon directly at me was consistent with someone |
|  | 4  carrying a handgun.  Specifically a handgun.  Not a rifle.  Not |
|  | 5  any other kind of gun but a handgun. |
|  | 6         And at that moment, based on his body |
|  | 7  positioning, a 90-degree angle, elbow canted, in a shooting |
|  | 8  stance with a pistol grip on the item, I believed that the item |
|  | 9  was indeed a firearm. |
| 08:48AM | 10        ==And it was a split-second decision, but it was a== |
|  | 11 ==decision I had to make because based on -- I believed my life== |
|  | 12 ==was in peril and that, if I didn't fire, I was going to get== |
|  | 13 ==shot in the face or get killed.== |
|  | 14        Q    Sergeant, you used the term "bladed stance." |
| 08:48AM | 15 What does bladed stance mean? |
|  | 16        A    A bladed stance would be a canted body movement |
|  | 17 or -- I'm sorry -- body position that's slightly canted or |
|  | 18 turned in my direction.  So not fully facing but turned towards |
|  | 19 me in a position where they're somewhat facing me. |
| 08:49AM | 20        Q    Are you able to accurately demonstrate by simply |
|  | 21 standing up if I were, in fact, yourself in the patrol vehicle, |
|  | 22 are you able to stand up and just demonstrate what a bladed |
|  | 23 stance looks like? |
|  | 24        A    Yes. |
| 08:49AM | 25        Q    From your perspective? |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  19TH  DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER