# EXHIBIT "P"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE

JERMAINE PETIT, et al., )
                        )
       PLAINTIFFS,      )   CASE NO.
                        )
       vs.              )   CV 23-00789-ODW
                        )
CITY OF LOS ANGELES,    )
et al.,                 )   VOLUME 3
                        )   PAGES 350 TO 594
       DEFENDANTS.      )
_____)

REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 3
THURSDAY, FEBRUARY 19, 2026
8:04 A.M.
LOS ANGELES, CALIFORNIA

_____

MIRANDA ALGORRI, CSR 12743, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

```
01:27PM

01:27PM


01:28PM



01:28PM



01:28PM
```

1     A     I'll give it a try.
2     Q     I say that, sir, while you're searching, because
3  your report, dated September 18, 2025, does not identify any
4  LAPD policy in terms of the materials that you were provided.
5     A     I referred to it on page 8 and quoted a portion
6  of it.
7     Q     Where specifically, sir?
8     A     Page 8, paragraph 2.
9     Q     You quoted the policy.  But in terms of
10 identifying the policy as one of the items you were provided to
11 review, it's not in your list of documents, is it?
12    A     Apparently not.
13    Q     Okay.  So you could have quoted it from something
14 that was told to you by the lawyers in the case?
15    A     No.  I read that and quoted it.
16    Q     Any other policies of the LAPD that were not
17 identified that you reviewed in your work?
18    A     Not that I know of.
19    Q     With respect to de-escalation, you would agree
20 that tactical de-escalation does not require that an officer
21 compromise his or her safety; correct?
22    A     That's correct.
23    Q     And you can also agree that de-escalation
24 techniques should only be used when it is safe and prudent to
25 do so.

|  |  |  |  |
|---|---|---|---|
| | 1 | A | Yes. |
| | 2 | Q | Would you agree, sir, that some situations |
| | 3 | require an immediate response from an officer and de-escalation |
| | 4 | techniques are neither viable nor effective options? |
| 01:28PM | 5 | A | Yes. |
| | 6 | Q | Are you generally familiar with the concept of |
| | 7 | perception reaction or lag time? |
| | 8 | A | Yes. |
| | 9 | Q | Tell the jury what that means to you. |
| 01:29PM | 10 | A | Well, lag time is the time between when an |
| | 11 | officer decides to fire or has thought about firing and when he |
| | 12 | fires. |
| | 13 | Q | Speaking of that, at what speed does a bullet |
| | 14 | leave the barrel of a police handgun such as that of |
| 01:29PM | 15 | Officer Glover? |
| | 16 | A | It would depend on the caliber of the round that |
| | 17 | they're shooting. |
| | 18 | Q | Do you know what caliber Officer Glover had? |
| | 19 | A | 9mm is my understanding. |
| 01:30PM | 20 | Q | And the speed at which a bullet or a round from |
| | 21 | the barrel would be coming out of that gun would be how fast? |
| | 22 | A | I don't know what the speed of a 9mm is.  It's |
| | 23 | substantial, but I don't know what it is. |
| | 24 | Q | It would actually be faster than 1,000 feet per |
| 01:30PM | 25 | second, wouldn't it, sir? |

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 19TH DAY OF FEBRUARY, 2026.

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER