Steven J. Rothans - State Bar No. 106579
Aria J. Beizai - State Bar No. 363897
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ashlyn Petit, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-00789-ODW (PVCx) |
| v. | |
| City of Los Angeles, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit "D" is a true and correct copy of the defense Trial Exhibit #225, which was an audio recording of the LAPD dispatch radio from July 18, 2022, the day of the subject incident, in support of Motion for Judgment as a Matter of Law.

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 23, 2026                          Aria J. Beizai Esq.
Date                                       Attorney Name
                                           Defendants
                                           Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*