UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 23-00789-ODW(PVCx) | Date | February 24, 2026 |
|---|---|---|---|
| Title: | Jermaine Petit v. City of Los Angeles et al | | |

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo / Rodney S. Diggs / Renee V Masongsong | Christian R Bojorquez / Aria Beizai / Steven J Rothans |

\_\_\_\_ Day Court Trial     5th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by   plaintiff/ defense counsel

X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.

X Plaintiff(s) rest.   X Defendant(s) rest.

X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.

X Bailiff(s) sworn.   X Jury retires to deliberate.   X Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.

X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.

\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by

\_\_\_\_ Motion to dismiss by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to   February 25, 2026 @ 8:00 am   for further trial/further jury deliberation.

\_\_\_\_ Other:

10 : 20