**STEVEN J. ROTHANS – State Bar No. 106579**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com / abeizai@crdlaw.com**

Attorneys for Defendants, Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees

FILED
CLERK, U.S. DISTRICT COURT

2/24/26

CENTRAL DISTRICT OF CALIFORNIA
BY:     SE     DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, | Case No. 2:23-cv-00789-ODW (PVCx) |
| Plaintiff, | *AMENDED* JOINT EXHIBIT LIST |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

COME NOW Defendants, City of Los Angeles, a public entity, and Sergeant Brett Hayhoe and Officer Daryl Glover, Jr., public employees, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following *amended* list of exhibits the parties intend to use at the trial of this matter:

- 1 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS** | | | | |
| 1. | Sergeant Brett Hayhoe's BWC Video (7/18/2022) | Sergeant Brett Hayhoe | | 2/18 → | |
| 2. | Screen Stills from Sergeant Brett Hayhoe's BWC Video | Sergeant Brett Hayhoe | | | |
| 3. | Officer Daryl Glover, Jr.'s BWC Video (7/18/2022) | Officer Daryl Glover, Jr. | | | |
| 4. | Screen Stills from Officer Daryl Glover, Jr.'s BWC Video | Officer Daryl Glover, Jr. | | 4-1 4-9 4-2 4-10 4-3 4-11 4-4 4-13 4-5 2/18 4-6 4-7 4-8 → | |
| 5. | Officer Nelson Martinez's BWC Video (7/18/2022) | Officer Nelson Martinez | | 2/18 → | |
| 6. | Screen Stills from Officer Nelson Martinez's BWC Video | Officer Nelson Martinez | | | |
| 7. | Officer Travis Liggett's BWC Video (7/18/2022) | | | | |
| 8. | Screen Stills from Officer Travis Liggett's BWC Video | | | 2/24 → (8-3) | |
| 9. | Relevant Scene Photos Taken by LAPD | Detective Christina Ledesma / | Objection to more than 2-3 photos of scene with | 9-1 (2/18) → 9-3 (2/18) → | |

- 2 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Detective Joseph Kirby | blood. | | |
| 10. | Charting photographs of Brett Hayhoe and firearm | Brett Hayhoe | | 10-1 (2/18)→ 10-2 (2/18)→ 10-6 (2/18)→ | |
| 11. | Charting photographs of Daryl Glover and firearm | Daryl Glover | | 11-1 (2/18)→ 11-3 (2/18)→ 11-4 (2/18)→ | |
| 12. | Interview of Brett Hayhoe a. Audio b. Transcript | Brett Hayhoe | | 12b (2/18) | |
| 13. | Interviews of Daryl Glover, Jr. a. Audio a-1: July 19, 2022 a-2: July 26, 2022 b. Transcripts b-1: July 19, 2022 b-2: July 26, 2022 | Daryl Glover | | b-1 2/18 b-3 2/18 | |
| 14. | LAFD Patient Care Report | Eddie Montez/ Kyle Hernandez | | | |
| 15. | Photographs of Plaintiff and Mr. Petit | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4; Objection | 15-4 (2/14)→ | |

- 3 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | as to relevancy on the basis that Plaintiff has no Standing, other than as a successor to the estate of Plaintiff Decedent Petit | | |
| 16. | Photographs of Mr. Petit (during his life) | Ashlyn Petit | Objections as to Fed. Rule of Evidence, 401, 402, 403, as they would not be relevant unless they depict some evidence related to Plaintiff decedent's damages related the injuries he | 16 - 1 (2/19) —> | |

- 4 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | sustained | | |
| 17. | Cards from Mr. Petit to Plaintiff | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4; Objection as to relevancy on the basis that Plaintiff has no Standing, other than as a successor to the estate of Plaintiff Decedent Petit | | |
| 18. | Obituary of Mr. Petit | Ashlyn Petit | Fed. R. Evid. 401, 402, 403; Subject to Defendants' MIL No. 4; Objection as to the relevancy of an issue | | |

