NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
2/24/26
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jermaine Petit, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | CV 23-00789-ODW(PVCx) |
| v. | |
| City of Los Angeles et al., | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

2/24/26
Date

X Rodney S. Diggs
Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

Signature                           Telephone Number

2/24/26
Date

X Christian R Bojorquez
Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____

Signature                           Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

2/24/26
Date

By _J. english_
Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (11/09)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING