FILED
CLERK, U.S. DISTRICT COURT

2/24/26

CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)    Date: 2/24/26

JURY NOTE NUMBER 1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Was Petit charged with anything?
Was Petit homeless?
Was there a toxicology report?
How long did Petit recieve care at his mothers?
Whats Petit's cause of death?

SIGNED: _____
FOREPERSON OF THE JURY