```
                              FILED
                   CLERK, U.S. DISTRICT COURT

                          2/24/26

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:       SE        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)           Date: 2/24/26

JURY NOTE NUMBER ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Was Petit charged with anything?
Was Petit homeless?
Was there a toxicology report?
How long did Petit recieve care at his mothers?
Whats Petit's cause of death?

Answer: Your questions can be answered quite simply by the statement: You have in your possession all of the information you need to address the questions submitted to you for decision. Not all of the questions you may be curious about are relevant to your tasks as Jurors.

SIGNED: _____
                                    RY