FILED
CLERK, U.S. DISTRICT COURT
2/24/26
CENTRAL DISTRICT OF CALIFORNIA
BY: SE   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)           Date: 2-24-26

JURY NOTE NUMBER 2

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

When was the call for medical attention made?
* specific time
When did the ambulance arrive?

SIGNED: _____
FOREPERSON OF THE JURY