FILED
CLERK, U.S. DISTRICT COURT

2/24/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)   Date: 2-24-26

JURY NOTE NUMBER 2

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

When was the call for medical attention made?
* specific Time
When did the ambulance arrive?

ANSWER: Your questions can be answered quite simply by the statement: You have in your possession all of the information you need to address the questions submitted to you for decision. Not all of the questions you may be curious about are relevant to your tasks as jurors.

SIGNED: _____
                                    RY