UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)          Date: 2-24-26

JURY NOTE NUMBER __3__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Can we be a hung jury?
No resolution in sight

SIGNED: XXXXXXXXXXXXXXXXXXXXXXXXX
FOREPERSON OF THE JURY