FILED
CLERK, U.S. DISTRICT COURT

2/24/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.CV 23-00789-ODW(PVC)　　　　　Date: 2-24-26

JURY NOTE NUMBER 3

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Can we be a hung jury?
No resolution in sight

Answer: Please return tomorrow at 8:00 am to continue your deliberations.

SIGNED: [signature]
FOREPERSON OF THE JURY