FILED
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No.CV 23-00789-ODW(PVC)          Date: _2/25/2026_

JURY NOTE NUMBER  _4_

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

Can this be a majority rule decision?

Do all 8 Jurors have to agree?

SIGNED:    **REDACTED**