FILED
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)        Date: 2/25/2026

JURY NOTE NUMBER  4

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

Can this be a majority rule decision?
Do all 8 Jurors have to agree?

ANSWER: Your verdict must be unanimous (all 8 jurors must ag.

SIGNED: **REDACTED**