FILED
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: ____SE____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Case No.CV 23-00789-ODW(PVC)**          Date: _2-25-2026._

### JURY NOTE NUMBER ___5___

_____    **THE JURY HAS REACHED A UNANIMOUS VERDICT**

___✓___    **THE JURY REQUESTS THE FOLLOWING:**

We're 6:2 and no one is willing to budge

**SIGNED:**    **REDACTED**