FILED
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY:_____SE_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 23-00789-ODW(PVC)         Date: 2-25-2026

JURY NOTE NUMBER __5__

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___   THE JURY REQUESTS THE FOLLOWING:

We're 6:2 and no one is willing to budge

ANSWER: See Attached INSTRUCTION.

SIGNED:   REDACTED

1       Members of the jury, you have advised that you have been unable to agree upon
2 a verdict in this case. I have decided to suggest a few thoughts to you. As jurors, you
3 have a duty to discuss the case with one another and to deliberate in an effort to reach a
4 unanimous verdict if each of you can do so without violating your individual judgment
5 and conscience. Each of you must decide the case for yourself, but only after you
6 consider the evidence impartially with the other jurors. During your deliberations, you
7 should not be unwilling to reexamine your own views and change your opinion if you
8 become persuaded that it is wrong. However, you should not change an honest belief as
9 to the weight or effect of the evidence solely because of the opinions of the other jurors
10 or for the mere purpose of returning a verdict. All of you are equally honest and
11 conscientious jurors who have heard the same evidence. All of you share an equal desire
12 to arrive at a verdict. Each of you should ask yourself whether you should question the
13 correctness of your present position. I remind you that in your deliberations you are to
14 consider the instructions I have given you as a whole. You should not single out any
15 part of any instruction, including this one, and ignore others. They are all equally
16 important. You may now return to the jury room and continue your deliberations

17
18
19
20
21
22
23
24
25
26
27
28

---

JURY INSTRUCTIONS