F I L E D
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Jermaine Petit,                         )    Case No. CV 23-00789-ODW (PVCx)
                                              )
12                        Plaintiff,          )
                                              )
13              v.                            )    JURY VERDICT
                                              )
14   City of Los Angeles et al.,              )
                                              )
15                        Defendant.          )
                                              )
16   _____

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERDICT FORM

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Brett Hayhoe and/or Daryl Glover use excessive force against Jermaine Petit?

|  |  |  |  |
|---|---|---|---|
| Brett Hayhoe | ___X___ YES | _____ NO |
| Daryl Glover | _____ YES | ___X___ NO |

*If you answered "yes" to either of the officers in response to Question 1, please answer Question 2. If you answered "no" for both officers in response to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive force against Jermaine Petit by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

|  |  |  |  |
|---|---|---|---|
| Brett Hayhoe | ___X___ YES | _____ NO |
| Daryl Glover | _____ YES | _____ NO |

*Please proceed to the next Question.*

-1-
VERDICT FORM

1

# FOURTH AMENDMENT MEDICAL CARE CLAIM

2

3    **QUESTION 3** Did Brett Hayhoe and/or Daryl Glover delay, deny, or obstruct the

4    provision of medical care to Jermaine Petit?

5

6    Brett Hayhoe        __X__ YES        _____ NO

7    Daryl Glover        _____ YES        __X__ NO

8

9    *If you answered "yes" to either of the officers in response to Question 3, please*

10   *answer Question 4. If you answered "no" for both officers in response to*

11   *Question 3, please proceed to Question 5.*

12

13

14   **QUESTION 4:** Was the denial, delay, or obstruction of medical care by Brett

15   Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

16

17   Brett Hayhoe        __X__ YES        _____ NO

18   Daryl Glover        _____ YES        _____ NO

19

20

21   *Please proceed to the next Question.*

22

23

24

25

26

27

28

VERDICT FORM

1

## BATTERY CLAIM

2

3  **QUESTION 5:** Did Brett Hayhoe and/or Daryl Glover intentionally shoot Jermaine

4  Petit, thereby using deadly force on Jermaine Petit that was not necessary in defense

5  of human life?

6                                Brett Hayhoe        ___✗___ YES        _____ NO

7                                Daryl Glover        ___✗___ YES        _____ NO

8

9  *If you answered "yes" to either of the officers in response to Question 5, please*

10  *answer Question 6. If you answered "no" for both officers in response to*

11  *Question 5, please proceed to Question 7.*

12

13  **QUESTION 6:** Was the use of deadly force by Brett Hayhoe and/or Daryl Glover a

14  cause of harm, injury, or damage to Jermaine Petit?

15                                Brett Hayhoe        ___✗___ YES        _____ NO

16                                Daryl Glover        ___✗___ YES        _____ NO

17

18  *Please proceed to the next question.*

19

20

21

22

23

24

25

26

27

28

-3-
VERDICT FORM

1

**BANE ACT CLAIM**

2

3    **QUESTION 7:** Did Brett Hayhoe and/or Daryl Glover have a specific intent to

4    violate or demonstrate a reckless disregard for Jermaine Petit's constitutional right to

5    be free from excessive force?

6                                          Brett Hayhoe          _____ YES      __X__ NO

7                                          Daryl Glover          _____ YES      __X__ NO

8

9    *If you answered "yes" to either of the officers in response to Question 7, please*

10   *answer Question 8.  If you answered "no" for both officers in response to*

11   *Question 7, please proceed to Question 9.*

12

13   **QUESTION 8:** Did Brett Hayhoe's and/or Daryl Glover's specific intent or reckless

14   disregard for Jermaine Petit's constitutional right to be free from excessive force

15   cause Jermaine Petit harm?

16                                          Brett Hayhoe          _____ YES      _____ NO

17                                          Daryl Glover          _____ YES      _____ NO

18

19

20   *Please proceed to the next question.*

21

22

23

24

25

26

27

28

-4-

VERDICT FORM

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM

**QUESTION 9:** Did Brett Hayhoe and/or Daryl Glover intentionally cause Jermaine Petit emotional distress when they engaged in extreme and outrageous conduct and used deadly force against him, which can be shown by Brett Hayhoe and/or Daryl Glover acting with reckless disregard of the probability that Jermaine Petit would suffer emotional distress?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    __X__ NO

*If you answered "yes" to either of the officers in response to Question 9, please answer Question 10. If you answered "no" for both officers in response to Question 9, see instructions below Question 10.*

**QUESTION 10**: Did Brett Hayhoe's and/or Daryl Glover's extreme and outrageous conduct and deadly force cause Jermaine Petit harm?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    _____ NO

*If you answered "yes" to either officer in response to __any of__ Questions 2, 4, 6, 8 __or__ 10, please answer Question 11. If you did not answer "yes" as to __either__ officer in response to __all__ of Questions 2, 4, 6, 8 __and__ 10, then skip Question 11 and proceed to sign and date the verdict form and return it to the Court.*

-5-

VERDICT FORM

## DAMAGES

**QUESTION 11:** What are Jermaine Petit's damages?

Physical injuries, disfigurement, and physical pre-death pain and suffering

$___1,500,000___

Mental and emotional pre-death pain and suffering, distress, grief, humiliation, inconvenience, and loss of enjoyment of life

$___1,500,000___

*Please sign and date the verdict form and return it to the Court*

Dated: ___2-25-26___

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Jury Foreperson

-6-

VERDICT FORM