FILED
CLERK, U.S. DISTRICT COURT
2/25/26
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.CV 23-00789-ODW(PVC)        Date: 2-25-26

JURY NOTE NUMBER ___6___

__X__     **THE JURY HAS REACHED A UNANIMOUS VERDICT**

_____     **THE JURY REQUESTS THE FOLLOWING:**

SIGNED: **REDACTED**