**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333; Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, ASHLYN PETIT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>  Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**NOTICE OF LODGING PLAINTIFF'S [PROPOSED] JUDGMENT** |

1 **NOTICE OF LODGING**

2   Plaintiff hereby lodges her Proposed Judgment, attached hereto as Exhibit
3 A.

5 DATED: March 6, 2026            LAW OFFICES OF DALE K. GALIPO

7                                 By_____*/s/ Renee V. Masongsong*_____
                                     Dale K. Galipo
8                                    Renee V. Masongsong
                                     Attorneys for Plaintiff, Ashlyn Petit

-1-
NOTICE OF LODGING PLAINTIFF'S [PROPOSED] JUDGMENT