# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**[PROPOSED] JUDGMENT** |

The trial of this action began on February 17, 2026, in Courtroom 5D of the United States District Court, Central District of California, Honorable Otis D. Wright, II, presiding. Plaintiff Jermaine Petit was represented by attorneys Dale K. Galipo, Rodney S. Diggs, Renee V. Masongsong, and Brandon R. Tanter at trial. Defendants Brett Hayhoe and Daryl Glover were represented by attorneys Steven J. Rothans and Aria J. Beizai at trial. Defendant City of Los Angeles was represented by Christian Bojorquez at trial.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. The jury of eight deliberated and thereafter returned a verdict as follows:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Brett Hayhoe and/or Daryl Glover use excessive force against Jermaine Petit?

| | | |
|---|---|---|
| Brett Hayhoe | __X__ YES | _____ NO |
| Daryl Glover | _____ YES | __X__ NO |

*If you answered "yes" to either of the officers in response to Question 1, please answer Question 2. If you answered "no" to both officers in response to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive force against Jermaine Petit by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

    Brett Hayhoe   __X__ YES   _____ NO

    Daryl Glover   _____ YES   _____ NO

*Please proceed to the next Question.*

### FOURTH AMENDMENT MEDICAL CARE CLAIM

**QUESTION 3:** Did Brett Hayhoe and/or Daryl Glover delay, deny, or obstruct the provision of medical care to Jermaine Petit?

    Brett Hayhoe   __X__ YES   _____ NO

    Daryl Glover   _____ YES   __X__ NO

*If you answered "yes" to either of the officers in response to Question 3, please answer Question 4. If you answered "no" for both officers in response to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the denial, delay, or obstruction of medical care by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

    Brett Hayhoe   __X__ YES   _____ NO

    Daryl Glover   _____ YES   _____ NO

*Please proceed to the next Question.*

# BATTERY CLAIM

**QUESTION 5:** Did Brett Hayhoe and/or Daryl Glover intentionally shoot Jermaine Petit, thereby using deadly force on Jermaine Petit that was not necessary in defense of human life?

　　　　　　　　　　Brett Hayhoe   __X__ YES   _____ NO
　　　　　　　　　　Daryl Glover   __X__ YES   _____ NO

*If you answered "yes" to either of the officers in response to Question 5, please answer Question 6. If you answered "no" for both officers in response to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the use of unreasonable deadly force by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

　　　　　　　　　　Brett Hayhoe   __X__ YES   _____ NO
　　　　　　　　　　Daryl Glover   __X__ YES   _____ NO

*Please proceed to the next question.*

## BANE ACT CLAIM

**QUESTION 7:** Did Brett Hayhoe and/or Daryl Glover have a specific intent to violate or demonstrate a reckless disregard for Jermaine Petit's constitutional right to be free from excessive force?

| | | |
|---|---|---|
| Brett Hayhoe | _____ YES | __X__ NO |
| Daryl Glover | _____ YES | __X__ NO |

*If you answered "yes" to either of the officers in response to Question 7, please answer Question 8. If you answered "no" for both officers in response to Question 7, please proceed to Question 9.*

**QUESTION 8:** Did Brett Hayhoe's and/or Daryl Glover's specific intent or reckless disregard for Jermaine Petit's constitutional right to be free from excessive force cause Jermaine Petit harm?

| | | |
|---|---|---|
| Brett Hayhoe | _____ YES | _____ NO |
| Daryl Glover | _____ YES | _____ NO |

*Please proceed to the next question.*

-4-
[PROPOSED] JUDGMENT

# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM

**QUESTION 9:** Did Brett Hayhoe and/or Daryl Glover intentionally cause Jermaine Petit emotional distress when they engaged in extreme and outrageous conduct and used deadly force against him, which can be shown by Brett Hayhoe and/or Daryl Glover acting with reckless disregard of the probability that Jermaine Petit would suffer emotional distress?

Brett Hayhoe   __X__ YES   _____ NO
Daryl Glover   _____ YES   __X__ NO

*If you answered "yes" to either of the officers in response to Question 9, please answer Question 10. If you answered "no" for both officers in response to Question 9, please see instructions below Question 10.*

**QUESTION 10:** Did Brett Hayhoe's and/or Daryl Glover's extreme and outrageous conduct and deadly force cause Jermaine Petit harm?

Brett Hayhoe   __X__ YES   _____ NO
Daryl Glover   _____ YES   _____ NO

*If you answered "yes" to either officer in response to **any of** Questions 2, 4, 6, 8 **or** 10, please answer Question 11. If you did not answer "yes" as to either officer in response to **all** of Questions 2, 4, 6, 8, **and** 10, then skip Question 11 and proceed to sign and date the verdict form and return it to the Court.*

# DAMAGES

**QUESTION 11:** What are Jermaine Petit's damages?

Physical injuries, disfigurement, and physical pre-death pain and suffering

$   1,500,000

Mental and emotional pre-death pain and suffering, distress, grief, humiliation, inconvenience, and loss of enjoyment of life

$   1,500,000

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Total judgment in the sum of $3,000,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by this Court, is entered against Defendants Brett Hayhoe, Daryl Glover, and the City of Los Angeles and in favor of Plaintiff Ashlyn Petit. Plaintiff Ashlyn Petit is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

IT IS SO ORDERED.

DATED: _____

Hon. Otis D. Wright, II