**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, ASHLYN PETIT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS; AND/OR MOTION FOR JUDGMENT AS A MATTER OF LAW; AND/OR MOTION FOR NEW TRIAL** |

**TO THIS HONORABLE COURT:**

COME NOW Plaintiff ASHLYN PETIT and Defendants CITY OF LOS ANGELES, BRETT HAYHOE, and DARYL GLOVER ("Defendants"), and

- 1 -

hereby submit the following stipulation for an extended briefing schedule with respect to Plaintiff's anticipated motion for attorneys' fees and application to tax costs and Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a):

## Statement of Good Cause

1. On February 25, 2026, the jury returned the verdict in this case, including a finding in Plaintiff's favor and against Defendant Brett Hayhoe on Plaintiff's Fourth Amendment claims.

2. Under 42 U.S.C. Section 1988, Plaintiff, as the prevailing party, is entitled to the recovery of attorney's fees. Pursuant to Federal Rule of Civil Procedure, Rule 54, Plaintiff, as the prevailing party, is also entitled to costs. Pursuant to Central District Local Rules 54-1, 54-2, and 54-2.1, the prevailing party has fourteen (14) days from the date of entry of the judgment to file a motion for an award of statutory attorneys' fees and an application to the clerk to tax costs, including a bill of costs.

3. The Parties have agreed to an extended briefing schedule on Plaintiff's motion for attorneys' fees, and the Parties agree and request that Defendants' post-trial motions be heard on the same date. Subject to the Court's date of the entry of judgment, the Parties agree that there is good cause to modify the briefing schedule on Plaintiff's motion for attorneys' fees and application to the clerk to tax costs, including a bill of costs.  Defendants hereby expressly waive any  objections to the timeliness of Plaintiff's motion for attorney fees and bill of costs.

4. Notwithstanding the provisions of Rule 6(b)(2), Plaintiff hereby expressly waives any objection to the timeliness of the filing of Defendants' motions pursuant to Rule 50(b) and 59(a), and agree that briefing on all Parties' post-trial motions shall proceed according to the same schedule.

5. Accordingly, the Parties stipulate to the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiff to file Attorneys' Fee Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 28 days after this Court's entry of Judgment. FRCP 50(b); FRCP 59(b) | No change |
| • Last day for Defendants to file Opposition to Plaintiff's Attorneys' Fee Motion and Application to Tax Costs;<br>• Last day for Plaintiff to file oppositions to Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 21 days before the hearing | 14 days after motions/applications are filed |
| • Last day for Plaintiff to file reply in support of Plaintiff's Attorneys' Fee Motion and Application to Tax Costs; Last day for Defendants to file reply in support of Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | 14 days before the hearing | 14 days after oppositions are filed |

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS AND DEFENDANTS' POST-TRIAL MOTIONS

| | | |
|---|---|---|
| • Hearing date on Plaintiff Attorneys' Fee Motion and Application to Tax Costs; Defendants' renewed motion for judgment as a matter of law pursuant to Rule 509b) and motion for a new trial pursuant to Rule 59(a). | 28 days after moving papers are filed | 1:30 p.m. on the first Monday 14 days after the replies are filed |

**IT IS SO STIPULATED.**

DATED:  March 12, 2026        HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              KATHLEEN KENEALY, Chief Asst. City Atty

                              By: _____
                                    CHRISTIAN BOJORQUEZ, DCA
                              *Attorneys for Defendant*, City of Los Angeles

DATED: March 12, 2026         CARPENTER, ROTHANS & DUMONT LLP

                              By:  /s/ *Steven Rothans*
                                   Steven J. Rothans
                                   Aria J. Beizai
                                   Attorneys for Defendants, Sergeant Brett
                                   Hayhoe and Officer Daryl Glover, Jr.

DATED: March 12, 2026         LAW OFFICES OF DALE K. GALIPO

                              By:  /s/ *Renee V. Masongsong*
                                   Dale K. Galipo
                                   Renee V. Masongsong
                                   Attorneys for Plaintiff, Ashlyn Petit

DATED: March 12, 2026         IVIE McNEIL WYATT PURCELL & DIGGS

                              By:  /s/ *Rodney Diggs*
                                   Rodney S. Diggs
                                   Attorney for Plaintiff, Ashlyn Petit