**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br><br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS; AND/OR MOTION FOR JUDGMENT AS A MATTER OF LAW; AND/OR MOTION FOR NEW TRIAL** |

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the dates for the post-trial motions shall be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiff to file Attorneys' Fee Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 28 days after this Court's entry of Judgment. FRCP 50(b); FRCP 59(b) | No change |
| • Last day for Defendants to file Opposition to Plaintiff's Attorneys' Fee Motion and Application to Tax Costs;<br>• Last day for Plaintiff to file oppositions to Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 21 days before the hearing | 14 days after motions/applications are filed |
| • Last day for Plaintiff to file reply in support of Plaintiff's Attorneys' Fee Motion and Application to Tax Costs; Last day for Defendants to file reply in support of Defendants' renewed motion for judgment as a matter of law pursuant to | 14 days before the hearing | 14 days after oppositions are filed |

| | | |
|---|---|---|
| Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | | |
| • Hearing date on Plaintiff Attorneys' Fee Motion and Application to Tax Costs; Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | 28 days after moving papers are filed | 1:30 p.m. on the first Monday 14 days after the replies are filed |

**IT IS SO ORDERED**.

DATED: March 13, 2026

UNITED STATES DISTRICT COURT

_____
HON. OTIS D. WRIGHT, II