# EXHIBIT A

# INVOICE

**RAPID LEGAL INC.**
15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA 91709

accountsreceivable@rapidlegal.com
+1 (909) 664-9565



## 146308 Law Offices of Dale K. Galipo

**Bill to**
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Petit v. LA

**Ship to**
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Petit v. LA

**Invoice details**

Invoice no.: 12711038
Terms: Due on receipt
Invoice date: 08/27/2025
Due date: 08/27/2025

Account #: 146308

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 08/25/2025 | **Urgent Zone 1** | Urgent Zone 1 Personally Served/Agent, 08/25/2025, Torres # 43784, Subpoena Control Officer PARTY TO SERVE: Officer Nelson Martinez, No.43649 (Registered Agent: Front Desk OfficerWatch Commander) 1546 W Martin Luther King Jr Blvd, Los Angeles, CA 90062 Federal Subpoena To Testify At A Deposition In A Civil Action | 1 | $175.00 | $175.00 |
| 2. | 08/25/2025 | **Payment Processing Fee** | Payment Processing Fee | 1 | $6.13 | $6.13 |

**Note to customer**

BILLING CODE: Petit v. LA
CASE #: 223-cv-00789-ODW-PVC
CASE NAME: Petit, Ashlyn v. City of Los Angeles

| | |
|---|---|
| **Total** | **$181.13** |
| Payment | -$181.13 |
| **Balance due** | **$0.00** |

**Paid in Full**