# EXHIBIT B



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16145 | 9/9/2025 | 19685 |
| **Job Date** | **Case No.** | |
| 8/28/2025 | 2:23-CV-00789-CJC (PVCX) | |
| **Case Name** | | |
| Petit v. City of Los Angeles, et al. *(RVM CASE)* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Brett Hayhoe | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Digital File/Video File-Exhibit | 3.00 | | @ | 0.750 | 2.25 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.22 | Hours | @ | 140.000 | 450.80 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE   >>>                          $1,755.60**

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**\*\*Please make payments within 30 days to avoid a 5% late fee per month.**

**Tax ID:**

*Please detach bottom portion and return with payment.*



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2956

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS

DATE SEPTEMBER 11, 2025

$ 877.80

EIGHT HUNDRED SEVENTY-SEVEN AND EIGHTY CENTS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

DOLLARS

MEMO PETIT V. CITY OF LOS ANGLES

⑈002956⑈ ⑆122016066⑆ 224207123⑈

# I N V O I C E

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16339 | 9/15/2025 | 19559 |
| **Job Date** | **Case No.** | |
| 8/28/2025 | 2:23-CV-00789-CJC (PVCX) | |
| **Case Name** | | |
| Petit v. City of Los Angeles, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Renee V. Masongsong
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Nelson Martinez | 114.00 Pages | @ | 6.350 | 723.90 |
| Appearance Fee-Full Day | 1.00 | @ | 350.000 | 350.00 |
| Digital File/Video File-Exhibit | 2.00 | @ | 0.750 | 1.50 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 3.38 Hours | @ | 140.000 | 473.20 |
| Video Surcharge | 114.00 Pages | @ | 0.600 | 68.40 |
| Video Technology Package & Uploading Fee | 1.00 | @ | 45.000 | 45.00 |
| **TOTAL DUE   >>>** | | | | **$1,867.00** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "**make payment**" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Ms. Renee V. Masongsong
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 16339 |
| Invoice Date | : 9/15/2025 |
| **Total Due** | : **$1,867.00** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 19559 |
| BU ID | : 3-MAIN |
| Case No. | : 2:23-CV-00789-CJC (PVCX) |
| Case Name | : Petit v. City of Los Angeles, et al. |

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16339 | 9/15/2025 | 19559 |

| Job Date | Case No. | |
|---|---|---|
| 8/28/2025 | 2:23-CV-00789-CJC (PVCX) | |

| Case Name | | |
|---|---|---|
| Petit v. City of Los Angeles, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ms. Renee V. Masongsong
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Nelson Martinez | 114.00 Pages | @ | 6.350 | 723.90 |
| Appearance Fee-Full Day | 1.00 | @ | 350.000 | 350.00 |
| Digital File/Video File-Exhibit | 2.00 | @ | 0.750 | 1.50 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 3.38 Hours | @ | 140.000 | 473.20 |
| Video Surcharge | 114.00 Pages | @ | 0.600 | 68.40 |
| Video Technology Package & Uploading Fee | 1.00 | @ | 45.000 | 45.00 |
| **TOTAL DUE   >>>** | | | | **$1,867.00** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com



2968

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

SEPTEMBER 15, 2025

DATE

PAY TO THE ORDER OF FOCUS LITIGATION SOLUTIONS                     $ 1,867.00

ONE THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND NO CENTS                     DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO  PETIT V. CITY OF LOS ANGELES.  DEPO N. MARTINEZ

⑆002968⑆ ⑇122016066⑇ 224207123⑈

---

| | |
|---|---|
| Remit To: **Focus Litigation Solutions** | |
| **400 Capitol Mall Suite 1450** | |
| **Sacramento, CA 95814** | |

| | |
|---|---|
| Job No. | : 19559 |
| BU ID | : 3-MAIN |
| Case No. | : 2:23-CV-00789-CJC (PVCX) |
| Case Name | : Petit v. City of Los Angeles, et al. |

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15812 | 8/25/2025 | 18705 |
| Job Date | Case No. | |
| 7/30/2025 | 2:23-CV-00789-CJC (PVCX) | |

| Case Name |
|---|
| Petit v. City of Los Angeles, et al. *(RVM)* |

| Payment Terms |
|---|
| Due upon receipt |



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Daryl Glover, Jr. | 139.00 Pages | @ | 6.350 | 882.65 |
| Appearance Fee | 1.00 | @ | 295.000 | 295.00 |
| Digital File/Video File-Exhibit | 3.00 | @ | 0.750 | 2.25 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 3.90 Hours | @ | 140.000 | 546.00 |
| Video Surcharge | 139.00 Pages | @ | 0.600 | |
| Video Technology Package & Uploading Fee | 1.00 | @ | | |

