# EXHIBIT C

# COUNTY OF LOS ANGELES
# MEDICAL EXAMINER

**ORDER COMPLETED**

You will receive an order confirmation email within the next few minutes.

| | | | |
|---|---|---|---|
| Order # | **126584** | Status: | **Ready to Process** |
| Order Date: | **07/22/2025** | Shipping Method: | |
| Grand Total: | **$32.00** | Due Balance: | **$32.00** |

**Billing Address**

Alejandro Monguia
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
Woodland Hills, CA 91367
US
Phone: (818) 347-3333
amonguia@galipolaw.com

**Shipping Address**

Alejandro Monguia
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
Woodland Hills, CA 91367
US
Phone: (818) 347-3333
amonguia@galipolaw.com

**Order Summary**

Product Name
Part No.

QTY
Price Ea.
Total

Coroner's Report

1
$32.00
**$32.00**

Proof of Death Letter

0
$17.00
**$0.00**

$32.00

$0.00

$0.00

**$32.00**



# COUNTY OF LOS ANGELES

## DEPARTMENT OF MEDICAL EXAMINER
1104 N. MISSION RD, LOS ANGELES, CALIFORNIA 90033



**Odey C. Ukpo, M.D., M.S.**
**Chief Medical Examiner**

"Enriching Lives"

June 30,2025

*PETIT v. CITY OF L.A.*
*(RVM)*

Dale K. Galipo
21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367

**Re: Medical Examiner cases 2024-12394 Petit, Jermaine Clodor**

To Whom it may concern,

This Department is in receipt of your request for deposition subpoena for production of records for the above-named decedent. The following checked item(s) are applicable to this request:

☐ The cost for a Medical Examiners report is $15.00 each.

☒ The cost for photographs (thumb drive) $31.00 plus a processing fee of $53.00, for a total of $ 84.00

☐ The cost for CT- scans is $149.00 plus a processing fee of $53.00, for a total of $202.00

☐ The cost for X-rays is $91.00 plus a processing fee of $53.00, for a total of $144.00

☐ The cost for slides is $23.00 plus a processing fee of $71.00. There are ____ slides available for a total of $0.00.  Once payment received, please allow 2-3 weeks for processing of slides.

---

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2880

AUGUST 11, 2025
DATE _____

PAY TO THE
ORDER OF  COUNTY OF LOS ANGELES DEPARTMENT OF MEDICAL EXAMINER          $ 84.00

EIGHTY-FOUR AND NO CENTS                                                   DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO  PETIT V. CITY OF LOS ANGELES

⑆00 2880⑆ ⑈1 220 16066⑈ 224 207 123⑆

---

*National Association of Medical Examiners (Provisional)*
*California Medical Association-Continuing Medical Education*

*Accreditation Council for Graduate Medical Education*
*Peace Officer Standards and Training Certified*

2936



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

AUGUST 29, 2025

DATE _____

PAY TO THE
ORDER OF  LOS ANGELES CITY FIRE DEPARTMENT

$ 15.00

FIFTEEN AND NO CENTS

DOLLARS 🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO _____ PETIT V. CITY OF LOS ANGELES.

⑈"002936⑈" ⑆:12201б066⑆: 224207123⑈"

 

*CHAMBERS COPY OF MSJ OPP* (handwritten)

# Transaction Record

**FedEx**®

| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 886289418905 | Nov 21, 2025 | 33.64 USD |

### From address

Law Offices of Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

### To address

Hon. Otis D. Wright, II
MANDATORY CHAMBERS COPY
350 W. First Street
4th Floor
90012 CA LOS ANGELES
US
Phone: 2138941565

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 5.00 lb | | | n/a |

**Packaging type:**
FedEx Large Box

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
Saturday Delivery, No signature required

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | Petit v. LA | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

*BWC EXHIBITS TO MSJ OPP
TO CLERK'S OFFICE*

# Transaction Record

**FedEx**

| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 886289461662 | Nov 21, 2025 | 28.92 USD |

## From address

**Law Offices of Dale K. Galipo**
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Clerk's Office**
USDC Cental District
255 E. Temple St.
Suite 180
90012 CA LOS ANGELES
US
Phone: 2138941565

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.25 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Standard Overnight | I'll drop off my shipment at a FedEx location |

**Special Services:**
Saturday Delivery, No signature required

## Billing information

| Bill transportation cost to: | ******876 | P.O. No.: |
|---|---|---|
| Bill duties, taxes and fees to: | | Invoice No.: |
| Your reference: | Petit v. LA | Department No.: |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 886909254976 | Dec 9, 2025 | 30.31 USD |

## From address

**Law Offices of Dale K. Galipo**

Law Offices of Dale K. Galipo

21800 Burbank Blvd.

Ste. 310

91367 CA Woodland Hills

US

Phone: 8183473333

## To address

**Hon. Otis D. Wright, II**

Mandatory Chambers Copy

350 W. First Street

4th Floor

90012 CA LOS ANGELES

US

Phone: 2138941565

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Standard Overnight | I'll drop off my shipment at a FedEx location |

## Billing information

| | | |
|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: |
| Bill duties, taxes and fees to: | | Invoice No.: |
| Your reference: | Petit v. City of LA | Department No.: |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.