# EXHIBIT 1

**Dale K. Galipo**
**Timekeeping Record**

*Petit v. City of Los Angeles, et al.*
**Case No.** 2:23-cv-00789-ODW (PVCx)

| Date | Description | Hours |
|---|---|---|
| 06.11.25 | Review Case Materials | 2.4 |
| 06.12.25 | Review Case Materials | 2.6 |
| 06.17.25 | Review Case Materials | 1.8 |
| 06.21.25 | Review Pleadings | 0.7 |
| 06.22.25 | Review Disclosures | 1.5 |
| 06.23.25 | Review Investigation Reports | 2.5 |
| 06.24.25 | Review File – Statements  - Reports | 3.3 |
| 06.25.24 | Review File – Statements  - Reports | 4.7 |
| 07.10.25 | Review Investigation Materials | 2.7 |
| 07.15.25 | Review Investigation Materials | 3.1 |
| 07.17.25 | Review Officer Statements | 2.9 |
| 07.20.25 | Review Officer Statements | 2.2 |
| 07.20.25 | Review Protective Order | 0.4 |
| 07.22.25 | Review Officer Statements | 1.8 |
| 07.25.25 | Prepare for Glover deposition – Review Case Materials | 3.2 |
| 07.26.25 | Prepare for Glover deposition - Review Case Materials | 2.8 |
| 07.28.25 | Prepare for Glover deposition - Review Case Materials | 3.7 |
| 07.29.25 | Prepare for Glover deposition - Review Case Materials | 4.3 |
| 07.30.25 | Glover Deposition – Preparation | 5.5 |
| 08.02.25 | Review Video Documents / Evidence | 1.1 |
| 08.02.25 | Review Video Documents / Evidence | 1.4 |
| 08.20.25 | Prepare for Officer Depositions - Review Case Materials | 3.7 |
| 08.21.25 | Prepare for Officer Depositions - Review Case Materials | 3.3 |
| 08.22.25 | Review Joint Stipulation re Discovery | 0.3 |
| 08.23.25 | Prepare for Officer Depositions - Review Case Materials | 2.5 |
| 08.24.25 | Prepare for Officer Depositions - Review Case Materials | 4.1 |
| 08.28.25 | Hayhoe Deposition – Preparation | 4.2 |
| 08.28.25 | Martinez Deposition – Preparation | 1.0 |
| 09.18.25 | Review Answer | 0.4 |
| 09.19.25 | Review Expert Reports | 2.2 |
| 09.20.25 | Review Expert Reports | 1.8 |
| 09.22.25 | Review Glover Deposition | 2.2 |
| 09.23.25 | Review Hayhoe Deposition | 1.8 |
| 09.22.25 | Review Martinez Deposition | 1.5 |
| 09.30.25 | Review Officer Statements | 2.7 |
| 10.01.25 | Review Medical Records | 2.25 |
| 10.01.25 | Review Officer Statements | 3.3 |
| 10.02.25 | Review Medical Records | 1.4 |
| 10.03.25 | Review Paramedic Reports | 0.75 |
| 10.06.25 | Prepare for Sanchez Deposition - Review Case Materials | 3.3 |

1

**Dale K. Galipo**
**Timekeeping Record**

*Petit v. City of Los Angeles, et al.*
**Case No.** 2:23-cv-00789-ODW (PVCx)

