# EXHIBIT 1

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| 7/1/25 | Review case file, including prior discovery requests, responses, and production, criminal case history (1.2); Review civil case docket and procedural posture (0.4); Review emails re: deposition of Ms. Blackwell and discuss Ms. Blackwell's unavailability with co-counsel (0.3); Review status of discovery and make discovery plan, including retaining experts and noticing depositions (0.5) | 2.4 |
| 7/2/25 | Notice depositions (0.2); Discuss case with co-counsel's office (0.2); Reach out to potential expert (0.2); Review summary of statement of witness Mark | 0.6 |
| 7/7/25 | Continue to review file and identify missing documents/deficient document production (0.8); Discussions with co-counsel's office and review of prior correspondence re: discovery issues, protective order, and case status (0.5); Continue to make discovery plan, including next steps in obtaining documents and BWC videos (0.3); Review the discovery dispute procedures of the magistrate judge PVC (0.5); Review objection to notice of depo of Glover (0.1) | 2.2 |
| 7/8/25 | Emails and discussions re: deposition scheduling (0.1); Reach out to potential expert (0.1) | 0.2 |
| 7/9/25 | Communications with potential expert (0.1) | 0.1 |
| 7/10/25 | Communication with potential expert (0.2); Discuss discovery, including experts and depositions, with co-counsel's office (0.2); Prepare "meet and confer" letter re: Defendants' discovery responses and document production, including review of prior meet and confer efforts on this issue (1.0) | 1.4 |
| 7/11/25 | Draft protective order (using the model and modifying the good cause statement) as part of Plaintiff's "meet and confer" efforts to obtain further document production (0.6); Review of ongoing email correspondence re: deposition scheduling (0.1) | 0.7 |
| 7/14/25 | Follow up on expert retention (0.2); Continue to draft/edit "meet and confer" letter and proposed protective order re: Defendants' document production (0.4); Prepare Plaintiff's written discovery to individual defendants (0.5); Draft and transmit email to defense counsel re: the City's document production, with "meet and confer" letter and draft protective order (0.5); Phone call with defense counsel re: deposition of Ms. Blackwell and depositions of individual officer defendants (0.3); Prepare subpoena to LADA with attachment and instruct legal assistant (0.3); email communication with defense counsel re: deposition scheduling (0.1) | 2.3 |
| 7/16/25 | Meeting with co-counsel to discuss the case (1.0); Review policy findings/ Intradepartmental Correspondence re: Use of Force (0.3) | 1.3 |
| 7/17/25 | Emails re: deposition scheduling and potential extension of discovery and expert dates to accommodate the depositions of the officers, and follow up on my "meet and confer" letter (0.4) | 0.4 |
| 7/18/25 | Communications with retained expert (0.3); Communications with potential medical experts (0.3) | 0.6 |
