**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff, ASHLYN PETIT

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>[*Filed concurrently with supporting declarations and exhibits*]<br><br>Date: May 18, 2026<br>Time: 1:30 p.m. |

DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

## **DECLARATION OF DARCI GILBERT**

I, Darci Gilbert, hereby declare as follows:

1.      I am a litigation assistant at the Law Offices of Dale K. Galipo, counsel of record for Plaintiffs. I have personal knowledge of the statements made herein, and if called as a witness, I could and would competently testify under oath to the matters that I have set forth in this declaration.

2.      In 2002, I started working as a legal assistant for six (6) criminal defense attorneys while attending school in San Diego, California.  Shortly thereafter, in 2006 I obtained my paralegal certification from the University of San Diego.  From 2007 through April of 2012, I was working as a paralegal and office manager for a class action, employment civil litigation law firm in San Diego.  In May of 2012 I began employment with the United States District Court, Southern District of California, where I worked starting as an intake clerk, to a case administrator, followed by case services specialist, and concluded approximately the last 5 years of employment with CASD as the supervisor for the Case Services Department.  I was employed with CASD through February of 2025.  I have been in the legal profession for approximately 23 years, with experience ranging from State, Federal and Appellate Court, working as a litigation assistant, paralegal, and Federal Court employee.

3.      In March of 2025, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant. Over the past seven months, I have worked diligently and energetically alongside Mr. Galipo and Ms. Masongsong.  Under the supervision of Mr. Galipo, along with Ms. Masongsong, I have worked on cases from pre-litigation to trial.  I consistently support the attorneys by adhering to and contributing to my regular office responsibilities as a litigation assistant. Within the scope of my regular office responsibilities, I vet potential new clients, thoroughly communicating to determine if said person has a potential case for this office, I calendar all deadlines for each case based off scheduling orders, local and Federal rules, I draft legal templates for attorneys, I

2

methodically review each email received, I monitor communications with clients, I review and index discovery, I monitor and enter all costs into an excel spreadsheet for each case Ms. Masongsong has acquired, I upload all filings within CM/ECF, and have a thorough understanding of the functionalities of CM/ECF, I am knowledgeable with the Federal Rules of Civil Procedures, local rules, and Chambers preferences for each Federal Court to ensure we meet our deadlines consistently and accurately, among many other miscellaneous tasks presented daily.

4..    In preparation for trial, I have spent a significant amount of time preparing and printing exhibit and trial binders for the Court, jury, witnesses, and attorneys, organizing and printing for several binders that included deposition transcripts, expert reports, and officer statements, communicating with clients, consistently contacting experts and witnesses with coordinating specific dates and times to appear at trial, drafting documents, issuing subpoenas, filing pretrial documents among many other tasks.

5.    In the course and scope of the responsibilities of prepping for trial and time spent on this case, I prepared the descriptions included in each billing record noted by date, that shows my name as the "Timekeeper", attached hereto as "**Exhibit A**".

6.    As of this date, I have spent 43.7 hours of billable time in connection with tasks necessary to assist in achieving the resolution of this case.

7.    I respectfully request that the Court award me an hourly rate of $250 for my services. With the experiences I have accomplished in my professional career working in the legal profession for over the past 23 years, I believe that $250 is a fair and reasonable rate and respectfully request that the Court award this amount.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed April 6, 2026, in Woodland Hills, California

