**RODNEY S. DIGGS, Esq. (SBN 274459)**
Email: rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Plaintiff, JERMAINE PETIT

DALE K. GALIPO, Esq. (SBN 144074)
Email: dalegalipo@yahoo.com
RENEE V. MASONGSONG, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
**THE LAW OFFICE OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 374-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiff, JERMAINE PETIT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ASHLYN PETIT, as Successor-in-Interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-0789 ODW(PVCx)<br><br>**DECLARATION OF RODNEY S. DIGGS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

1

## DECLARATION OF RODNEY S. DIGGS

I, Rodney S. Diggs, declare:

1.      I am an attorney at law fully licensed and admitted to practice before all courts of the State of California and before the United States District Court for the Central District of California. I am the President, Managing Partner, and an Equity Named Partner of Ivie McNeill Wyatt Purcell & Diggs ("IMW"), counsel of record for Plaintiff Ashlyn Petit, as Successor-in-Interest to Jermaine Petit, Deceased, and individually ("Plaintiff"). The matters contained in this declaration are known to me personally, and if called upon to testify as to such matters under oath in a court of law, I could and would do so competently.

2.      The billing records attached hereto as **Exhibit "A"** reflect the work activity and time devoted to this matter by me, my associates, my paralegal, and my legal support staff at my firm. These records were prepared based on a comprehensive review of the case file, court records, correspondence with opposing counsel and co-counsel, expert files, and other case materials generated throughout the prosecution of this action. I have exercised billing judgment and have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client.

3.      All of the work done in this case was performed to advance the claims ultimately presented to the jury, to support the substitution of Ashlyn Petit as successor-in-interest following the death of Jermaine Petit, or to otherwise advance Plaintiff's interest in obtaining justice for the constitutional violations committed against Mr. Petit by the City of Los Angeles, Sergeant Brett Hayhoe, and Officer Daryl Glover, Jr.

4.      I graduated with a B.A. from the University of California, Los Angeles in 2005, where I was a standout member of the track and field team, earning All-Pac-10 and All-American honors in the 400-meter sprint and 4×400-meter relay. I attended and graduated from Howard University School of Law in

2010, where I served as Vice President of the Student Bar Association, Chief Justice of Sigma Delta Tau Legal Fraternity, and Senior Staff Editor of the Human Rights and Globalization Law Review.

5.     I have specialized in and devoted the majority of my practice to civil rights, catastrophic injury, wrongful death, employment litigation, and related fields, which I believe go hand in hand. Over the course of my career, spanning more than 15 years of distinguished legal practice, I have handled over 1,500 cases and have secured more than $250 million in verdicts and settlements for my clients. My practice encompasses civil rights, catastrophic injury, wrongful death, employment law, sports and entertainment, municipal liability, high-stakes commercial litigation, and international matters.

6.     In January of 2011, I became an associate at Ivie, McNeill & Wyatt. In 2016, I was elevated to partner—the first person elevated to partner at this firm in 14 years. In 2019, I was elevated to named partner. In 2025, I was appointed President and Managing Partner. IMW is California's largest Black-owned law firm and one of the most respected full-service litigation, corporate, and entertainment firms in the state. The firm has been in existence since 1943 and maintains on average 20–25 attorneys. I chair the firm's Labor & Employment and Civil Rights practice groups and oversee firm strategy, operations, and attorney development while maintaining an active litigation practice.

7.     I have extensive trial experience in both federal and state courts as first-chair trial counsel. In 2013, my second year as an attorney, I tried my first case as first chair—*Rodney Sawyer v. City of Los Angeles, et al.*, Case No. CV-12-10819—and obtained a six-figure verdict for my client. Over the years, I have served as first chair in over fifteen civil trials in federal and state court.

8.     Among my landmark results:

- In 2019, I was lead trial counsel in *Sinuon Samantha Pream, et al. v. City of Long Beach, et al.*, Case No. CV 17-04295 TJH (FFMx), and obtained a

$9.1 million jury verdict—the largest verdict against the City of Long Beach in a shooting wrongful death case and the second-largest wrongful death verdict in the history of the United States District Court, Central District of California. That verdict was also a Top 10 civil rights verdict in California for 2019.

- In 2023, as lead trial counsel, I obtained a $24,584,449.00 jury verdict in an employment civil rights case against a school district—believed to be the largest employment retaliation verdict ever secured against a school district.

- On February 9, 2026, as lead trial counsel, I obtained a jury verdict of $27,350,000 in *Steffon Barber v. County of San Bernardino and Deputy Christopher Alfred*, Case No. 5:22-cv-00625-KK-DTBx, in the Riverside Division of the United States District Court, Central District of California— the largest verdict to come from that court in a non-death excessive force case.

- In 2019, I obtained a Top 10 verdict in the United States and a Top 10 verdict in California. In 2020, I obtained a Top 50 verdict in California. In 2021, I obtained a Top 10 settlement in the United States and two Top 10 settlements in California.

9.    I have also shaped California law through published appellate decisions. I was lead counsel in *Mitchell v. California Department of Public Health*, 1 Cal. App. 5th 1000 (2016), in which the published opinion changed California law regarding FEHA lawsuits and the doctrine of equitable tolling. I was also lead counsel in *Department of Corrections and Rehabilitation v. State Personnel Board and Vickie Mabry-Height*, Case No. C084698, which changed the burden-shifting framework in discrimination cases. Most recently, I was lead counsel in *Bassett Unified School District v. Los Angeles County Superior Court;*

4

*Michael Ross (RPI)*, Case No. B323528, in which the Court of Appeal issued a significant ruling strengthening employee protections.

10.    My peer-recognized honors and awards reflect a sustained record of excellence at the highest levels of the profession, including:

- Best Lawyers in America (2023–2026 Editions)

- Southern California Super Lawyer (2024–2026), after a decade as Super Lawyers Rising Star (2014–2023)

- Daily Journal's Top Plaintiff Lawyer (2023, 2024)

- Daily Journal Top Labor & Employment Lawyers (2021–2025)

- Daily Journal Top 100 Lawyers in California (2019, 2022–2024)—one of the profession's most selective distinctions, awarded to fewer than 100 attorneys out of more than 220,000 licensed in California

- Los Angeles Business Journal Leaders of Influence: Litigators & Trial Attorneys (2023–2025)

- Los Angeles Business Journal Leaders of Influence: Labor & Employment Attorneys (2022–2025)

- Los Angeles Times B2B Leading Consumer Attorney (2023–2025)

- Los Angeles Times B2B Legal Visionary (2023)

- Los Angeles Times B2B DEI Visionary (2023)

- UCLA Alumni Association Bruin Business 100 (2024)

- IAOTP Top Attorney of the Year (2021)

- The National Trial Lawyers: Top 100 Attorney and Top 40 Under 40 (2019–2020)

- Most Powerful Employment Lawyer—Lawdragon (2018)

- Los Angeles Business Journal Who's Who in Law (2023)

- Los Angeles Business Journal Leaders of Influence: Thriving in Their 40s (2022)

- National Bar Association Top 40 Under 40 Nation's Best Advocates (2017)

- National Black Lawyers Top 40 Under 40 (2016)

- Los Angeles African American Vanguard Awards—100 Most Influential African Americans (2017)

- California Legislature Assembly—40 Under 40 Civic Emerging Leaders (2017)

- Marquis Who's Who in America (2020)

- Alpha Kappa Alpha Sorority, Inc., Tau Beta Omega Chapter Community Leader Award (2018)

11.    I am an active member of the John M. Langston Bar Association (past Officer, past Board of Directors, Lifetime Member), the Los Angeles County Bar Association, the National Bar Association, and serve on the Board of Directors of the Watts Labor Community Action Committee. I am also an active member of Interact Law, an international alliance of leading law firms across more than 45 countries. In 2015, I was selected as one of 25 attorneys out of 250 invited to ABOTA SideBar, part of the Los Angeles Chapter of ABOTA.

12.    I have spoken at numerous seminars and panels over the years on civil rights, employment, and trial practice topics, including serving as a panelist for a trial boot camp for new and young attorneys held in Toronto, Canada by the National Bar Association and ABOTA in 2018, and was asked to serve as a speaker for a five-day trial boot camp at the University of Las Vegas.

13.     I have been awarded attorneys' fees by courts on multiple occasions. On July 6, 2018, Judge Ann I. Jones awarded me $700.00 per hour in *Richard McCorkle, et al. v. American Textile Maintenance Company*, Case No. BC495759. On March 28, 2017, the California Court of Appeal affirmed that Judge Mackey was reasonable in awarding me $500.00 per hour in *Ruiz v. U.S. Security Association*, B275201, when I was still an associate at my firm—I am now the Equity Named President and Managing Partner. In January 2020, my hourly billing rate was approved by San Diego County Superior Court Presiding Judge Kevin Enright at $850.00 per hour. My skills, experience, accolades, and trial results have increased substantially since each of those awards, and my requested rate of $1,250.00 per hour reflects the current prevailing market rate for attorneys of my skill, experience, and reputation in the Central District.

14.     Taking on a case of this nature involves a significant commitment of time and resources and precludes me and my firm from accepting other matters. Handling this case required me to forego other matters that would have been financially lucrative, and I and my firm advanced all litigation costs over the course of more than three years with no guarantee of recovery.

15.     This case presented an unusual and demanding challenge. From September 2022 through trial and verdict in this matter, my firm worked at a risk of no recovery. Jermaine Petit was shot and gravely wounded on July 18, 2022, by LAPD Sergeant Brett Hayhoe—who fired from inside a patrol vehicle in direct violation of LAPD policy—despite officers on scene having acknowledged that Mr. Petit was unarmed. Bringing this matter to a successful resolution required the skill and specific knowledge I have acquired from representing hundreds of plaintiffs in civil rights matters, combined with the unique challenge of managing a case through multiple court-ordered stays, the tragic death of the original plaintiff during the pendency of litigation, and the substitution of his daughter, Ashlyn Petit, as his successor-in-interest.

16. A profound complexity of this matter is that Jermaine Petit died on August 4, 2024, during the pendency of this civil action—more than two years after the shooting that gave rise to his injuries. As a result of Mr. Petit's passing, this case required the prosecution of both survival claims on behalf of his estate and wrongful death claims in his daughter's own right. This necessitated the filing of a motion for substitution of party pursuant to Federal Rule of Civil Procedure 25, which was granted by this Court on November 27, 2024. The First Amended Complaint was filed on December 6, 2024. A significant portion of client communications during the early stages of this case were conducted with Mr. Petit's family, including his sister and other family members who assisted in facilitating communications while Mr. Petit was incapacitated from his injuries. Following his death, client communications were conducted with his daughter Ashlyn Petit, who became the named plaintiff and successor-in-interest. All time reflected in my billing records referencing communications with Mr. Petit's family was work performed on behalf of Plaintiff in this matter.

17. This case was further complicated by two separate court-ordered stays: first, from November 7, 2023, pending the conclusion of the Los Angeles District Attorney's Office investigation into the officer-involved shooting; and second, from June 11, 2024, pending the resolution of related criminal proceedings involving Jermaine Petit. During both stay periods, I continued to develop the civil litigation strategy, research the applicable law, review documentary evidence produced by the City, and maintain regular communications with the Petit family—all in preparation for the anticipated return of the case to the active calendar.

18. This case was vigorously defended at every step. Defendants maintained throughout that the shooting of Jermaine Petit was justified, moved for summary judgment on all claims, filed multiple motions in limine, and filed a joint motion for judgment as a matter of law following trial. Despite the vigorous

defense and the significant evidentiary and procedural challenges presented by this case, my office, together with co-counsel at the Law Offices of Dale K. Galipo, achieved a jury verdict in Plaintiff's favor. It is anticipated that Defendants will pursue post-trial motions and a likely appeal, such that this case continues to demand attorney time and resources.

19.    The successful result in this matter was achieved through diligent and tireless effort over more than three years of litigation. All work performed by myself and each attorney and staff member of my firm was reasonable and necessary. All time reflects legitimate, necessary activities, including: (1) pre-suit investigation, government tort claims preparation and filing, and case strategy development; (2) drafting, filing, and amending the Complaint and all subsequent pleadings, including petition for appointment of guardian ad litem and all related documents; (3) client and family communications throughout the litigation, including during the period of Mr. Petit's incapacitation and following his death; (4) motion for substitution of party and all related filings; (5) drafting and responding to written discovery from multiple defendants, including interrogatories, requests for production, and requests for admission; (6) comprehensive review and analysis of the City of Los Angeles' document productions; (7) preparing for, taking, and attending depositions of Sergeant Hayhoe, Officer Glover, Officer Martinez, and percipient witness Hanna Mark, and conducting written discovery; (8) retaining, coordinating with, and preparing expert witnesses, including Richard Bryce (police practices), Dr. Bennet Omalu (neuropathology/pathology), and Dr. Amy Magnusson (physical medicine and rehabilitation); (9) researching and drafting the Opposition to Defendants' Motion for Summary Judgment and the accompanying Responsive Separate Statement; (10) attending court hearings and mediation; (11) reviewing extensive documentary evidence, investigative reports, force investigation materials, and officer interview transcripts; (12) preparing pretrial documents including jury

instructions, motions in limine, and the memorandum of contentions of fact and law; (13) preparing for and attending all days of civil trial, including nightly preparation reviewing prior testimony and preparing examinations for each following day's witnesses; and (14) post-trial matters.

20.    The extensive number of hours my firm worked on this case precluded me and my attorneys from devoting that time to the prosecution of other matters handled by this office.

