**FILED**
CLERK, U.S. DISTRICT COURT

2/25/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jermaine Petit, | Case No. CV 23-00789-ODW (PVCx) |
| Plaintiff, | |
| v. | JURY VERDICT |
| City of Los Angeles et al., | |
| Defendant. | |

**EXHIBIT A,  PAGE  1 OF 7**

**VERDICT FORM**

We, the jury in the above-entitled action, find the following:

**FOURTH AMENDMENT EXCESSIVE FORCE CLAIM**

**QUESTION 1:** Did Brett Hayhoe and/or Daryl Glover use excessive force against Jermaine Petit?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    __X__ NO

*If you answered "yes" to either of the officers in response to Question 1, please answer Question 2. If you answered "no" for both officers in response to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive force against Jermaine Petit by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    _____ NO

*Please proceed to the next Question.*

**EXHIBIT A, PAGE 2 OF 7**

-1-

VERDICT FORM

# FOURTH AMENDMENT MEDICAL CARE CLAIM

**QUESTION 3** Did Brett Hayhoe and/or Daryl Glover delay, deny, or obstruct the provision of medical care to Jermaine Petit?

Brett Hayhoe    ___X___ YES    _____ NO

Daryl Glover    _____ YES    ___X___ NO

*If you answered "yes" to either of the officers in response to Question 3, please answer Question 4. If you answered "no" for both officers in response to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the denial, delay, or obstruction of medical care by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

Brett Hayhoe    ___X___ YES    _____ NO

Daryl Glover    _____ YES    _____ NO

*Please proceed to the next Question.*

## EXHIBIT A, PAGE 3 OF 7

-2-

VERDICT FORM

## BATTERY CLAIM

**QUESTION 5:** Did Brett Hayhoe and/or Daryl Glover intentionally shoot Jermaine Petit, thereby using deadly force on Jermaine Petit that was not necessary in defense of human life?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    __X__ YES    _____ NO

*If you answered "yes" to either of the officers in response to Question 5, please answer Question 6. If you answered "no" for both officers in response to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the use of deadly force by Brett Hayhoe and/or Daryl Glover a cause of harm, injury, or damage to Jermaine Petit?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    __X__ YES    _____ NO

*Please proceed to the next question.*

**EXHIBIT A, PAGE 4 OF 7**

-3-

VERDICT FORM

## BANE ACT CLAIM

**QUESTION 7:** Did Brett Hayhoe and/or Daryl Glover have a specific intent to violate or demonstrate a reckless disregard for Jermaine Petit's constitutional right to be free from excessive force?

|  |  |  |  |  |
|---|---|---|---|---|
| Brett Hayhoe | _____ YES | __X__ NO |
| Daryl Glover | _____ YES | __X__ NO |

*If you answered "yes" to either of the officers in response to Question 7, please answer Question 8. If you answered "no" for both officers in response to Question 7, please proceed to Question 9.*

**QUESTION 8:** Did Brett Hayhoe's and/or Daryl Glover's specific intent or reckless disregard for Jermaine Petit's constitutional right to be free from excessive force cause Jermaine Petit harm?

|  |  |  |
|---|---|---|
| Brett Hayhoe | _____ YES | _____ NO |
| Daryl Glover | _____ YES | _____ NO |

*Please proceed to the next question.*

**EXHIBIT A,  PAGE 5 OF 7**

-4-

VERDICT FORM

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM

**QUESTION 9:** Did Brett Hayhoe and/or Daryl Glover intentionally cause Jermaine Petit emotional distress when they engaged in extreme and outrageous conduct and used deadly force against him, which can be shown by Brett Hayhoe and/or Daryl Glover acting with reckless disregard of the probability that Jermaine Petit would suffer emotional distress?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    __X__ NO

*If you answered "yes" to either of the officers in response to Question 9, please answer Question 10. If you answered "no" for both officers in response to Question 9, see instructions below Question 10.*

**QUESTION 10**: Did Brett Hayhoe's and/or Daryl Glover's extreme and outrageous conduct and deadly force cause Jermaine Petit harm?

Brett Hayhoe    __X__ YES    _____ NO

Daryl Glover    _____ YES    _____ NO

*If you answered "yes" to either officer in response to **any of** Questions 2, 4, 6, 8 **or** 10, please answer Question 11. If you did not answer "yes" as to **either** officer in response to **all** of Questions 2, 4, 6, 8 **and** 10, then skip Question 11 and proceed to sign and date the verdict form and return it to the Court.*

## EXHIBIT A,  PAGE  6 OF 7

-5-

VERDICT FORM

## DAMAGES

**QUESTION 11:** What are Jermaine Petit's damages?

Physical injuries, disfigurement, and physical pre-death pain and suffering

$ _1,500,000_

Mental and emotional pre-death pain and suffering, distress, grief, humiliation, inconvenience, and loss of enjoyment of life

$ _1,500,000_

*Please sign and date the verdict form and return it to the Court*

Dated: _2-25-26_

Jury Foreperson

## EXHIBIT A, PAGE 7 OF 7

-6-

VERDICT FORM