# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>*Assigned to Hon. Otis D. Wright*<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR NEW TRIAL ON DAMAGES** |

IT IS HEREBY ORDERED that, following the hearing on the Motion for New Trial on Damages in the above-entitled matter filed by Defendants City of Los Angeles, a public entity, and Sgt. Brett Hayhoe and Officer Daryl Glover, Jr., public employees, and consideration of the papers filed in connection therewith, the Motion is granted. The Judgment entered on March 9, 2026, is hereby vacated as to damages.

***IT IS SO ORDERED.***

DATED:                                    _____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1