## DECLARATION OF CHRISTIAN BOJORQUEZ

I, Christian Bojorquez, declare that:

1.     I am a Deputy City Attorney with the Los Angeles City Attorney's Office and I am assigned with the responsibility to handle the *Petit v. City of Los Angeles, et al., LASC,* 2:23-cv-00789-ODW (PVCx).  I make this Declaration based upon my own personal knowledge, except upon those matters stated upon information and belief, and if called upon I would competently testify under penalty of perjury as follows:

2.     The following facts are stated from my personal knowledge, except those facts stated on information and belief, which I believe to be true and if called as a witness I could and would so competently testify thereto under oath.

3.     Attached hereto as **Exhibit "A"** is a true and correct copy of the relevant portions of the February 24, 2026, Jury Instructions in this case, [Dkt. 168].

4.     Attached hereto as **Exhibit "B"** is a true and correct copy of the relevant portions of Volume 2 of the Trial Transcript in this case, from the trial date February 18, 2026.

5.     Attached hereto as **Exhibit "C"** is a true and correct copy of the relevant portions of Volume 3 of the Trial Transcript in this case, from the trial date February 19, 2026.

6.     Attached hereto as **Exhibit "D"** is a true and correct copy of the relevant portions of the Volume 4 of the Trial Transcript in this case, from the trial date February 20, 2026.

7.     Attached hereto as **Exhibit "E"** is a true and correct copy of the relevant portions of the Volume 5 of the Trial Transcript in this case, from the trial date February 24, 2026.

8.      On March 12, 2026, counsel for the parties met and conferred via telephone to discuss post-trial motions, including this Renewed Motion for Judgment as a Matter of Law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of April, 2026, at Los Angeles, California.


_/S/_ _Christian Bojorquez_
CHRISTIAN BOJORQUEZ, Declarant

DECLARATION OF CHRISTIAN BOJORQUEZ