**FILED**
CLERK, U.S. DISTRICT COURT

**2/24/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Jermaine Petit, | Case No. CV 23-00789-ODW (PVCx) |
| Plaintiff, | |
| v. | JURY INSTRUCTIONS |
| City of Los Angeles  et al., | |
| Defendant. | |

**EXHIBIT  A,  PAGE 1 OF 4**

## DELAY OF MEDICAL CARE (42 U.S.C. § 1983)

Plaintiff claims that Brett Hayhoe and/or Daryl Glover violated Jermaine Petit of his right under the Fourth Amendment to objectively reasonable medical care during the course of a seizure. In order to prevail on this claim, Plaintiff must prove each of the following elements by a preponderance of the evidence:

1.    Brett Hayhoe and/or Daryl Glover knew or should have known of Jermaine Petit's immediate need for medical care;

2.    Brett Hayhoe and/or Daryl Glover unreasonably delayed, interfered with, or obstructed the provision of medical care to Mr. Petit; and

3.    the delay, interference, or obstruction was a cause of injury, damage, loss, or harm to Mr. Petit.

**EXHIBIT  A,  PAGE 2 OF 4**

JURY INSTRUCTIONS

# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – ESSENTIAL FACTUAL ELEMENTS

Plaintiff claims that the conduct by Daryl Glover and/or Brett Hayhoe caused Jermaine Petit to suffer severe emotional distress. To establish this claim, Plaintiff must prove all of the following:

1. That the conduct by Daryl Glover and/or Brett Hayhoe was outrageous;

2. That Daryl Glover and/or Brett Hayhoe acted with reckless disregard of the probability that Jermaine Petit would suffer emotional distress;

3. That Plaintiff Jermaine Petit suffered severe emotional distress; and

4. That the conduct by Daryl Glover and/or Brett Hayhoe was a substantial factor in causing Petit's severe emotional distress.

**EXHIBIT  A,  PAGE 3 OF 4**

JURY INSTRUCTIONS

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS—"SEVERE EMOTIONAL DISTRESS" DEFINED

Emotional distress includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame.

"Severe emotional distress" is not mild or brief; it must be so substantial or long lasting that no reasonable person in a civilized society should be expected to bear it. Jermaine Petit is not required to prove physical injury to recover damages for severe emotional distress.

**EXHIBIT A, PAGE 4 OF 4**

JURY INSTRUCTIONS