UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE


JERMAINE PETIT, et al.,        )
                               )
          PLAINTIFFS,          )      CASE NO.
                               )
              vs.              )      CV 23-00789-ODW
                               )
CITY OF LOS ANGELES,           )
et al.,                        )      VOLUME 4
                               )      PAGES 595 TO 716
          DEFENDANTS.          )
_____)


REPORTER'S TRANSCRIPT OF
JURY TRIAL DAY 4
FRIDAY, FEBRUARY 20, 2026
7:56 A.M.
LOS ANGELES, CALIFORNIA


_____

MIRANDA ALGORRI, CSR 12743, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

**EXHIBIT D, PAGE 1 OF 3**

which was from July 18th of the year 2022, through August 8th of 2022; is that correct?

A        Yes.

Q        And you reviewed those medical records?

A        Yes.

Q        And then are you aware whether or not, after his discharge on August 8th of 2022, did he have additional medical records that you had an opportunity to review?

A        Yes.  He was seen at the Veterans Administration.

Q        And within any of those documents -- and they went to sometime around October of 2023; is that correct?

A        That's correct.

Q        And then completely disappeared after that, meaning we didn't -- there weren't any that you saw.

A        Correct.

Q        And during -- so from the time he was released on August 8th of 2022 up until October of 2023, was there any information that you saw in the medical records where Mr. Petit had gone to complain about pain or suffering as a result of these gunshot wounds?

A        No.

MR. BOJORQUEZ:  I have no further questions. Thank you so much, Doctor.

MR. ROTHANS:  Just a couple, Your Honor.

///

**EXHIBIT  D,  PAGE 2 OF 3**

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS __21ST__ DAY OF __FEBRUARY, 2026.__

_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER

**EXHIBIT D, PAGE 3 OF 3**