# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; and BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

The Court having considered Plaintiff Ashlyn Petit's Amended Motion for Attorneys' Fees along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiff's Amended Motion for Attorneys' Fees is granted.  The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 400.1 | $600,150 |
| Rodney S. Diggs | 17 | $1,250 | 892.25 | $1,115,312.5 |
| Renee V. Masongsong | 15 | $900 | 287.55 | $258,795 |
| Brandon R. Tanter | 3 | $650 | 262 | $170,300 |
| Alice D. Williams | Paralegal | $450 | 268.75 | $120,937.5 |
| Darci Gilbert | Legal Assist. | $250 | 40.9 | $10,225 |
| Le Chaune Metoyer | Legal Assist. | $150 | 112 | $16,800 |
| Alexandria Feather | Legal Assist. | $150 | 78 | $11,700 |
| **Subtotal**: | | | 2,341.55 | $2,304,220 |

**IT IS SO ORDERED**.

DATED:

_____
Honorable Otis D. Wright, II
United States District Judge

1 Case No. 2:23-cv-00789-ODW (PVC)

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES