**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff

**RODNEY S. DIGGS, Esq. (SBN 274459)**
Email: rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Plaintiff, ASHLYN PETIT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; and BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**NOTICE OF LODGING PLAINTIFF'S [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDD MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**<br><br>Date: May 18, 2026<br>Time: 1:30 p.m. |

**TO THE HONORABLE COURT:** Plaintiff ASHLYN PETIT hereby lodges AMENDED [Proposed] Order Granting Plaintiff's Amended Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988.

DATED: April 7, 2026                    LAW OFFICES OF DALE K. GALIPO


                                        By_____/s/ Renee V. Masongsong_____
                                            Dale K. Galipo
                                            Renee V. Masongsong
                                            Attorneys for Plaintiff, Ashlyn Petit


 DATED: April 7, 2026                       IVIE MCNEILL WYATT
                                            PURCELL & DIGGS

                                        By:  s/ Rodney S. Diggs
                                            Rodney S. Diggs
                                            Attorney for Plaintiff, Ashlyn Petit