LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b) AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A NEW TRIAL**<br><br>[*Filed concurrently with Exhibits; Plaintiff's Memorandum of Points and Authorities*]<br><br>Date:   May 18, 2026<br>Time:   1:30 p.m.<br>Place:  Ctrm. 5D |

-1-

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am one of the attorneys of record for Plaintiff Ashlyn Petit.  I make this declaration in support of Plaintiff's Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law Under Rule 50(b) and in Support of Plaintiff's Opposition to Defendants' Motion for a New Trial.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Court's Order Denying Defendants' Motion for Summary Judgment (Dkt. 106).

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the Pretrial Conference and Hearing on Motions in Limine held on February 10, 2026 in the instant matter.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of Day 1 of the trial in the instant matter, held on February 17, 2026.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of Day 2 of the trial in the instant matter, held on February 18, 2026.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of Day 3 of the trial in the instant matter, held on February 19, 2026.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of Day 4 of the trial in the instant matter, held on February 20, 2026.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of Day 5 of the trial in the instant matter, held on February 24, 2026.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on this 20th day of April, 2026.

_/s/ Renee V. Masongsong_
Renee V. Masongsong

-2-

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B) AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A NEW TRIAL