# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE OTIS D. WRIGHT, U.S. DISTRICT JUDGE**

**JERMAINE PETIT, et al.,**           )
                                      )
          **PLAINTIFF,**              )     **CASE NO.**
                                      )
              **vs.**                 )     **CV 23-00789-ODW**
                                      )
**CITY OF LOS ANGELES,**              )
**et al.,**                           )     **VOLUME 1**
                                      )     **PAGES 1 TO 111**
          **DEFENDANTS.**             )
_____)

**REPORTER'S TRANSCRIPT OF**
**JURY TRIAL DAY 1**
**TUESDAY, FEBRUARY 17, 2026**
**12:32 P.M.**
**LOS ANGELES, CALIFORNIA**

_____

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

We would be willing to drop -- if the Court is allowing it in based on the affirmative defense of comparative negligence, we would be willing to drop our negligence claim and just proceed on the 4th Amendment battery and the Bane Act if that would keep it out, because we think it's unduly prejudicial and confusing under 403.

THE COURT:  Sounds good to me.

All right.  So --

MR. BOJORQUEZ:  So, Your Honor, just a last issue.  As counsel brought up, Officer Martinez, who is not a defendant in the case but under --

THE COURT:  Is it on this same subject?

MR. BOJORQUEZ:  It's a separate subject.  This is an issue that Mr. Galipo had addressed initially about Officer Martinez.

THE COURT:  Hang on a second.

MR. BOJORQUEZ:  Sure.

THE COURT:  Hang on.

Given the fact that Mr. Galipo has made an offer to basically withdraw the negligence claim in consideration for the defense not bringing up contributory negligence, both of them are out of this case.

All right, sir.

MR. BOJORQUEZ:  Yeah.  Your Honor, so two points on that, just to follow up on that.

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS _17TH_ DAY OF FEBRUARY, 2026.


_____
MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER