**STEVEN J. ROTHANS – State Bar No. 106579**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com / abeizai@crdlaw.com**

Attorneys for Defendants, Officer Daryl Glover, Jr.
And Sergeant Brett Hayhoe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00789-ODW (PVCx) <br><br> **DEFENDANTS' JOINT OBJECTIONS TO APPLICATION TO THE CLERK TO TAX COSTS FILED BY PLAINTIFF ASHLYN PETIT** |

COME NOW Defendants City of Los Angeles, Sergeant Brett Hayhoe, and Officer Daryl Glover, Jr. hereby jointly object to the Application to Tax Costs that was filed by the Plaintiff Ashlyn Petit in the above-entitled action.  The defendants submit that Plaintiff Ashlyn Petit's costs should be reduced by, at a minimum, **$3,444.86.**

- 1 -

DEFENDANTS' JOINT OBJECTIONS TO APPLICATION TO THE CLERK
TO TAX COSTS FILED BY PLAINTIFF ASHLYN PETIT

**Statement of Meet and Confer Compliance:** These objections are made following communications between counsel for the parties wherein counsel for both sides indicated that they would be bringing certain post-trial motions.

DATED:  April 20, 2026        CARPENTER, ROTHANS & DUMONT LLP

/s/  Aria J. Beizai

By:  _____
Steven J. Rothans
Aria J. Beizai
Attorneys for Defendants,
Sergeant Brett Hayhoe and Officer Daryl
Glover, Jr., public employees

Dated:  April 20, 2026        Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Asst. City Attorney

By:_____/s/ Christian Bojorquez _____
CHRISTIAN BOJORQUEZ
*Attorneys for Defendant*, **CITY OF LOS ANGELES**

- 2 -

DEFENDANTS' JOINT OBJECTIONS TO APPLICATION TO THE CLERK
TO TAX COSTS FILED BY PLAINTIFF ASHLYN PETIT

<u>**OBJECTIONS**</u>

**I.      <u>THE PLAINTIFF'S REQUESTED COSTS SHOULD BE REDUCED BY, AT A MINIMUM, $X.</u>**

The Plaintiff's requested costs should be reduced by, at a minimum, $3,444.86.  These requested reductions will be explained below, and represent the following amounts, which are <u>not</u> recoverable:

| | |
|---|---|
| Deposition costs | $ 3,444.86 |
| **TOTAL REDUCTION:** | **$ 3,444.86** |

**III.    <u>Costs for Experts are Not Recoverable in Excess of Statutory Witness Fees.</u>**

The defendants object to the tax for the expert fees for Chief Phillip Sanchez's deposition on October 13, 2025, in the amount of $545.28.  (Dkt. 202-2).  Local Rule 54-3.6 states that statutory witness fees including travel expenses are taxable for any witness who is deposed, however, "**no other witness expenses, including fees for expert witnesses are allowable**."   As such this fee should be reduced by $505.28 to $40.00, the statutory witness fee allowable.

The defendants object to the tax for the expert fees for Dr. Bennet Omalu's deposition on December 15, 2025, in the amount of $1,093.55.  (Dkt. 202-2).  Local Rule 54-3.6 states that statutory witness fees including travel expenses are taxable for any witness who is deposed, however, "**no other witness expenses, including fees for expert witnesses are allowable**."   As such this fee should be reduced by $1,053.55 to $40.00, the statutory witness fee allowable.

The defendants object to the tax for the expert fees for Dr. Amy Magnusson's deposition on November 6, 2025, in the amount of $755.03.  Local Rule 54-3.6 states that statutory witness fees including travel expenses are taxable for any witness who is deposed, however, "**no other witness expenses, including fees for expert witnesses are allowable**."   As such this fee should be reduced by $715.03 to $40.00, the statutory witness fee allowable.

- 1 -

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION TO TAX COSTS

The defendants object to the tax for the expert fees for Richard Scott Bryce's deposition on October 23, 2025, in the amount of $1,211.00.  (Dkt. 202-2) Local Rule 54-3.6 states that statutory witness fees including travel expenses are taxable for any witness who is deposed, however, **"no other witness expenses, including fees for expert witnesses are allowable.**"   As such this fee should be reduced by $1,171.00 to $40.00, the statutory witness fee allowable.

## III.    TOTAL REQUESTED REDUCTION

| TYPE | PLAINTIFFS' PROPOSED AMOUNT | DEFENDANTS' PROPOSED REDUCTIONS | NEW TOTAL |
|---|---|---|---|
| Service of Process | $181.13 | $0.00 | $181.13 |
| Depositions | $8,408.96 | $3,444.86 | $4,964.10 |
| Certification, Exemplification and Reproduction of Documents | $92.87 | $0.00 | $92.87 |
| Fees for certification or exemplification of any document or record necessarily obtained for use in the case | $131.00 | $0.00 | $131.00 |
| | | **NEW FINAL TOTAL** | $5,369.10 |

///

///

- 2 -

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION TO TAX COSTS

DATED:  April 20, 2026          CARPENTER, ROTHANS & DUMONT LLP

                                                /s/  Aria J. Beizai

                                By: _____
                                    Steven J. Rothans
                                    Aria J. Beizai
                                    Attorneys for Defendants,
                                    Sergeant Brett Hayhoe and Officer Daryl
                                    Glover, Jr., public employees


Dated:  April 20, 2026          Respectfully submitted,

                                **HYDEE FELDSTEIN SOTO**, City Attorney
                                **DENISE C. MILLS**, Chief Deputy City Attorney
                                **KATHLEEN KENEALY**, Chief Asst. City Attorney

                                By:_____/s/ Christian Bojorquez_____
                                    CHRISTIAN BOJORQUEZ
                                    *Attorneys for Defendant*, **CITY OF LOS ANGELES**

- 3 -

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION TO TAX COSTS