**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS** Chief Deputy City Attorney (SBN 191992)
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,<br><br>Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>*Honorable Judge Otis D. Wright, II*<br>*Magistrate Judge Pedro V. Castillo*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THIS COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the parties to this action have entered into a settlement agreement, conditioned upon approval by the City Council of the City of Los Angeles. Defendants therefore request a stay of further proceedings in this Court.

Respectfully submitted,

Dated: Nov. 5, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney

By: /s/ *Christian Bojorquez*
CHRISTIAN BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

Dated: Nov. 5, 2026

ROTHANS & DUMONT LLP

By: /s/ *Aria Beizai*
STEVEN J. ROTHANS, ESQ.
ARIA BEIZAI, ESQ.
*Attorneys for Defendants*, SERGEANT BRETT HAYHOE and OFFICER DARYL GLOVER, JR., public employees