**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,

Plaintiff,

vs.

CITY OF LOS ANGELES; DARYL GLOVER, JR.; and BRETT HAYHOE,

Defendants.

Case No. 2:23-cv-00789-ODW (PVCx)

Assigned to:
Hon. District Judge Otis D. Wright, II
Hon. Magistrate Judge Pedro V. Castillo

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR ATTORNEYS' FEES**

[*Filed concurrently with supporting declarations and exhibits]*

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR ATTORNEYS' FEES**

On February 25, 2026, the jury in this matter reached a verdict against Defendant Sergeant Brett Hayhoe and in favor of Plaintiff Ashlyn Petit on Plaintiff's claims for excessive force delay of medical care under 42 U.S.C. Section 1983 and the Fourth Amendment. The jury also returned a verdict against Sergeant Hayhoe and Officer Daryl Glover on Plaintiff's state law claim for battery, and against Sergeant Hayhoe on Plaintiff's state law claim for intentional infliction of emotional distress. The jury awarded Plaintiff damages totaling $3,000,000. As the prevailing party, Plaintiff filed a motion for statutory attorneys' fees pursuant to 42 U.S.C. § 1988 on April 6, 2026. [Dkt. 203]. On November 2, 2026, this Court issued an order awarding Plaintiff's attorneys statutory attorneys' fees in the total amount of $2,166,670. [Dkt. 225 at p. 15]. Specifically, this Court awarded the following hourly rates: $1,500 to attorney Dale K. Galipo; $1,250 to attorney Rodney S. Diggs; $900 to attorney Renee V. Masongsong; $650 to attorney Brandon R. Tanter; $350 to paralegal Alice Williams; $250 to legal assistant Darci Gilbert; $150 to legal assistants Le Chaune Metoyer and Alexandria Feather. [*Id.*]

Within its order substantially granting Plaintiff's request for statutory attorneys' fees, this Court stated:

> Plaintiff's counsel is entitled to fees-on-fees, subject to the lodestar reasonableness standard, for the substantial briefing and supporting documents required for this complex motion. *See Clark v. City of Los Angeles*, 803 F.2d 987, 992 (9th Cir. 1986) ("We, like every other court that has considered the question, have held that the time spent in establishing entitlement to an amount of fees awardable under section 1988 is compensable."), *overruled on other grounds*, *Berry v. Air Force Cent. Welfare Fund*, 115 F.4th 948 (9th Cir. 2024); (Mot. 15). The above totals reflect Plaintiff's fees up to and including the Motion. However, Plaintiff is also entitled to recover her fees expended in preparing the reply to the fee motion and opposing the post-trial motions. *Clark*, 803 F.2d at 992; *Lambert v. Ackerley*, 180 F.3d 997, 1002, 1012–13 (9th Cir. 1999) (affirming award of supplemental attorneys' fees for successfully opposing post-trial motions for judgment as a matter of law and a new trial). Therefore, the Court directs Plaintiff to submit a supplemental fee

> request within seven (7) days, supported by affidavit and containing hours expended on those additional tasks, with fees calculated using the reasonable rates identified herein.

[Dkt. 225 at pp. 15-16].

Therefore, Plaintiff's counsel hereby files their supplemental fee request with supporting declarations and billing logs describing the work performed subsequent to the April 6, 2026 filing of Plaintiff's initial motion for attorneys' fees. This work includes: reviewing trial transcripts; reviewing Defendants' post-trial motions brought pursuant to Federal Rules of Civil Procedure, Rules 50(b) and 59; drafting Plaintiff's opposition to Defendants' Rule 50(b) motion; drafting Plaintiff's opposition to Defendants' Rule 59 motion; reviewing Defendants' opposition to Plaintiff's initial motion for attorneys' fees; drafting Plaintiff's reply in support of Plaintiff's initial motion for attorneys' fees.

After Plaintiff's counsel filed the initial motion for attorneys' fees, attorney John Fattahi joined Plaintiff's team to assist in opposing Defendants' post-trial motions. Mr. Fattahi's declaration and exhibits thereto supporting his requested hourly rate of $1,115 are filed concurrently herewith. Plaintiff's counsels Renee V. Masongsong and Dale K. Galipo also spent additional time on the post-trial work in this case, and their declarations and billing logs are also filed concurrently herewith.

The table below summarizes the additional attorneys' fees requested with the hourly rates awarded by this Court.

| **Attorney/Biller** | **Yrs. Practice** | **Rate** | **Additional Hours** | **Total** |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 7.8 | $11,700 |
| John Fattahi | 20 | $1,115 | 32.6 | $36,349 |
| Renee V. Masongsong | 15 | $900 | 28.9 | $26,010 |
| **Subtotal Additional Fees**: | | | | **$74,059** |

The table below summarizes the attorneys' fees awarded by this Court (Dkt. 225, p. 15) with the supplemental hours added.

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 407.9 | $611,850 |
| Rodney S. Diggs | 17 | $1,250 | 811.25 | $1,014,062.50 |
| John Fattahi | 20 | $1,115 | 32.6 | $36,349 |
| Renee V. Masongsong | 15 | $900 | 316.45 | $284,805 |
| Brandon R. Tanter | 3 | $650 | 254 | $165,100 |
| Alice D. Williams | Paralegal | $350 | 269.75 | $94,412.5 |
| Darci Gilbert | Legal Assist. | $250 | 40.9 | $10,225 |
| Le Chaune Metoyer | Legal Sec'y | $150 | 97.5 | $14,625 |
| Alexandria Feather | Legal Assist. | $150 | 62 | $9,300 |
| **Subtotal**: | | | | **$2,240,729** |

Respectfully submitted,

DATED: November 9, 2026

LAW OFFICES OF DALE K. GALIPO

By *\/s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Ashlyn Petit

DATED: November 9, 2026

IVIE MCNEILL WYATT PURCELL & DIGGS

By: *s/ Rodney S. Diggs*
Rodney S. Diggs
Attorney for Plaintiff, Ashlyn Petit

**L.R. 11-6.2. CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiff Ashlyn Petit, certifies that this brief contains 927 words (excluding the caption page, signature blocks, and certificate of compliance), which complies with the word limit of L.R. 11-6.2.

Dated: November 9, 2026

LAW OFFICES OF DALE K. GALIPO

By: *\/s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff