**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br>Assigned to:<br>Hon. District Judge Otis D. Wright, II<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**SUPPLEMENTAL DECLARATION OF DALE K. GALIPO IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL REQUEST FOR ATTORNEY'S FEES** |

**DECLARATION OF DALE K. GALIPO**

I, Dale K. Galipo, declare as follows:

1. I am an attorney duly admitted to practice before this Honorable Court and am one of the attorneys of record in the instant matter. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called upon to do so. I make this declaration in support of Plaintiff's Supplemental Request for Attorneys' Fees.

2. As of this date, I have spent 407.9 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3. Since the filing of Plaintiff's Initial Motion for Attorneys' Fees, I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation.

4. All of the hours billed by Plaintiff's counsels were necessary and related to the successful outcome for the Plaintiff.

5. My additional time spent working on this case is reflected in "**Exhibit A**" attached hereto.

6. I brought in attorney John Fattahi to assist with opposing Defendants' post-trial motions in this case. John Fattahi was employed by my firm as an associate from 2009 to 2011, following employment as a law clerk to the Honorable Virginia A. Phillips and as a partnership-track associate at Quinn Emanuel. During that time frame, Mr. Fattahi was an exceptional employee, with outstanding research and writing abilities, and amazing attention to detail on the civil rights cases assigned to him. There were several substantial settlements we obtained and several jury trials we participated in together in which we prevailed. After Mr. Fattahi left my employ in 2011 to start his own practice, we continued to associate with each other and work on cases together. We have had tremendous success working together with multiple large verdicts and settlements. On all my major jury verdicts, I have Mr. Fattahi directly involved in oppositions to post-trial motions and in working on appeals. He has done amazing work with incredible results on these post-trial motions and appeals, and I trust my post-trial motions and appeals to Mr. Fattahi because of his outstanding skills and abilities as an attorney. I am familiar with the market rates of attorneys engaged in similarly complex federal litigation, particularly civil rights litigation, including judicial fee awards in the numerous such cases I have handled personally. The

quality of Mr. Fattahi's work is as good as or better than many attorneys who have been in practice for much longer. Based on Mr. Fattahi's exceptional abilities and experience as a civil rights attorney, I strongly believe his time is well worth the $1,115 per hour being sought in the instant action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 9th day of November 2026 at Woodland Hills, California.

/s/ *Dale K. Galipo*

Dale K. Galipo

# EXHIBIT A

**Dale K. Galipo, Esq.**
**Timekeeping Record**

***Petit v. City of Los Angeles***
**Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| **4/7/26** | Review Defendants' renewed motion for judgment as a matter of law and motion for new trial | 3.0 |
| **4/18/26** | Review draft opposition to renewed motion for judgment as a matter of law | 1.0 |
| **4/19/26** | Review draft opposition to Defendants' new trial motion | 1.0 |
| **4/23/26** | Review Defendants' opposition to Plaintiff's motion for attorneys' fees | 1.2 |
| **5/4/26** | Review Plaintiff's reply re: Plaintiff's motion for attorneys' fees | 0.5 |
| **11/2/26** | Review Court order granting Plaintiff's motion for attorneys' fees | 0.6 |
| **11/4/26** | Prepare supplemental declaration and billing sheet | 0.5 |
| | | |

**TOTAL ADDITIONAL HOURS BILLED: 7.8**

**Hourly Rate Requested: $1,500**

**Total Additional Amount: $11,700**