LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,

Plaintiff,

vs.

CITY OF LOS ANGELES; DARYL GLOVER, JR.; BRETT HAYHOE,

Defendants.

Case No. 2:23-cv-00789-ODW (PVCx)
Assigned to:
Hon. District Judge Otis D. Wright, II
Hon. Magistrate Judge Pedro V. Castillo

**SUPPLMENTAL DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL REQUEST FOR ATTORNEYS' FEES**

# DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I make this supplemental declaration in support of Plaintiff's Supplemental Request for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. As of this date, I have spent 316.45 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. This includes the 287.55 lodestar hours up until April 6, 2026, and an additional 28.9 hours.

3. Since the filing of Plaintiff's Motion for Attorneys' Fees on April 6, 2026, I have continued to maintain contemporaneous time records reflecting my time spent on this case. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. My additional time spent working on this case is reflected in "**Exhibit A**" attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November 2026 in Woodland Hills, California.

*/s/ Renee V. Masongsong*

Renee V. Masongsong

# EXHIBIT A

**Renee V. Masongsong, Esq.** | ***Petit v. City of Los Angeles***
**Timekeeping Record** | **Case No. 2:23-cv-00789-ODW**

| Date | Description | Hours |
|---|---|---|
| **4/7/26** | Cursory review of Defendants' post-trial motions (0.2); Correspondence with attorney J. Fattahi re: opposition to Defendants' post-trial motions (0.2) | 0.4 |
| **4/9/26** | Review Defendants' post-trial motions (1.0); Review relevant portions of trial transcripts (2.6); Draft Plaintiff's opposition to Defendants' Rule 50(b) Motion (1.4) | 5.0 |
| **4/10/26** | Continue to draft Plaintiff's opposition to Defendants' Rule 50(b) Motion with continued review of trial transcripts | 4.5 |
| **4/16/26** | Continue to draft Plaintiff's opposition to Defendants' Rule 50(b) Motion with continued review of trial transcripts | 1.8 |
| **4/18/26** | Continue to draft Plaintiff's opposition to Defendants' Rule 50(b) Motion with continued review of trial transcripts | 4.6 |
| **4/19/26** | Continue to draft Plaintiff's opposition to Defendants' Rule 50(b) Motion with continued review of trial transcripts (0.8); Work on Plaintiff's opposition to Defendants' Rule 59 motion (3.4); Prepare my declaration and trial transcript exhibits (1.0) | 5.2 |
| **5/1/26** | Review Defendants' opposition to Plaintiff's attorney fee motion (0.4); Draft Plaintiff's reply brief in support of Plaintiff's attorney fee motion (2.5) | 2.9 |
| **5/4/26** | Continue to work on Plaintiff's reply brief in support of Plaintiff's attorney fee motion | 2.8 |
| **11/2/26** | Review Court order on Plaintiff's attorney fee motion | 0.2 |
| **11/4/26** | Prepare supplemental fee request with supplemental declaration and billing sheet | 1.5 |
| | | |

| |
|---|
| **TOTAL ADDITIONAL HOURS BILLED: 28.9** |
| **Hourly Rate Requested: $900** |
| **Total Additional Amount: $26,010** |