**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLYN PETIT, as successor-in-interest to Jermaine Petit, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DARYL GLOVER, JR.; and BRETT HAYHOE,<br><br>Defendants. | Case No. 2:23-cv-00789-ODW (PVCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL REQUEST FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

**[PROPOSED] ORDER**

On November 2, 2026, this Court issued an order awarding Plaintiff's counsel $2,166,670 in statutory attorneys' fees. [Dkt. 225 at p. 15]. Specifically, this Court awarded the following hourly rates: $1,500 to attorney Dale K. Galipo; $1,250 to attorney Rodney S. Diggs; $900 to attorney Renee V. Masongsong; $650 to attorney Brandon R. Tanter; $350 to paralegal Alice Williams; $250 to legal assistant Darci Gilbert; $150 to legal assistants Le Chaune Metoyer and Alexandria Feather. [*Id.*] Also on November 2, 2026, this Court also ordered Plaintiff's counsel to file any supplemental fee request within 7 days.

The Court, having considered Plaintiff Ashlyn Petit's Supplemental Request for Attorneys' Fees along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiff's Supplemental Request for Attorney's Fees is granted as follows:

| Attorney/Biller | Yrs. Practice | Rate | Additional Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 7.8 | $11,700 |
| John Fattahi | 20 | $1,115 | 32.6 | $36,349 |
| Renee V. Masongsong | 15 | $900 | 28.9 | $26,010 |
| **Subtotal Additional Fees**: | | | | **$74,059** |

Combined with the previously awarded lodestar [Dkt. 225], the Court awards total attorneys' fees as follows:

//

| **Attorney/Biller** | **Yrs. Practice** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 407.9 | $611,850 |
| Rodney S. Diggs | 17 | $1,250 | 811.25 | $1,014,062.50 |
| John Fattahi | 20 | $1,115 | 32.6 | $36,349 |
| Renee V. Masongsong | 15 | $900 | 316.45 | $284,805 |
| Brandon R. Tanter | 3 | $650 | 254 | $165,100 |
| Alice D. Williams | Paralegal | $350 | 269.75 | $94,412.5 |
| Darci Gilbert | Legal Assist. | $250 | 40.9 | $10,225 |
| Le Chaune Metoyer | Legal Sec'y | $150 | 97.5 | $14,625 |
| Alexandria Feather | Legal Assist. | $150 | 62 | $9,300 |
| **Subtotal**: | | | | **$2,240,729** |

**IT IS SO ORDERED**.

DATED:

Honorable Otis D. Wright, II
United States District Judge