**HYDEE FELDSTEIN SOTO,** City Attorney – SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney – SBN 212289
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney – SBN 192872
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Phone No. (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant,* CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased,

Plaintiff,

v.

CITY OF LOS ANGELES, a municipal entity; OFFICER DARYL GLOVER, JR.; SERGEANT BRETT HAYHOE; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:23-cv-00789-ODW (PVCx)
*Honorable Judge Otis D. Wright, II*
*Magistrate Judge Pedro V. Castillo*

**DEFENDANTS' JOINT NOTICE OF APPEAL**

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT Defendants and Appellants CITY OF LOS ANGELES, SERGEANT BRETT HAYHOE, and OFFICER DARYL GLOVER, JR., hereby appeal to the United States Court of Appeals for the Ninth Circuit the Judgment and orders listed below. This case was first filed in the United States District Court for the Central District of California on February 2, 2023.

District court docket numbers, dates, and descriptions of the Judgment and orders Defendants are appealing:

**DOC. 199, filed and entered 03/09/2026, (Exhibit 1 attached):** Judgment;

**DOC. 223, filed and entered 09/22/2026 (Exhibit 2 attached):** Bill of costs;

**DOC. 224, filed 10/22/2026, entered 10/23/2026 (Exhibit 3 attached):** Order denying defendants' renewed motion for judgment as a matter of law and motion for new trial; and

**DOC. 225, filed and entered 11/02/2026 (Exhibit 4 attached):** Order granting in part and denying in part plaintiff's motion for attorneys fees.

**REPRESENTATION STATEMENT**

**Appellants:**

Names of parties: CITY OF LOS ANGELES, SERGEANT BRETT HAYHOE, and OFFICER DARYL GLOVER, JR.

Counsel for City of Los Angeles: Christian Bojorquez, DCA
Address: Office of the City Attorney
200 N. Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Telephone number: (213) 978-8785
Email: christian.bojorquez@lacity.org
Counsel is registered for electronic filing in the Ninth Circuit.

Counsel for Sergeant Brett Hayhoe and Officer Daryl Glover, Jr.:
Steven J. Rothans, Esq. and Aria Beizai, Esq.
Address: Carpenter, Rothans & Dumont LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, California 90071
Telephone number: (213) 228-0400
Email: srothans@crdlaw.com
Counsel is registered for electronic filing in the Ninth Circuit.

**Appellees:**

Names of parties: ASHLYN PETIT, as Successor-In-Interest to JERMAINE PETIT, deceased.

Counsel: Dale K. Galipo, Esq., Renee V. Masongsong, Esq.
Address: Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone number: (818) 347-3333
Email: dalekgalipo@yahoo.com , rvalentine@galipolaw.com
Counsel is registered for electronic filing in the Ninth Circuit.

Counsel: Rodney S. Diggs, Esq.
Address: Ivie McNeill Wyatt Purcell & Diggs
444 South Flower Street, Suite 3200
Telephone number: (213) 489-0028
Email: RDiggs@imwlaw.com
Counsel is registered for electronic filing in the Ninth Circuit.

DATED: November 20, 2026

HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
DENISE C. MILLS, Chief Deputy City Attorney

By: /s/ *Christian Bojorquez*
CHRISTIAN BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES

DATED: November 20, 2026

CARPENTER, ROTHANS & DUMONT LLP

By: /s/ *Aria Beizai*
STEVEN J. ROTHANS, ESQ.
ARIA BEIZAI, ESQ.
*Attorneys for Defendants*, SERGEANT BRETT HAYHOE and OFFICER DARYL GLOVER, JR.