- 5 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | in this matter, as there is no relationship between Plaintiff decedent's death and the shooting. Offer of proof as to any relevancy to Plaintiff decedent's survival damages. | | |
| 19. | Relevant portions of Mr. Petit's medical records related to the shooting (Cedars Sinai) | Stip. as to authenticity | | -6 -7 -10 (2/24) → | |
| | **20-200 Reserved** | | | | |
| | | | | | |
| | **DEFENDANTS' EXHIBITS** | | | | |
| 201. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. 7AR12353 (12/11/17) (4 pages) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. | | |

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | 114); Court's Order at Dkt. 154 | | |
| 202. | Certified Copy of Jermaine Petit's Criminal Conviction, People v. Jermaine Petit, Case No. BA471724 (12/18/19) (4 pages) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | | |
| 203. | Certified Copy of Jermaine Petit's Criminal Conviction, People v. Jermaine Petit, Case No. MA080839 (3/15/21) (6 pages) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | | |
| 204. | Certified Copy of Jermaine Petit's Criminal Conviction, People v. Jermaine Petit, Case No. 2AN00213 (2/17/22) (4 pages) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); | | |

- 7 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Court's Order at Dkt. 154 | | |
| 205. | Certified Copy of Jermaine Petit's Criminal Conviction, <u>People v. Jermaine Petit</u>, Case No. SA107215 (10/20/22) (5 pages) | Fed. R. Evid. 201(b) | Fed. R. Evid. 401, 402, 403, 801, 802; Subject of P's MIL No. 1 (Dkt. 114); Court's Order at Dkt. 154 | | |
| 206. | Jermaine Petit's Medical Records from Department of Veterans Affairs Hospital (2013-8/2023) (2669 pages) | Custodian of Records | Not produced during discovery; Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 207. | Sergeant Brett Hayhoe's BWC Video (07/18/22) | Sergeant Brett Hayhoe | | 2/19 → | |
| 208. | Transcript of Sergeant Brett Hayhoe's BWC Video 07/18/22 (7 pages) | | | | |
| 209. | Officer Daryl Glover, Jr.'s BWC Video (07/18/22) | Officer Daryl Glover, Jr. | | 2/18 → 209A 2/24 | |
| 210. | Transcript of Officer Daryl Glover Jr.'s BWC | | | | |

- 8 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Video 07/18/22 (7 pages) | | | | |
| 211. | Screen Stills from Officer Daryl Glover, Jr.'s BWC Video | Officer Daryl Glover, Jr. | | | |
| 212. | Officer Nelson Martinez's BWC Video (07/18/22) | Officer Nelson Martinez | | 2/19 → | |
| 213. | Transcript of Officer Nelson Martinez's BWC Video 07/18/22 (6 pages) | | | | |
| 214. | Screen Stills from Officer Nelson Martinez's BWC Video | Officer Nelson Martinez | | | |
| 215. | LAPD Recorded Interview with Police Officer Nelson Martinez II 07/19/22 | | Fed. R. Evid. 801, 802 | | |
| 216. | Transcript of LAPD Recorded Interview with Police Officer Nelson Martinez II 07/19/22 (50 pages) | | Fed. R. Evid. 801, 802 | | |
| 217. | FID Image CITY 000855 (1 page) | Sergeant Brett Hayhoe / Officer Daryl Glover, Jr. | Fed. R. Evid. 403 | | |
| 218. | LAPD CAD Incident | Sergeant | | | |

- 9 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Recall (07/19/22) (40 pages) | Brett Hayhoe / Officer Daryl Glover, Jr. | ed. R. Evid. 801, 802 | | |
| 219. | Todd Tramel 911 Phone Call (07/18/22) | Todd Tramel | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | | |
| 220. | Transcript of Todd Tramel's 911 Phone Call 07/18/22 (11 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | | |
| 221. | Hanna Mark 911 Phone Call No. 1 (07/18/22) | Hanna Mark | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's | | |