**TOTAL DUE**

Thank you for choosing Focus Litigation Solutions for your court reporting
please let us know.
You can pay directly online on our website www.f
You will just need to enter the amount
Thank you,



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

3013

DATE ___ OCTOBER 9, 2025 ___

$ 2,059.30

PAY TO THE
ORDER OF ___ FOCUS LITIGATION SERVICES ___

TWO THOUSAND FIFTY-NINE AND THIRTY CENTS ___ DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

PETIT V. CITY OF LOS ANGELES

MEMO ___

⑈003013⑈ ⑈122016066⑈ 224207123⑈

$2,059.30

| Job No. | : 18705 |
|---|---|
| BU ID | : 3-MAIN |
| Case No. | : 2:23-CV-00789-CJC (PVCX) |
| Case Name | : Petit v. City of Los Angeles, et al. |

Remit To:  **Focus Litigation Solutions**
    **400 Capitol Mall Suite 1450**
    **Sacramento, CA 95814**

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17411 | 10/30/2025 | 20753 |
| **Job Date** | **Case No.** | |
| 10/13/2025 | 2:23-CV-00789-CJC (PVCX) | |
| **Case Name** | | |
| Petit v. City of Los Angeles, et al. *(RVM CASE)* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Phillip Sanchez | 93.00 | Pages | @ | 6.350 | 590.55 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| | | | **TOTAL DUE >>>** | | **$1,090.55** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

*SPLITTING COSTS w/ CO-COUNSEL*
*PLEASE PAY $545.28 (½)*

**Tax ID:**

*Please detach bottom portion and return with payment.*

---



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

3069

OCTOBER 30, 2025

DATE

PAY TO THE ORDER OF  FOCUS LITIGATION SOLUTIONS                    $  545.28

FIVE HUNDRED FORTY-FIVE AND TWENTY-EIGHT CENTS                    DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100
PETIT V. CITY OF LOS ANGELES. RE: P. SANCHEZ
MEMO

⑈003069⑈  ⑆122016066⑆  224207623⑈



**DALE K. GALIPO, INC.**
**DBA THE LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

003309

16-1606/1220

FEBRUARY 11, 2026

DATE_____

PAY TO THE ORDER OF _APTUS COURT REPORTING_____    $ 3,059.58

_THREE THOUSAND FIFTY-NINE AND FIFTY-EIGHT CENTS_____ DOLLARS

Security features included. Details on back.

**CITY NATIONAL BANK**

MEMO _PETIT V. CITY OF LOS ANGELES_____

⑈003309⑈ ⑈122016066⑈ 224207123⑈



**401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310**

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1185516 | 1/30/2026 | 10179202 |

| Job Date | Case No. |
|---|---|
| 12/15/2025 | 2:23-CV-00789-ODW (PVCX) |

| Case Name |
|---|
| Ashlyn Petit vs. City of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Darci Gilbert
Law Offices of Dale K, Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Bennet Omalu, M.D.

                                1,093.55

**TOTAL DUE  >>>**                **$1,093.55**

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
Mechanics Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link. Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,093.55** |

**Tax ID:** 27-4460942



COURT REPORTING

401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

# I N V O I C E
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1185515 | 1/30/2026 | 10174156 |

| Job Date | Case No. |
|---|---|
| 11/6/2025 | 2:23-CV-00789-ODW (PVCX) |

| Case Name |
|---|
| Ashlyn Petit vs. City of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Darci Gilbert
Law Offices of Dale K, Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Amy Magnusson, M.D.

|  | 755.03 |
|---|---|
| **TOTAL DUE   >>>** | **$755.03** |

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
Mechanics Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link.  Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $755.03 |

Tax ID: 27-4460942



**aptus.**
COURT REPORTING
401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1185512 | 1/30/2026 | 10174154 |

| Job Date | Case No. |
|---|---|
| 10/23/2025 | 2:23-CV-00789-ODW (PVCX) |

| Case Name |
|---|
| Ashlyn Petit vs. City of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Darci Gilbert
Law Offices of Dale K, Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard Scott Bryce

              1,211.00

**TOTAL DUE   >>>**        **$1,211.00**

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
Mechanics Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link. Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,211.00** |

**Tax ID:** 27-4460942