| Date | Description | Hours |
|---|---|---|
| 10.08.25 | Review Autopsy Report – Coroner's Report | 1.1 |
| 10.10.25 | Prepare for Sanchez Deposition - Review Case Materials | 2.7 |
| 10.11.25 | Prepare for Sanchez Deposition - Review Case Materials | 2.6 |
| 10.13.25 | Sanchez Deposition - Preparation | 4.4 |
| 10.22.25 | Prepare for Bryce Deposition | 1.6 |
| 10.23.25 | Bryce Deposition – Preparation | 1.5 |
| 11.02.25 | Review Body Worn Cameras | 0.9 |
| 11.04.25 | Review Scene Photos | 0.5 |
| 11.05.25 | Prepare for Magnusson Deposition | 1.1 |
| 11.06.25 | Magnusson Deposition – Preparation | 1.0 |
| 11.07.25 | Review MSJ – Legal Research | 2.7 |
| 11.08.25 | Review MSJ – Legal Research | 2.3 |
| 11.09.25 | Review MSJ – Legal Research | 3.0 |
| 11.11.25 | Review Petit Deposition | 1.2 |
| 11.11.25 | Review Deposition of Hanna Mark | 0.8 |
| 11.11.25 | Review Deposition of Todd Tramel | 0.7 |
| 11.14.25 | Work on MSJ Opposition – Legal Research | 2.5 |
| 11.17.25 | Work on MSJ Opposition - Legal Research | 3.5 |
| 11.20.25 | Review MSJ Opposition -  Legal Research | 2.7 |
| 11.21.25 | Review MSJ Opposition | 2.3 |
| 11.24.25 | Mediation – Preparation | 3.0 |
| 12.05.25 | Review Reply to MSJ – Legal Research | 1.4 |
| 12.06.25 | Review Reply to MSJ – Legal Research | 1.6 |
| 12.10.25 | Review Opposition to Ex Parte Application | 0.5 |
| 12.14.25 | Preparation for Omalu Deposition | 2.5 |
| 12.15.25 | Omalu Deposition – Preparation | 1.0 |
| 12.16.25 | Review Officer Statements | 2.1 |
| 12.17.25 | Review Officer Statements | 1.9 |
| 12.18.25 | Review Officer Depositions (Glover – Hayhoe – Martinez) | 3.7 |
| 12.19.25 | Review Officer Depositions (Glover – Hayhoe – Martinez) | 3.3 |
| 12.20.25 | Review Officer Depositions (Glover – Hayhoe – Martinez) | 2.4 |
| 12.26.25 | Review Expert Reports | 1.6 |
| 12.30.25 | Review Expert Depositions | 2.2 |
| 12.31.25 | Review Expert Depositions | 2.8 |
| 01.01.26 | Review Discovery/Depositions | 1.4 |
| 01.02.26 | Review Officer Statements | 2.6 |
| 01.03.26 | Review Officer Statements | 2.0 |
| 01.04.26 | Review Depositions | 4.3 |
| 01.05.26 | Outline Glover Statement | 2.7 |
| 01.06.26 | Outline Hayhoe Statement | 2.5 |

**Dale K. Galipo**
**Timekeeping Record**

*Petit v. City of Los Angeles, et al.*
**Case No.** 2:23-cv-00789-ODW (PVCx)

| Date | Description | Hours |
|---|---|---|
| 01.07.26 | Outline Martinz Statement | 2.2 |
| 01.11.26 | Outline Martinez Deposition | 1.8 |
| 01.13.26 | Review Order Denying MSJ | 0.5 |
| 01.14.26 | Review Motions in Limine | 2.7 |
| 01.16.26 | Review Memorandum of Contentions | 1.3 |
| 01.16.26 | Review Proposed Voir Dire | 1.5 |
| 01.16.26 | Review Proposed Jury Verdict | 0.5 |
| 01.16.26 | Review Proposed Statement of the Case | 0.3 |
| 01.16.26 | Review Pretrial Conference Order | 0.8 |
| 01.16.26 | Review Exhibit List | 1.2 |
| 01.18.26 | Review Motions in Limine | 2.5 |
| 01.19.26 | Review Officer Statements | 1.5 |
| 01.20.26 | Review Motions in Limine – Oppositions | 1.4 |
| 01.21.26 | Review Oppositions to Motions in Limine | 2.7 |
| 01.23.26 | Review Pre-Trial Documents | 1.7 |
| 01.25.26 | Review Pre-Trial Documents | 1.3 |
| 01.27.26 | Review Exhibit List | 1.6 |
| 01.28.26 | Outline Glover's Deposition | 3.3 |
| 01.29.26 | Outline Hayhoe's Deposition | 2.7 |
| 02.07.26 | Trial Preparation | 3.2 |
| 02.08.26 | Trial Preparation | 4.8 |
| 02.13.26 | Trial Preparation | 5.5 |
| 02.14.26 | Trial Preparation | 13.5 |
| 02.15.26 | Trial Preparation | 14.5 |
| 02.16.26 | Trial Preparation | 16.7 |
| 02.17.26 | Trial – Trial Preparation | 16.2 |
| 02.18.26 | Trial – Trial Preparation | 15.8 |
| 02.19.26 | Trial – Trial Preparation | 15.5 |
| 02.20.26 | Trial – Trial Preparation | 16.5 |
| 02.21.26 | Trial Preparation | 11.7 |
| 02.22.26 | Trial Preparation | 12.3 |
| 02.23.26 | Trial Preparation | 13.5 |
| 02.24.26 | Trial – Meeting – Deliberations | 14.5 |
| 02.25.26 | Trial – Deliberations | 8.0 |
| 03.23.26 | Motion for Attorney Fees | 1.5 |
| 03.24.26 | Motion for Attorney Fees | 1.7 |
| 04.02.26 | Motion for Attorney Fees | 1.3 |

3

**Dale K. Galipo**
**Timekeeping Record**

*Petit v. City of Los Angeles, et al.*
**Case No.** 2:23-cv-00789-ODW (PVCx)

| Date | Description | Hours |
|---|---|---|
| | | |
| | **TOTAL HOURS** | 400.1 |
| | *Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants' and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments. | |