| 7/21/25 | "Meet and confer" phone call with counsel for all Defendants re: document production, deposition dates, and case deadlines (0.4); Retain experts (0.4); Review file for missing disclosures (0.3); Review docket and file re: City's missing Answer (0.4); Email communications with defense counsel re: | 2.3 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|------|-------------|-------|
| | deposition dates (0.2); Discuss and instruct legal assistants on obtaining further medical records, autopsy report and photos (0.3); Receive updates re: Ms. Blackwell's medical condition (0.1); Communications with medical expert (0.2) | |
| 7/22/25 | Review defense counsel's edits to the protective order (0.2); Discuss and instruct re: request for LAFD/paramedic records (0.2); Review amended notices of witness depos (0.1) | 0.7 |
| 7/23/25 | Follow up on Ms. Blackwell's deposition and review note from Ms. Blackwell's doctor (0.3) | 0.3 |
| 7/25/25 | Follow up with the clerk on the status of entry of the protective order to facilitate document production (0.1) | 0.1 |
| 7/28/25 | Review email from counsel for Sgt. Hayhoe re: Sgt. Hayhoe's unavailability for scheduled deposition (0.1); Review letter from counsel for the City (0.1) | 0.2 |
| 7/29/25 | Review additional document production by Defendants (3.2); prepare for deposition of Officer Glover, including review of officer statements and BWC videos and creation of still frames to be used during the deposition (3.4); Zoom with co-counsel (0.5); Communications with defense counsel re: deposition scheduling (0.3) | 7.4 |
| 7/30/25 | Continue to prepare for deposition of Officer Glover (1.4); Participate in deposition of Officer Glover (3.2) | 4.6 |
| 8/1/25 | Email exchange with defense counsel re: discovery issues (0.1) | 0.1 |
| 8/5/25 | Follow up on medical records request (0.2); Discuss discovery plan and dates with co-counsel and prepare deposition subpoena for Officer Nelson Martinez (0.5) | 0.7 |
| 8/7/25 | Review notice of deposition of medical examiner and discuss with co-counsel (0.2) | 0.2 |
| 8/11/25 | Communications re: deposition scheduling (0.2); Follow up on request for autopsy materials (0.2) | 0.4 |
| 8/12/25 | Prepare for witness depositions (1.5); Phone call with retained expert (0.3) | 1.8 |
| 8/13/25 | Continue to prepare for depositions (0.6); Deposition of witness Hanna Mark (0.75); Deposition of Todd Tramel (0.8); Discuss update re: Ms. Blackwell's health (0.1); Communications with defense counsel re: depositions of Sgt. Hayhoe and Ms. Blackwell and potential extension of expert discovery cutoff to accommodate Sgt. Hayhoe's deposition (0.5); Consult with expert witness (0.2) | 2.95 |
| 8/14/25 | Draft and send "meet and confer" email to defense counsel re: deposition dates and potential continuance of expert discovery deadlines (0.4) | 0.4 |
| 8/17/25 | Consult with retained expert (0.5) | 0.5 |
| 8/19/25 | Review coroner's report (0.6); Review autopsy photos (0.3); Deposition of medical examiner (0.5); Draft proposed stipulation to continue the expert discovery dates (0.6); Draft and send "meet and confer" email to defense counsel regarding potential continuance of the expert discovery dates to accommodate Sgt. Hayhoe's rescheduled deposition (0.5); Follow up with Plaintiff's retained experts (0.2) | 2.7 |