/s/ Darci Gilbert
Darci Gilbert

3

# EXHIBIT A

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW-PVC**

| Date | Description | Hours |
|---|---|---|
| **6.4.25** | Emails with office manager re retainer and 1.5.1 agreement | 0.2 |
| **6.10.25** | Emails with Rodney Diggs office re retainer and 1.5.1 agreement | 0.2 |
| **6.16.25** | Follow up email to Rodney Diggs office re 1.5.1 agreement | 0.1 |
| **6.17.25** | Email to Rodney Diggs office re 1.5.1 agreement, received and saved to file | 0.2 |
| **6.18.25** | Filed Notice of Appearance for Dale Galipo, ECF 75, downloaded document and saved to file | 0.2 |
| **6.19.25** | Multiple emails with office manager re internal case assignment. Case assigned to attorney | 0.3 |
| **6.26.25** | Email to Rodney Diggs office re point of contacts of attorney and legal assistants pertaining to this case | 0.1 |
| **12.18.25** | Download and save to file Ex Parte Application to Continue Trial, ECF 98 | 0.1 |
| **12.18.25** | Emails with attorney and co-counsel re ECF 98, file Plaintiff's Opposition to Ex Parte Application to Continue Trial, ECF 99 | 0.2 |
| **12.23.25** | Download and save to file, Joint Stipulation for Remote Meet and Confer, ECF 100 | 0.1 |
| **12.23.25** | Download and save to file, Order Denying Ex Parte Application, ECF 101 | 0.1 |
| **12.23.25** | Download and save to file Minute Order, ECF 102 | 0.1 |
| **12.26.23** | Emails with co-counsel re meet and confer letter, and serve meet and confer letter to defense counsel | 0.2 |
| **12.30.25** | Download and save to file Order for Remote Meet and Confer, ECf 103 | 0.1 |
| **12.31.25** | Download and save to file Statement re Settlement, ECF 104 | 0.1 |
| **01.05.26** | Email and serve updated Meet and Confer Letter re Plaintiff's Motions in Limine | 0.1 |
| **01.06.26** | Print draft versions of Plaintiff's Proposed Jury Instructions, Verdict Form, Memorandum of Contentions of Fact and Law, Proposed Pretrial Conference Order, Statement of the Case and assemble for Mr. Galipo to review | 0.2 |
| **01.07.26** | Download, save to file and calendar new Pretrial Conference date, ECF 105, inform Mr. Galipo of new date. | 0.2 |
| **01.13.26** | Download, save to file and review Order Denying Motion for Summary Judgment, ECF 106 | 0.2 |
| **01.14.26** | Download and save to file Notice of Appearance/Withdraw, ECF 107 | 0.1 |
| **01.14.26** | Download and save to file Stipulation to Exclude Evidence of Denial of Motion for Summary Judgment, ECF 108 | 0.1 |
| **01.14.26** | Download and Save to File Defendants MIL 1, ECF 109 | 0.1 |

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW-PVC**

| Date | Description | Hours |
|---|---|---|
| 01.14.26 | Download and save to file Defendants MIL 2, ECF 110 | 0.1 |
| 01.14.26 | Download and save to file Defendants MIL 3, ECF 111 | 0.1 |
| 01.14.26 | Download and save to file Defendants MIL 4, ECF 112 | 0.1 |
| 01.14.26 | Download and save to file Motion for Order for Trifurcating Trial, ECF 113 | 0.1 |
| 01.15.26 | Download and save to file Plaintiff's MIL 1, ECF 114 | 0.1 |
| 01.15.26 | Download and save to file Plaintiff's MIL 2, ECF 115 | 0.1 |
| 01.15.26 | Download and save to file Plaintiff's MIL 3, ECF 116 | 0.1 |
| 01.15.26 | Download and save to file Plaintiff's MIL 4, ECF 117 | 0.1 |
| 01.16.26 | Download and Save to file Order Granting Stipulation to Exclude Evidence of Denial of MSJ, ECF 118 | 0.1 |
| 01.16.26 | Work on tables on Memorandum of Contentions of Fact and Law | 1.0 |
| 01.16.26 | Download and save to file Defendants Memorandum of Contentions of Fact and Law, ECF 116 | 0.1 |
| 01.16.26 | Download and save to file Defendants Proposed Voir Dire, ECF 120 | 0.1 |
| 01.16.26 | Download and save to file Defendants Proposed Jury Verdict, ECF 121 | 0.1 |
| 01.16.26 | Download and save to file Defendants Jury Verdict, ECF 122 | 0.1 |
| 01.16.26 | Download and save to file Joint Statement of the Case, ECF 123 | 0.1 |
| 01.16.26 | Prepare to file and file Plaintiff's Memorandum of Contentions of Fact and Law, ECF 124 | 0.2 |
| 01.16.26 | Prepare to file and file Plaintiff's Proposed Voir Dire, ECF 125 | 0.2 |
| 01.16.26 | Prepare to file and file Plaintiff's Proposed Jury Verdict, ECF 126 | 0.2 |
| 01.16.26 | Prepare to file and file Plaintiff's Statement of the Case, ECF 127 | 0.2 |
| 01.16.26 | Prepare to file and file Proposed Pretrial Conference Order, ECF 128 | 0.2 |
| 01.16.26 | Prepare to file and file Proposed Jury Instructions, ECF 129 | 0.2 |
| 01.16.26 | Prepare to file and file Proposed Jury Instructions (Disputed), ECF 130 | 0.2 |
| 01.16.26 | Prepare to file and file Exhibit List, ECF 131 | 0.2 |
| 01.19.26 | Download and save to file Witness List, ECF 132 | 0.1 |
| 01.19.26 | Download and save to file Amended Joint Exhibit List, ECF 133 | 0.1 |
| 01.19.26 | Download and save to file Proposed Jury Instructions (agreed), ECF 134 | 0.1 |
| 01.19.26 | Download and save to file Proposed Jury Instructions (disputed), ECF 135 | 0.1 |
| 01.19.26 | Download and save to file Notice of Lodging Proposed Pretrial Conference Order, ECF 136 | 0.1 |
| 01.21.26 | Download and save to file Defendants Opposition to MIL 1, ECF 137 | 0.1 |