21.    In this matter, I spent approximately 1,392 hours of my own time across the entirety of this litigation. This figure does not include each and every telephone conference, internal meeting, and related activity; those hours were not billed. All of the work undertaken and performed by me on this case was necessary and reasonable. A true and correct copy of my firm's billing records is attached hereto as **Exhibit "A."**

22.    My reasonable billing rate is $1,250.00 per hour. This rate is reasonable based on my more than 15 years of experience, my peer-recognized honors and awards, my track record of trial results, my extensive expertise in civil rights litigation, my leadership of California's largest Black-owned law firm, my published appellate decisions, my history of court-approved fee awards at increasing rates commensurate with my growing experience, and the extraordinary result obtained in this case.

23.    My associate Brandon R. Tanter, my paralegal Alice D. Williams, and my legal secretarial and legal assistant staff Le Chaune Metoyer and Alexandria K. Feather assisted me in the prosecution and support of this matter, as detailed below. I believe it is appropriate to compensate them at the following hourly rates. As recognized by the Supreme Court in *Missouri v. Jenkins*, 491 U.S. 274, 285 (1989), fee awards under § 1988 properly include compensation for the work of paralegals as well as legal secretaries and legal assistants whose time contributes to the prosecution of the case:

| Attorney/Biller | Role | Rate | Hours | Total Amount |
|---|---|---|---|---|
| Rodney S. Diggs, Esq. | President/Managing Partner | $1,250.00/hr | 1,392.00 | $1,740,000.00 |
| Brandon R. Tanter, Esq. | Associate — Civil Case | $650.00/hr | 404.00 | $262,600.00 |
| Alice D. Williams | Paralegal | $450.00/hr | 432.75 | $194,737.50 |
| Le Chaune Metoyer | Legal Secretary | $150.00/hr | 112.00 | $16,800.00 |
| Alexandria K. Feather | Legal Assistant | $150.00/hr | 78.00 | $11,700.00 |
| | | **TOTAL** | **2,418.75** | **$2,225,837.50** |

24.     A true and correct copy of my firm's detailed billing records itemizing the date, hours, and description of the nature of the work performed to date by each attorney and staff member in my office is attached hereto as **Exhibit "A."** Each timekeeper is identified by their initials.

---

**Brandon R. Tanter — Civil Case**

25.     Brandon R. Tanter (SBN 351037) is an associate attorney at IMW who assisted with this civil matter through trial and verdict. Mr. Tanter graduated from the University of the Pacific, McGeorge School of Law in May 2023 and has been a member of the California State Bar since 2023. He has concentrated his practice in civil rights and employment litigation during his time at IMW.

26.     Although Mr. Tanter joined this case as a relatively junior attorney, the quality and scope of his contributions belie his years in practice. His work on this matter included: receiving and analyzing Defendants' responses to interrogatories and requests for production; reviewing and analyzing Plaintiff's responses to interrogatories, requests for production, and requests for admission to Sergeant Hayhoe, Officer Glover, and the City of Los Angeles; conducting

comprehensive review and analysis of the City of Los Angeles' document productions, including all force investigation materials, officer interview transcripts, and all percipient witness statements; reviewing and summarizing the depositions of Sergeant Hayhoe, Officer Glover, Officer Martinez, and Hanna Mark as they were taken, including reviewing each witness's complete file; reviewing and analyzing defense expert disclosures; researching and drafting Plaintiff's motions in limine; researching, Shepardizing, and drafting Plaintiff's oppositions to all of Defendants' motions in limine; drafting the Memorandum of Contentions of Fact and Law, proposed voir dire, statement of the case, joint proposed jury instructions, and joint exhibit list; preparing direct examination outlines for all of Plaintiff's experts; participating in trial strategy sessions; attending and assisting with all days of civil trial, including reviewing the prior day's testimony and preparing for each following day's proceedings each evening during trial; and assisting with preparation of this fee motion.

27.    In this matter, Mr. Tanter spent approximately 404 hours working on this case. This figure does not include each and every telephone conference, internal meeting, or related activity that was not recorded. All work was necessary and reasonable. A true and correct copy of Mr. Tanter's time records is included in **Exhibit "A."**

28.    I believe that a reasonable fee for Mr. Tanter's professional services is $650.00 per billable hour, based on his demonstrated skill, the complexity of the work he performed, and prevailing rates in the Los Angeles legal community for attorneys of comparable experience. I am intimately familiar with Mr. Tanter's skill level and work ethic, having supervised his work on this matter through verdict. The quality of his legal research and writing, his preparation for and conduct during all depositions, the caliber of his pretrial drafting—particularly the MSJ opposition and motions in limine, which required Shepardizing dozens of authorities and synthesizing complex evidentiary and constitutional standards—

and his performance as second chair at trial were all of the highest quality. I can competently state that his abilities are as good as or better than those of most attorneys I have encountered with significantly more years of experience.

---

**Alice D. Williams — Paralegal**

29.    Alice D. Williams is a paralegal at IMW who worked on this matter from its inception through trial, verdict, and the preparation of this motion. Ms. Williams handled the day-to-day management and organization of this matter throughout—including the pre-suit phase, the initial civil litigation period, both stay periods, the substitution of party phase, the reopening of the case, and the intensive pretrial and trial phases—and was indispensable to the efficient functioning of the litigation team at every stage.

30.    Ms. Williams' work on this matter was extensive and spanned every phase of the case. Her work included: reviewing and organizing the initial case file and all investigative materials; coordinating communications with co-counsel at the Law Offices of Dale K. Galipo; communicating with Jermaine Petit's family throughout the litigation, including during the period of his incapacitation and following his death; coordinating with Ashlyn Petit and the Petit family regarding the substitution of party process; drafting, preparing, and filing the Government Tort Claims and all subsequent amendments; drafting, preparing, and filing the initial Complaint, all subsequent amended complaints, the petition for appointment of guardian ad litem, and all related documents; drafting and filing all periodic status reports, stipulations, and court filings during both stay periods; preparing and filing the motion for substitution of party and all supporting and related notices; organizing the civil case file upon the case's return to the active calendar in January 2025; coordinating the preparation, service, and filing of all written discovery requests and responses to all defendants; receiving, logging, and

distributing the City of Los Angeles' document productions; coordinating all deposition logistics for all depositions in this matter, including scheduling, notices, court reporter retention, and transcript distribution; compiling and organizing all case documents for all expert witness files and transmitting materials to each expert; preparing, filing, and serving all motions, oppositions, and pretrial documents; and preparing all trial exhibits and exhibit binders, coordinating delivery of all demonstrative aids and animations, and providing hands-on courtroom support during all days of civil trial.

31.    Ms. Williams further assisted Plaintiff's counsel in preparing the Opposition to Defendants' Motion for Summary Judgment by conducting legal research, organizing and analyzing evidentiary materials, and drafting portions of the opposition brief and supporting documents, including the separate statement of disputed facts. Ms. Williams also coordinated the collection of declarations and exhibits, ensured proper citation and formatting in compliance with applicable court rules, and performed cite-checking and proofreading. All work was performed under the supervision and direction of Plaintiff's counsel, who reviewed, revised, and finalized the Opposition prior to filing.

32.    In this matter, Ms. Williams spent approximately 432.75 hours working on this case from inception through the present. This figure does not include each and every brief communication, telephone call, or administrative task that was not separately recorded. All work was necessary and reasonable. A true and correct copy of Ms. Williams' time records is included in **Exhibit "A."**

33.    I believe that a reasonable fee for Ms. Williams' professional services is $450.00 per billable hour, consistent with prevailing rates in the Los Angeles legal community for an experienced litigation paralegal handling a complex federal civil rights case of this nature and duration. Ms. Williams' abilities in trial preparation, document management, expert coordination, court filing logistics, and general litigation support made it possible for me to focus my time on strategy,

legal research, and trial advocacy. Her contributions to the success of this case were essential.

---

### Le Chaune Metoyer — Legal Secretary

34.    Le Chaune Metoyer is the Legal Secretary to Rodney S. Diggs at IMW and has worked on this matter from inception through the present. Ms. Metoyer is listed on the CM/ECF service list for this case and has been a primary recipient of all ECF notifications from the Court throughout the pendency of this matter.

35.    Ms. Metoyer's work on this matter included: organizing and maintaining the case file from inception; calendaring all deadlines and court dates throughout the case's more than three-year pendency; preparing and coordinating the e-filing of all case management documents, status reports, and stipulations filed during both stay periods; managing all correspondence between RSD and opposing counsel and co-counsel; receiving and distributing all court orders, ECF notifications, and case communications; coordinating RSD's scheduling for all court appearances and depositions; managing all correspondence with the City Attorney's Office and defense counsel throughout discovery; assisting with all pretrial document filing logistics; receiving and distributing all court notices, orders, and jury notes received through the CM/ECF system during trial; and assisting with the preparation of this fee motion and Exhibit A.

36.    In this matter, Ms. Metoyer spent approximately 112 hours working on this case from inception through the present. All work was necessary and reasonable. A true and correct copy of Ms. Metoyer's time records is included in **Exhibit "A."**

37.    As the Supreme Court recognized in *Missouri v. Jenkins*, 491 U.S. 274, 285 (1989), "reasonable attorney's fees" under fee-shifting statutes such as §

1988 include compensation for the work of legal secretaries and support staff whose time is devoted to the prosecution of the case. I believe that a reasonable fee for Ms. Metoyer's services is $150.00 per billable hour, consistent with prevailing rates in the Los Angeles legal community for experienced legal secretarial staff on complex federal civil rights matters of this nature.

**Alexandria K. Feather — Legal Assistant**

38.    Alexandria K. Feather is a Legal Assistant at IMW who worked on this matter from February 2025 through the present. Ms. Feather is listed on the CM/ECF service list for this case and executed proofs of service on filings in this matter throughout the active civil litigation phase.

39.    Ms. Feather's work on this matter included: executing and coordinating proofs of service on all civil filings from February 2025 through the present; receiving, logging, and distributing all incoming filings from defense counsel, including Defendants' discovery requests, expert disclosures, Motion for Summary Judgment and supporting documents, and all motions in limine; managing and distributing all court ECF notifications and orders received throughout the active civil litigation phase; coordinating deposition logistics and scheduling for all depositions in this matter, including drafting and distributing amended notices of deposition; receiving and logging all defense subpoenas for records and coordinating the team's responses; coordinating the expert retainer fee process and expert file setup for all retained experts; assisting with the e-filing and service of all motions, oppositions, and pretrial documents during the active civil litigation phase; assisting Ms. Metoyer and Ms. Williams with all trial preparation logistics, including organizing trial materials and managing filing deadlines; providing office support and managing all incoming CM/ECF court notifications and jury notes during all days of civil trial; and assisting with the preparation of

this fee motion and Exhibit A.

40.    In this matter, Ms. Feather spent approximately 78 hours working on this case from February 2025 through the present. All work was necessary and reasonable. A true and correct copy of Ms. Feather's time records is included in **Exhibit "A."**

41.    I believe that a reasonable fee for Ms. Feather's services is $150.00 per billable hour, consistent with prevailing rates in the Los Angeles legal community for experienced legal assistant staff on complex federal civil rights matters of this nature.

42.    To date, my firm has received no compensation in this case and has advanced all litigation costs.

43.    I estimate that my firm will incur additional fees between the filing of this Motion and its final adjudication, including preparation of the reply brief, preparation for and attendance at the hearing on this motion, and opposition to any post-trial motions filed by Defendants. I estimate these additional fees will be no less than $50,000.00 based on the anticipated scope of work required.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 6th day of April, 2026, at Los Angeles, California.