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|---------------------|------------------------|-----------------|---------------|
| | | | Order at Dkt. 154 | | |
| 222. | Transcript of Hanna Mark's 911 Phone Call No. 1 07/18/22 | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | | |
| 223. | Hanna Mark 911 Phone Call No. 2 (07/18/22) | Hanna Mark | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | | |
| 224. | Transcript of Hanna Mark's 911 Phone Call No. 2 07/18/22 (7 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154 | | |
| 225. | LAPD Dispatch Radio Traffic | Sergeant Brett | Fed. R. Evid. 801, | 2/18 | 2/20 |

*(clip only)*

- 11 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (07/18/22) | Hayhoe / Officer Daryl Glover, Jr. | 802 | | |
| 226. | Transcript of LAPD Dispatch Radio Traffic 07/18/22 | | | -6 2/24 | |
| 227. | Officer Eduardo Gonzalez BWC Video (07/18/22) | Officer Eduardo Gonzalez | | | |
| 228. | Transcript of Officer Eduardo Gonzalez BWC Video 07/18/22 | | | | |
| 229. | Ring Video (07/18/22) | Sergeant Brett Hayhoe | Fed. R. Evid. 401, 402, 403 | 2/19 → | |
| 230. | LAPD Recorded Interview with Hanna Mark (07/18/22) | Hanna Mark / Detective Ubaldo Zesati | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 231. | Transcript of LAPD Recorded Interview with Hanna Mark 07/18/22 (30 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117) | | |
| 232. | Scene Photos Taken by LAPD (7/18/22) (203 photographs) | Detective Christina Ledesma | Objection as to any photos violating | 232-158 (2/6) → | |

- 12 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|---------------------|------------------------|-----------------|---------------|
| | | / Detective Joseph Kirby | court's Order at Dkt. 154 re: items in Mr. Petit's backpack | | |
| 233. | Jermaine Petit's Medical Records from Cedars Sinai Medical Center (07/18/22-08/08/22) (2853 pages) | Custodian of Records | Fed. R. Evid. 403, 801, 802 | P.141 (2/10) → P.207 (2/24) → | |
| 234. | LAPD Recorded Interview with Todd Tramel (07/27/22) | Todd Tramel / Detective Christina Ledesma | Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 235. | Transcript of LAPD Recorded Interview with Todd Tramel 07/18/22 (18 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 236. | LAPD Recorded Interview with Jermaine Petit (08/08/22) | Detective Joseph Kirby / Detective Christina Ledesma | Fed. R. Evid. 403, 801, 802 | | |
| 237. | Transcript of LAPD Recorded Interview with Jermaine Petit 08/08/22 (17 pages) | | Fed. R. Evid. 403, 801, 802 | | |
| 238. | LAPD Recorded | | Fed. R. | | |

- 13 -

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Interview with Witness Adrienne Datrice 07/20/22 | | Evid. 801, 802 | | |
| 239. | Transcript of LAPD Recorded Interview with Witness Adrienne Datrice 07/20/22 (33 Pages) | | Fed. R. Evid. 801, 802 | | |
| 240. | LAPD Recorded Interview with Witness Maury Sumlin 07/20/22 | | Fed. R. Evid. 801, 802 | | |
| 241. | Transcript of LAPD Recorded Interview with Witness Maury Sumlin 07/20/22 (24 pages) | | Fed. R. Evid. 801, 802 | | |
| 242. | LAPD Recorded Interview with Witness Andrew Skomra 07/18/22 | | Fed. R. Evid. 801, 802 | | |
| 243. | Transcript of LAPD Interview with Witness Andrew Skomra 07/18/22 (18 pages) | | Fed. R. Evid. 801, 802 | | |
| 244. | LAPD Recorded Interview with Witness Taiyyeba Skomra 07/18/22 | | Fed. R. Evid. 801, 802 | | |
| 245. | Transcript of LAPD Recorded Interview with Taiyyeba Skomra 07/18/22 | | Fed. R. Evid. 801, 802 | | |