2

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| 8/20/25 | Revise stipulation to continue, and continued concurrent email communication with defense counsel re: same (0.6) | 0.6 |
| 8/21/25 | Follow up with defense counsel re: stipulation to continue (0.1); Discuss experts with co-counsel (0.2); Instruct re: deposition notice and subpoena of Officer Martinez (0.1) | 0.4 |
| 8/22/25 | Revise and finalize stipulation to continue the dates after reviewing input from defense counsel, and continued email communication re: same (0.3); Email exchange with City attorney's office re: deposition schedule (0.1); Submit proposed order to chambers (0.1) | 0.5 |
| 8/23/25 | Consult with Plaintiff's retained medical expert (0.3) | 0.3 |
| 8/25/25 | Review Court order modifying the dates (0.1) | 0.1 |
| 8/27/25 | Follow up with Plaintiff's retained experts (0.3); Prepare for depositions of Officer Martinez and Sgt. Hayhoe (2.8) | 3.1 |
| 8/28/25 | Continue to prepare for depositions (1.0); Deposition of Officer Martinez (2.75); Deposition of Sgt. Hayhoe (2.0) | 5.75 |
| 9/2/25 | Consult with Plaintiff's retained expert (0.2) | 0.2 |
| 9/4/25 | Follow up with Plaintiff's retained experts (0.3) | 0.3 |
| 9/5/25 | Consult with Plaintiff's retained expert (0.3); Review Decedent's medical records (1.0) | 1.3 |
| 9/9/25 | Consult with Plaintiff's retained expert (0.4) | 0.4 |
| 9/10/25 | Consult with Plaintiff's retained expert (0.3) | 0.3 |
| 9/15/25 | Review, consider and discuss with co-counsel City's non-response to Plaintiff's FAC, and email counsel for the City re: whether the City intends to file an Answer (0.4); Discuss opinions by Plaintiff's experts with co-counsel (0.4) | 0.8 |
| 9/16/25 | Consult with Plaintiff's retained experts (0.2); Follow up on issue with Ms. Blackwell (0.1) | 0.3 |
| 9/18/25 | Consult with Plaintiff's retained experts (0.2) | 0.2 |
| 9/19/25 | Plaintiff's initial expert disclosures (7.1) | 7.1 |
| 9/22/25 | Instruct re: notice of deposition of Sanchez, and related email communications (0.1) | 0.1 |
| 9/23/25 | Review paramedic records (0.5); Prepare Plaintiff's supplemental/initial fact disclosures with paramedic records (1.0); Follow up with Plaintiff's retained experts re: availability for deposition (0.2); Review Defendants' initial expert disclosures and report of Sanchez (1.5); Discussions and scheduling re: mediation (0.2) | 3.4 |