2

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW-PVC**

| Date | Description | Hours |
|---|---|---|
| **01.21.26** | Download and save to file Defendants Opposition to MIL 2, ECF 138 | 0.1 |
| **01.21.26** | Download and save to file Defendants Opposition to MIL 3, ECF 139 | 0.1 |
| **01.21.26** | Download and save to file Defendants Opposition to MIL 4, ECF 140 | 0.1 |
| **01.21.26** | Download and save to file RFJN, ECF 141 | 0.1 |
| **01.22.26** | Download and save to file Plaintiff's Opposition to MIL 1, ECF 142 | 0.1 |
| **01.22.26** | Download and save to file Plaintiff's Opposition to MIL 2, ECF 143 | 0.1 |
| **01.22.26** | Download and save to file Plaintiff's Opposition to MIL 3, ECG 144 | 0.1 |
| **01.22.26** | Download and save to file Plaintiff's Opposition to Motion for Order Trifurcating Trial, ECF 146 | 0.1 |
| **01.22.26** | Download and save to file, Minute Order requiring courtesy copies, ECF 147, talk with attorney about assembling everything | 0.2 |
| **01.22.26** | Start to work on preparing courtesy copies of all pretrial documents, assemble in binders, one binder with MIL documents and one binder with all pretrial documents | 2.0 |
| **01.23.26** | Continue to assemble courtesy copies with binders for the court of all motions in limine and pretrial documents to be overnighted out to be delivered at the Court Monday morning, index and tabbed. | 3.5 |
| **01.26.26** | Start to prepare a pretrial binder for Mr. Galipo, print all pretrial documents, assemble in a binder, index and tab. Download all documents onto a USB Flash Drive for Ms. Masongsong | 3.0 |
| **01.26.26** | Prepare for attorney Request for Allowing Non-Lead Trial Counsel Appear at MIL Hearing, file documents, ECF 148 | 0.3 |
| **01.27.26** | Download and save to file Order Advancing Motion in Limine Hearing, ECF 149 | 0.1 |
| **01.27.26** | Several emails with Experts regarding schedule to testify at trial | 0.2 |
| **01.27.26** | Scanned, saved to file, calendared deadlines to object to 10 Subpoenas to testify at trial served by defendants | 0.3 |
| **01.28.26** | Download and save to file ECF 150 – Court's Minute Order moving MIL and Pretrial hearing, calendar new date | 0.2 |
| **02.09.26** | Emails with court reporter agency regarding original deposition transcripts not received. | 0.2 |
| **02.09.26** | Download and save to file Joint Stipulation for Order Dismissing Monell Claim's, ECF 151 | 0.1 |
| **02.09.26** | Reorganize all pretrial documents to be in specific folders for Ms. Masongsong | 0.5 |
| **02.10.26** | Download and save to file Notice of Appearance, ECF 152 | 0.1 |

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW-PVC**

| Date | Description | Hours |
|---|---|---|
| 02.10.26 | Several emails with co-counsel re order of experts to testify at trial, emails with experts re date to plan for testimony | 0.2 |
| 02.10.26 | Work with office manager re a hotel and flight for expert Richard Bryce | 0.5 |
| 02.10.26 | Download and save to file Order Granting Stipulation to Dismiss Monell Claim, ECF 153 | 0.1 |
| 02.10.26 | Start to assemble trial boxes for attorneys at trial, print 5 copies of officer statements, expert reports, deposition transcripts, organize into boxes for Mr. Galipo and Ms. Masongsong | 1.0 |
| 02.11.26 | Continue to assemble trial boxes for attorneys at trial, print 5 copies of officer statements, expert reports, deposition transcripts, autopsy report, organize into boxes along with original deposition transcripts for Mr. Galipo and Ms. Masongsong, index and tab documents | 3.0 |
| 02.11.26 | Contact court reporter agency for deposition transcripts needed for Richard Bryce, Amy Magnusson, and Bennet Omalu | 0.5 |
| 02.11.26 | Download and save to file Order Modifying Rulings on MILS, ECF 155 | 0.1 |
| 02.12.26 | Continue to work with office manager and admin assistant regarding travel for Mr. Bryce to attend trial | 0.3 |
| 02.13.26 | Download and save to file Pretrial Stipulation, ECF 156 | 0.1 |
| 02.13.26 | Download and save to file Amended Joint Exhibit List, ECF 157 | 0.1 |
| 02.13.26 | Work on Exhibits for trial, clean up photos that was scanned into the system | 1.0 |
| 02.13.26 | Start to print all trial exhibits, 6 binders - court, CRD/witness, 2 binders fro plaintiff counsel and defense counsel, assemble all binders, index, create and tab original exhibits | 5.0 |
| 02.16.26 | Place all pretrial documents, trial documents, exhibits, entire discovery file, officer statements, deposition transcripts on several USB Flash drives for Ms. Masongsong to take to trial | 2.0 |
| 02.17.26 | Download and save to file Witness List, ECF 158 | 0.1 |
| 02.17.26 | Download and save to file Lodging of Deposition Transcripts | 0.1 |
| 02.17.26 | Download and save to file Final Pretrial Conference Order, ECF 160 | 0.1 |
| 02.17.26 | Arrange hotel with for Plaintiff's expert Bennet Omalu to testify at trial, several emails with his office, book hotel. | 0.5 |
| 02.17.26 | Download and save to file Minutes from Trial Day 1, ECF 161 | 0.1 |
| 02.19.26 | Download and save to file Minutes from Trial Day 2, ECF 162 | 0.1 |
| 02.20.26 | Download and save to file Minutes from Trial Day 3, ECF 163 | 0.1 |
| 02.20.26 | Download and save to file Minutes from Trial Day 4, ECF 164 | 0.1 |