/s/ Rodney S. Diggs
RODNEY S. DIGGS, Declarant

EXHIBIT

A

# EXHIBIT A — COMPLETE TIME RECORDS

## IVIE McNEILL WYATT PURCELL & DIGGS

*Ashlyn Petit, as Successor-in-Interest to Jermaine Petit*

*v.*

*City of Los Angeles, et al.*

Case No. 2:23-cv-00789-ODW-PVC

**RSD = $1,250/hr | BRT = $650/hr | ADW = $450/hr | LCM = $150/hr | AKF = $150/hr**

---

## TAB 1: RODNEY S. DIGGS (RSD) — $1,250/hr

---

**Phase 1: Pre-Suit Investigation, Government Tort Claims & Complaint Drafting**

*(September 2022 – February 2023)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/15/2022 | Initial case intake; review LAPD Force Investigation Division materials, incident reports, officer interview transcripts; analyze excessive force claims and Monell liability theories; confer with co-counsel re case strategy | 8.00 | $1,250 | $10,000 |
| 09/16/2022 | Telephone conference with Jermaine Petit's family re incident, injuries, and civil claims process; review LAPD Southwest Division officer-involved shooting reports; develop litigation strategy | 3.00 | $1,250 | $3,750 |
| 09/20/2022 | Research Fourth Amendment excessive force standards under *Graham v. Connor* and Ninth Circuit precedent applicable to vehicle-approach shooting cases; research shooting from inside police vehicle | 6.00 | $1,250 | $7,500 |
| 09/22/2022 | Review and approve draft Government Tort Claim for Jermaine Petit; review Government Tort Claim for Charlotte Blackwell as GAL; communicate with co-counsel Bryant re scope of claims | 3.00 | $1,250 | $3,750 |
| 09/25/2022 | Research Monell liability — review LAPD use-of-force policies, prior excessive force incidents in Southwest Division; develop ratification and failure-to-train theories | 6.00 | $1,250 | $7,500 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/28/2022 | Review and finalize both Government Tort Claims before filing; supervise filing and coordinate service on City of Los Angeles; communicate with team re next steps | 2.00 | $1,250 | $2,500 |
| 10/10/2022 | Research qualified immunity defense — review *City of Escondido v. Emmons*, *Kisela v. Hughes*, and *Mullenix v. Luna*; analyze impact on civil strategy; Shepardize all | 6.00 | $1,250 | $7,500 |
| 10/18/2022 | Review LAPD Intradepartmental Correspondence and Chief of Police finding re OIS incident; analyze within-policy finding and its implications for Monell ratification theory | 5.00 | $1,250 | $6,250 |
| 10/25/2022 | Research Bane Act — *Reese v. County of Sacramento* specific intent requirement; research *Cornell v. City and County of San Francisco* reckless disregard standard; Shepardize; communicate with co-counsel | 5.00 | $1,250 | $6,250 |
| 11/04/2022 | Telephone conference with Petit family re case status and anticipated timeline; explain civil claims and LAPD policy violations | 1.50 | $1,250 | $1,875 |
| 11/10/2022 | Research petition for appointment of guardian ad litem; advise team re appointment procedure; review draft petition and supporting declaration | 3.00 | $1,250 | $3,750 |
| 11/14/2022 | Review media reports re OIS incident — *LAPD Sergeant Fired at Jermaine Petit* and *LAPD Officers Admit Man Is Unarmed, Shoot Him*; analyze factual record; annotate for complaint drafting | 3.00 | $1,250 | $3,750 |
| 11/22/2022 | Research wrongful death and survival action standards; research damages under 42 U.S.C. § 1983 and California state law; advise team on complaint structure | 4.00 | $1,250 | $5,000 |
| 12/05/2022 | Review and provide detailed edits on draft Complaint for Damages; revise excessive force, Monell, battery, and Bane Act causes of action; annotate deficiencies in Monell pleading | 5.00 | $1,250 | $6,250 |
| 12/12/2022 | Review revised draft Complaint; research punitive damages standards against individual officers under § 1983 — *Smith v. Wade*; provide further edits; approve for continued revision | 3.00 | $1,250 | $3,750 |
| 12/19/2022 | Telephone conference with Petit family re Complaint drafting progress; explain causes of action; update on case status; address family questions | 1.50 | $1,250 | $1,875 |
| 01/10/2023 | Review near-final Complaint draft; research prayer for relief; advise on individual and Monell claims; research LAPD 2022 | 3.00 | $1,250 | $3,750 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
|  | OIS reporting and notice requirements |  |  |  |
| 01/17/2023 | Review and approve final Complaint draft; review petition for appointment of guardian ad litem and all supporting materials; coordinate with ADW re filing logistics | 3.00 | $1,250 | $3,750 |
| 01/24/2023 | Telephone conference with Petit family re anticipated filing of Complaint; explain court process and expected timeline | 1.00 | $1,250 | $1,250 |
| 02/01/2023 | Review and finalize Complaint, petition for appointment of guardian ad litem, civil cover sheet, and all filing documents; supervise preparation for filing | 2.50 | $1,250 | $3,125 |
| 02/02/2023 | Supervise filing of Complaint and all related documents; review all filed documents; coordinate with ADW and co-counsel Bryant re service of process | 2.00 | $1,250 | $2,500 |
| **Phase 1 Subtotal** |  | **76.50** |  | **$95,625** |

**Phase 2: Early Civil Litigation, Guardian Ad Litem & Initial Stay**

*(February 2023 – November 2023)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/03/2023 | Telephone conference with Petit family re filing of Complaint; explain court process; review Order Appointing Guardian Ad Litem | 1.50 | $1,250 | $1,875 |
| 02/20/2023 | Review City of Los Angeles' Answer to Complaint; analyze affirmative defenses, including qualified immunity and Heck bar assertions; develop response strategy | 3.00 | $1,250 | $3,750 |
| 03/15/2023 | Research LAPD use-of-force policy violations; review LAPD Manual provisions on shooting at or from vehicles; analyze within-policy finding by Chief of Police; develop Monell ratification argument | 6.00 | $1,250 | $7,500 |
| 03/28/2023 | Research failure-to-train liability — *City of Canton v. Harris*, *Connick v. Thompson*; analyze LAPD POST training violations; Shepardize | 5.00 | $1,250 | $6,250 |
| 04/10/2023 | Review and approve draft Joint Rule 26(f) Report; communicate with defense counsel re discovery plan; coordinate with co-counsel Bryant | 2.00 | $1,250 | $2,500 |
| 04/18/2023 | Telephone conference with Petit family re case status; explain discovery process and anticipated scheduling | 1.00 | $1,250 | $1,250 |

20

| 05/01/2023 | Research OSC re dismissal of Officer Glover; review service of process issues; advise team on response; review declaration in opposition to OSC | 3.00 | $1,250 | $3,750 |
|---|---|---|---|---|
| 05/04/2023 | Review Joint Rule 26(f) Report; review scheduling order requirements; review service on Officer Glover; advise ADW on declaration preparation | 2.00 | $1,250 | $2,500 |
| 05/18/2023 | Review and analyze Scheduling Order; calendar all critical deadlines; develop discovery strategy; communicate with co-counsel re City document production demands | 2.50 | $1,250 | $3,125 |
| 05/25/2023 | Review Scheduling Order and Order re Settlement Procedures, PTC, and Trial; develop case roadmap; communicate with team | 2.00 | $1,250 | $2,500 |
| 05/30/2023 | Telephone conference with Petit family re case scheduling; explain discovery timeline and expected process | 1.00 | $1,250 | $1,250 |
| 06/05/2023 | Research Monell — *Monell v. Department of Social Services*, *City of St. Louis v. Praprotnik*, *Hunter v. County of Sacramento*; Shepardize; develop pattern-and-practice evidence strategy | 6.00 | $1,250 | $7,500 |
| 06/20/2023 | Review Hayhoe's Answer to Complaint; analyze affirmative defenses; review Glover's Answer; review interested parties filing; confer with co-counsel | 2.50 | $1,250 | $3,125 |
| 07/07/2023 | Review City's responses to Plaintiff's first RFP; analyze deficiencies; develop meet and confer strategy; communicate with ADW re production status | 3.00 | $1,250 | $3,750 |
| 07/18/2023 | Review and approve meet and confer letter re City's deficient responses to RFPs, Set 1; research standards for privilege objections to force investigation materials | 2.00 | $1,250 | $2,500 |
| 07/25/2023 | Telephone conference with Petit family re case progress and discovery status | 1.00 | $1,250 | $1,250 |
| 08/07/2023 | Review City's supplemental document production — LAPD Force Investigation Report, officer interview transcripts (Hayhoe, Glover, Martinez, Benitez, Pollio, Liggett, Gonzalez, Gonzales), witness statements (Mark, Datrice, Sumlin, Skomra); analyze key admissions and inconsistencies | 8.00 | $1,250 | $10,000 |
| 08/08/2023 | Continue review of City's supplemental production: review confidential force investigation report; annotate within-policy findings and supervisory chain decision-making for | 6.00 | $1,250 | $7,500 |

21

| | | | | |
|---|---|---|---|---|
| | Monell theory | | | |
| 08/14/2023 | Research qualified immunity developments post-*Taylor v. Riojas*; review Ninth Circuit excessive force decisions applicable to vehicle-approach cases; Shepardize | 5.00 | $1,250 | $6,250 |
| 08/21/2023 | Strategy session with co-counsel Galipo team re case posture, document production, and anticipated discovery disputes | 2.00 | $1,250 | $2,500 |
| 09/05/2023 | Research LAPD policy on shooting at or from vehicles; review Chief of Police Intradepartmental Correspondence; analyze whether within-policy finding constitutes ratification under *Christie v. Iopa* | 5.00 | $1,250 | $6,250 |
| 09/12/2023 | Review Hayhoe special interrogatories to Plaintiff; advise on response strategy; communicate with team re preparation of responses | 2.00 | $1,250 | $2,500 |
| 09/20/2023 | Telephone conference with Petit family re case status; update on document production and anticipated expert retention | 1.00 | $1,250 | $1,250 |
| 10/10/2023 | Review defendants' Motion to Stay Case Pending Resolution of Criminal Proceedings [Dkt. 38]; analyze *Heck v. Humphrey* arguments; research applicable stay standards; develop opposition strategy | 5.00 | $1,250 | $6,250 |
| 10/18/2023 | Research criminal/civil case interaction; analyze scope of stay sought by defendants; communicate with co-counsel re opposition to stay motion | 3.00 | $1,250 | $3,750 |
| 10/24/2023 | Telephone conference with Petit family re status of stay motion and criminal proceedings | 1.00 | $1,250 | $1,250 |
| 11/07/2023 | Review Order Granting Stay [Dkt. 43]; analyze impact on civil litigation strategy; develop case-preservation plan; communicate with team | 2.00 | $1,250 | $2,500 |
| **Phase 2 Subtotal** | | **88.00** | | **$110,000** |

22

## Phase 3: Civil Stay Period, Death of Original Plaintiff & Substitution

*(November 2023 – January 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20/2023 | Develop civil litigation strategy for stay period; research case law on preserving civil claims during pending criminal proceedings; advise team on stay-period work plan | 3.00 | $1,250 | $3,750 |
| 12/05/2023 | Review and approve Joint Case Management Statement; communicate with defense counsel; update Petit family on case status | 1.50 | $1,250 | $1,875 |
| 12/15/2023 | Research officer-involved shooting patterns within LAPD Southwest Division; review prior cases for Monell evidence; analyze LAPD Chief's within-policy findings across comparable incidents | 5.00 | $1,250 | $6,250 |
| 01/15/2024 | Telephone conference with Petit family re case status during stay period; update on criminal proceedings | 1.00 | $1,250 | $1,250 |
| 02/08/2024 | Research Bane Act specific intent under *Reese v. County of Sacramento*; research *Cornell v. City and County of San Francisco*; Shepardize both for upcoming briefing | 4.00 | $1,250 | $5,000 |
| 02/13/2024 | Review and approve Parties' Status Report re Criminal Case; confer with team re case posture | 0.75 | $1,250 | $938 |
| 03/12/2024 | Research qualified immunity developments in excessive force cases; review recent Ninth Circuit decisions; Shepardize key cases for anticipated MSJ defense | 5.00 | $1,250 | $6,250 |
| 04/10/2024 | Review civil case file; assess status of all evidence; identify anticipated expert needs; communicate with co-counsel Galipo re case strategy | 3.00 | $1,250 | $3,750 |
| 05/07/2024 | Telephone conference with Petit family re criminal proceedings and civil case status during stay | 1.00 | $1,250 | $1,250 |
| 06/05/2024 | Review Stipulation for Further Stay of Case Pending Resolution of Criminal Proceedings [Dkt. 46]; analyze extended stay implications; advise team | 1.50 | $1,250 | $1,875 |
| 06/11/2024 | Review Order Granting Stay [Dkt. 48]; develop continued case-preservation plan; communicate with Petit family re stay | 1.50 | $1,250 | $1,875 |
| 07/10/2024 | Research expert witnesses for anticipated civil case reopening — police practices, neuropathology, physical medicine and rehabilitation; identify candidates; begin | 4.00 | $1,250 | $5,000 |

| | preliminary outreach | | | |
|---|---|---|---|---|
| 08/06/2024 | Communicate with Petit family following Jermaine Petit's death on August 4, 2024; advise family on legal implications for the civil case; explain survival action and wrongful death claims; explain substitution procedure | 3.00 | $1,250 | $3,750 |
| 08/12/2024 | Research Federal Rule of Civil Procedure 25 substitution of party; research wrongful death standing and survival claims under California law; identify Ashlyn Petit as proper successor-in-interest | 4.00 | $1,250 | $5,000 |
| 08/20/2024 | Telephone conference with Ashlyn Petit re substitution process; explain her role as successor-in-interest and her individual wrongful death claims; advise on retainer agreement | 2.00 | $1,250 | $2,500 |
| 09/03/2024 | Review draft Motion for Substitution of Party; provide substantive edits; research federal procedural requirements for substitution; communicate with ADW re filing logistics | 3.00 | $1,250 | $3,750 |
| 09/10/2024 | Draft and finalize Retainer Agreement with Ashlyn Petit; explain terms; address client questions | 2.00 | $1,250 | $2,500 |
| 09/18/2024 | Telephone conference with Ashlyn Petit re case strategy and substitution filing; update on anticipated timeline upon case reopening | 1.50 | $1,250 | $1,875 |
| 10/01/2024 | Review and approve near-final Motion for Substitution and supporting Declaration of RSD; review Ashlyn Petit declaration; coordinate with ADW re all supporting materials | 3.00 | $1,250 | $3,750 |
| 10/22/2024 | Review Court's order requiring supplemental declaration re motion for substitution [Dkt. 52]; communicate with team re response; coordinate amended filing | 1.50 | $1,250 | $1,875 |
| 10/28/2024 | Review circumstances necessitating withdrawal and re-filing of Motion to Substitute; coordinate with team; advise on revised approach | 1.00 | $1,250 | $1,250 |
| 11/01/2024 | Review and finalize renewed Motion for Substitution [re Dkt. 58]; review Declaration of RSD in support; review Declaration of Ashlyn Petit; approve all for filing | 3.00 | $1,250 | $3,750 |
| 11/10/2024 | Telephone conference with Ashlyn Petit re status of substitution motion and anticipated case reopening | 1.00 | $1,250 | $1,250 |
| 11/27/2024 | Review Order Granting Motion to Substitute Party [Dkt. | 3.00 | $1,250 | $3,750 |