- 14 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (19 pages) | | | | |
| 246. | LAPD Recorded Interview with Police Officer II Anthony Gonzalez 08/02/22 | | Fed. R. Evid. 801, 802 | | |
| 247. | Transcript of LAPD Recorded Interview with Police Officer II Anthony Gonzalez 08/02/22 (23 pages) | | Fed. R. Evid. 801, 802 | | |
| 248. | LAPD Recorded Interview with Police Officer II Evelyn Benitez 08/02/22 | | Fed. R. Evid. 801, 802 | | |
| 249. | Transcript of LAPD Recorded Interview with Police Officer II Evelyn Benitez 08/02/22 (29 pages) | | Fed. R. 801, 802 | | |
| 250. | LAPD Recorded Interview with Police Officer III Eduardo Gonzalez 08/02/22 | | Fed. R. 801, 802 | | |
| 251. | Transcript of LAPD Recorded Interview with Police Officer III Eduardo Gonzalez 08/02/22 (33 Pages) | | Fed. R. Evid. 801, 802 | | |
| 252. | LAPD Recorded Interview with Police Officer I Desiree | | Fed. R. Evid. 801, 802 | | |

- 15 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Gonzalez 07/19/22 | | | | |
| 253. | Transcript of LAPD Recorded Interview with Police Officer I Desiree Gonzalez 07/19/22 (30 Pages) | | Fed. R. Evid. 801, 802 | | |
| 254. | LAPD Recorded Interview with Police Officer II Dominic Pollio 07/19/22 | | Fed. R. Evid. 801, 802 | | |
| 255. | Transcript of LAPD Recorded Interview with Police Officer II Dominic Pollio 07/19/22 (33 pages) | | Fed. R. Evid. 801, 802 | | |
| 256. | LAPD Recorded Interview with Police Officer II Nelson Martinez 07/19/22 | | Fed. R. Evid. 801, 802 | | |
| 257. | Transcript of LAPD Recorded Interview with Police Officer II Nelson Martinez 07/19/22 (48 pages) | | Fed. R. Evid. 801, 802 | | |
| 258. | LAPD Recorded Interview with Police Officer II Travis Liggett 07/19/22 | | Fed. R. Evid. 801, 802 | | |
| 259. | Transcript of LAPD Recorded Interview with Police Officer II | | Fed. R. Evid. 801, 802 | | |

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Travis Liggett 07/19/22 (25 pages) | | | | |
| 260. | LAPD Recorded Interview with Sgt. I Jose Campos 08/02/22 | | Fed. R. Evid. 801, 802 | | |
| 261. | Transcript of LAPD Recorded Interview with Sgt. I Jose Campos 08/02/22 (28 pages) | | Fed. R. Evid. 801, 802 | | |
| 262. | LAPD Recorded Interview with SGT. I Juan Chavez 07/28/22 | | Fed. R. Evid. 801, 802 | | |
| 263. | Transcript of LAPD Recorded Interview with Sgt. I Juan Chavez 07/28/22 (19 pages) | | Fed. R. Evid. 801, 802 | | |
| 264. | LAPD Recorded Interview with Sgt. I Travis Ward 07/19/22 | | Fed. R. Evid. 801, 802 | | |
| 265. | Transcript of LAPD Recorded Interview with Sgt. I Travis Ward 07/19/22 (15 pages) | | Fed. R. Evid. 801, 802 | | |
| 266. | LAPD Forensic Science Division – Toxicology Confirmation Amphetamine (08/24/22) (2 pages) | D. Park | Fed. R. Evid. 401, 402, 403, 801, 802 | | |
| 267. | Photograph of Object | Sergeant | Fed. R. | | |

- 17 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Held by Jermaine Petit during Subject Incident (03/13/23) | Brett Hayhoe / Officer Daryl Glover, Jr. / Detective Joseph Kirby / Detective Christina Ledesma | Evid. 403 | | |
| 268. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (08/18/23) (26 pages) | Ashlyn Petit | Fed. R. Evid. 801, 802 | | |
| 269. | Jermaine Petit's Responses to Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (09/18/23) (18 pages) | Ashlyn Petit | Fed. R. Evid. 801, 802 | | |
| 270. | Transcription of Todd Tramel 911 Phone Call No. 2 (9/27/2023) (11 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's | | |