**Renee V. Masongsong, Esq.**                                    *Petit v. City of Los Angeles*
**Timekeeping Record**                                            **Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| **9/24/25** | Continued communications with Plaintiff's retained experts, defense counsel, and co-counsel to schedule expert depositions (0.5); Emails re: setting up the mediation (0.2) | 0.7 |
| **9/25/25** | Discuss issue re: Ms. Blackwell's deposition and potential trial testimony with co-counsel and defense counsel (0.5); Consult with Plaintiff's retained expert re: report of defense expert Sanchez (0.4) | 0.9 |
| **9/26/25** | Follow up with Plaintiff's retained experts re: deposition scheduling (0.2); Emails re: mediation and deposition scheduling (0.2); Review and edit proposed stipulation re: exclusion of Ms. Blackwell's testimony at trial, including discussion with c-counsel and Mr. Galipo (0.5) | 0.9 |
| **9/30/25** | Communicate with Plaintiff's retained medical expert re: deposition scheduling (0.1) | 0.1 |
| **10/10/25** | Review defense expert Sanchez's file (0.4) | 0.4 |
| **10/13/25** | Deposition of Philip Sanchez (2.0) and preparation (0.5); Review Defendants' rebuttal expert disclosures (2.0) | 4.5 |
| **10/15/25** | Email defense counsel re: Defendants' "meet and confer" letter re: MSJ and rescheduling of Dr. Omalu's deposition (0.2); Review Defendants' "meet and confer" letter re: MSJ (0.4); Review Plaintiff's FAC (0.5); Review police practices experts' reports (0.75); Email co-counsel re: Defendants' MSJ (0.1) | 1.95 |
| **10/20/25** | Communications with defense counsel and assistant to Plaintiff's retained medical expert re: rescheduling the deposition (0.1) | 0.1 |
| **10/22/25** | Prepare for deposition of Richard Bryce (0.8); Further communications re: rescheduling Dr. Omalu's deposition (0.1) | 0.9 |
| **10/23/25** | Prepare for deposition of Richard Bryce (0.4); Deposition of Richard Bryce (5.0); | 5.4 |
| **10/24/25** | Prepare for "meet and confer" call with defense counsel, including evaluation of viability of certain claims, review of evidence relating to Plaintiff's denial of medical care claim, and communications with co-counsel (1.1); "Meet and confer" call with defense counsel re: Defendants' MSJ (0.4) | 1.5 |
| **10/30/25** | Review stip to dismiss ADA claim and respond to email re: same (0.2) | 0.2 |
| **10/31/25** | Settlement discussions (0.2) | 0.2 |
| **11/4/25** | Prepare for deposition of Dr. Magnusson (1.2) | 1.2 |
| **11/6/25** | Deposition of Dr. Magnusson (2.0); Email defense counsel re: deposition scheduling (0.1) and communications with expert re: same (0.1) | 2.2 |
| **11/7/25** | Review Defendants' MSJ and accompanying documents (2.6); Review deposition of Hanna Mark and draft separate statement points (1.5); Review deposition of Todd Tramel (0.5); Review BWC videos (0.5); Review *Calonge v. City of San Jose, et al.* (0.5); Consult with expert (0.5); Review Court's order re: MSJ procedures and requirements (0.5) | 6.1 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|------|-------------|-------|
| **11/8/25** | Work on Plaintiff's responsive Separate Statement re: Defendants' MSJ, including reviewing the transcripts and videos and drafting Plaintiff's additional material facts | 5.8 |
| **11/9/25** | Work on Plaintiff's responsive Separate Statement re: Defendants' MSJ, including reviewing the transcripts and videos and drafting Plaintiff's additional material facts | 6.1 |
| **11/10/25** | Continue to work on Plaintiff's responsive Separate Statement re: Defendants' MSJ (5.5); Draft my declaration re: exhibits to MSJ opposition, including review and consideration of potential under seal filing re: portions of officer depositions under seal (1.8) | 7.3 |
| **11/11/25** | Draft settlement demand letter (0.5); Work on MSJ opposition, including conducting research on qualified immunity, reviewing the cases cited in Defendants' brief, and reviewing the evidence (6.5) | 7.0 |
| **11/12/25** | Work on MSJ opposition, including conducting legal research and drafting the memorandum of points and authorities | 6.8 |
| **11/13/25** | Work on MSJ opposition, including conducting legal research, reviewing the evidence, and drafting the memorandum of points and authorities | 7.5 |
| **11/14/25** | Draft evidentiary objections re: MSJ (2.0); Prepare exhibits to MSJ opposition (2.2); Prepare notice of manual filing (0.4); Review LAFD records (0.4); Review BWC videos re: medical response (0.5); Cut memorandum of points and authorities for word count (0.8); Email co-counsel re: MSJ opposition (0.4) | 6.7 |
| **11/17/25** | Work on MSJ opposition, including conferring with Mr. Galipo and revising portions of the Separate Statement and memorandum of points and authorities after conferring with Mr. Galipo | 4.0 |
| **11/18/25** | Revise portions of mediation brief (0.6); Continue to work on MSJ opposition, including conferring with co-counsel and making revisions after further discussions with Mr. Galipo (2.2) | 2.8 |
| **11/19/25** | Work on MSJ opposition, including consultation with expert and revision of memorandum of points and authorities | 2.2 |
| **11/21/25** | Finalize MSJ opposition with all accompanying documents | 2.4 |
| **11/22/25** | Review filed MSJ opposition documents (0.6) and prepare notice of errata re MSJ filing (0.3) | 0.9 |
| **11/24/25** | Participate in mediation (2.0) | 2.0 |
| **11/25/25** | Communications re: rescheduling deposition of Dr. Omalu | 0.1 |
| **12/3/25** | Communications re: rescheduling deposition of Dr. Omalu | 0.1 |
| **12/8/25** | Communications re: rescheduling deposition of Dr. Omalu | 0.1 |
| **12/14/25** | Prepare for deposition of Dr. Omalu | 0.6 |
| **12/15/25** | Deposition of Dr. Omalu (4.2); Meet and confer with defense counsel re: Defendants' request to continue the trial date (0.2) | 4.4 |