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
Case No. 2:23-cv-00789-ODW-PVC

| Date | Description | Hours |
|---|---|---|
| 02.24.26 | Download and save to file Defendants Motion for Judgment as a Matter of Law, ECF 165, and email with Ms. Masongsong inquiring about opposing motion in court, ECF 165 | 0.2 |
| 02.24.26 | Download and save to file Notice of Manual Filing, ECF 166 | 0.1 |
| 02.25.26 | Download and save to file Minutes from Trial Day 5, ECF 167 | 0.1 |
| 02.25.26 | Download and save to file Jury Instructions, ECF 168 | 0.1 |
| 02.25.26 | Download and save to file Amended Joint Exhibit List, ECF 169 | 0.1 |
| 02.25.26 | Download and save to file Amended Joint Witness List, ECF 170 | 0.1 |
| 02.25.26 | Download and save to file Receipt for Release of Exhibits | 0.1 |
| 02.25.26 | Download and save to file redacted Jury Notes, ECF 172 | 0.1 |
| 02.25.26 | Download and save to file redacted Answer to Jury Note, ECF 174 | 0.1 |
| 02.25.26 | Download and save to file unredacted Jury Note, ECF 173 | 0.1 |
| 02.25.26 | Download and save to file redacted Jury Note, ECF 176 | 0.1 |
| 02.25.26 | Download and save to file unredacted Answer to Jury Note, ECF 175 | 0.1 |
| 02.26.26 | Download and save to file unredacted Jury Note, ECF 177 | 0.1 |
| 02.26.26 | Download and save to file unredacted Answer to Jury Note, ECF 178 | 0.1 |
| 02.26.26 | Download and save to file unredacted Answer to Jury Note, ECF 179 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note, ECF 180 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note, ECF 181 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 182 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 183 | 0.1 |
| 02.26.26 | Download and save to file Minutes from Trial Day 6, ECF 184 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note 4, ECF 185 | 0.1 |
| 02.26.26 | Download and save to file Sealed Jury Note 4, ECF 186 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 187 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note 5, ECF 189 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 188 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note 5, ECF 190 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 191 | 0.1 |
| 02.26.26 | Download and save to file Answer to Jury Note, ECF 192 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Verdict, ECF 193 | 0.1 |
| 02.26.26 | Download and save to file unredacted Jury Verdict, ECF 194 | 0.1 |
| 02.26.26 | Download and save to file redacted Jury Note 6, ECF 195 | 0.1 |
| 02.26.26 | Download and save to file unredacted Jury Note 6, ECF 196 | 0.1 |
| 02.27.26 | Download and save to file Minute Order, ECF 197, calendar deadline | 0.2 |
| 03.06.26 | Prepare a notice of lodging of proposed judgment and file with Proposed Judgment, ECF 198 | 0.3 |
| 03.09.26 | Download and save to file Judgment, ECF 199 | 0.1 |
| 03.12.26 | Work on Application to tax costs, locate costs to tax, create exhibits | 1.0 |

**Darci Gilbert**
**Timekeeping Record**

*Petit v. City of Los Angeles*
**Case No. 2:23-cv-00789-ODW-PVC**

| Date | Description | Hours |
|------|-------------|-------|
| **03.12.26** | Prepare to file and file Joint Stipulation for Extension of Time to File Post-Trial Motions, download and save to file, ECF 200 | 0.2 |
| **03.13.26** | Download and save to file Order Granting Joint Stipulation, calendar all deadlines | 0.3 |
| **03.30.26** | Work on Plaintiff's Motion for Attorney Fees | 1.0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | 40.9 |

6