24

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | 61]; develop accelerated civil litigation plan; conference calls with co-counsel Galipo and Bryant | | | |
| 12/03/2024 | Review and edit draft First Amended Complaint adding wrongful death claims and substituting Ashlyn Petit; coordinate with team | 4.00 | $1,250 | $5,000 |
| 12/05/2024 | Review and finalize First Amended Complaint; approve for filing | 2.00 | $1,250 | $2,500 |
| 12/09/2024 | Review Joint Status Report and Request to Return Matter to Active Calendar; communicate with defense counsel; coordinate with team | 1.50 | $1,250 | $1,875 |
| 12/20/2024 | Review entire civil case file upon anticipated reopening; analyze current state of pleadings; identify all pending issues; develop discovery plan | 8.00 | $1,250 | $10,000 |
| 12/27/2024 | Research recent Ninth Circuit excessive force decisions published during stay period; research *Monell* liability updates; update case strategy | 6.00 | $1,250 | $7,500 |
| 12/30/2024 | Strategy calls with co-counsel Galipo team re civil trial plan; develop joint expert strategy; allocate witness examination responsibilities | 4.00 | $1,250 | $5,000 |
| **Phase 3 Subtotal** | | **91.75** | | **$114,688** |

## Phase 4: Civil Reopening — Discovery, Expert Retention & Depositions

*(January 2025 – October 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/08/2025 | Review Order returning case to active calendar [Dkt. 69]; develop accelerated civil litigation plan; internal team meeting re assignments and schedule | 3.00 | $1,250 | $3,750 |
| 01/15/2025 | Telephone conference with Ashlyn Petit re civil case reopening; explain accelerated litigation timeline; address client questions | 1.50 | $1,250 | $1,875 |
| 01/22/2025 | Develop expert retention plan — identify Richard Bryce (police practices), Dr. Bennet Omalu (neuropathology/pathology), Dr. Amy Magnusson (PM&R); initiate outreach and preliminary strategy calls | 3.00 | $1,250 | $3,750 |
| 01/29/2025 | Participate in Rule 26(f) conference with all defense | 3.00 | $1,250 | $3,750 |

25

| | | | | |
|---|---|---|---|---|
| | counsel; develop discovery schedule; review and approve Joint Rule 26(f) Report [Dkt. 72] | | | |
| 02/05/2025 | Retain Richard Bryce; review CV and fee schedule; initial strategy call re LAPD use-of-force opinions and Monell ratification theory; review prior Bryce testimony | 3.00 | $1,250 | $3,750 |
| 02/07/2025 | Review Civil Trial Scheduling Order [Dkt. 73]; calendar all critical deadlines; strategize re accelerated discovery and expert timeline | 2.50 | $1,250 | $3,125 |
| 02/13/2025 | Telephone conference with Ashlyn Petit re case progression; update on expert retention; address client questions re discovery and depositions | 1.00 | $1,250 | $1,250 |
| 02/14/2025 | Receive and analyze Defendants' interrogatories to Plaintiff; develop response strategy; identify objections; review Hayhoe's RFPs Set One | 5.00 | $1,250 | $6,250 |
| 02/20/2025 | Review and edit BRT's draft responses to Defendants' interrogatories Set One; provide substantive edits; revise objections | 3.00 | $1,250 | $3,750 |
| 02/25/2025 | Review BRT's draft responses to Defendants' RFPs Set One; review all documents to be produced; identify privilege issues; approve production | 3.00 | $1,250 | $3,750 |
| 03/05/2025 | Retain Dr. Bennet Omalu; review 95-page CV and fee schedule; initial strategy call re brain injury findings, pathology, and Petit's physical condition pre-death | 3.00 | $1,250 | $3,750 |
| 03/10/2025 | Retain Dr. Amy Magnusson; review CV and fee schedule; initial strategy call re physical medicine and rehabilitation opinions and life care plan for damages | 2.50 | $1,250 | $3,125 |
| 03/15/2025 | Telephone conference with Ashlyn Petit re mediation referral and case status; explain ADR process | 1.00 | $1,250 | $1,250 |
| 03/18/2025 | Review and approve BRT's finalized ROG responses; revise objections; review for consistency with record | 3.00 | $1,250 | $3,750 |
| 03/20/2025 | Develop strategy for Plaintiff's propounded discovery to all defendants; develop interrogatories to Hayhoe, Glover, and City targeting use-of-force history, training records, internal affairs, and prior complaints | 6.00 | $1,250 | $7,500 |
| 03/27/2025 | Review and approve Plaintiff's responses to all Defendants' interrogatories and RFPs; review final production | 3.00 | $1,250 | $3,750 |

| 04/01/2025 | Review BRT's draft interrogatories and RFAs to Hayhoe and Glover; provide substantive edits; approve | 3.00 | $1,250 | $3,750 |
|---|---|---|---|---|
| 04/10/2025 | Review Plaintiff's propounded discovery to City of Los Angeles — ROGs targeting Monell evidence; RFPs targeting incident materials, LAPD policies, prior OIS incidents; approve | 3.00 | $1,250 | $3,750 |
| 04/20/2025 | Telephone conference with Ashlyn Petit re discovery status and upcoming mediation | 1.00 | $1,250 | $1,250 |
| 05/01/2025 | Review and analyze Hayhoe's and Glover's responses to Plaintiff's ROGs and RFAs [Dkts. 117, 118, 119, 120]; identify deficiencies; develop meet and confer strategy | 4.00 | $1,250 | $5,000 |
| 05/15/2025 | Strategy session with co-counsel Galipo re mediator selection, discovery posture, and case valuation | 2.00 | $1,250 | $2,500 |
| 05/20/2025 | Review Bryce initial Rule 26 report; provide strategic direction re LAPD policy violations, post-OIS investigation, and ratification evidence; strategy call with Bryce | 4.00 | $1,250 | $5,000 |
| 05/27/2025 | Review Omalu initial expert findings re Jermaine Petit's injuries and cause of death; provide strategic direction; strategy call with Dr. Omalu | 3.00 | $1,250 | $3,750 |
| 06/05/2025 | Review Magnusson life care plan and PM&R report; provide strategic direction re future medical costs and lost capacity; strategy call with Dr. Magnusson | 3.00 | $1,250 | $3,750 |
| 06/09/2025 | Review City of Los Angeles' supplemental document production [Dkt. 111, CITY 0001–000180]; review all force investigation materials, officer interview transcripts, and witness statements; annotate key admissions | 8.00 | $1,250 | $10,000 |
| 06/10/2025 | Continue review of City's production: review all officer interview transcripts in detail — Hayhoe (multiple sessions), Glover, Martinez, Benitez, Pollio, Liggett, Gonzalez; annotate inconsistencies for deposition and trial use | 8.00 | $1,250 | $10,000 |
| 06/11/2025 | Complete review of City's production: review confidential LAPD force investigation report; review LAPD Chief's Intradepartmental Correspondence (Monell evidence); annotate within-policy finding for Monell ratification argument | 6.00 | $1,250 | $7,500 |
| 06/20/2025 | Research *Heck v. Humphrey* doctrine and impact of any Petit criminal proceedings on civil claims; communicate | 4.00 | $1,250 | $5,000 |

| | | | | |
|---|---|---|---|---|
| | with co-counsel re case posture | | | |
| 07/07/2025 | Deposition preparation — Glover: Day 1: review all officer interview transcripts, crime reports, and supplemental reports relating to Officer Glover's decision to fire; annotate all inconsistencies | 8.00 | $1,250 | $10,000 |
| 07/08/2025 | Deposition preparation — Glover: Day 2: review City production relating to Glover's training records, prior complaints, and use-of-force history; develop deposition outline | 8.00 | $1,250 | $10,000 |
| 07/09/2025 | Deposition preparation — Glover: Day 3: strategy call with Bryce re Glover's policy violations and POST training deficiencies; finalize deposition outline; prepare all deposition exhibits | 5.00 | $1,250 | $6,250 |
| 07/10/2025 | Extended strategy meeting with Galipo team re association of counsel; develop joint trial strategy; allocate witness examination responsibilities | 3.00 | $1,250 | $3,750 |
| 07/22/2025 | Review Stipulated Protective Order [Dkt. 77]; review and approve; coordinate execution | 1.00 | $1,250 | $1,250 |
| 07/25/2025 | Strategy call with Bryce re Glover deposition preparation; review LAPD force investigation findings and use-of-force policy analysis | 2.00 | $1,250 | $2,500 |
| 07/28/2025 | Final Glover deposition preparation: review all materials; refine outline; prepare exhibits; final preparation with co-counsel | 4.00 | $1,250 | $5,000 |
| 07/29/2025 | Deposition preparation — Glover final session: review Glover's all interview transcripts for impeachment; prepare cross-examination exhibits | 3.00 | $1,250 | $3,750 |
| 07/30/2025 | Conduct deposition of Officer Daryl Glover, Jr. | 6.00 | $1,250 | $7,500 |
| 07/31/2025 | Review and analyze Glover deposition transcript; annotate key admissions re threat assessment, communications with Hayhoe, and decision to fire; debrief with Bryce | 5.00 | $1,250 | $6,250 |
| 08/04/2025 | Begin Hayhoe deposition preparation — Day 1: review all Hayhoe interview transcripts (multiple sessions); annotate all statements re his position, threat perception, and decision to fire from inside patrol vehicle | 8.00 | $1,250 | $10,000 |
| 08/05/2025 | Hayhoe deposition preparation — Day 2: review force investigation report and all supervisory chain decisions; | 8.00 | $1,250 | $10,000 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | annotate Chief's within-policy finding; develop Monell ratification deposition questions | | | |
| 08/06/2025 | Hayhoe deposition preparation — Day 3: review all percipient witness statements (Mark, Datrice, Tramel, Sumlin, Skomra, Petit); cross-reference with Hayhoe's account; develop impeachment strategy | 8.00 | $1,250 | $10,000 |
| 08/07/2025 | Hayhoe deposition preparation — Day 4: review Bryce's policy violation analysis; develop deposition questions targeting each policy violation; strategy call with Bryce | 5.00 | $1,250 | $6,250 |
| 08/11/2025 | Telephone conference with Ashlyn Petit re upcoming depositions; update on case strategy and expert reports | 1.50 | $1,250 | $1,875 |
| 08/12/2025 | Hayhoe/Martinez deposition preparation — Day 5: review all Martinez interview transcripts and supplemental reports; develop cross-examination outline for Martinez; finalize Hayhoe deposition outline; prepare all deposition exhibits | 8.00 | $1,250 | $10,000 |
| 08/13/2025 | Attend deposition of Hanna Mark (percipient witness) | 4.00 | $1,250 | $5,000 |
| 08/14/2025 | Review and analyze Hanna Mark deposition transcript; annotate for trial use; identify key corroboration of Plaintiff's account | 3.00 | $1,250 | $3,750 |
| 08/22/2025 | Review Joint Stipulation to Modify Scheduling Order [Dkt. 78]; adjust litigation timeline; communicate with team | 1.00 | $1,250 | $1,250 |
| 08/25/2025 | Final preparation for Hayhoe and Martinez depositions; finalize all outlines and exhibits; strategy call with Galipo team | 4.00 | $1,250 | $5,000 |
| 08/27/2025 | Final preparation for Hayhoe deposition: review complete Hayhoe transcript file; refine impeachment approach | 3.00 | $1,250 | $3,750 |
| 08/28/2025 | Conduct deposition of Sergeant Brett Hayhoe; conduct deposition of Officer Nelson Martinez | 12.00 | $1,250 | $15,000 |
| 08/29/2025 | Review and analyze Hayhoe deposition transcript; annotate key admissions re firing from inside patrol vehicle, knowledge that Petit was unarmed, and policy violations; debrief with Bryce | 6.00 | $1,250 | $7,500 |
| 09/01/2025 | Review and analyze Martinez deposition transcript; annotate for trial; identify corroborating and conflicting testimony | 3.00 | $1,250 | $3,750 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/05/2025 | Receive and analyze Defendants' joint expert disclosure [Dkt. 31]; review expert Kevin Young, M.D. (emergency medicine) designation; analyze vulnerabilities | 4.00 | $1,250 | $5,000 |
| 09/10/2025 | Strategy call with Bryce re Hayhoe deposition admissions; update policy violation and ratification opinions; review revised Bryce Rule 26 report | 3.00 | $1,250 | $3,750 |
| 09/15/2025 | Co-counsel call with Galipo team re deposition transcripts; coordinate trial use of key admissions; develop trial narrative | 2.00 | $1,250 | $2,500 |
| 09/17/2025 | Review entire City of Los Angeles document production for Monell evidence; annotate all within-policy findings, prior OIS incident files, supervisory chain documents; develop ratification argument | 8.00 | $1,250 | $10,000 |
| 09/19/2025 | Review all expert Rule 26 reports — Bryce, Omalu, Magnusson; communicate with each expert re final opinions; coordinate with ADW re filing | 8.00 | $1,250 | $10,000 |
| 09/22/2025 | Strategy meeting with all three experts: coordinate expert opinions; develop trial narrative; identify gaps; resolve inconsistencies | 3.00 | $1,250 | $3,750 |
| 09/25/2025 | Review all deposition transcripts for MSJ opposition; annotate key admissions and testimony for use in Responsive Separate Statement | 6.00 | $1,250 | $7,500 |
| 09/29/2025 | Research qualified immunity clearly-established-law argument for anticipated MSJ; research *Villanueva v. State of California*, *A.D. v. California Highway Patrol*, shooting from vehicle cases; Shepardize all | 6.00 | $1,250 | $7,500 |
| 10/01/2025 | Telephone conference with Ashlyn Petit re MSJ anticipated by defendants; explain process and likely outcome; update on trial schedule | 1.50 | $1,250 | $1,875 |
| 10/07/2025 | Research Bane Act — *Reese v. County of Sacramento*, *Cornell v. City and County of San Francisco*; research battery by peace officer standards — *Johnson v. Bay Area Rapid Transit*; Shepardize all | 5.00 | $1,250 | $6,250 |
| **Phase 4 Subtotal** | | **303.00** | | **$378,750** |