- 18 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|---------------------|------------------------|-----------------|----------------|
| | | | Order at Dkt. 154. | | |
| 271. | Transcription of Hanna Mark 911 Phone Call No. 2 (9/27/2023) (7 pages) | | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154. | | |
| 272. | Transcription of Interview with Jermaine Petit (9/27/2023) (27 pages) | | Fed. R. Evid. 403, 801, 802 | | |
| 273. | Jermaine Petit's Death Certificate (09/13/24) (1 page) | Ashlyn Petit | | | |
| 274. | Los Angeles County Coroner's Report (10/30/24) (12 pages) | Dr. Kevin Young | Fed. R. Evid. 401, 402, 403, 801, 802 | 274-9(?) | |
| 275. | Los Angeles County Coroner's Photographs (116 photos) | Dr. Kevin Young | Fed. R. Evid. 401, 402, 403, 801, 802; P's MIL No. 4 (Dkt. 117); Court's Order at Dkt. 154. | | |
| 276. | Plaintiff Ashlyn Petit's | Ashlyn | | | |

AMENDED JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | First Amended Complaint (12/06/24) (34 pages) | Petit | | | |
| 277. | Plaintiff Ashlyn Petit's Responses to Sergeant Brett Hayhoe's Interrogatories (Set One) (04/15/25) (17 pages) | Ashlyn Petit | | | |
| 278. | Plaintiff Ashlyn Petit's Responses to Sergeant Brett Hayhoe's Request for Production of Documents (Set One) (04/15/25) (23 pages) | Ashlyn Petit | | | |
| 279. | Plaintiff Ashlyn Petit's Production of Documents (PLTF 0001-000291) (04/15/25) (291 pages) | Ashlyn Petit | | | |
| 280. | Plaintiff Ashlyn Petit's Verifications for Responses to Interrogatories and Request for Production of Documents (Set One) (04/16/25) (2 pages) | Ashlyn Petit | | | |
| 281. | Object Petit Held at Time of Incident 02/02/2026 | Sergeant Brett Hayhoe / Officer Daryl | Fed. R. Evid. 403 | 2/18 | 2/19 |

- 20 -

*AMENDED* JOINT EXHIBIT LIST

| Ex. # | Description | Witness Est. Found. | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Glover, Jr. / Detective Joseph Kirby / Detective Christina Ledesma | | | |

282                                                                2119 ——>

DATED: February 12, 2026          LAW OFFICES OF DALE K. GALIPO


                                  By:    /s/ Renee V. Masongsong
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Attorneys for Plaintiff, Ashlyn Petit


DATED: February 12, 2026          IVIE McNEIL WYATT PURCELL & DIGGS


                                  By:    /s/ Rodney S. Diggs
                                        Rodney S. Diggs
                                        Attorney for Plaintiff, Ashlyn Petit


DATED: February 12, 2026          CARPENTER, ROTHANS & DUMONT LLP

                                        /s/  Aria J. Beizai
                                  By:
                                        Steven J. Rothans
                                        Aria J. Beizai
                                        Attorneys for Defendants,
                                        Sergeant Brett Hayhoe and Officer Daryl
                                        Glover, Jr., public employees

- 21 -
*AMENDED* JOINT EXHIBIT LIST

1

2  Dated: February 12, 2026          Respectfully submitted,

3                                    **HYDEE FELDSTEIN SOTO**, City Attorney

4                                    **DENISE C. MILLS**, Chief Deputy City Attorney

5                                    **SCOTT MARCUS**, Chief Asst. City Attorney

6                                    By:   /s/ Christian Bojorquez

7                                         CHRISTIAN BOJORQUEZ
                                         *Attorneys for Defendant*, **CITY OF LOS**
8                                        **ANGELES**

Ex. No.    1D    Admit

9

10   283    2/19

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 22 -

*AMENDED* JOINT EXHIBIT LIST