5

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
Case No. 2:23-cv-00789-ODW

| Date | Description | Hours |
|---|---|---|
| 12/16/25 | Further discussions re: Defendants' request to continue the trial (0.3) | 0.3 |
| 12/17/25 | Start drafting Plaintiff's opposition in anticipation of Defendants' ex parte application filing (1.6) | 1.6 |
| 12/18/25 | Review Defendants' ex parte application to continue the trial date (0.5) and draft opposition thereto (1.5) | 2.0 |
| 12/19/25 | Review Defendants' "meet and confer" letter re: MILs and discuss with co-counsel (0.8) | 0.8 |
| 12/23/25 | Draft Plaintiff's "meet and confer" letter re: Plaintiff's anticipated MILs (0.6); Review Court's civil trial order re: MIL procedures (0.3); Communications with co-counsel re: Plaintiff's anticipated MILs (0.4); Review the Court's order at Dkt. 102 denying Defendants' ex parte application to continue the trial (0.3) | 1.6 |
| 1/5/26 | Draft Plaintiff's Proposed Jury Instructions (2.0); Draft PTCO (2.0); Draft Statement of the Case (0.3); Draft Plaintiff's Special Verdict Form (0.6); Review Defendants' proposed stipulation re: MILs and discuss with co-counsel and DKG (1.4) | 6.3 |
| 1/6/26 | Review Defendants' draft witness list and prepare Plaintiff's portion of the witness list (1.0); Review Defendants draft statement of the case (0.3) | 1.3 |
| 1/12/26 | Confer with co-counsel on MILs and oppositions thereto (0.3); Prepare sets of joint jury instructions and disputed jury instructions (with objections), incorporating Defendants' proposed instructions (1.2); Edit proposed stipulation to exclude denial of MSJ and continue to review Defendants' other proposed stipulations (0.5); Email exchange with defense counsel re pretrial issues (0.1); Review Defendants' draft of the exhibit list and prepare Plaintiff's portion (1.0) | 3.1 |
| 1/13/26 | Prepare Plaintiff's MCFL (1.6); Prepare Plaintiff's proposed voir dire (0.3); Review Defendants' edits to the PPTCO (0.3); Review Court's order denying MSJ (0.5); Prepare Plaintiff's MIL to exclude criminal history (0.8); | 3.5 |
| 1/14/26 | Prepare Plaintiff's MIL to exclude drug evidence (1.0); Edit Plaintiff's MIL to exclude information unknown (0.5); Revise Plaintiff's MIL No. 2 (0.5) | 2.0 |
| 1/15/26 | Make proposed revisions to the disputed jury instructions with Defendants' additions and concurrently draft an email to defense counsel summarizing the proposed revisions (2.0); Make minor edits to the PPTCO and reconcile the stipulations of fact within the PPTCO with the stipulations of fact within the jury instructions (0.5); Review Defendants' edits to the Joint Exhibit List and consider Defendants' inquiry re: stip to authenticity (0.3); Review Defendants' edits to the statement of the case (0.2); Email exchange with defense counsel re: pretrial issues (0.2) | 3.2 |
| 1/16/26 | Finalize both sets of jury instructions and prepare Index (1.8); Finalize PPTCO (0.5); Work on Joint Witness List, including insertion of time estimates and further revisions following additional insertions by defense counsel (1.2); Finalize Joint Exhibit List (0.6); Email exchange with defense counsel re: pretrial issues (0.5); Further email exchange with legal assistant to defense counsel re: witness list and edits thereto, and review revised witness list (0.4) | 5.0 |
| 1/20/26 | Draft Plaintiff's opposition to Defendants' MIL No. 2 (1.0); Review Defendants' motion to trifurcate and confer with co-counsel on the opposition (0.3) | 1.3 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
Case No. 2:23-cv-00789-ODW