30

## Phase 5: MSJ Opposition — Research, Drafting & Strategy

*(November 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/10/2025 | Receive and review Defendants' Motion for Summary Judgment [Dkt. 83] and all supporting papers; analyze arguments re qualified immunity, excessive force, battery, negligence, and Monell; outline opposition strategy | 8.00 | $1,250 | $10,000 |
| 11/11/2025 | Shepardize all cases cited in Defendants' MSJ: *Graham v. Connor*, *Plumhoff v. Rickard*, *Mullenix v. Luna*, *Kisela v. Hughes*, *Estate of Strickland v. Nevada County*, *Waid v. County of Lyon*; identify weaknesses in defense authority | 8.00 | $1,250 | $10,000 |
| 11/12/2025 | Research Bane Act opposition section; provide comprehensive edits; coordinate with Bryce and Omalu re declarations in support of opposition | 5.00 | $1,250 | $6,250 |
| 11/17/2025 | Review all expert declarations in support of MSJ opposition; provide strategic direction to Bryce re declaration content; review Renee Mansongsong's Responsive Separate Statement | 5.00 | $1,250 | $6,250 |
| 11/18/2025 | Review and edit all factual responses; strengthen counter-evidence citations from deposition transcripts and document production | 4.00 | $1,250 | $5,000 |
| 11/18/2025 | Review all sections of MSJ opposition; provide final comprehensive edits; review all supporting declarations and exhibits; final review before filing | 6.00 | $1,250 | $7,500 |
| 11/18/2025 | Final review and approval of complete MSJ opposition package; confirm all exhibits and declarations attached; approve all for filing | 4.00 | $1,250 | $5,000 |
| **Phase 5 Subtotal** | | **40.00** | | **$50,000** |

## Phase 6: Motions In Limine, Pretrial Documents & Jury Instructions

*(January 2026 – February 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| **01/07/2026** | Review and edit BRT's draft Plaintiff's Motions In Limine; | 3.00 | $1,250 | $3,750 |

| | provide strategic input; Shepardize authorities | | | |
| --- | --- | --- | --- | --- |
| 01/14/2026 | Receive and analyze Defendants' Motions In Limine [Dkts. 109, 111]; analyze motions to exclude evidence and expert opinions; develop opposition strategy | 5.00 | $1,250 | $6,250 |
| 01/14/2026 | Research jury instruction law for all disputed instructions: excessive force instruction (9th Cir. 9.25), battery instruction (CACI 1305B), Bane Act instruction per *Reese v. Sacramento*, punitive damages, Monell instructions; Shepardize | 6.00 | $1,250 | $7,500 |
| 01/15/2026 | Shepardize all cases cited in Defendants' MILs; analyze FRE 401, 403, 404(b) arguments; develop opposition framework for each defense MIL | 5.00 | $1,250 | $6,250 |
| 01/15/2026 | Research additional jury instruction disputes; research multiple causation instruction (CACI 431); research wrongful death verdict form | 4.00 | $1,250 | $5,000 |
| 01/15/2026 | Review and finalize joint exhibit list; review all pretrial documents; coordinate with ADW re filing logistics | 3.00 | $1,250 | $3,750 |
| 01/16/2026 | Review and approve Memorandum of Contentions of Fact and Law; review proposed voir dire; review statement of the case | 5.00 | $1,250 | $6,250 |
| 01/16/2026 | Review and negotiate joint disputed jury instructions; analyze all disputed instructions; provide input on all disputes; review verdict form | 6.00 | $1,250 | $7,500 |
| 01/16/2026 | Review all pretrial filings; identify remaining gaps; coordinate with co-counsel Galipo | 3.00 | $1,250 | $3,750 |
| 01/20/2026 | Review and edit BRT's draft MIL oppositions; provide strategic input on FRE 403 prejudice arguments; ensure all expert qualifications properly defended | 4.00 | $1,250 | $5,000 |
| 01/26/2026 | Co-counsel call with Galipo team re MIL strategy; finalize arguments; coordinate who argues which motion at FPTC | 2.00 | $1,250 | $2,500 |
| 01/28/2026 | Extended co-counsel trial strategy session with Galipo team; finalize witness order; coordinate opening statement content; review damages strategy | 5.00 | $1,250 | $6,250 |
| 01/28/2026 | Final preparation for FPTC: review all court orders, scheduling requirements, all MILs and oppositions; develop trial structure for each possible ruling combination | 5.00 | $1,250 | $6,250 |
| 01/29/2026 | Co-counsel call with Galipo: coordinate trial roles, opening | 2.00 | $1,250 | $2,500 |

32

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| | statement structure, and witness examination assignments | | | |
| 02/10/2026 | Attend FPTC; review all MIL rulings; adjust trial strategy in light of all rulings; strategy call re any adverse evidentiary rulings | 5.00 | $1,250 | $6,250 |
| **Phase 6 Subtotal** | | **63.00** | | **$78,750** |

## Phase 7: Trial Preparation & Civil Trial

*(January 2026 – February 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/15/2026 | Begin intensive trial preparation: review entire trial record; develop comprehensive opening statement outline; structure theory of the case | 8.00 | $1,250 | $10,000 |
| 01/16/2026 | Trial preparation: develop direct examination outlines for Ashlyn Petit and all three experts; review all demonstrative aids | 8.00 | $1,250 | $10,000 |
| 01/17/2026 | Trial preparation: develop cross-examination outlines for Sergeant Hayhoe — focusing on all inconsistencies between interview transcripts, deposition testimony, and force investigation findings; policy violation admissions | 8.00 | $1,250 | $10,000 |
| 01/19/2026 | Witness preparation session with Ashlyn Petit — first session: prepare for direct and anticipated cross-examination | 3.00 | $1,250 | $3,750 |
| 01/20/2026 | Trial preparation: finalize opening statement; refine all witness examination outlines; review demonstrative strategy | 8.00 | $1,250 | $10,000 |
| 01/21/2026 | Witness preparation with Richard Bryce: review all eight policy violation opinions; prepare for direct testimony and anticipated cross | 3.00 | $1,250 | $3,750 |
| 01/22/2026 | Trial preparation: develop comprehensive cross-examination of defense expert Kevin Young, M.D., based on deposition and Magnusson opinions | 7.00 | $1,250 | $8,750 |
| 01/22/2026 | Witness preparation session with Ashlyn Petit — second session: finalize direct examination | 2.00 | $1,250 | $2,500 |
| 01/23/2026 | Witness preparation with Dr. Omalu: review expert opinions re Petit's injuries and pathological findings; | 3.00 | $1,250 | $3,750 |

| | | | | |
|---|---|---|---|---|
| | prepare for direct and cross | | | |
| 01/24/2026 | Witness preparation with Dr. Magnusson: review PM&R opinions and damages presentation; prepare for direct and cross; co-counsel call with Galipo: finalize trial roles and witness examination assignments | 4.00 | $1,250 | $5,000 |
| 01/26/2026 | Trial preparation: mock cross-examinations of Bryce and Omalu; final review of all examination outlines | 8.00 | $1,250 | $10,000 |
| 01/27/2026 | Final pre-trial co-counsel meeting with Galipo and Bryant re all outstanding trial logistics; finalize all assignments | 3.00 | $1,250 | $3,750 |
| 01/28/2026 | Trial strategy meeting with BRT and Galipo co-counsel; final assignments; coordinate morning logistics | 3.00 | $1,250 | $3,750 |
| 01/29/2026 | Final trial preparation: review all materials; finalize voir dire; review jury questionnaire strategy | 8.00 | $1,250 | $10,000 |
| 02/17/2026 | Trial Day 1: jury selection and opening statement | 8.00 | $1,250 | $10,000 |
| 02/17/2026 | Evening preparation: review jury selection notes; assess panel; prepare for Day 2 witnesses | 4.00 | $1,250 | $5,000 |
| 02/18/2026 | Trial Day 2: examination of Sergeant Hayhoe | 8.00 | $1,250 | $10,000 |
| 02/18/2026 | Evening preparation: review Hayhoe trial testimony; identify additional impeachment; prepare for Day 3 | 4.00 | $1,250 | $5,000 |
| 02/19/2026 | Trial Day 3: examination of Officer Glover; examination of Richard Bryce | 8.00 | $1,250 | $10,000 |
| 02/19/2026 | Evening preparation: review testimony; prepare for Day 4 | 4.00 | $1,250 | $5,000 |
| 02/20/2026 | Trial Day 4: examination of Dr. Omalu; examination of Ashlyn Petit; cross-examination of defense witnesses | 8.00 | $1,250 | $10,000 |
| 02/20/2026 | Evening preparation: review testimony; prepare for Day 5 and remaining witnesses | 4.00 | $1,250 | $5,000 |
| 02/21/2026 | Weekend preparation: review all trial testimony; revise and strengthen closing argument | 8.00 | $1,250 | $10,000 |
| 02/22/2026 | Weekend preparation: finalize closing argument; prepare for all jury questions; rehearse with BRT | 6.00 | $1,250 | $7,500 |
| 02/24/2026 | Trial Day 5: closing arguments; jury deliberations | 8.00 | $1,250 | $10,000 |
| 02/24/2026 | Evening preparation: trial review | 5.00 | $1,250 | $6,250 |
| 02/25/2026 | Trial Day 6: jury deliberations; | 13.00 | $1,250 | $16,250 |
| **Phase 7** | | **184.00** | | **$230,000** |

| Subtotal | | | | |
|---|---|---|---|---|

## Phase 8: Post-Trial Matters & Fee Motion

*(February 2026 – March 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/27/2026 | Call with Ashlyn Petit and family re verdict; explain next steps and fee process | 2.00 | $1,250 | $2,500 |
| 03/09/2026 | Post-verdict co-counsel conference with Galipo re judgment, costs, and fee motion coordination | 2.00 | $1,250 | $2,500 |
| 03/09/2026 | Assist with draft and review proposed judgment; communicate with co-counsel; review post-trial landscape | 3.00 | $1,250 | $3,750 |
| 03/09/2026 | Review post-trial motions landscape; advise on response strategy re Defendants' joint motion for judgment as a matter of law | 3.00 | $1,250 | $3,750 |
| 03/10/2026 | Analyze Defendants' Joint Motion for Judgment as a Matter of Law [Dkt. 165]; review arguments; advise team on opposition strategy | 5.00 | $1,250 | $6,250 |
| 03/11/2026 | Research fee motion: review *Hensley v. Eckerhart*, *City of Riverside v. Rivera*, *Ketchum v. Moses*; research lodestar and multiplier standards; Shepardize | 8.00 | $1,250 | $10,000 |
| 04/01/2026 | Assist with continued researching and drafting Motion for Attorneys' Fees memorandum of points and authorities; review all supporting authorities | 6.00 | $1,250 | $7,500 |
| 04/03/2026 | Review and finalize fee motion; review all declarations; review billing records; supervise preparation of all declarations in support of Motion for Attorneys' Fees | 6.00 | $1,250 | $7,500 |
| 04/06/2026 | Review and finalize all fee motion papers; communicate with co-counsel re coordination of declarations | 3.00 | $1,250 | $3,750 |
| **Phase 8 Subtotal** | | **38.00** | | **$47,500** |

## RSD PHASE TOTALS:

| Phase | Description | Hours | Amount |
|---|---|---|---|
| Phase 1 | Pre-Suit Investigation & Complaint Drafting | 76.50 | $95,625 |

35

| Phase 2 | Early Civil Litigation & Initial Stay | 88.00 | $110,000 |
|---|---|---|---|
| Phase 3 | Stay Period, Client Death & Substitution | 91.75 | $114,688 |
| Phase 4 | Discovery, Expert Retention & Depositions | 303.00 | $378,750 |
| Phase 5 | MSJ Opposition | 40.00 | $50.000 |
| Phase 6 | MILs & Pretrial Documents | 63.00 | $78,750 |
| Phase 7 | Trial Preparation & Trial | 184.00 | $230,000 |
| Phase 8 | Post-Trial & Fee Motion | 38.00 | $47,500 |
| **RSD TOTAL (Itemized)** | | **884.25** | **$1,105,312.50** |

*Note: These entries reflect primary documented matter activities. Additional time not individually itemized includes ongoing telephone conferences, internal meetings, email correspondence with co-counsel, opposing counsel, and experts throughout the case. Total time including all activities: **507.75 hours (plus 884.25 hours) / $1,740,000.***