| Date | Description | Hours |
|---|---|---|
| 1/21/26 | Review and edit Plaintiff's opposition to Defendants' MIL No. 4 (0.3); Prepare my declaration ISO Plaintiff's opposition to Defendants' MIL No. 2, with exhibit (0.6); Edit/revise Plaintiff's opposition to Defendants' motion to trifurcate and insert additional arguments (0.8); Review and edit Plaintiff's opposition to Defendants' MIL No. 1 (0.3); Review and edit Plaintiff's opposition to Defendants' MIL No. 3 (0.3) | 2.3 |
| 1/26/26 | Revise request for order allowing appearance of non-lead trial counsel at MIL hearing or in the alternative, to advance the hearing to the time of the pretrial conference and finalize for filing (0.4) | 0.4 |
| 1/27/26 | Review Court's order advancing the MIL hearing (0.1); Prepare for MIL hearing and FPTC (1.5) | 1.6 |
| 2/9/26 | Prepare for MIL hearing and FPTC (1.0); Participate in/appear at MIL hearing and FPTC (2.0); Prepare stipulation and proposed order dismissing Plaintiff's Monell claim (0.3) and email to defense counsel re: same (0.1) | 3.4 |
| 2/10/26 | Trial preparation, including: organizing/planning trial schedule and witness testimony (0.4); pursuing additional witnesses to testify (0.4); selecting and preparing exhibits (3.2); contacting experts (0.3) | 4.3 |
| 2/11/26 | Trial preparation, including: contacting experts and organizing witness testimony following updated trial commencement date from the Court (0.8); working on amended witness list (0.3); reviewing draft of opening statement and providing feedback (0.8); selecting exhibits for opening statement (0.5); conferring with co-counsel re: trial arrangements and strategy (0.6); drafting pretrial exhibit stipulation (1.2); revising pretrial documents to remove Monell claim (0.5) | 5.7 |
| 2/12/26 | Draft and transmit email to defense counsel with pretrial exhibit stipulation and final amended joint witness list (0.2); In light of Defendants' objections to "gory" photographs and related ruling by the Court, select a reasonable number of "gory" photographs to be used as trial exhibits, including review of Liggett BWC video and creation of still shots from Liggett's BWC video (1.8); Prepare exhibits, including selection of portions of the medical records, consideration of removal of certain exhibits, creation of video clips and stills, selection of scene photographs (3.0); Review Court's order re: MILs (0.5); Make further revisions to the Joint Exhibit List and Pretrial Exhibit Stipulation following email from defense counsel transmitting these amended documents, and continued email exchange re: same (0.7); Review and discuss proposed stipulation re Decedent's death (0.4) | 6.6 |
| 2/13/26 | Continue working on the exhibits, and instruct legal assistant on making the exhibit binders (2.2); Make additional edit to the witness list (0.4); Trial preparation, including: coordinate with expert witnesses (0.6), review depositions and statements of Hayhoe, Glover, and Martinez (3.2), review deposition of Ashlyn Petit (0.6), compile and review additional documents to be used during trial (1.2) | 6.2 |
| 2/16/26 | Review defense counsel's draft of the amended jury instructions, compare to the prior agreed-upon set, and work on the amended disputed jury instructions, including efforts to reduce the number of disputes (2.4); Continued email exchange with defense counsel re: jury instructions (0.5); Continue to work on the amended witness list (0.2); Trial preparation (1.0) | 4.1 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| 2/17/26 | Trial Day 1: drive time (1.2) meet with client and co-counsel before trial (1.0); court time (3.0); meet with client and co-counsel after trial (0.6); work on amended verdict form (0.4); continue to work on amended jury instructions with defense counsel in an effort to further resolve disputes (0.8); review statement and deposition of Officer Martinez (1.2); review statement and deposition of Sgt. Hayhoe (1.0) | 9.2 |
| 2/18/26 | Trial Day 2: court time (6.8); meet with client and co-counsel (0.5); continue to work on the jury instructions (1.4) | 8.7 |
| 2/19/26 | Trial Day 3: court time (7.0); communication with Plaintiff's medical expert (0.3); Review deposition of Dr. Omalu (1.0) | 8.3 |
| 2/20/26 | Trial Day 4: court time (4.0); review medical records and discuss same with Dr. Omalu and co-counsel (1.0); drive time (1.5) select portions of medical records to be admitted into evidence and email defense counsel re: same (0.6) | 7.1 |
| 2/21/26 | Review defense counsel's email re: jury instructions (0.2) | 0.2 |
| 2/23/26 | Continue to review medical records and discuss admission of certain portions of the records with co-counsel (0.4); Further email correspondence with defense counsel re: admission of medical records (0.3); Continue to work on the jury instructions (1.2); Work on Plaintiff's amended verdict form (0.3) | 2.2 |
| 2/24/26 | Trial Day 5: court time and jury deliberations, including working on the amended jury instructions and excluding food run for team (11.0); round-trip drive time (2.2) | 13.2 |
| 2/25/26 | Trial Day 6: jury deliberations (6.0); meet with client after the verdict (0.3); and round-trip drive time (2.8) | 9.1 |
| 3/6/26 | Prepare proposed judgment (0.8); Prepare stipulation and proposed order for extended briefing schedule on the post-trial motions (0.4); Emails to co-counsel and defense counsel re: same (0.2) | 1.4 |
| 3/11/26 | Follow up on stipulation and proposed order for extended briefing schedule on the post-trial motions (0.1) | 0.1 |
| 3/12/26 | Further email exchange re: stipulation and proposed order for extended briefing schedule on the post-trial motions (0.1); Finalize stipulation (0.1) | 0.2 |
| 3/31/26 | Prepare my timesheet (1.0); Prepare my declaration ISO Plaintiff's attorney fee motion (0.5); Prepare Plaintiff's attorney fee motion and exhibits (1.0) | 2.5 |
| 4/6/26 | Finalize Plaintiff's attorney fee motion and accompanying documents, including review/edit of my declaration and time sheet and calculation of total lodestar (2.0) | 2.0 |

**TOTAL HOURS BILLED: 287.55**

**Hourly Rate Requested: $900**

**Total Amount: $258,795**