36

**TAB 2: BRANDON R. TANTER (BRT) — $650/hr**

**SBN 351037 | University of the Pacific, McGeorge School of Law | Admitted to California Bar 2023**

---

**Phase 1: Written Discovery — Review, Analyze & Production Review**

*(November 2025- December 2025)*

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/24/2025 | Review Defendants' interrogatories Set One and RFPs Set One: review all interrogatories from Hayhoe and RFPs from Hayhoe; research objections; analyze scope of Plaintiff's prior statements | 5.00 | $650 | $3,250 |
| 11/25/2025 | Review Plaintiff's responses to Defendants' Hayhoe interrogatories Set One: research each topic; draft substantive responses and objections; ensure consistency with record | 7.00 | $650 | $4,550 |
| 11/25/2025 | Review Plaintiff's responses to Hayhoe's RFPs Set One: draft all responses and objections; identify responsive documents; review privilege issues | 6.00 | $650 | $3,900 |
| 12/01/2025 | Review Plaintiff's interrogatories Set One to Hayhoe and Glover: research excessive force, qualified immunity, and training topics; draft targeted interrogatories | 6.00 | $650 | $3,900 |
| 12/02/2025 | Begin review of City of Los Angeles' document production [CITY 0001-000180]: review all force investigation materials, officer interview transcripts, and supplemental reports; prepare document index | 8.00 | $650 | $5,200 |
| 12/03/2025 | Continue review of City's production: review all percipient witness statements (Mark, Datrice, Sumlin, Tramel, Skomra, Petit); annotate for trial use | 8.00 | $650 | $5,200 |
| 12/04/2025 | Complete review of City's production: review LAPD force investigation report, Chief's Intradepartmental Correspondence, Monell evidence; prepare comprehensive document index organized by category | 5.00 | $650 | $3,250 |
| 12/05/2025 | Review City's production for Monell evidence: identify all within-policy findings, supervisory chain approvals, prior OIS incident files; prepare Monell evidence summary for RSD | 5.00 | $650 | $3,250 |
| 12/09/2025 | Review Bryce CV and prior testimony list; review Bryce's prior reports in comparable cases; analyze scope of anticipated | 3.00 | $650 | $1,950 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Rule 26 opinions | | | |
| 12/09/2025 | Review Omalu CV (95 pages) and Magnusson CV; analyze scope of medical expert opinions; assist with expert file organization | 3.00 | $650 | $1,950 |
| **Phase 1 Subtotal** | | **56.00** | | **$36,400** |

## Phase 2: Expert Preparation & Deposition Review
*(December 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/12/2025 | Review and analyze Glover deposition transcript: prepare comprehensive summary with page/line citations; identify key admissions re decision to fire; send to Bryce | 5.00 | $650 | $3,250 |
| 12/12/2025 | Review and analyze Hanna Mark deposition transcript: prepare comprehensive summary; identify corroboration of Plaintiff's account | 3.00 | $650 | $1,950 |
| 12/15/2025 | Review and analyze Hayhoe deposition transcript: prepare comprehensive summary with page/line citations; annotate all admissions re unarmed status of Petit, policy violations; send to Bryce | 6.00 | $650 | $3,900 |
| 12/15/2025 | Review and analyze Martinez deposition transcript: prepare comprehensive summary; annotate for trial | 3.00 | $650 | $1,950 |
| 12/17/2025 | Review Defendants' joint expert disclosure; review Kevin Young, M.D. designation; summarize anticipated opinions; analyze vulnerabilities; advise RSD | 4.00 | $650 | $2,600 |
| 12/17/2025 | Research Kevin Young, M.D. prior testimony; Shepardize cases Young relies upon; identify impeachment areas for trial | 4.00 | $650 | $2,600 |
| **Phase 2 Subtotal** | | **25.00** | | **$16,250** |

## Phase 3: Motions In Limine, Oppositions & Pretrial Documents

*(January 2026-February 2026)*

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 01/07/2026 | Research and began draft Plaintiff's Motion In Limine No. 2 (to exclude the DA's Conclusions and the City's findings): research FRE 401, 403, 404(b); research prejudice vs. probative value analysis; Shepardize | 5.00 | $650 | $3,250 |
| 01/09/2026 | Research and edits to Plaintiff's Motion In Limine No. 4 (to exclude evidence of after acquired information): research admissibility limitations; research FRE 403 prejudice arguments; Shepardize | 4.00 | $650 | $2,600 |
| 01/13/2026 | Finalize Plaintiff's Motion in Limine No. 2 for RSD/RM approval/edits. | 2.00 | $650 | $1,300 |
| 01/13/2026 | Finalize Plaintiff's Motion in Limine No. 4 for RSD/RM approval/edits | 3.00 | $650 | $1,950 |
| 01/14/2026 | Receive and analyze Defendants' MILs; Shepardize all cases cited; develop opposition strategy for each | 5.00 | $650 | $3,250 |
| 01/16/2026 | Research and began draft Opposition to Defendants' MIL No. 1 (prejudice vs. probative value): research and distinguish defense cases; Shepardize | 5.00 | $650 | $3,250 |
| 01/19/2026 | Research and began draft Opposition to Defendants' MIL No. 3 (exclude expert opinions): research *Daubert* vs. MIL distinction; research expert qualification standards; Shepardize | 4.00 | $650 | $2,600 |
| 01/20/2026 | Finalize Plaintiff's Opposition to Defendants' MIL No. 1 for RSD/RM approval/edits | 5.00 | $650 | $3,250 |
| 01/21/2026 | Finalize Plaintiff's Opposition to Defendants' MIL No. for RSD/RM approval/edits | 4.00 | $650 | $2,600 |
| 01/23/2026 | Research disputed jury instructions: research Bane Act instruction (*Reese v. Sacramento*); research *Cornell v. City and County of San Francisco*; research CACI 1305B battery instruction; research 9th Circuit 9.25 excessive force instruction; Shepardize all | 6.00 | $650 | $3,900 |
| 01/27/2026 | Review all pretrial orders; assist with FPTC preparation; prepare argument outlines for each MIL | 4.00 | $650 | $2,600 |

| 01/27/2026 | Prepare for FPTC: review all MILs and oppositions; develop oral argument outline for all motions; coordinate with RSD | 5.00 | $650 | $3,250 |
|---|---|---|---|---|
| 02/02/2026 | Travel to and appear at Final Pretrial Conference; argue all MILs; report to RSD re all rulings | 8.00 | $650 | $5,200 |
| **Phase 3 Subtotal** | | **60.00** | | **$39,000** |

## Phase 4: Trial Preparation & Trial

*(January – February 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/16/2026 | Trial preparation: develop direct examination outlines for Bryce and Omalu; coordinate with experts | 5.00 | $650 | $3,250 |
| 01/17/2026 | Trial preparation: develop direct examination outline for Magnusson; review all expert demonstrative exhibits | 4.00 | $650 | $2,600 |
| 01/20/2026 | Trial preparation: review and organize all trial exhibits; prepare exhibit binders and courtroom materials | 6.00 | $650 | $3,900 |
| 01/21/2026 | Trial preparation: prepare courtroom technology and display materials; assist RSD with cross-examination outlines | 5.00 | $650 | $3,250 |
| 01/26/2026 | Trial preparation: mock cross-examinations with RSD; final review of all materials | 5.00 | $650 | $3,250 |
| 01/28/2026 | Trial strategy meeting with RSD and Galipo co-counsel; coordinate all trial roles and assignments | 2.00 | $650 | $1,300 |
| 01/29/2026 | Final trial preparation: review all materials; assist RSD with voir dire preparation | 5.00 | $650 | $3,250 |
| 02/17/2026 | Trial Day 1: jury selection; courtroom support | 8.00 | $650 | $5,200 |
| 02/17/2026 | Evening preparation: review jury notes; organize exhibits for Day 2 | 3.00 | $650 | $1,950 |
| 02/18/2026 | Trial Day 2: assist with Hayhoe examination; exhibit management | 8.00 | $650 | $5,200 |
| 02/18/2026 | Evening preparation: review testimony; prepare for Day 3 | 3.00 | $650 | $1,950 |
| 02/19/2026 | Trial Day 3: assist with Glover and Bryce examination | 8.00 | $650 | $5,200 |
| 02/19/2026 | Evening preparation: review testimony; prepare for Day 4 | 3.00 | $650 | $1,950 |

40

| 02/20/2026 | Trial Day 4: assist with Omalu and Ashlyn Petit examination; defense witnesses | 8.00 | $650 | $5,200 |
|---|---|---|---|---|
| 02/20/2026 | Evening preparation: review testimony; prepare for Day 5 | 3.00 | $650 | $1,950 |
| 02/24/2026 | Trial Day 5: closing arguments; jury instructions conference; jury deliberation | 12.00 | $650 | $5,200 |
| 02/24/2026 | Evening preparation: review testimony | 4.00 | $650 | $2,600 |
| 02/25/2026 | Trial Day 6: jury deliberations/verdict | 13.00 | $650 | $8,450 |
| 02/25/2026 | Team meeting regarding trial | 5.00 | $650 | $3,250 |
| 03/12/2026 | Review billing records; assist with fee motion declaration and Exhibit A preparation | 3.00 | $650 | $1,950 |
| **Phase 4 Subtotal** | | **113.00** | | **$73,450** |

## BRT PHASE TOTALS:

| Phase | Description | Hours | Amount |
|---|---|---|---|
| Phase 1 | Written Discovery — Reviewing, Analyzing & Production Review | 56.00 | $36,400 |
| Phase 2 | Expert Preparation & Deposition Review | 25.00 | $16,250 |
| Phase 3 | Motions In Limine, Oppositions & Pretrial | 60.00 | $39,000 |
| Phase 4 | Trial Preparation & Trial | 113.00 | $73,450 |
| **BRT TOTAL (Itemized)** | | **254.00** | **$163,100** |

*Note: Total hours including all telephone conferences, internal meetings, and related activities not individually itemized:* **150 hours (plus 254.00 hours) / $262,600**

41

**TAB 3: ALICE D. WILLIAMS (ADW) — $450/hr**
**Phase 1: Pre-Suit, Tort Claim, Complaint Drafting & Early Case**

*(September 2022 – November 2023)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/15/2022 | Review and organize initial case file and investigative materials; prepare case management system; communicate with co-counsel Bryant re coordination | 2.00 | $450 | $900 |
| 09/22/2022 | Draft and prepare Government Tort Claims for Jermaine Petit and Charlotte Blackwell as GAL; coordinate service on City of Los Angeles; calendar response deadline | 4.00 | $450 | $1,800 |
| 09/28/2022 | File both Government Tort Claims; confirm service; calendar response deadline; communicate with team | 1.50 | $450 | $675 |
| 10/10/2022 | Research media articles and YouTube footage re incident; communicate with team | 1.00 | $450 | $450 |
| 11/10/2022 | Draft and prepare petition for appointment of guardian ad litem and [proposed] order; coordinate with RSD re supporting materials | 3.00 | $450 | $1,350 |
| 12/05/2022 | Organize case file; prepare document index; calendar all upcoming deadlines; communicate with co-counsel | 1.50 | $450 | $675 |
| 01/09/2023 | Began draft of Complaint for Damages (i.e., introduction and fact sections) | 2.50 | $450 | $1,125 |
| 01/17/2023 | Continue draft of Complaint for Damages (i.e. excessive force, monell, and medical care causes of action) | 4.00 | $450 | $1,800 |
| 01/20/2023 | Continue to draft Complaint for Damages (i.e. assault/battery, negligence, bane act) | 3.50 | $450 | $1,575 |
| 01/26/2023 | Continue to draft Complaint for Damages (i.e. IIED and ADA) | 2.00 | $450 | $900 |
| 01/30/2023 | Review and revise Complaint for Damages under RSD's advisory | 3.00 | $450 | $1,350 |
| 02/02/2023 | Supervise filing of Complaint and all related documents; communicate with process server re service of summons | 1.50 | $450 | $675 |
| 02/03/2023 | Calendar all deadlines from initial filing; update case management system; distribute filed documents to team | 1.00 | $450 | $450 |
| 03/15/2023 | Communicate with process server re service on Officer Glover; update team on service status | 0.50 | $450 | $225 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/10/2023 | Assist with coordination of Joint Rule 26(f) Report; prepare for filing; communicate with opposing counsel | 1.00 | $450 | $450 |
| 05/04/2023 | Prepare and file Joint Rule 26(f) Report; coordinate signatures; communicate with opposing counsel | 1.50 | $450 | $675 |
| 05/08/2023 | Draft and file Declaration of RSD in Opposition to OSC re Dismissal of Officer Glover; coordinate all supporting exhibits | 2.00 | $450 | $900 |
| 05/18/2023 | Review and calendar all deadlines from Scheduling Order; prepare comprehensive deadline chart for distribution to team | 1.50 | $450 | $675 |
| 05/25/2023 | Receive and distribute Scheduling Order and Order re Settlement Procedures; update case calendar | 1.00 | $450 | $450 |
| 06/20/2023 | Receive and review Hayhoe and Glover Answers; update case file; calendar response deadlines | 0.75 | $450 | $338 |
| 07/07/2023 | Prepare and transmit meet and confer letter re City's deficient RFP responses; calendar response deadline | 1.00 | $450 | $450 |
| 08/07/2023 | Receive and log City's supplemental document production; organize all production documents by category; distribute to team | 4.00 | $450 | $1,800 |
| 08/08/2023 | Prepare production log; create comprehensive document index; communicate with team re review assignments | 2.00 | $450 | $900 |
| 10/10/2023 | Receive and distribute Defendants' Motion to Stay; calendar opposition deadline; communicate with RSD | 1.00 | $450 | $450 |
| 10/27/2023 | Assist with opposition to stay motion research; prepare and file RJN and supporting documents | 1.50 | $450 | $675 |
| 11/07/2023 | Receive and distribute Order Granting Stay [Dkt. 43]; calendar stay period review dates; update all case files | 1.00 | $450 | $450 |
| **Phase 1 Subtotal** | | **49.25** | | **$22,162.50** |

43

**Phase 2: Stay Period, Client Death & Substitution**

*(November 2023 – January 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20/2023 | Maintain case calendar during stay period; communicate with team re stay order; update service list | 0.50 | $450 | $225 |
| 12/05/2023 | Prepare Joint Case Management Statement; coordinate signatures; e-file | 1.50 | $450 | $675 |
| 02/13/2024 | Prepare Parties' Status Report re Criminal Case; coordinate signatures; e-file | 1.50 | $450 | $675 |
| 06/05/2024 | Prepare Stipulation for Further Stay; coordinate signatures; e-file [Dkt. 46] | 1.50 | $450 | $675 |
| 06/11/2024 | Receive and distribute Order Granting Stay [Dkt. 48]; update case calendar | 0.50 | $450 | $225 |
| 08/06/2024 | Communicate with Petit family following Jermaine Petit's death; organize case file to reflect change in client status; update all contact information | 1.50 | $450 | $675 |
| 09/03/2024 | Assist with draft Motion for Substitution of Party; prepare all supporting documents including draft declarations | 3.00 | $450 | $1,350 |
| 09/10/2024 | Prepare and coordinate Retainer Agreement with Ashlyn Petit; organize file | 1.00 | $450 | $450 |
| 10/01/2024 | Prepare and coordinate filing of Motion for Substitution of Party and all supporting documents | 2.00 | $450 | $900 |
| 10/22/2024 | Receive Court's order requiring supplemental materials; coordinate amended filing; communicate with team | 1.00 | $450 | $450 |
| 10/28/2024 | Assist with Notice of Withdrawal of Motion; coordinate filing; calendar refiling deadline | 1.00 | $450 | $450 |
| 11/01/2024 | Prepare renewed Motion for Substitution and all supporting declarations for filing | 2.00 | $450 | $900 |
| 11/04/2024 | E-file renewed Motion for Substitution [Dkt. 58]; coordinate service; calendar hearing date | 1.50 | $450 | $675 |
| 11/27/2024 | Receive and distribute Order Granting Motion to Substitute [Dkt. 61]; calendar FAC filing deadline | 0.75 | $450 | $338 |
| 12/05/2024 | Assist with drafting First Amended Complaint [Dkt. 62]; coordinate service on all parties | 2.00 | $450 | $900 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/09/2024 | Prepare and file Joint Status Report and Request to Return Matter to Active Calendar; coordinate signatures; e-file | 1.50 | $450 | $675 |
| 12/20/2024 | Organize full civil case file upon anticipated reopening; prepare comprehensive document index; distribute to team | 3.00 | $450 | $1,350 |
| 12/30/2024 | Calendar all reinstated case deadlines; prepare comprehensive deadline chart for distribution to team | 1.50 | $450 | $675 |
| **Phase 2 Subtotal** | | **27.25** | | **$12,626.50** |

## Phase 3: Civil Reopening — Discovery, Expert Retention & Depositions
*(January 2025 – October 2025)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/08/2025 | Assist with team meeting coordination; prepare case status summary; update master case calendar | 1.00 | $450 | $450 |
| 01/29/2025 | Prepare and coordinate filing of Joint Rule 26(f) Report [Dkt. 72]; coordinate signatures | 1.50 | $450 | $675 |
| 02/07/2025 | Calendar all deadlines from Civil Trial Scheduling Order [Dkt. 73]; prepare comprehensive deadline chart for team | 1.50 | $450 | $675 |
| 02/14/2025 | Receive and log Defendants' interrogatories and RFPs; distribute to team; calendar response deadlines | 1.00 | $450 | $450 |
| 02/18/2025 | Assist with gathering and organizing all documents responsive to Defendants' discovery requests; prepare Plaintiff's document production; coordinate Bates stamping | 5.00 | $450 | $2,250 |
| 03/12/2025 | Assist with finalizing Plaintiff's discovery responses; prepare for service; coordinate verification | 2.00 | $450 | $900 |
| 03/27/2025 | Prepare and coordinate service of Plaintiff's responses to all Defendants' interrogatories and RFPs | 2.00 | $450 | $900 |
| 04/10/2025 | Prepare and serve Plaintiff's interrogatories, RFPs, and RFAs to Hayhoe, Glover, and City | 2.00 | $450 | $900 |
| 05/05/2025 | Coordinate mediator selection process; prepare ADR-02 stipulation [Dkt. 196, 240]; coordinate signatures and filing | 1.50 | $450 | $675 |
| 05/20/2025 | Receive COSB supplemental production; log and distribute to team; communicate with experts | 1.00 | $450 | $450 |

| 06/06/2025 | Process and prepare expert fee agreements for Bryce, Omalu, and Magnusson; organize expert files; process retainer payments | 3.00 | $450 | $1,350 |
|---|---|---|---|---|
| 06/10/2025 | Receive, log, and distribute City of Los Angeles document production [CITY 0001-000180]; organize by category; prepare production log | 4.00 | $450 | $1,800 |
| 06/11/2025 | Assist with organization of City's production; create document index for team; distribute to experts | 4.00 | $450 | $1,800 |
| 06/20/2025 | Compile and organize all case documents for three expert files; transmit materials to each expert | 4.00 | $450 | $1,800 |
| 07/10/2025 | Coordinate Galipo notice of association of counsel; update service list with new co-counsel | 0.50 | $450 | $225 |
| 07/22/2025 | Prepare and file Stipulated Protective Order [Dkt. 77]; distribute executed copy | 1.00 | $450 | $450 |
| 07/25/2025 | Coordinate Glover deposition logistics; schedule court reporter; draft and file amended notice of deposition | 1.50 | $450 | $675 |
| 07/29/2025 | Prepare deposition binders for Glover deposition; organize all deposition exhibits | 2.00 | $450 | $900 |
| 07/30/2025 | Attend Glover deposition; provide exhibit support and logistics | 6.00 | $450 | $2,700 |
| 07/31/2025 | Receive and distribute Glover deposition transcript; file and organize; send copies to experts | 1.50 | $450 | $675 |
| 08/13/2025 | Coordinate Hanna Mark deposition logistics; assist at deposition with exhibit management | 2.50 | $450 | $1,125 |
| 08/14/2025 | Receive and distribute Mark deposition transcript; file and organize | 0.75 | $450 | $338 |
| 08/22/2025 | Prepare and file Joint Stipulation to Modify Scheduling Order [Dkt. 78]; coordinate signatures | 1.50 | $450 | $675 |
| 08/25/2025 | Coordinate Hayhoe and Martinez deposition logistics; confirm court reporters and Zoom; prepare all exhibit materials | 2.00 | $450 | $900 |
| 08/22/2025 | Plan and prepare for deposition of witness, Officer Martinez. (Deposition prep); review body camera footage of officers (nine); review statement transcripts of; Officer Martinez, Defendant Hayhoe and Defendant Glover. Review witness statements. Draft summary of documents. | 6.00 | $450 | $2,700 |
| 08/28/2025 | Attend Hayhoe and Martinez depositions; provide exhibit support and logistics | 12.00 | $450 | $5,400 |

46

| 09/05/2025 | Receive and distribute Defendants' joint expert disclosure; log defense expert files; distribute to team | 1.00 | $450 | $450 |
|---|---|---|---|---|
| 09/15/2025 | Assist with organization of all deposition transcripts; create master transcript binder and index for trial preparation | 2.00 | $450 | $900 |
| 11/14/2025 | Draft/revise began Plaintiff's Confidential Mediation Brief. (began to review deposition transcripts and body worn camera footage) | 3.00 | $450 | $1,350 |
| 11/17/2025 | Draft/revise Plaintiff's Confidential Mediation Brief. (i.e., review deposition transcripts of Glover, Hayhoe, Martinez, Plaintiff, and two 911 callers; review defendant officers' | 5.00 | $450 | $2,250 |
| 11/24/2025 | Attend Mediation with RSD and co-counsel | 5.00 | $450 | $2,250 |
| **Phase 3 Subtotal** | | **86.75** | | **$39,037.50** |

## Phase 4: MSJ Opposition, MILs & Pretrial
*(November 2025 – January 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/07/2025 | Receive and distribute Defendants' MSJ and all supporting documents; calendar opposition deadline | 1.00 | $450 | $450 |
| 11/08/2025 | Review and analyze Defendants' MSJ | 2.00 | $450 | $900 |
| 11/18/2025 | Assist in preparing Plaintiff's Opposition to Defendants' MSJ | 3.00 | $450 | $1,350 |
| 11/18/2025 | Assist in preparing Plaintiff's Separate Statement of Additional Disputed Material Facts | 1.50 | $450 | $675 |
| 01/13/2026 | Assist with drafting Plaintiff's MIL No. 4 | 3.00 | $450 | $1,350 |
| 01/14/2026 | Receive and distribute Defendants' MILs; calendar opposition deadlines; communicate with team | 1.00 | $450 | $450 |
| 01/16/2026 | Assist with preparing joint exhibit list and exhibit stipulation; coordinate with opposing counsel | 2.00 | $450 | $900 |
| 01/20/2026 | Assist with drafting Plaintiff's Opposition to Defendants' MIL No. 4 | 2.00 | $450 | $900 |
| 01/20/2026 | Assist with drafting Plaintiff's Opposition to Defendants' Motion to Trifurcate Trial | 2.50 | $450 | $1,125 |
| 01/21/2026 | Assist with drafting Declarations to Plaintiff's MILs. | 1.50 | $450 | $675 |

47

| | | | | |
|---|---|---|---|---|
| **Phase 4 Subtotal** | | 19.50 | | **$8,775.00** |

## Phase 5: Trial Preparation & Trial

*(January – February 2026)*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/13/2026 | Review/analyze trial exhibits, including gory photographs of decedent, Jermaine Petit. | 1.00 | $450 | $450 |
| 02/17/2026 | Trial Day 1: courtroom support; exhibit management; notes | 8.00 | $450 | $3,600 |
| 02/17/2026 | Evening trial preparation and strategies with team | 4.00 | $450 | $1,800 |
| 02/18/2026 | Trial Day 2: courtroom support; exhibit management | 8.00 | $450 | $3,600 |
| 02/18/2026 | Evening trial preparation and strategies with team | 4.00 | $450 | $1,800 |
| 02/19/2026 | Trial Day 3: courtroom support; exhibit management | 8.00 | $450 | $3,600 |
| 02/19/2026 | Evening trial preparation and strategies with team | 4.00 | $450 | $1,800 |
| 02/20/2026 | Trial Day 4: courtroom support; exhibit management | 8.00 | $450 | $3,600 |
| 02/20/2026 | Evening trial preparation and strategies with team | 5.00 | $450 | $2,250 |
| 02/23/2026 | Trial Day 5: courtroom support; exhibit management | 8.00 | $450 | $3,600 |
| 02/23/2026 | Evening trial preparation and strategies with team | 4.00 | $450 | $1,800 |
| 02/24/2026 | Trial Day 6: courtroom support; secure exhibit release for; closing arguments | 8.00 | $450 | $2,700 |
| 02/25/2026 | Trial Day 7: courtroom support; jury deliberations; organize and secure all trial materials; verdict | 10.00 | $450 | $4,500 |
| 04/03/2026 | Assist with fee motion preparation; organize all billing records; prepare Exhibit A | 4.00 | $450 | $1,800 |
| 04/06/2026 | Finalize and coordinate filing of all fee motion documents and declarations | 3.00 | $450 | $1,350 |
| **Phase 5 Subtotal** | | **100.00** | | **$45,000** |

## ADW PHASE TOTALS:

48

| Phase | Description | Hours | Amount |
|---|---|---|---|
| Phase 1 | Pre-Suit, Tort Claim, Complaint & Early Litigation | 49.25 | $22,162.50 |
| Phase 2 | Stay Period, Client Death & Substitution | 27.25 | $12,626.50 |
| Phase 3 | Civil Reopening — Discovery, Expert Retention & Depositions | 86.75 | $39,037.50 |
| Phase 4 | MSJ Opposition, MILs & Pretrial | 19.50 | $8,775 |
| Phase 5 | Trial Preparation & Trial | 100.00 | $45,000 |
| **ADW TOTAL (Itemized)** | | **282.75** | **$127,237.50** |

*Note: Total hours including all brief communications and administrative tasks not individually itemized: **150 hours (plus 282.75 hours) totals $194,737.50.***

## TAB 4: LE CHAUNE METOYER (LCM) — Legal Secretary — $150/hr

*Le Chaune Metoyer is the Legal Secretary to Rodney S. Diggs at IMW. She is listed on the CM/ECF service list for this case throughout its pendency.*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/15/2022 | Organize initial case file; calendar Government Tort Claim deadline; communicate with co-counsel Bryant re coordination | 2.00 | $150 | $300 |
| 09/22/2022 | Prepare Government Tort Claims for transmission to City; coordinate service; calendar response deadline | 2.00 | $150 | $300 |
| 11/10/2022 | Organize case file; calendar petition for GAL deadline; coordinate with RSD and ADW re supporting materials | 1.00 | $150 | $150 |
| 01/17/2023 | Prepare Complaint for filing; coordinate with co-counsel re signature blocks | 2.00 | $150 | $300 |
| 02/02/2023 | Calendar service deadline following Complaint filing; communicate with process server | 1.00 | $150 | $150 |
| 02/15/2023 | Calendar response deadline following Defendants' Answers; update docket tracking | 0.50 | $150 | $75 |
| 04/10/2023 | Prepare Joint Rule 26(f) Report for filing; coordinate signatures; calendar conference | 1.50 | $150 | $225 |

49

| 05/04/2023 | Receive and distribute OSC re dismissal of Officer Glover; calendar response deadline | 1.00 | $150 | $150 |
|---|---|---|---|---|
| 05/08/2023 | Coordinate e-filing of Declaration of RSD re OSC; prepare proof of service | 1.00 | $150 | $150 |
| 05/18/2023 | Calendar all Scheduling Order deadlines; update master calendar; distribute to team | 1.50 | $150 | $225 |
| 06/20/2023 | Receive and distribute Hayhoe and Glover Answers; update docket | 0.50 | $150 | $75 |
| 07/07/2023 | Assist ADW with meet and confer letter preparation; coordinate transmission | 0.50 | $150 | $75 |
| 08/07/2023 | Receive and log City's document production; assist ADW with organization and distribution | 2.00 | $150 | $300 |
| 10/10/2023 | Receive and distribute Defendants' stay motion; calendar opposition deadline; communicate with RSD | 1.00 | $150 | $150 |
| 11/07/2023 | Receive and distribute Order Granting Stay; calendar stay review dates; update all case files | 1.00 | $150 | $150 |
| 12/05/2023 | Prepare and e-file Joint Case Management Statement; coordinate signatures | 1.50 | $150 | $225 |
| 02/13/2024 | Prepare and e-file Parties' Status Report re Criminal Case; coordinate signatures | 1.50 | $150 | $225 |
| 06/05/2024 | Prepare and e-file Stipulation for Further Stay [Dkt. 46]; coordinate signatures | 1.50 | $150 | $225 |
| 06/11/2024 | Receive and distribute Order Granting Stay [Dkt. 48]; update case calendar | 0.50 | $150 | $75 |
| 08/06/2024 | Update case file to reflect death of Jermaine Petit; communicate with team; update contact information | 1.00 | $150 | $150 |
| 10/01/2024 | Coordinate e-filing of Motion for Substitution and supporting documents; prepare proofs of service | 2.00 | $150 | $300 |
| 10/22/2024 | Receive Court's supplemental order; calendar deadline; coordinate with team | 0.75 | $150 | $113 |
| 10/28/2024 | Assist with notice of withdrawal; coordinate filing | 0.75 | $150 | $113 |
| 11/01/2024–11/04/2024 | Coordinate e-filing of renewed Motion for Substitution and all supporting documents; prepare proofs of service | 3.00 | $150 | $450 |
| 11/27/2024 | Receive and distribute Order Granting Substitution [Dkt. 61]; calendar FAC deadline | 0.50 | $150 | $75 |

| 12/05/2024 | Assist with FAC filing logistics; coordinate service on all parties | 1.50 | $150 | $225 |
|---|---|---|---|---|
| 12/09/2024 | Prepare and e-file Joint Status Report and Request to Return Matter to Active Calendar; coordinate signatures | 1.50 | $150 | $225 |
| 01/08/2025 | Assist with team meeting coordination; update master case calendar; prepare case status summary | 1.00 | $150 | $150 |
| 01/29/2025 | Receive and e-file Joint Rule 26(f) Report [Dkt. 72]; update docket | 1.00 | $150 | $150 |
| 02/07/2025 | Calendar all deadlines from Civil Trial Scheduling Order [Dkt. 73]; prepare deadline chart for distribution | 1.50 | $150 | $225 |
| 02/14/2025 | Receive and log Defendants' interrogatories and RFPs; distribute to team; calendar response deadline | 1.00 | $150 | $150 |
| 03/27/2025 | Coordinate discovery responses for service; assist with meet and confer preparation | 1.00 | $150 | $150 |
| 04/10/2025 | Coordinate service of Plaintiff's propounded discovery; prepare proofs of service | 1.50 | $150 | $225 |
| 05/05/2025 | Coordinate filing of ADR stipulation; calendar mediation date | 0.75 | $150 | $113 |
| 06/06/2025 | Assist with processing of expert retainer agreements; coordinate check preparation | 1.00 | $150 | $150 |
| 06/10/2025 | Receive LAPD production; log and distribute to team | 1.50 | $150 | $225 |
| 07/10/2025 | Coordinate filing of Galipo Notice of Association; update service lists | 0.50 | $150 | $75 |
| 07/22/2025 | Coordinate filing of Stipulated Protective Order; calendar related deadlines | 0.50 | $150 | $75 |
| 07/25/2025 | Coordinate deposition notice logistics for Glover deposition; communicate with court reporter | 1.00 | $150 | $150 |
| 08/07/2025 | Coordinate deposition notice logistics for Hayhoe and Martinez depositions; communicate with court reporters and Zoom provider | 1.50 | $150 | $225 |
| 08/22/2025 | Assist with stipulation to modify scheduling order filing; update all case deadlines | 1.00 | $150 | $150 |
| 09/05/2025 | Receive and distribute Defendants' expert disclosure; log defense expert files | 0.75 | $150 | $113 |
| 09/19/2025 | Coordinate filing of Plaintiff's expert disclosures; assist | 1.00 | $150 | $150 |

| | ADW | | | |
|---|---|---|---|---|
| 11/07/2025 | Receive and distribute Defendants' MSJ and supporting documents; calendar opposition deadline | 1.00 | $150 | $150 |
| 11/17/2025 | Coordinate e-filing of all MSJ opposition papers; prepare e-filing of all documents | 2.00 | $150 | $300 |
| 01/14/2026 | Receive and distribute Defendants' MILs to team; calendar opposition deadlines | 1.00 | $150 | $150 |
| 01/14/2026 | Coordinate with co-counsel re e-file, and service of Plaintiff's MILs Nos. 1, 2, and 3 | 2.00 | $150 | $300 |
| 01/16/2026 | Coordinate with co-counsel re e-file joint exhibit list; receive and distribute OSC order | 2.00 | $150 | $300 |
| 01/14/2026–01/29/2026 | Assist with trial preparation: prepare trial binders, organize witness files, coordinate with court | 8.00 | $150 | $1,200 |
| 01/22/2026 | Coordinate with co-cousel re e-file, and service all MIL oppositions and MCFL | 3.00 | $150 | $450 |
| 01/22/2026 | Coordinate with co-counsel re the e-file jury instructions, statement of case, and voir dire | 2.00 | $150 | $300 |
| 02/12/2026 | Coordinate FPTC logistics; update exhibits per anticipated MIL rulings; calendar all trial dates | 2.00 | $150 | $300 |
| 02/17/2026 | Trial Day 1: office support; manage incoming CM/ECF notifications; communicate with team | 2.00 | $150 | $300 |
| 02/18/2026 | Trial Day 2: office support; manage communications | 2.00 | $150 | $300 |
| 02/19/2026 | Trial Day 3: office support; receive and distribute court filings | 2.00 | $150 | $300 |
| 02/20/2026 | Trial Day 4: office support | 2.00 | $150 | $300 |
| 02/23/2026 | Trial Day 5: office support | 2.00 | $150 | $300 |
| 02/24/2026 | Trial Day 6: office support | 2.00 | $150 | $300 |
| 02/25/2026 | Trial Day 7: receive and manage all jury notes and sealed documents from CM/ECF; communicate with team re verdict | 4.00 | $150 | $600 |
| 03/02/2026 | Assist with proposed judgment preparation; calendar post-trial deadlines | 1.50 | $150 | $225 |
| 03/12/2026–03/18/2026 | Assist with fee motion preparation; organize all billing records; prepare Exhibit A; coordinate all declarations | 6.00 | $150 | $900 |

| LCM TOTAL | | 112.00 | | $16,800 |
| --- | --- | --- | --- | --- |

## TAB 5: ALEXANDRIA K. FEATHER (AKF) — Legal Assistant — $150/hr

*Alexandria K. Feather is a Legal Assistant at IMW who worked on this matter from February 2025 through the present. She is listed on the CM/ECF service list and executed proofs of service on filings throughout the active civil litigation phase.*

| Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 02/14/2025 | Receive Defendants' interrogatories and RFPs; log, distribute to team, and calendar response deadlines | 1.00 | $150 | $150 |
| 02/18/2025 | Assist with gathering documents for production in response to Defendants' RFPs; coordinate with ADW | 1.50 | $150 | $225 |
| 03/12/2025 | Assist with preparation of Plaintiff's discovery responses for service; manage correspondence | 0.75 | $150 | $113 |
| 03/27/2025 | Execute proof of service on Plaintiff's discovery responses and propounded discovery; prepare and serve | 2.00 | $150 | $300 |
| 04/10/2025 | Execute proof of service on Plaintiff's interrogatories, RFAs, and RFPs to all defendants; prepare and serve | 1.50 | $150 | $225 |
| 05/05/2025 | Assist with ADR stipulation filing logistics; coordinate with LCM | 0.50 | $150 | $75 |
| 05/15/2025 | Receive and distribute defense counsel correspondence; log and manage filings | 0.50 | $150 | $75 |
| 06/06/2025 | Coordinate expert fee agreement execution; assist with check preparation for expert retainers | 1.50 | $150 | $225 |
| 06/10/2025 | Receive and distribute City of Los Angeles document production; log and update production index | 2.00 | $150 | $300 |
| 07/10/2025 | Coordinate filing of Galipo Notice of Association; update service lists with new co-counsel | 0.50 | $150 | $75 |
| 07/22/2025 | Assist with filing of Stipulated Protective Order; calendar related deadlines | 0.50 | $150 | $75 |
| 07/25/2025 | Coordinate Glover deposition notice logistics; receive and distribute amended notices | 0.75 | $150 | $113 |
| 07/30/2025 | Execute proof of service on Glover deposition notice and subpoenas; prepare and serve | 1.00 | $150 | $150 |
| 08/07/2025 | Receive and distribute defense amended notices of | 1.00 | $150 | $150 |

| Date | Description | | | |
|---|---|---|---|---|
| | deposition for Hayhoe and Martinez; calendar deposition dates | | | |
| 08/11/2025 | Receive and distribute any defense subpoenas for records; log and coordinate objection deadlines | 1.00 | $150 | $150 |
| 08/22/2025 | Execute proof of service on Joint Stipulation to Modify Scheduling Order [Dkt. 78] | 0.50 | $150 | $75 |
| 08/28/2025 | Coordinate deposition logistics for Hayhoe and Martinez depositions; manage Zoom connections; assist ADW | 2.00 | $150 | $300 |
| 09/05/2025 | Receive and distribute Defendants' joint expert disclosure; log defense expert files | 1.00 | $150 | $150 |
| 09/19/2025 | Execute proof of service on Plaintiff's expert disclosures; coordinate service | 1.00 | $150 | $150 |
| 09/22/2025 | Receive and distribute all deposition transcripts; organize complete deposition files | 1.50 | $150 | $225 |
| 11/07/2025 | Receive and saved Defendants' MSJ and all supporting documents; calendar opposition deadline | 1.00 | $150 | $150 |
| 11/17/2025 | Execute proof of service on all MSJ opposition papers; coordinate filing | 2.00 | $150 | $300 |
| 12/01/2025 | Distribute Defendants' MILs; log and calendar opposition deadlines | 1.00 | $150 | $150 |
| 01/14/2026 | Execute proof of service on all Plaintiff's MILs; coordinate filing | 1.50 | $150 | $225 |
| 01/22/2026 | Execute proof of service on all MIL oppositions and MCFL; coordinate filing | 2.50 | $150 | $375 |
| 01/14/2026–01/20/2026 | Execute proofs of service on jury instructions, exhibit list, and all other pretrial documents | 2.00 | $150 | $300 |
| 01/07/2026 | Communicate with team re trial binders and trial exhibits | 1.00 | $150 | $150 |
| 01/14/2026–01/29/2026 | Trial preparation support: coordinate exhibits, organize trial materials, manage filing deadlines | 8.00 | $150 | $1,200 |
| 02/17/2026 | Trial Day 1: office support; manage CM/ECF notifications; distribute court notices to team | 2.00 | $150 | $300 |
| 02/18/2026 | Trial Day 2: office support; monitor CM/ECF; distribute all filings to team | 2.00 | $150 | $300 |
| 02/19/2026 | Trial Day 3: office support; receive and distribute court | 2.00 | $150 | $300 |

| | | | | |
|---|---|---|---|---|
| | filings | | | |
| 02/20/2026 | Trial Day 4: office support | 2.00 | $150 | $300 |
| 02/23/2026 | Trial Day 5: office support | 2.00 | $150 | $300 |
| 02/24/2026 | Trial Day 6: office support | 2.00 | $150 | $300 |
| 02/25/2026 | Trial Day 7: receive and manage all jury notes and court responses from CM/ECF; distribute to team; communicate re verdict | 4.00 | $150 | $600 |
| 03/09/2026 | Coordinate proposed judgment filing logistics; update all case files post-verdict | 1.00 | $150 | $150 |
| 03/01/2026–03/18/2026 | Assist with fee motion preparation; organize all proofs of service for Exhibit A; coordinate declarations | 4.00 | $150 | $600 |
| **AKF TOTAL** | | **78.00** | | **$11,700** |

55

## TAB 6: FIRM SUMMARY — ALL TIMEKEEPERS

| Attorney/Biller | Title | Total Hours | Rate | Total Amount |
|---|---|---|---|---|
| Rodney S. Diggs (RSD) | President/Managing Partner | 1,392.0 | $1,250 | $1,740,000.00 |
| Brandon R. Tanter (BRT) | Associate — Civil Case | 404.0 | $650 | $262,600.00 |
| Alice D. Williams (ADW) | Paralegal | 432.75 | $450 | $194,737,50 |
| Le Chaune Metoyer (LCM) | Legal Secretary | 112.0 | $150 | $16,800.00 |
| Alexandria K. Feather (AKF) | Legal Assistant | 78.0 | $150 | $11,700.00 |
| **FIRM TOTAL** | | **2,418.75** | | **$2,225,837.50** |